UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVE AARON, et al.,

    Plaintiffs,
v.                                                                                          CASE NO.: 8:09-cv-2493-T-23AEP

THE TRUMP ORGANIZATION, INC.,
and DONALD TRUMP,

    Defendants.
_____/

**ORDER**

An October 20, 2010, order (Doc. 33) refers to Magistrate Judge Anthony E. Porcelli for a report and recommendation the defendants' motion (Doc. 28) to sever or for separate trials. Magistrate Judge Porcelli issues a report (Doc. 39) that recommends denying the motion to sever and denying without prejudice the request for separate trials, "with leave to re-file after the close of discovery." More than seventeen days has passed, and no party timely objects. Accordingly, the report and recommendation (Doc. 39) is **ADOPTED**, and the motion (Doc. 28) is **DENIED WITHOUT PREJUDICE** to the defendants' requesting separate trials after the close of discovery.

ORDERED in Tampa, Florida, on December 6, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE