UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION
------------------------------------------------ x

STEVE AARON, ET AL,

                Plaintiffs,        Index No.:
                                    8:09-CV-2493

      -against-

THE TRUMP ORGANIZATION, INC., A NEW YORK
CORPORATION, and  DONALD J. TRUMP, AN INDIVIDUAL,

                Defendants.

------------------------------------------------ x


     EXAMINATION BEFORE TRIAL of the Defendant,

DONALD J. TRUMP, taken by the Plaintiff, pursuant to

Order, held at the offices of Foley & Lardner, LLP,

90 Park Avenue, New York, New York, on September 20,

2010, at 10:00 a.m., before a Notary Public of the

State of New York.


*************************************************

BARRISTER REPORTING SERVICE, INC.
120 Broadway
New York, N.Y. 10271
212-732-8066

**2**

APPEARANCES:
  CLARK & MARTINO, PA
    Attorneys for Plaintiffs
    3407 West Kennedy Boulevard
    Tampa, Florida 33609

  BY: J. DANIEL CLARK, ESQ.

  WILLIAMS SCHIFINO MANGIONE & STEADY, PA
    Attorneys for Plaintiffs
    201 North Franklin Street
    Suite 3200
    Tampa, Florida 33602
  BY: DAN WALBOLT, ESQ.

  BAJO CUVA COHEN & TURKEL, PA
    Attorneys for Plaintiff
    100 North Tampa Street
    Suite 1900
    Tampa, Florida 33602

  BY: KENNETH G. TURKEL, ESQ.

  FOLEY & LARDNER, LLP
    Attorneys for Defendants
    PO BOX 3391
    Tampa, Florida 33601

  BY: CHRISTOPHER GRIFFIN, ESQ.

  ALAN G. GARTEN, ESQ.
    Attorneys for Defendants
    725 Fifth Avenue
    New York, New York 10022

  BY: ALAN G. GARTEN, ESQ.

ALSO PRESENT:
  J.D. MARTINEZ, Videographer

**3**

1  Donald Trump
2  THE VIDEOGRAPHER: We are on
3  the record. This is the videotaped
4  deposition of Donald Trump taken in
5  the case of Steve Aaron, et al, versus
6  the Trump Organization, Inc., a New
7  York Corporation, and Donald Trump, an
8  individual, filed in the United States
9  District Court, Middle District of
10 Florida, Tampa Division.
11     Today's date is September 20,
12 2010. The time on the videotaped
13 record is 10:08 a.m. This deposition
14 is being held at 90 Park Avenue, New
15 York, New York. My name is J.D.
16 Martinez on behalf of Digital Media
17 Productions of 120 Broadway, New York,
18 New York.
19     Would everyone please introduce
20 themselves and state whom they
21 represent?
22     MR. CLARK: Thank you. I'll
23 begin. Dan Clark, Clark & Martino, on
24 behalf of the named plaintiffs.
25     MR. TURKEL: Ken Turkel, Bajo

**4**

1      Donald Trump
2  Cuva Cohen & Turkel, on behalf of the
3  named plaintiffs.
4      MR. CLARK: Dan Walbolt is also
5  with me, with my firm.
6      MR. GRIFFIN: Chris Griffin,
7  Foley & Lardner, for the defendants.
8      MR. GARTEN: Alan Garten for
9  the defendant.
10     THE WITNESS: Donald Trump.
11 DONALD J. TRUMP,
12     Having been first duly sworn before a Notary
13 Public of the State of New York, was examined
14 and testified as follows:
15
16     (Whereupon New York Times
17 Magazine article dated October 2006 is
18 marked Plaintiff's Exhibit 1 for
19 identification as of this date.)
20
21
22 EXAMINATION BY
23 MR. CLARK:
24 Q    Please state your name for the record.
25 A    Donald Trump.

**5**

1      Donald Trump
2  Q    What is your address?
3  A    726 Fifth Avenue, New York, New York,
4  10022.
5  Q    Mr. Trump, good morning. Thank you
6  for the short delay. We spoke off the
7  record. I introduced myself. Thank you for
8  accommodating us. We started a little bit
9  late, my apologies.
10     We are here to take your deposition in
11 a case that's been filed against you and your
12 company by a number of people in Tampa that I
13 represent.
14     One of the first things I will show to
15 you — and we will have exhibit boards here
16 shortly that will be identical to what you
17 see — there is the New York Times Magazine
18 that demonstrates all of your signature
19 properties as of October of '06.
20     I believe you had an opportunity to
21 take a look at that?
22 A    Yes.
23 Q    Can you open that up just so I can
24 refer to those? The Donald Trump — excuse
25 me, Donald J. Trump Signature Properties, who

**6**

1           Donald Trump
2  began that slogan of the marketing of your
3  properties as such?
4  A    I did.
5  Q    When did that begin?
6  A    I would say 10 years ago.
7  Q    Was that an idea just taking your
8  ingenuity and your value of your name and
9  putting it into a marketing title for those
10 properties?
11 A    I think generally speaking, yes.  I
12 mean, marketing, but also ownership,
13 different forms of ownership, consulting, et
14 cetera, et cetera, but a better property, a
15 better property or potential property, we use
16 the word signature.
17 Q    I know -- I have tried to study as
18 much as I possibly could, understanding your
19 properties and gearing up for the deposition,
20 quite frankly, before I took the case.
21      Can you express to those who may watch
22 this video down in Tampa, in this case, what
23 it means to be a Donald J. Trump property, in
24 terms of value, as in terms of success?
25      MR. GRIFFIN:  I am going to

**7**

1           Donald Trump
2  object to the form of the question.
3        If I make objections such as
4  that, it is for the record and for the
5  judge to determine later.  Please,
6  after my objection, go ahead and
7  answer the question.  If for some
8  reason I think that it is a greater
9  objection than the norm, I will
10 instruct you not to answer it.
11       There is no instruction at this
12 time, and if I ever make an objection
13 and you would like the question read
14 back before you answer it, you are
15 welcome to ask for that.
16 A    You mean a Donald J. Trump Signature
17 property?
18 Q    That's correct.
19 A    Because you left the word Signature
20 out.
21 Q    My apologies.
22 A    You mean Signature Property?
23 Q    Yes, sir?
24 A    It would not necessarily indicate
25 ownership, but in some cases it does.  In

**8**

1           Donald Trump
2  many cases, as I look at some of these
3  buildings, it does indicate ownership.  It
4  indicates quality more than anything else.
5  The property would have to be of a
6  significant quality to use the Donald J.
7  Trump Signature Property.
8  Q    Is there a distinction in your mind
9  between a Donald J. Trump Signature Property
10 and maybe another property that you are
11 involved with, whether by ownership or
12 otherwise?
13 A    I think Signature generally is the
14 highest end property.
15 Q    Starting 10 years ago, you came out
16 with that --
17 A    Yes.
18 Q    -- trademarked description of those
19 properties?
20 A    That is correct.
21 Q    On that list of properties, obviously
22 they caught our attention -- the Trump Tower
23 Tampa is there.  You see that there?
24 A    Correct.
25 Q    There are a couple of other properties

**9**

1           Donald Trump
2  there that have been in some dispute.  I
3  believe there is a number of the Trump
4  International hotels that are referenced
5  there?
6  A    Correct.
7  Q    What I was interested in knowing, sir,
8  was what is the difference between the Trump
9  Tower and the hotel and residence?  I mean, I
10 stayed in your New York hotel over the
11 weekend.  I know that you have a residence
12 next door.
13 A    Well, they are both --
14      MR. GRIFFIN:  I object to the
15      form of the question.  Go ahead.
16 A    They are both very successful.  They
17 are both very well located.  They are
18 different in that Trump Towers is quite a bit
19 taller building.  Trump Towers is on 57 and
20 56th Street and Fifth Avenue.  It is a retail
21 primarily, which Trump International doesn't
22 have.  It is a retail office and residential,
23 whereas the building you stayed at, Trump
24 International Hotel and Tower, is a hotel and
25 residential.  It doesn't have office and it

**10**

Donald Trump

1      doesn't have retail.

2  **Q** Do you agree, and I absolutely think
3  that I know your answer to this, when you put
4  the Trump name on a property, it brings
5  immediate value?

6  **A** Yes.

7  **Q** The Trump factor, it has been called?

8  **A** Yes, that's been very well proven.

9  **Q** There was -- I forgot the guy's name
10 that came up with the "Trump factor" as that
11 quoted language. That Trump factor, have you
12 ever tried to put a dollar figure on it so
13 that you go out to the marketplace, whether
14 it is on your financials or however else one
15 would account for that; have you ever tried
16 to do that?

17 **A** Well, we have looked into it and
18 reports have been done. I don't have them
19 available now, but I think I could probably
20 find them, where there is a value
21 attributable to a Trump building. I don't
22 know if that's because of the brand or
23 because of the locations or because of lots
24 of goodwill that's been built up over the

**11**

Donald Trump

1  years, but there is a value to the Trump name
2  being on a building.

3  **Q** We were all excited in Tampa when you
4  came to put your name on the Trump Tower
5  Tampa.

6  **A** So was I.

7  **Q** We knew that value was going to be
8  brought to our home town. When I grew up,
9  Tampa was not what it is today, 20, 30 years
10 ago. When you came to Tampa, how did you
11 know that this was a right place for a Trump
12 Tower?

13 MR. GRIFFIN: Object to the
14 form of the question. Go ahead.

15 **A** I was very excited also to be in
16 Tampa. A good friend of mine that passed
17 away, George Steinbrenner, loves Tampa --
18 loved Tampa. He actually told me what a
19 wonderful site this was and what a great job
20 this would be. George actually had a lot to
21 do with it.

22 Derek Jeter was somebody that told me
23 also it is great. He lives in one of my
24 buildings. He lives at Trump World Tower

**12**

Donald Trump

1  opposite the United Nations. We have a lot
2  of the Yankees, traditionally, that have been
3  living in my buildings.

4  Derek was actually very excited about
5  it. He expressed it one time. George
6  thought it was a great site, a really good
7  site. I asked him about it specifically and
8  he was very excited that I was going down
9  there. I was very excited that I was going
10 to Tampa.

11 **Q** When you looked at those properties,
12 the Signature properties, clearly one cannot
13 make distinctions between what you, sir,
14 Mr. Trump, owned versus something else.

15 Can you point out for me from that
16 list of properties which are owned and
17 largely developed by you versus a license
18 arrangement like you had in that situation?

19 **A** Sure. You want me to start all of
20 them?

21 **Q** If it is going --

22 **A** We can do it quickly. If you look up,
23 Trump National Golf Club is a hundred percent
24 owned by me. Trump National of Bedminister

**13**

Donald Trump

1  is a hundred percent owned by me. Trump
2  International of Palm Beach is owned by me a
3  hundred percent. Trump Canouan is a licensed
4  deal. That's a licensed transaction. I
5  don't own that and I am not a partner in
6  that. Some licensing deals, I consider
7  myself to be a partner and we are partners.

8  Trump Tower, I own that. Trump Park
9  Avenue, that's my job. Trump World Tower,
10 where Derek Jeter lives, is my job. I own
11 that, I built that.

12 Trump International Hotel and Tower,
13 Number One Central Park West, where you
14 stayed, that was my job. I built that job.
15 Trump Place on the West Side, I built that
16 job with partners. We had partners from
17 different places.

18 Trump Park and Trump Park East, that's
19 my job. I built it. Trump Palace in New
20 York, that's my job. I built it.

21 16 Park Avenue, I did that with Colony
22 Capital, which is a big fund in California.
23 It was a very big success.

24 The Trump building at 40 Wall Street,

4 (Pages 10 to 13)

**14**

Donald Trump

1 
2 I own that building. I own a hundred percent
3 of that building.
4 Trump Tower White Plains, that was a
5 licensing deal that I am -- that I have a
6 licensing fee for. I am not a partner, per
7 se. I have a licensing fee. There is a
8 difference, which I am sure we will get into.
9 Trump Plaza New Rochelle, that was a
10 licensed deal. Trump Soho, that's a
11 licensing deal, but I get a percentage of the
12 profits, so in a sense, I am a partner there.
13 **Q Kind of like Trump Tower Tampa**
14 **ultimately as amended -- excuse me?**
15 A I view a partnership to be when we get
16 a percentage of profits, when I have a
17 percentage of ownership, when I have --
18 beyond just a fee, beyond a flat fee, where
19 you get a flat fee for helping to -- for
20 using the name or for using the name and
21 helping with the building.
22 Trump Hollywood, that's a licensing
23 deal. Trump Plaza Jersey City is a licensing
24 deal. The estates of Trump International and
25 Los Angeles on the ocean, I own that. Trump

**15**

Donald Trump

1 
2 International Hotel and Tower in Ft.
3 Lauderdale, that was a licensing deal. Trump
4 Towers Sunny Isle, that's a licensing deal.
5 The Dubai project was partially licensed,
6 partial partnership.
7 The Trump International Hotel and
8 Tower in Chicago, I own that building. It is
9 a big building and I own it. Trump World
10 Tower in Soho, that was a licensing deal.
11 Trump National Golf Club, Los Angeles,
12 I own that. Trump New Orleans, that's a
13 licensing deal.
14 Trump International Hotel and Tower
15 Waikiki -- it just opened two weeks ago.
16 That's a combination of licensing and other
17 things. Trump International Hotel Las Vegas,
18 I own that. Trump Tower Philadelphia, that's
19 a licensing deal.
20 Trump Tower Tampa, that's a
21 partnership, and I also get licensing fees,
22 but it was a partnership because I get a
23 substantial percentage of profits.
24 Trump Ocean Club is a licensing deal.
25 Trump Grande is a licensing deal. Trump Las

**16**

Donald Trump

1 
2 Olas is a licensing deal. The Mar-a-Lago
3 Club, I own.
4 The Villa Trump in Brazil, I sold a
5 couple of years ago, and Trump International
6 Hotel in Toronto, that's a partnership.
7 Other than that, I covered a lot of
8 territory.
9 **Q That was a lot of territory, sir.**
10 **Thank you for going through that. Based upon**
11 **what you do in a given day and where you**
12 **manage your time, is there any distinction**
13 **whether it is an owned property or one that**
14 **you largely are developing, versus a**
15 **licensing deal or a partnership, as you kind**
16 **of described it?**
17 A Anything I put my name to is very
18 important. If I allow my name to be used,
19 whether it is a partnership or whether it is
20 a licensing deal, they are all very important
21 to me.
22 **Q Because your name, that has value, and**
23 **if something happens to your name--**
24 A The name has a lot of value, and so
25 any time I use my name, whether it is a

**17**

Donald Trump

1 
2 licensing deal or whether it is something I
3 own and build myself, it is very important.
4 I mean, I don't break it up and say, oh, gee,
5 this is more important than that. Anything
6 that I have my name on is very important.
7 **Q Do you agree with me that anybody**
8 **that's looking at investing or buying into**
9 **one of your properties, whether they are**
10 **licensed partnership or owned, has**
11 **expectations of quality, absolute?**
12 A That's true.
13 **Q Expectations that when you put your**
14 **name on something, it's going to be top**
15 **shelf, the best available?**
16 A That's true.
17 **Q Whether you actually come out of**
18 **pocket, Mr. Trump, and put your money in a**
19 **deal, from your perspective it doesn't**
20 **matter. You are still going to commit a**
21 **hundred percent, or as my father used to say,**
22 **110 percent, to anything you put your name**
23 **to?**
24 A I think that's true, yes.
25 **Q There are also distinctions between**

18

```
Donald Trump
```

1　　　　　　Donald Trump
2　the properties, a license deal and one you
3　own. There are some distinctions?
4　　A　There are legal distinctions. There
5　are distinctions, I guess. Each property is
6　in a different form. I just went through a
7　lot of properties, and there are very few
8　that are similar. There are many different
9　forms of ownership, partnership and licensing
10　deals.
11　　Q　There are legal distinctions. Do they
12　cause projects to have difficulties, whether
13　it be needing money, permitting, whatever the
14　various things, getting the best contractor
15　on the job, getting financing? Are there
16　problems when you have distinctions legally
17　and the effect that those distinctions may
18　have on a property?
19　　　　　MR. GRIFFIN: Object to the
20　　form of the question. Go ahead.
21　　Q　Do you understand my question?
22　　A　I would like it explained maybe a
23　little differently.
24　　Q　I am a lawyer trained so I understand
25　when you say legal distinctions. Legal

19

1　　　　　　Donald Trump
2　distinctions is -- for those who may watch
3　this, there is a clear distinction between a
4　licensing deal when you've endorsed or put
5　your mark to something and to which you on
6　the flip side of that own something. Legally
7　that's a different document, correct?
8　　A　Yes.
9　　Q　Legally your name and you may have to
10　sign various guarantees when you are the
11　owner, correct?
12　　A　Correct.
13　　Q　Those distinctions, those legal
14　distinctions are going to have some effect on
15　the project, would you agree, from the
16　smallest to the largest?
17　　A　Well, again, when I own something, I
18　work very hard to make sure it is successful.
19　If we license something and there are many
20　forms of licensing, but if we license
21　something we also make sure --you know, we
22　try our best to make it very successful. It
23　is very important to us to have the license
24　deals also be successful.
25　　Q　Those distinctions can cause trouble,

20

1　　　　　　Donald Trump
2　because if Donald Trump owns a project, owns
3　a building, owns a development, Donald Trump
4　can go out and get financing?
5　　A　Yes, I can get financing generally.
6　　Q　You have a variety of projects that I
7　have studied, whereas the owner of the
8　property -- you are not going to have trouble
9　getting financing for a project.
10　　A　I think today everybody has trouble
11　getting financing for a project. Actually
12　since the real estate depression, as I call
13　it, I mean everybody really has trouble
14　getting financing.
15　　Q　Does that apply to you, sir? Have you
16　had trouble on projects that you have owned
17　and developed?
18　　A　I haven't done certain projects
19　because financing is not available.
20　　Q　Okay.
21　　A　Certain projects aren't done because
22　financing is just not available.
23　　Q　Let's put out a couple of examples.
24　　A　Go ahead.
25　　Q　That were going up, Trump Tower Tampa

21

1　　　　　　Donald Trump
2　was going up or was coming out of the ground
3　about the same time as some of the other ones
4　that you were owning?
5　　A　Correct.
6　　Q　The ones that you were owning at the
7　time you got financed, correct?
8　　A　Well, I would have to look at the
9　individual jobs. I mean, certain jobs didn't
10　get financed. For instance, I was doing a
11　job in Dubai, and that was going to be built
12　by essentially the country of Dubai. Now,
13　what's better than Dubai? Guess what, they
14　went essentially bust. They were taken over
15　by another country.
16　　Who would have thought that job that
17　was Trump Palm built on the island of Dubai
18　and that job was a government job and they
19　weren't able to get financing for it. That
20　was the country of Dubai. Things happen.
21　　I am just looking at another one,
22　Philadelphia. They were unable to get
23　financing, a very strong partnership. I will
24　say this, what I do strive to get are great
25　locations. You know, when you get outside of

22

Donald Trump

2 Manhattan, which is my base, it is very hard
3 to do things without a partnership in the
4 world of real estate because real estate is
5 largely a local business. The people in
6 Tampa know the best sheetrock contractor,
7 they know the best plumbers, they know the
8 best roofers. I don't.
9     I know the Yankees because I go to see
10 Tampa. I used to go a lot with George to the
11 Yankee games in Tampa. But they know the
12 different contractors, so I always believed
13 in getting partners once I get too far
14 outside of my own realm, especially in places
15 like Dubai and other things, but also in
16 places like Tampa or Miami, et cetera.
17     We have had some very good partners,
18 but sometimes a market supersedes a partner.
19 When the market crashed, very many brilliant
20 real estate men went bust over the last few
21 years. They essentially went out of
22 business. They went bankrupt or out of
23 business. That had to do with a very major
24 market condition and it is a tough period of
25 time for people.

23

Donald Trump

2 Q    The Trump Hotel and Tower in Toronto,
3 the Trump Soho, Trump International Hotel in
4 Panama all got financing?
5 A    They did.
6 Q    Through the market crash, for lack of
7 a better description?
8 A    They did, but some didn't.
9 Q    Those properties that I just
10 mentioned, Toronto, Soho and Panama, all were
11 your own projects, correct?
12 A    Well, let's go over them. Soho was a
13 licensed deal with a partnership interest
14 and --
15 Q    That's in your backyard.
16 A    A little bit like Tampa. I have a
17 partnership interest and I also have a
18 license deal. The other one you mentioned
19 was what?
20 Q    The Panama project.
21 A    No, the Panama project is purely a
22 licensed deal.
23 Q    That got financed?
24 A    That got financed. It was just prior
25 to the depression. They got their financing

24

Donald Trump

2 just in time. Somebody said it was the last
3 bond issue done. Now it is starting up again
4 with the bond issues, as you have been
5 reading.
6 Q    Sure.
7 A    That was the last bond issue. That is
8 a license deal that got financed, a developer
9 in Panama.
10 Q    Toronto?
11 A    Toronto was a licensing deal that also
12 got financed. A very rich developer from the
13 Toronto area is doing that job. That is
14 going up and I think it is doing very well.
15 That got financed, yes.
16 Q    Did you have any opportunity to step
17 in to help with financing of this project,
18 Tampa?
19 A    The Tampa project?
20 Q    The Trump Tower Tampa.
21 A    What happened in Tampa, there was a
22 big problem, as I remember, with the
23 foundations, but that's a problem that's
24 always surmountable. You can do that with --
25 I always say you have to throw some money at

25

Donald Trump

2 it. The real problem was the market was --
3 you know, it went from being very good to
4 being horrendous. You know, the Tampa market
5 right now is in very bad shape.
6     Would I have stepped in? Well, if I
7 did, it would have been a mistake, because if
8 the building had been built, it would have
9 been pretty problematic, as you know, because
10 all you have to do is look at the Tampa
11 market.
12 Q    But you pulled your name from it, so
13 once you pulled your name from it, I don't
14 care who you are, nobody is going to be
15 putting that type of money.
16 A    Yes, I took my name off. As I
17 remember, they were -- you have to speak to
18 my attorneys about this, but we sent them a
19 legal notice to take the name off because of
20 certain obligations which they did not meet.
21 Q    But at that point they are dead in the
22 water once you pulled your name off; would
23 you agree with that?
24     MR. GRIFFIN: Object to the
25 form of the question. Go ahead.

26

Donald Trump

1
2  A    I think they were -- I think the
3  market changed very radically prior to my
4  pulling the name off. I think they tried
5  very hard to make this job successful.
6  Q    There were other projects that just
7  got put on hold though during the market
8  crash?
9  A    Some get put on hold, some get
10 terminated and some get dumped. In this
11 particular case, they were having some very
12 serious market problems prior to my pulling
13 the name off.
14 Q    Las Olas in Ft. Lauderdale?
15 A    Yes.
16 Q    Am I saying it correctly?
17 A    Yes.
18 Q    That got put on hold; right?
19 A    That got put on hold. That was a
20 license.
21 Q    It is not dead in the water?
22 A    Well, I think it is. The market
23 killed it. That was a licensing deal. That
24 was -- I really have nothing to do with that
25 one. That was put on hold.

27

Donald Trump

1
2  Q    Have you pulled your name from it?
3  A    I think it was terminated.
4  Q    Sorry to interrupt.
5  A    I think we had, yes. Again, market
6  conditions made it impractical, really
7  impractical to build.
8  Q    Is that your final answer kind of
9  thing in this case, Tampa Trump was killed by
10 the market?
11     MR. GRIFFIN: Object to the
12     form of the question. Go ahead.
13 A    Well, I think the market was a
14 disaster. The market in Tampa was record
15 bad. It was as bad as Miami. It was as bad
16 as other locations, and continues to be.
17 Certainly had the market -- let's put it this
18 way, had the market, which we all know about,
19 which we all acknowledge, I think, had the
20 crash not occurred, this building would have
21 been built. I have no doubt about that.
22 Q    Why do you say that?
23 A    I just think it would have been built.
24 Had the crash not occurred, I think this
25 building would have been built.

28

Donald Trump

1
2  Q    If you would have been the owner of
3  this project, would it have been dead in the
4  water, as it is now?
5      MR. GRIFFIN: Object to the
6      form of the question. Go ahead.
7  A    With the crash having taken place as
8  it did?
9  Q    Yes.
10 A    Yes.
11 Q    Everything staying equal, but changing
12 the fact --
13 A    I think probably the project would not
14 have been built. I was a partner in the job
15 as it was. I hated to see this job not get
16 built because it was a beautiful job in a
17 good location, but the market conditions
18 throughout the world were so bad that had it
19 been built, it would have been much worse.
20     Frankly it would have been much worse
21 for the people had they bought their property
22 and closed. They would have lost a lot more
23 money.
24 Q    Is it your position in this case that,
25 yes, we had a market crash, particularly

29

Donald Trump

1
2  Tampa, and given the market effect there that
3  that's the distinction between your other
4  projects going up, whether you're licensed or
5  owned in comparison to Tampa? It is just
6  location?
7      MR. GRIFFIN: Object to the
8      form of the question.
9  A    I will give you an example. In
10 Chicago, I built a big building, a much more
11 expensive building by -- I got that one
12 built. The difference is that in Chicago I
13 got my financing just prior to the crash.
14 So, we built it during the crash, but I had
15 financing. I was just about the only
16 building to get built in Chicago, but that
17 building was built because the financing was
18 secured prior to the crash. Some buildings
19 weren't built like Dubai and others.
20 Q    When you had the line in the sand in
21 your head right before the market crash or
22 right on the eve of that in making
23 comparisons, is there a date or a time period
24 in your mind when you had to get your
25 financing before things went bad?

8 (Pages 26 to 29)

**30**

Donald Trump

1     MR. GRIFFIN: Object to the
2     form of the question.
3     A   We can look up the date. I don't know
4  exactly what that date was, but there was
5  basically a crash having to do with Lehman,
6  and ultimately having to do with Bear
7  Stearns, and it was a mess. It was a very
8  tragic period. It was, you know, the second
9  greatest crash after the Great Depression.
10  We could have gone into the Great Depression,
11  but no bank was loaning money for anything,
12  let alone to build a condominium development,
13  whether it is Tampa or anybody else or
14  anyplace else, and that means virtually
15  anywhere in the world. We are not talking
16  about Tampa. This is not a Tampa problem.
17  This was a worldwide problem.
18  **Q   I guess what I am thinking off the top**
19  **of my head is the crash is over here and**
20  **Trump Tower Tampa had a ton of time to get**
21  **its financing in place before the crash**
22  **occurred. Do you agree with that?**
23  A   I think what they were doing was they
24  were making sure everything was good. Again,

**31**

Donald Trump

1  you would have to ask them. The developing
2  group was, from what I have found out, this
3  is a little bit subject to checking.
4  **Q   Second-hand?**
5  A   It is second-hand, but they were
6  working very hard, I will say that. They
7  were really trying to do a really good
8  project. They wanted everything perfect and
9  they figured they could get their financing
10  because history shows there is a long window
11  for getting financing.
12     Then one day Lehman went bad, Bear
13  Stearns went bad, and the entire market
14  crashed. Yes, I think they would have gotten
15  their financing had we not had that. I think
16  they probably felt, like many people, you are
17  not the only ones; if they wait, they will
18  get a better deal. But what happened is they
19  did wait and the market crashed.
20     A lot of people were in that same
21  position. They wanted their plans perfect.
22  They wanted their plans and specifications
23  perfect. They waited and frankly. Getting
24  financing was easy. Getting financing was

**32**

Donald Trump

1  easy for jobs like this, for any of the jobs.
2  Then one day there was a crash and you could
3  not get financing, so I don't think they did
4  anything different than many, many developers
5  throughout the country and throughout the
6  world.
7     They were getting their plans and
8  everything ready. They were focused on the
9  job. They were doing sales and presales and
10  then the market crashed.
11  **Q   The Chicago property has your personal**
12  **guarantees, correct?**
13  A   Limited, limited guarantees, but it
14  had some guarantees.
15  **Q   Donald J. Trump, you, sir, guaranteed**
16  **to a certain extent, whatever that extent is?**
17  A   But again, that financing was
18  gotten -- I had limited guarantees, very
19  limited, but that financing was gotten prior
20  to the crash. Same thing with my Las Vegas
21  job. I built that also, and I owned that.
22  **Q   Personal guarantees?**
23  A   Very limited, completion, but that
24  was, I got that financing prior to the crash.

**33**

Donald Trump

1  Had I not, I wouldn't have been able to have
2  gotten that done.
3  **Q   That was a huge project, was it not?**
4  A   Big project, sure, both of them.
5  **Q   There were no personal guarantees from**
6  **you for the Trump Tower Tampa, correct?**
7  A   None whatsoever.
8  **Q   In the other license deals --**
9  A   In fact, I don't even know how I am in
10  this case personally, okay? So you will have
11  to explain that to me.
12  **Q   I will be glad to.**
13  A   You will have to explain that to my
14  lawyer. I had absolutely no personal
15  guarantees.
16  **Q   Very good. In your other licensing**
17  **deals, do you -- putting aside the Trump**
18  **Tower Tampa for a minute, those other**
19  **licensing deals, whether they are just**
20  **straight licensing fees versus a partnership,**
21  **do you, sir, or your company disclose to**
22  **those buyers that you're merely licensing**
23  **your name?**
24     MR. GRIFFIN: Object to the

34

Donald Trump

1  form of the question. Go ahead.
2  A    I think in some cases we do. I am just
3  not sure.
4  Q    **Tell me what you know.**
5  A    I really don't. I mean, I really
6  don't. As I told you before, whether I
7  license or whether I own, we work very hard
8  to make sure the building is going to be a
9  really good building. I don't know, every
10 deal is so different. Each deal here, every
11 one of these deals is a totally different
12 deal. Real estate is a complex subject and
13 every deal is a different deal.
14 Q    **The licensing agreement in this**
15 **particular case, Trump Tower Tampa with**
16 **Simdag, had a very structured confidentiality**
17 **that nobody to the agreement could disclose**
18 **the terms of it?**
19 A    Correct.
20 Q    **Especially some of the key terms that**
21 **went into the termination letter that was**
22 **sent out prior to your lawsuit with Simdag.**
23 **Do you know, sir, whether that similar**
24 **confidentiality agreement or provision is in**

35

Donald Trump

1  other licensing agreements?
2  A    I think I have it in every one or
3  almost every one. Confidentiality is very
4  important. I don't want my competitors to
5  know my deals. I don't want them to see what
6  deal I am making in Tampa, what deal I am
7  making in Panama, what deal I am making in
8  New York, what deal I am making throughout
9  the world. So, we have confidentiality in
10 many of our deals, if not all. I mean, you
11 would have to ask my lawyer that question,
12 but we have -- confidentiality is very
13 important.
14 Q    **Regardless of the structure, the terms**
15 **of your licensing deals that I absolutely**
16 **agree would be confidential to the extent of**
17 **dollars being paid, what the terms are, but**
18 **the general sense of disclosing to ultimate**
19 **buyers on the street that want to go live or**
20 **invest in a Trump property, in these other**
21 **licensing deals, putting aside Trump Tower**
22 **Tampa, do you disclose to buyers your actual**
23 **involvement owner versus a licensing**
24 **arrangement?**

36

Donald Trump

1  MR. GRIFFIN: Object to the
2  form of the question.
3  A    Each deal is different. I would love
4  to give you one answer, but every deal is
5  totally different. As an example, every
6  deal, many of the deals I have different
7  lawyers. I have lawyers where this gentleman
8  is not involved. I have a different set
9  that's involved in California. I have
10 different sets that are involved and they
11 have their own way of doing things of the
12 each -- and Dubai I had lawyers from --
13 Q    **Dubai?**
14 A    Dubai. We have good lawyers, but they
15 all have their own way of doing things. And
16 probably, again, I wouldn't know the answer
17 to this, but there are probably different
18 disclosures for different deals.
19 Q    **I don't want you to guess because we**
20 **are not here to take guesses. It helps**
21 **nobody on either side. My question is more**
22 **focused to what you know as you sit here**
23 **right now. Do you know if you disclosed in**
24 **these other licensing deals your actual**

37

Donald Trump

1  involvement as a licensor of the name?
2  A    I don't know. I really don't.
3  Q    **Do you know whether you disclosed the**
4  **licensing arrangement in general sense,**
5  **without necessarily the terms, to anyone with**
6  **respect to the Trump Tower Tampa?**
7  A    I really don't know. I really don't
8  know.
9  Q    **Do you recall ever discussing in any**
10 **way, shape or form, you personally, to anyone**
11 **that this was just a licensing arrangement?**
12 MR. GRIFFIN: Object to the
13 form of the question.
14 A    I don't think -- first of all, when
15 you say just a licensing, I don't consider
16 this to be just a licensing deal. I consider
17 myself to be a partner in the Tampa deal. I
18 have told you other cases where I was a
19 licensor, I was purely a licensor. In the
20 Tampa deal I got a major percentage of the
21 profits from the deal. We worked very hard
22 on the design of the building. My staff
23 worked very hard to make sure the ceiling
24 heights were right, the windows -- a lot of

38

```
 1            Donald Trump
 2   different things went into this building.  It
 3   was a complicated building, but it would have
 4   been a beautiful building had it not been for
 5   the market crash.
 6        I don't consider this to be merely a
 7   licensing deal.  I consider, really, being a
 8   partner in this deal because of the fact that
 9   I share a major percentage of the properties
10   in the deal.
11   Q    You would expect those who were
12   investing and buying the property to have
13   those expectations, given your name was put
14   to the project, that you were partner
15   quality --
16   A    No, I wouldn't expect that.  I would
17   say if somebody were to ask, they could be
18   told, but in the case of Tampa, I really
19   considered -- Tampa, we worked harder in
20   Tampa than we worked on most jobs.  In Tampa
21   I considered myself to be a partner because
22   we shared in the profits.  I don't usually --
23   I don't always do that.  Sometimes I do,
24   sometimes I don't, but when I start sharing
25   in profits, we really -- that really is in
```

39

```
 1            Donald Trump
 2   the form of a partner.
 3   Q    Would you expect people buying or
 4   investing in a Trump property like Trump
 5   Tower Tampa, would you expect them to know
 6   the distinction between you as a licensing
 7   partner and an owner?
 8        MR. GRIFFIN:  Object to the
 9        form of the question.  Go ahead.
10   A    I think they knew that I wasn't down
11   there building the building.  People didn't
12   expect that I was going to be spending the
13   next two years in Tampa building the
14   building.
15   Q    I am sorry, you are right.
16   A    I think they felt confident that I was
17   not going to be in Tampa building the
18   building.  They also knew of Simdag.
19   Everybody knew of Simdag.  The developers
20   were very well known in the area and
21   respected in the area.  I think they knew
22   that Donald Trump was the person that was
23   going to be down there building the building.
24   Certainly they didn't think -- I never got a
25   call from somebody saying why aren't you down
```

40

```
 1            Donald Trump
 2   there building this building.  Nobody
 3   expected it.
 4   Q    Is there such a thing as Donald Trump
 5   building the building in any of these
 6   projects?
 7   A    Sure.
 8   Q    Can you name one?
 9   A    Chicago.
10   Q    Chicago, where you are actually on
11   site?
12   A    Yes, well -- no, not on site, but I
13   went there a lot.  I was building the
14   building, my people were building the
15   building.  Las Vegas, my people were building
16   the building.
17   Q    When you say your people?
18   A    People that worked for me directly,
19   people that I paid a salary to.  They were
20   building that building.
21   Q    What makes you say that the buyers --
22   forget the buyers for a second.  Tampa, from
23   the mayor all the way down, did not expect
24   that Donald Trump would be building this
25   building.  What makes you say that?
```

41

```
 1            Donald Trump
 2   A    Well, I just feel that, number one, I
 3   think that was the perception, that I wasn't
 4   building the building.  I think there were
 5   numerous articles, press articles that I
 6   wasn't building the building, per se.  I
 7   wasn't building it.  I would say that that
 8   would be to me, that would be the perception.
 9        If somebody were to ask or if somebody
10   were to call my office, I would certainly say
11   that I am not building the building.  If they
12   ask whether or not I was a partner in the
13   building, I would say yes, I got a percentage
14   of the profits in the building.  I had a big
15   stake in the building.  I had a very big
16   stake in the building, but because
17   development is a local business, it was
18   better that local people were building the
19   building than me because I don't know the
20   sheetrock contractors and I don't know the
21   plumbers and the roofers and the people in
22   Tampa.  I don't know them.  I wouldn't be as
23   good building the building as a local group.
24   Q    I think you said this already, but I
25   just want to be crystal clear in my head.  In
```

42

Donald Trump

1
2  your opinion, sir, you personally, did you
3  think the deal in Tampa was dead before you
4  pulled your name from the project?
5       MR. GRIFFIN: Object to the
6    form of the question. Go ahead.
7  A    I didn't know it was dead or not. I
8  know that we sent out a notice I guess that
9  was based on a default, that they had not --
10  Q    Paid you.
11  A    They had not paid us. They had run
12  into terrible market conditions and I
13  understood that and they had not paid us.
14  Q    How much did you ultimately get out?
15  I know it is probably confidential in Simdag.
16  I know it went to mediation and ultimately
17  resolved and the file is closed. I don't
18  know if there is anything dangling. I don't
19  know if your lawyer has any instruction for
20  you, and I want to give an introduction to
21  that, to the extent you are going to instruct
22  him so wait.
23       MR. GRIFFIN: Let me just, if I
24    may, if you are going to get into any
25    specifics about the settlement of

43

Donald Trump

1
2  other lawsuits, it is confidential. I
3  will instruct him not to answer on
4  that basis.
5  Q    Let me lay the question out. Take the
6  instruction and we will deal with it later,
7  okay?
8  A    Okay.
9  Q    Did you settle your lawsuit with
10  Simdag?
11       MR. GRIFFIN: I will instruct
12    you not to answer.
13  Q    Yes or no, either way?
14       MR. GRIFFIN: Look, I will
15    stipulate that the lawsuit was
16    dismissed. Beyond that I am not going
17    to let him answer any questions.
18  Q    Understood. Next question, did you
19  settle your lawsuit with Dr. Shahanassarian's
20  wife?
21       MR. GRIFFIN: I instruct you
22    not to answer. I object on the basis
23    of confidentiality.
24  Q    With respect to any ongoing litigation
25  with respect to those projects that were

44

Donald Trump

1
2  licensing arrangements, have you settled any
3  of those lawsuits?
4       MR. GRIFFIN: I am going to
5    have to speak to Mr. Garten. I don't
6    know anything about other lawsuits,
7    whether we can -- so give me a second.
8       MR. CLARK: Sure, let's take
9    two minutes. We can table it and just
10    keep moving.
11       MR. GRIFFIN: Good idea.
12  Q    You sued Simdag, as I read the lawsuit
13  and the pleadings, because they did not pay
14  you the licensing fee, is that correct, or
15  were there other reasons?
16  A    I would rather have you ask my lawyers
17  because--
18  Q    I am only asking you what you know.
19  If you don't know, that's completely fine and
20  understandable.
21  A    We sued them for various reasons, I
22  guess, and I would rather have you refer to
23  my lawyers on what exactly took place. I
24  don't want to be inaccurate.
25  Q    One of the things that was disclosed

45

Donald Trump

1
2  in this case, and I won't bore you with all
3  the procedural steps in the Federal case, it
4  is disclosed to us that your son Mr. Trump
5  Jr., possesses general information about the
6  amendment that was the first amendment that
7  went to the licensing arrangement.
8       I thought it was kind of awkward that
9  in the disclosures you possessed the
10  background going into the original agreement
11  and that your son possessed information
12  separately about the amendment. Is there a
13  distinction, in your mind, about what you
14  know with respect to the original agreement
15  and the amendment, or am I just off base?
16  A    My son became involved with the job
17  over a period of time so he would know
18  something about the job.
19  Q    The distinction between the two
20  documents, as I see it, the licensing
21  arrangement on solid dollars went from
22  2 million to 4 million. Do you know the
23  chronology of events that led to that?
24  A    I do not.
25  Q    Would he know that, if you know?

46

1          Donald Trump
2    A    I sort of doubt it.
3    Q    The licensing arrangements that you
4    pointed out for these projects, who came up
5    with the idea of licensing your name?
6    A    I did.
7    Q    Can you take us back in time when that
8    came about?
9          MR. GRIFFIN: Object to the
10        form.
11   Q    Is there a time period in your mind
12   and you said -- this is me talking -- I've
13   created a great name from hard work, value,
14   all the things that we have read about and
15   know about of you, sir, that I am going to go
16   out and license my name and give people
17   quality without actually having to put and
18   investing dollars in the project?
19   A    It took place years ago. I had done a
20   good job. We have had great success, and I
21   think the brand has become very valuable,
22   only enhanced very greatly by the Apprentice,
23   which you watched the other night. I
24   appreciate your telling me that. And the
25   brand has been enhanced by the great success

47

1          Donald Trump
2    of the Apprentice and Celebrity Apprentice on
3    television.
4          Years ago, we started -- people would
5    come to us and they say, you know, we want to
6    build a building in a certain location in
7    Waikiki and we would like to use the Trump
8    brand or we want to build a building
9    someplace else and we want to use the Trump
10   brand.
11         All of a sudden, we started making
12   some deals which were licensing deals, some
13   deals which were licensing and partnership
14   deals. It is very funny because almost all
15   of the deals are different. I mean, I can't
16   think of -- it is not just like a
17   boilerplate, where you just sign. Every deal
18   is different. Some people have cash and they
19   would rather pay cash. Other people don't
20   have cash, they would rather pay a percentage
21   over a period of time. Some people would
22   rather have you as a partner and give you a
23   piece of the deal or a piece of the profits.
24   Each deal is very different.
25   Q    The dollars of how you value licensing

48

1          Donald Trump
2    your name, whether it is just a straight fee
3    versus a partnership, is there a value that
4    you put into each deal? Is there some kind
5    of calculation that you go in and say, okay,
6    guys, are you coming to me, hypothetically?
7    A    Yes, it is very ad hoc.
8    Q    Really?
9    A    It depends on the developer, it
10   depends on the location, it depends -- as an
11   example, we did a deal in New Orleans, a
12   licensing deal and, like, almost -- I may be
13   wrong on this a little bit, but a few days
14   later it got hit by the big hurricane, the
15   disaster. They paid a lot of money to go in.
16   I think it was $2 million up front. I called
17   them, I said do you want your money back.
18   They said, no, no, we are going to build this
19   job, and that was, like, how many years ago.
20   Years ago.
21   Q    Five, six?
22   A    They are still working on that job. I
23   think they are going to get it built. It is
24   amazing. They didn't want their money back.
25   Things happen. In that case it was Katrina.

49

1          Donald Trump
2    But things happen. That was an amazing one
3    because we had made the deal, and I remember
4    reading or hearing that there is a big
5    hurricane coming into New Orleans. I called
6    them up I said you guys okay. They said no
7    problem. The next day it was like a
8    disaster.
9          Whether it is Katrina or whether it is
10   a depression, which is what we had a few
11   years ago, a couple of years ago, things stop
12   jobs and they also help jobs get built. Good
13   things happen also. Like, the market goes
14   up. Lots of things happen in real estate.
15   It is complicated and it takes a long time.
16         It is not like you wave a magic wand
17   and the building appears. Buildings take
18   years and years and years to develop and to
19   get going, and market forces can change the
20   success or failure of a building.
21   Q    The Trump brand that we are talking
22   about and the value we are talking about, do
23   you think buyers and investors in your
24   property expect the brand to pay returns in
25   value?

50

```
 1              Donald Trump
 2   A    I think they value the brand, yes.
 3   Q    If you take your brand with you from a
 4   project, whatever it may be -- this happened
 5   to be one example, but I am not tying it to
 6   it -- you lose value, it is not a Donald
 7   Trump brand property, correct?
 8   A    What do you mean?
 9   Q    If you take your name off it?
10   A    If I take my name off.
11   Q    If you went to the hotel that I stayed
12   at and pulled your name from it and put some
13   other person there, that loses value?
14   A    Well, when we took our name from the
15   Tampa job, it looked like the market had
16   destroyed that job, so I don't know that it
17   lost value.
18   Q    You would agree, if you yank your
19   brand name from a project, it loses value
20   that day. Do you agree with that?
21   A    I think the projects are more valuable
22   if my name is on them, yes.
23   Q    The flip side of that, not to try to
24   heckle you with questions, if you pull your
25   brand name from that, there goes the value as
```

51

```
 1              Donald Trump
 2   well?
 3   A    I don't say there goes the value, but
 4   I think the brand has a value. It doesn't
 5   mean it won't be successful without the
 6   brand. A job can go up without my brand and
 7   be very successful also.
 8   Q    The deal that was structured for Trump
 9   Tower Tampa put a price point in place for
10   units square footage. With your Trump brand
11   on that project, you well exceeded the square
12   footage value, correct?
13   A    I don't remember.
14   Q    You don't remember. Well, you can
15   assume it because I looked at the numbers.
16   A    I think so. I am not surprised. It
17   has happened elsewhere.
18   Q    It seems to me that you can go into a
19   project, and tell me if I am wrong, and look
20   at a project, look at the market, see what
21   the market retails at and say if I put my
22   brand here it is going up 20, 30 percent, and
23   then you put that into the equation of your
24   agreement so that you take a piece of that if
25   you are partnering, correct?
```

52

```
 1              Donald Trump
 2   A    Very complicated. It is a very
 3   complicated -- there is no formula. Each job
 4   is different. Each job is totally different.
 5   It depends on the developer, the location,
 6   the city, the area. Some don't have very
 7   much cash, some have a lot of cash. Each job
 8   is different. Every one of these jobs is
 9   different.
10   Q    My example of going to the
11   marketplace, knowing your square footage of a
12   normal development, and knowing the Trump
13   brand is going to increase that retail value,
14   does that go into your equation when you are
15   doing the deal?
16   A    Maybe subconsciously, yes.
17        MR. CLARK: Let's take a
18   two-minute break. Let your lawyers
19   talk real quick. If you want to make
20   any calls, please feel free.
21        THE VIDEOGRAPHER: Going off
22   the record at 10:57 a.m. End of tape
23   number one.
24        (Whereupon a brief recess was
25   taken.)
```

53

```
 1              Donald Trump
 2        THE VIDEOGRAPHER: Returning to
 3   the record 11:05 a.m., beginning of
 4   tape number two.
 5   Q    I'm going to show you, this is just
 6   one example of what I call the silver book.
 7   One of the things that was handed out and
 8   what was identified as Chris's Exhibit 1, the
 9   first exhibit -- excuse me, the first
10   exhibit, Exhibit 1, was the New York Times
11   Magazine.
12        This one will be Exhibit 2. I will
13   call it the silver book.
14        MR. GRIFFIN: That's fine. By
15   the way, so the record is clear,
16   Mr. Trump, what is the date of that
17   New York Times Magazine?
18   Q    October '06. It is on the front page
19   right under --
20        MR. GRIFFIN: Sure.
21        (Whereupon silver book is
22   marked Plaintiff's Exhibit 2 for
23   identification as of this date.)
24   Q    Have you seen this book before?
25   A    Yes, I have.
```

54

```
 1              Donald Trump
 2    Q    When you came down to Tampa initially
 3  for your one visit you were in Tampa that got
 4  so much coverage, this was what was available
 5  to everybody showing up that night; do you
 6  recall that?
 7         MR. GRIFFIN:  Object to the
 8      form of the question.
 9    A    I think that's right, yes.
10    Q    Whether you had already laid down a
11  reservation or put money down, this was being
12  put out on the marketplace?
13         MR. GRIFFIN:  Object to the
14      form of the question.
15    A    I believe that's true.
16    Q    All the marketing -- I have read the
17  agreement, and as lawyers we all know what
18  certain things mean, but with respect to your
19  marketing for this particular project, Trump
20  Tower Tampa, were you personally reviewing
21  all the stuff that was going to be putting
22  out to the marketplace?
23    A    I wouldn't say everything, but a lot
24  of it, yes.
25    Q    Who was in charge of making sure it
```

55

```
 1              Donald Trump
 2  was being done right?
 3    A    I would say my -- from my
 4  organization.
 5    Q    From your group?
 6    A    I would think my son Don Jr. more than
 7  anybody else.  Myself and my son.
 8    Q    The things that get said about you and
 9  things that are quoted from you, do you have
10  somebody in your organization that tracks
11  that to make sure people were doing it right?
12         MR. GRIFFIN:  Object to the
13      form of the question.
14    A    We like to say the right thing, but I
15  don't know that we have anybody that actually
16  tracks it, no.  I don't think we would have
17  anybody that tracks it.
18    Q    As I am sitting here, I am thinking
19  our President gets a briefing every morning
20  about what is going on.  Do you have
21  something like that, where somebody briefs
22  you on a weekly, monthly, daily basis of what
23  is being out there, put out there?
24    A    No.
25    Q    About you or maybe you being quoted?
```

56

```
 1              Donald Trump
 2    A    No.
 3    Q    When something is submitted by your
 4  organization or you, whether it be the
 5  simplest to the more detailed, like that
 6  book, do you have somebody checking the
 7  accuracy of it?
 8    A    Within reason.  I mean, it is a big
 9  organization with a lot of different
10  development, so only within reason.
11    Q    Do you know if anything was marketed
12  incorrectly, quoted wrong with respect to the
13  Trump Tower Tampa?
14         MR. GRIFFIN:  Object to the
15      form of the question.
16    A    Not to my knowledge.
17    Q    Have you had anybody look?  There has
18  been a massive amount of stuff produced in
19  this case.  Has somebody gone and reported to
20  you -- and wait for your instruction, because
21  if you are getting an instruction or
22  direction from your lawyer listen to it --
23  has anybody reported to you that something
24  was done inaccurately?
25         MR. GRIFFIN:  I'm going to
```

57

```
 1              Donald Trump
 2  instruct you not to answer any
 3  communications that you have had with
 4  your lawyers, whether it be Alan,
 5  myself or anybody else on your legal
 6  staff, with respect to a response to
 7  Mr. Clark's question.
 8    A    Not to my knowledge.
 9    Q    One of the projects, Las Olas -- is
10  that how you pronounce it?
11    A    Las Olas.
12    Q    Ft. Lauderdale.
13    A    Yes.
14    Q    Put on hold.  That's a licensing deal,
15  licensing fee deal only?
16    A    I believe so, yes.
17    Q    Is that on this?
18    A    Yes, it is on the left-hand corner.
19    Q    Beach Resort, Ft. Lauderdale.  That
20  was a project, again, just so I am crystal
21  clear in my head, was this a licensing fee,
22  not a partnership?
23    A    I believe that was a licensing fee,
24  yes.
25    Q    Have you been deposed in that case
```

58

Donald Trump

1           Donald Trump
2  yet?
3  A  No.
4  Q  This is the first time you have been
5  deposed in any of these disputes over
6  projects and licensing and whatnot?
7  A  We have won most of the cases.
8  Q  Good.
9  A  That's the good news. So, I haven't
10  had to -- it is amazing.
11  Q  May I have a moment. Keep everything
12  like that. I will ask the court reporter, if
13  she would, this is the same Exhibit 1, the
14  New York Times Magazine. Will you be able to
15  get that, if you can? Step back a little
16  bit. The general sense of what we have been
17  talking about, sir, is your property and the
18  value that your brand brings to a project.
19  You would agree with me there is no
20  distinction in this short little ad, this one
21  distinction between licensing and owning,
22  correct?
23  A  Correct.
24  Q  In fact, nothing in your marketing
25  that you do individually or through your

59

Donald Trump

1           Donald Trump
2  organization makes that distinction; is that
3  correct?
4      MR. GRIFFIN: Object to the
5      form of the question.
6  A  I don't really know the answer to
7  that. I mean, some may say something, so I
8  can't answer definitively, but overall, and
9  as I told you before, if we do a licensing
10  job or if it is a job that I own, they are
11  both of equal importance to me. I want to
12  make sure it works out well.
13  Q  Because of what the slogan here is,
14  the finest properties from your name?
15  A  Correct.
16  Q  With respect to the properties here,
17  we went through some of them and you
18  mentioned licensing arrangements for a host
19  of them, correct?
20      MR. GRIFFIN: Object to the
21      form of the question. Go ahead.
22  A  We went through all of them.
23  Q  All of them, but a lot of them were in
24  fact licensing deals?
25  A  Yes.

60

Donald Trump

1           Donald Trump
2  Q  Whether it is a licensing fee or
3  indeed a partnership arrangement?
4  A  Some were licensing, some were
5  ownership, yes.
6  Q  Again, no distinction, as far as you
7  know, in this piece; an asterisk, a footnote
8  nothing to make the distinction?
9  A  That's correct.
10  Q  The properties, as you have it, all
11  have value because your brand name is added
12  to them, correct?
13  A  There is a value.
14  Q  If you pull that brand name from those
15  projects, they lose value, correct?
16      MR. GRIFFIN: Object to the
17      form of the question.
18  A  It depends, again, if the market is
19  going up. And if I pull my name but the
20  market is going up, I think you will
21  recapture any value that's lost, if there is
22  a value that's lost, but, yes, I think my
23  name has value.
24  Q  Again, the distinction, I want people
25  that may watch this in Tampa to hear it from

61

Donald Trump

1           Donald Trump
2  you, if you would. If you pull your name,
3  everything being equal, from a project, value
4  goes down?
5      MR. GRIFFIN: Object to the
6      form of the question.
7  Q  Correct?
8  A  I don't know that that's necessarily
9  correct. This was a development that was
10  killed because of market conditions. It
11  was -- sadly, I mean, because I wanted to do
12  it very much. I wanted to do it to a certain
13  extent because of George Steinbrenner, who
14  was a friend of mine, who was a very good
15  friend of mine. This was a job that was --
16  the Tampa job was killed because of market
17  conditions. It wasn't going to get built
18  whether it had my name or not. I don't think
19  it was any less valuable or more valuable
20  whether or not it had my name. This was a
21  dead job.
22      The market crash killed this job. Had
23  the market not crashed, had Lehman not gone
24  bankrupt, had Bear Stearns not gone out of
25  business, had the world and the stock market

62

Donald Trump

1            Donald Trump
2 not gone down by 60 percent or whatever it
3 was, this job would have been built. This is
4 like thousands of other jobs in the United
5 States. It went bad because of market
6 conditions. Had that not happened, this job
7 would have been built, so I don't think it
8 mattered whether my name was on it or not. I
9 don't think it hurt the value of the job that
10 I pulled my name, because they did whatever
11 they did as the people I am talking about,
12 the representatives in Tampa. The job had no
13 value because of market conditions. It had
14 no more value or less value because my name
15 was on it at that point.
16 Q    Of all the properties up there, Trump
17 Tower Tampa is the only one dead in the
18 water?
19          MR. GRIFFIN: Object to the
20    form of the question.
21 A    I didn't say that. I mean, I told you
22 there were numerous other jobs up there that
23 didn't get built. This ad was from years
24 ago. This ad was in the go times when
25 everything was getting built.

63

Donald Trump

1            Donald Trump
2    As I told you, Dubai, who would think
3 that Dubai was going to--
4 Q    Leaving Dubai out of it?
5 A    Okay, Las Olas didn't get built.
6 Q    It is not dead in the water?
7 A    It is dead in the water. I think it
8 is dead in the water.
9 Q    Okay.
10 A    Philadelphia didn't get built.
11 Q    We have not talked about Philadelphia.
12 A    No, I think --
13 Q    Was that a licensing deal?
14 A    Philadelphia was a licensing deal that
15 did not get built because it hit the wrong
16 market. Philadelphia was going to get built.
17 It was a wonderful job in a wonderful
18 location. Lehman Brothers went bankrupt and
19 it and never got built.
20 Q    None of your properties that you owned
21 are dead in the water. Maybe Dubai, based
22 upon what you described?
23 A    Dubai is dead in the water. Forget
24 about me owning it. It was owned by the
25 government of Dubai. Who would think that

64

Donald Trump

1            Donald Trump
2 they would go under?
3 Q    None of the properties that you own
4 are dead in the water?
5          MR. GRIFFIN: Object to the
6    form of the question.
7 A    By the way, even if they got built,
8 they are worth much less money than they
9 would have been. As an example --
10          MR. GRIFFIN: Dan, please let
11    him finish his answer.
12 A    As an example, had we built the Tampa
13 job, had everybody paid millions of millions
14 of dollars for their units based on old
15 pricing, right?
16 Q    Right?
17 A    They would have lost much more money
18 had we built the job than losing their
19 deposit. They would have lost much more
20 money because the apartments -- they would
21 have paid, during good times, they would have
22 paid $2 million for their apartment. That
23 apartment today would be worth $500,000.
24 They were better off losing their deposit.
25 Q    That's the ups and downs of real

65

Donald Trump

1            Donald Trump
2 estate. In 10 years, 15 years, who is to say
3 that that value returns, sir?
4          MR. GRIFFIN: Wait --
5 A    Your lawsuit is as of now.
6 Q    Understood --
7          MR. GRIFFIN: Mr. Trump, and,
8    Dan, please, you guys are kind of
9    talking over each other. Let him
10    finish the question, let him finish an
11    answer. Please, let's kind of slow it
12    down.
13 Q    Your analysis that you just gave us
14 takes out the fact that real estate. We
15 don't know where it is going to be in 10 or
16 15 years.
17          MR. GRIFFIN: Objection to the
18    form of the question.
19 Q    Correct?
20 A    It might go down.
21 Q    It might go up?
22 A    It might go down. So far I have been
23 right. It has been going down.
24 Q    You would agree -- maybe you don't --
25 it is better to have something you can touch,

17 (Pages 62 to 65)

66

```
 1           Donald Trump
 2  open a door to then have nothing in hand?
 3       MR. GRIFFIN:  Object to the
 4       form of the question.
 5  A    I disagree in this case.  The
 6  apartments were sold at a very high price
 7  during a very good portion of the market,
 8  when the market was raging.  This was before
 9  Lehman Brothers went bankrupt, Bear Stearns,
10  et cetera.  Those prices today, had they been
11  bought by the people that you represent,
12  those units would be worth 60 or 70 percent
13  less today.  With or without the name Trump,
14  they would be worth 60 or 70 percent less.
15  If somebody paid two or $3 million for a
16  unit, that unit would be worth 60 or
17  70 percent less.
18       By the way, that's just Tampa.  That's
19  the whole country.  Some sections are a
20  little bit better than others.  New York is
21  better than other sections, as the example,
22  but Tampa got hit very hard by the
23  depression.  Those units would be worth a
24  tremendous amount less had they bought them.
25  In other words, had they put up their
```

67

```
 1           Donald Trump
 2  $2 million, their $2 million would now be
 3  worth five or $600,000.
 4  Q    Not to continue to debate--
 5  A    To be honest with you, they were
 6  better off that the building wasn't built.
 7  Q    Your value in the hotel here in New
 8  York City from that stake would arguably be
 9  less because of the marketplace, correct?
10  A    I am going by the Tampa market.  I am
11  saying the Tampa market got hit very, very
12  hard, as bad as any market in the country,
13  and a $2 million r apartment in Tampa would
14  be worth about five or $600,000 today.  The
15  best thing that happened to your clients was
16  that the building was not built.
17  Q    Trump Tower Tampa sold out though from
18  reservation-wise money down?
19  A    That's right, at very high prices, and
20  those prices today are worth 70 percent.
21  Sixty, 70 percent less than that sell out.
22  Q    You've gotten an undisclosed number
23  out of this project, correct?
24       MR. GRIFFIN:  Wait, wait, wait.
25       Counsel looked at me, the settlement.
```

68

```
 1           Donald Trump
 2       MR. CLARK:  The settlement,
 3       whatever what's been paid in.
 4       MR. GRIFFIN:  I am going to
 5       tell Mr. Trump to not answer any
 6       questions regarding any settlement of
 7       this or any other case.  I would ask
 8       that we not address and I will stand
 9       by the objection and the instructions.
10  Q    I'm with you.  My point is I don't
11  know the exact number that you have been
12  paid, because I do know what was accounted
13  for up to your lawsuit but I do not know, and
14  your counsel has instructed you not to tell
15  me, whether you were paid anything.  So,
16  that's a number that you pulled out of this
17  project?
18       MR. GRIFFIN:  No, it is not.  I
19       am telling you that we are not
20       answering.  We have not disclosed any
21       information about any number, whether
22       it was received at all or not.  You're
23       saying something that doesn't have a
24       factual basis.
25       MR. TURKEL:  So the record is
```

69

```
 1           Donald Trump
 2  clear, you are taking a
 3  confidentiality position on licensing
 4  fees pre-default?
 5       MR. GRIFFIN:  No.
 6       MR. TURKEL:  You are taking a
 7  position on anything that may have
 8  happened post-default, post-loss.
 9       MR. GRIFFIN:  That's correct.
10       MR. TURKEL:  Even the
11  acknowledgment of the settlement.
12       MR. GRIFFIN:  That's correct.
13       MR. TURKEL:  Pre-default, if we
14  were to ask you today how many dollars
15  were you paid while they were
16  performing, you would not take the
17  position.
18       MR. GRIFFIN:  Correct, that's
19  not confidential.
20       MR. CLARK:  That's what I was
21  about to pull out.
22  Q    There are two pockets here.  One, we
23  don't know, and you need to follow what your
24  lawyer is telling you and do so, and a number
25  that's been paid to you already as a
```

70

1           Donald Trump
2  licensing fee, correct?
3  A    Okay.
4  Q    You do know that you received some
5  money, and I have the figures, and I don't
6  really care what the number is. You agree
7  with that and you know that, correct?
8  A    I believe so, yes.
9  Q    Why haven't you returned those funds
10  to this project and given back that money?
11       MR. GRIFFIN: Object to the
12       form of the question.
13  Q    If the project didn't get built?
14  A    Well, because I had no obligation to
15  the people that signed me to give it back,
16  number one, and number two, the money was a
17  very small amount relative to -- in fact, I
18  would say that I lost money on this project.
19  If you add all of what everybody has been
20  through including yourselves, I have lost
21  money on this project.
22       This has been a loser, not a positive,
23  and most of the money that I would have made
24  on this project would have been from a
25  percentage of profits had the market stayed

71

1           Donald Trump
2  strong.
3  Q    Your analysis over the marketplace and
4  what it has done to devaluing property?
5  A    Yes.
6  Q    You agree with me even with the
7  marketplace and the devaluation of
8  properties, your properties, your Signature
9  properties have more value with your brand
10  name on it?
11       MR. GRIFFIN: Object to the
12       form of the question.
13  Q    Correct?
14  A    Well, if they are ever built. You are
15  talking about a project that's not built.
16  You are talking about a project that had no
17  value. So. Whether it had my name on it or
18  not. It wouldn't have made any difference.
19  Q    We are going to switch, based on what
20  we have talked about. We will go straight
21  through and get you out of here.
22  A    That would be great. That would be
23  much nicer.
24       MR. CLARK: Thank you, Chris.
25       MR. GRIFFIN: You're welcome.

72

1           Donald Trump
2       MR. CLARK: Thank you,
3  Mr. Trump.
4       THE WITNESS: No problem.
5  EXAMINATION BY
6  MR. TURKEL:
7  Q    Mr. Trump, just so the record is
8  clear, I am Ken Turkel. I am co-counsel with
9  Mr. Clark in this case.
10       Your lawyer as well, you have allowed
11  me to ask a portion of these questions today,
12  which we appreciate.
13       By way of general background, there
14  are a few areas I want to clean up with you
15  as we head into some more specifics about the
16  license agreement.
17       The first one is this. One of the
18  comments you made to Mr. Clark was that it
19  was very well proven that the Trump name
20  brings immediate value, using words, you can
21  put them in quotes, "very well proven."
22       Do you have any internal reports or
23  data in your own possession or the possession
24  of the Trump Organization or any of the
25  affiliate companies that document that fact?

73

1           Donald Trump
2  A    I can try and find some for you. I
3  don't think we did any, per se, but I think
4  that newspapers have done it showing that
5  there is a value. And if I can find that, I
6  will give it to my attorneys to give to you.
7  Q    The genesis of the question was
8  whether you were referring to reports that
9  may be disseminated publicly or through the
10  media or whether they were internal reports?
11  A    I believe they would have been from
12  other companies that were disseminated to the
13  media. I don't think we have done it
14  individually.
15  Q    Have you kept any statistics, either
16  internally or do you know of any statistics
17  that have been kept externally that have
18  distinguished between the value brought to a
19  project by the Trump name when you license it
20  as opposed to when you are actually the
21  builder developer?
22  A    No, I don't know that.
23  Q    Do you have any personal opinions on
24  that?
25       MR. GRIFFIN: Object to the

**74**

Donald Trump

1        form of the question.

2    A    I don't think it would matter.

3    Q    What do you mean?

4    A    You are saying if it is a license deal

5 or if I own it, would there be a difference

6 in value?

7    Q    Yes, let me rephrase the question as

8 opposed to asking you for your opinion.

9 Mr. Clark took you through the board and the

10 New York Times Magazine article articulating

11 among 2,006 various projects that you were

12 involved in.

13      Do you know as a matter of fact

14 whether the projects with your name licensed

15 had more or less value than the ones in which

16 you actually were builder developer?

17        MR. GRIFFIN: Object to the

18        form of the question.

19    A    No. I don't know why it would matter

20 that much, but I don't see it, but I don't

21 know the answer to that.

22    Q    I am not sure it necessarily --

23        MR. GRIFFIN: Can I interrupt?

24 With all respect to the lawyers and

**75**

Donald Trump

1      Mr. Trump, I thought there were

2 different areas, substantive areas

3 that you were going to inquire about

4 and not just followup on Dan's

5 questions.

6      MR. TURKEL: I am actually

7 laying predicate for discussion of the

8 specific terms of the licensing

9 agreement. I want to make sure I

10 understand a few of these things.

11    Q    With respect to deals in which you

12 were licensing, you have identified very

13 candidly for us the different capacities in

14 ways you participated. As we sit here today,

15 do you know whether the actual licensing

16 agreements in the non-Tampa license deals

17 were similar to their fee structure the Tampa

18 deal?

19    A    It was -- as I said before, every deal

20 is different. Tampa would be different than

21 most of the other deals here. Not different,

22 for better or worse. The deals are just

23 different for lots of different reasons. In

24 the Tampa deal, a percentage of the profits,

**76**

Donald Trump

1 and really a partnership therefore, was

2 created because of the percentage of the

3 profits, at least in my mind, and that's

4 different.

5      Many of the licensing deals, it is a

6 flat fee or it is a fee per unit or whatever.

7 This was a percentage of profits, so this was

8 actually a little bit more intense deal than

9 most.

10    Q    How long have you been in the real

11 estate development business?

12    A    Since 1970.

13    Q    In that time frame, from 1970, let's

14 go until 2004, when the initial license

15 agreement was signed, how many entities have

16 you either formed or been a part of that were

17 either partnerships, limited liability

18 companies, joint ventures or corporations?

19    A    Well, many, many. Far more than what

20 you see up here. This would be just an

21 indication of it, but many beyond what you

22 have here. I don't know the number.

23    Q    You understand, as a business person,

24 an experienced business person, that there is

**77**

Donald Trump

1 a difference between a partnership and a

2 corporation; right?

3    A    Well, a corporation can be in the form

4 of a partnership, too. You can have

5 corporate partners.

6    Q    Correct.

7    A    The question is a little bit general.

8    Q    You can have a partnership that has

9 partners in it which are corporations?

10    A    Absolutely.

11    Q    You understand those are different

12 legal types of entities, a partnership versus

13 a corporation?

14    A    Yes.

15        MR. GRIFFIN: Objection to the

16        form of the question.

17    Q    Equally, do you understand that a

18 limited liability company is another type of

19 legal entity?

20        MR. GRIFFIN: Object to the

21        form of the question.

22    A    Yes.

23    Q    How about a joint venture. Have you

24 ever done a joint venture agreement?

78

```
 1              Donald Trump
 2    A    Yes.
 3    Q    Do you understand the joint venture to
 4    be a different type of entity?
 5    A    They are all going to be.
 6    Q    One of the points you made is that you
 7    viewed your participation in Tampa as a
 8    partnership because of the fact that you were
 9    receiving a portion of the profits; is that
10    right?
11              MR. GRIFFIN:  Object to the
12         form of the question.
13    A    That was my view.  That was my view.
14    Q    That was your view?
15    A    That is my view and was my view.
16    Q    What you are trying to clarify for me?
17    You hold that view today also?
18    A    That is correct.
19    Q    When Simdag -- strike that.  You have
20    talked about how you got interest in the
21    Tampa project.  You have referenced your
22    relationship with Mr. Steinbrenner and Derek
23    Jeter.  Did Simdag initially come to you
24    seeking the use of your name for this
25    project?
```

79

```
 1              Donald Trump
 2    A    I believe so.
 3    Q    Do you know whether the idea to do it
 4    as a licensing agreement versus a joint
 5    venture, a corporation or a limited liability
 6    company or general or limited partnership was
 7    your idea or Simdag's?
 8    A    I don't know.
 9    Q    Would somebody else have handled that
10    initial discussion at the Trump Organization?
11    A    No.
12    Q    If you don't know, who would know?
13    A    Nobody.
14    Q    Explain that to me.
15              MR. GRIFFIN:  Wait.  Objection
16         to the form of the question.  Explain
17         that to me doesn't ask him.  What you
18         are trying --
19    Q    When you tell me nobody knows, I am
20    assuming somebody was initially approached by
21    Simdag or vice versa.
22    A    Right, it was so many years ago -- you
23    are talking many years, and I handled it, but
24    I don't exactly know did we call them, did
25    they call us.  I think they called us, but I
```

80

```
 1              Donald Trump
 2    have had many, many different things happen
 3    over the years.  While I like to pride myself
 4    on having a very good memory, I can't tell
 5    you if many years ago I called them or they
 6    called me.  I think they called me.
 7    Q    Would there be any document or record
 8    of that initial contact?
 9    A    No.
10    Q    If they called you, would it be your
11    recollection that you handled the
12    communication personally?
13    A    Yes.
14    Q    Do you know, as you sit here today,
15    whether the idea to do this as a licensing
16    agreement versus you being a builder
17    developer was your idea or theirs?
18    A    Well, I think it was common sense.  It
19    was a license and because we didn't have the
20    local knowledge that I discussed before, so
21    the concept of being the builder developer
22    would not have really entered into the
23    equation.
24              MR. TURKEL:  Let's go ahead and
25         mark this as Exhibit 3.
```

81

```
 1              Donald Trump
 2              (Whereupon, a copy of a license
 3         agreement entered into between Mr.
 4         Trump as licensor and Simdag/Robel as
 5         licensee is marked Plaintiff's Exhibit
 6         3 for identification as of this date.)
 7    Q    The court reporter has handed you what
 8    was marked as Exhibit 3 for this deposition.
 9    A    Correct.
10    Q    I can represent to you it is a copy of
11    the license agreement that was entered into
12    between you as licensor and Simdag/Robel as
13    licensee.  Are you familiar with that
14    document?
15    A    Yes.
16    Q    As a predicate to discussing the
17    document, who owns the Trump name as a piece
18    of property, as a piece of intellectual
19    property?
20    A    I do.
21    Q    You individually, correct?
22    A    Yes.
23    Q    Do you own all of the related service
24    marks to the name?
25    A    Yes.
```

82

```
 1              Donald Trump
 2         MR. GRIFFIN:  Object to the
 3    form of the question.
 4         MR. TURKEL:  What is the
 5    objection?
 6         MR. GRIFFIN:  It calls for a
 7    legal conclusion?
 8         THE WITNESS:  Good point.
 9    Q    I would assume you know whether it is
10    a legal conclusion or not.
11         MR. GRIFFIN:  I assume I can
12    make an objection, too.
13    Q    I am sorry, Chris.  I was just mulling
14    that one over.  Do you recall when trademark
15    protection was sought for the Trump name and
16    related service marks?
17    A    No.
18    Q    Whose idea was it to get trademarked?
19    I will caution you, if it came from one of
20    your lawyers, don't tell me.
21    A    My lawyers.
22    Q    Is the Trump name trademarked for use
23    in products other than real estate ventures?
24    A    Yes.
25    Q    Have you used it in that fashion?
```

83

```
 1              Donald Trump
 2    A    Yes.
 3    Q    Why?
 4    A    Because it's got something that people
 5    like; shirts, ties at Macy's, cufflinks.
 6    Q    Are those cufflinks you are wearing
 7    Trump cufflinks?
 8    A    Yes, they are quite nice.
 9    Q    They are handsome, yes, they are.
10    Water?
11    A    Yes, other things.  Yes, we do think
12    that it seems to be selling quite nicely.
13    Q    Do you recall, and you can just give
14    me a year, even a frame of years when you
15    started doing business with the Trump name
16    outside of the world of real estate; in other
17    words, when you began licensing to get into
18    products and other sort of items?
19    A    Probably six or seven years ago.
20    Q    Was it before or after the Apprentice?
21    A    A little bit before.
22    Q    When you say the Apprentice has
23    increased the value, we can agree that there
24    was some value to the name pre-Apprentice;
25    right?
```

84

```
 1              Donald Trump
 2    A    That is correct.
 3    Q    Certainly enough value that you could
 4    use it on cufflinks or bottled water?
 5    A    Yes.
 6    Q    Did you ever do a licensing agreement
 7    of any kind?  If you look at Exhibit 3, it is
 8    dated October 27, 2004, which was right at
 9    six years ago?
10    A    Okay.
11    Q    Almost a month shy of six years, prior
12    to October 27, 2004, had you done any other
13    licensing agreements with your name?
14    A    I believe so, yes.
15    Q    Do you recall which ones?
16    A    I don't know.  I think maybe Miami was
17    before this.  I am not sure.  I would have to
18    check with my lawyers and check with the
19    people as to the chronology, but yes, I
20    believe we did others prior to this.
21    Q    Would the Tampa Simdag license
22    agreement at the very least have been one of
23    the first five or 10?
24    A    One of the earlier ones, yes.
25    Q    When you say one of the earlier ones,
```

85

```
 1              Donald Trump
 2    within the world of real estate?
 3    A    Yes, of real estate.
 4    Q    I believe you discussed this with
 5    Mr. Clark, but just to confirm it, as far as
 6    you recall all of the license agreements have
 7    been confidential?
 8    A    As far as I know, they are all
 9    confidential, yes.
10    Q    Let's take a look at this one.  I want
11    to go through some specific terms of this
12    with you.  In the preamble, if you would turn
13    to the first page, which says License
14    Agreement at the top, so it is going to be
15    the first page after the cover page.
16    A    Okay.
17    Q    Turn the cover page over.
18    A    Okay.
19    Q    It is on the back of your cover page.
20    I am sorry, it says License Agreement?
21    A    Correct.
22    Q    There is a recognition that this
23    agreement is entered into on October 27,
24    2004, between Donald J. Trump, worldwide
25    renowned builder and developer of real
```

Donald Trump

1 estate, who enjoys the highest reputation in
2 his field among others. You are defined as
3 the licensor. Do you see that?
4
5 A    Yes.
6 Q    I don't mean this question to be --
7 Dan used the word heckle earlier. Why is
8 there a recognition in there that you are a
9 worldwide renowned builder and developer.
10 Why is that put into the agreements?
11 A    Because we want them to know that we
12 have a very important reputation and we don't
13 want them to screw up.
14 Q    It is a way of putting in writing with
15 the party who you are going to license your
16 name to?
17 A    That's correct.
18 Q    That your reputation is an important
19 thing?
20 A    We want them to do a good job.
21 Q    Simdag/Robel is listed here this is
22 October 27, 2004. How long -- strike that.
23 What period of due diligence did you undergo
24 with respect to Simdag before you agreed to
25 sign this agreement with them?

Donald Trump

1
2 MR. GRIFFIN: Objection to the
3 form of the question. Go ahead.
4 A    Due diligence is always very tough.
5 You hire people or you use your own people
6 and you go into the background of people.
7 The background of the people in the
8 partnership was quite a good background.
9 They were respected, they were really well
10 known in the Tampa area, and they really had
11 a very good reputation. We did a fairly
12 thorough check at the time.
13 It was years ago, but we did a fairly
14 thorough check, and everybody seemed to think
15 they were quite good people. We also then
16 checked the real estate of the location and a
17 lot of other things going into a decision
18 like this. We felt that the people, the
19 quality of the people involved was very high.
20 Q    As you sit here today, do you have any
21 recollection as to how many projects
22 Simdag/Robel had built in the Tampa Bay area
23 as of October 27, 2004?
24 A    Well, this is a separate company or
25 group for the purpose of doing this

Donald Trump

1 particular job, but there were people that
2 were involved with development and there were
3 people that had just very good reputations.
4 But this was set up -- I believe that name
5 was set up for specifically this job.
6 Q    That's a fair point. Let me rephrase
7 the question. As of October 27, 2004, I
8 would assume you knew how many condominium
9 development projects the principals of Simdag
10 had been involved in prior to this agreement?
11 A    My people did at the time, they did a
12 background check. I don't know exactly, but
13 the people that are involved with me in this
14 capacity did a background check and they
15 found them to be a quality group. I remember
16 the word quality used, a quality group of
17 individuals.
18 Q    Do you know whether that background
19 check was memorialized in any sort of
20 document?
21 A    I don't. I would love to find out. I
22 mean, I will check it for you.
23 Q    If it was memorialized in a document,
24 would it have been a Trump Organization
25

Donald Trump

1 document, corporate document?
2 A    Yes, I believe so, yes.
3 Q    Who would the people have been who did
4 the due diligence?
5 A    I would have to check that. An
6 executive or a group of executives within the
7 organization.
8 Q    If I were to describe for your lawyer
9 to perhaps produce to us any documents
10 memorializing the due diligence performed by
11 Trump individually or the Trump Organization?
12 A    Right.
13 Q    That would be sufficient for you to at
14 least do a search to see if they exist?
15 A    Absolutely.
16 MR. GRIFFIN: Any objection
17 that I may have --
18 MR. TURKEL: Absolutely. I am
19 trying to find out the logistics if it
20 is producible otherwise.
21 REQUEST NOTED
22 Q    We see in the second paragraph of this
23 document that you are the sole exclusive
24 owner of the United States trademark
25

90

Donald Trump

1          Donald Trump
2    regulations identified in schedule one.
3    A      Correct.
4    Q      Which we turn back to schedule one,
5    because what is a document without its
6    schedules.  Schedule one lists trademark
7    Trump Tower with the registration number of
8    1688083.  We can agree, as we sit here today,
9    that's not the only trademark that you
10   registered; right?
11   A      That's correct.
12   Q      Certain other rights in the name
13   trademark service marked designation and
14   identification Trump.  That goes back to what
15   we were discussing earlier, which is the
16   protection of your name as a brand; right?
17   A      Right, yes.
18   Q      Let's go to what is the third whereas
19   clause, which says, "Whereas Licensee intends
20   to develop a first-class luxury residential
21   condominium building of approximately 190
22   units."  Do you see that language?
23   A      Yes, I do.
24   Q      Do you know, as you sit here today,
25   whether Simdag or the principals of Simdag

91

1          Donald Trump
2    had ever developed a luxury residential
3    condominium unit of that size or quality in
4    their past?
5    A      No, I don't believe so.  This was the
6    biggest thing in Tampa, so this was an
7    unusually large development.  I started
8    building very big buildings and I did a very
9    good job of it, but at some point you had to
10   start -- I don't know, they had a wonderful
11   reputation, but I don't know that they
12   developed anything of this -- this was a very
13   large job.
14   Q      When you had discussed with me earlier
15   that these principals enjoyed a good
16   reputation in Tampa, other than being able to
17   repeat for me that your people told you that,
18   you have no specific facts that you recall
19   today?
20   A      No, but when I met them I was very
21   impressed with them as individuals.  I went
22   to Tampa, I met with them.  I was very
23   impressed with them as individuals.
24   Q      If you go down to paragraph sub four
25   of the same whereas clause, it would read

92

1          Donald Trump
2    that the licensee, that being Simdag/Robel,
3    "intends to design, develop, construct,
4    operate and maintain the building according
5    to the Trump standards"?
6    A      Correct.
7    Q      "As herein defined so as to maximize
8    the value of the Tower property for the
9    benefit of Licensee and Licensor," correct?
10   A      Yes.
11   Q      We can agree that you weren't going to
12   design the building; right?
13          MR. GRIFFIN: Object to the
14   form of the question.
15   A      Not design it per se, but make sure
16   the design was first class.
17   Q      You had the rights to review the
18   design specs?
19   A      Absolutely, and we did.
20   Q      You weren't going to pick the
21   architect, though, correct?
22   A      I think we could have, but we were
23   very impressed with what we saw.
24   Q      When it comes to the actual
25   developing, as you stated earlier, you

93

1          Donald Trump
2    weren't going to be down at Tampa with the
3    sheetrock installers; right?
4          MR. GRIFFIN: Objection to the
5    form of the question.
6    A      No, but had the building proceeded, I
7    would have been at Tampa quite a bit.
8    Q      Did you have any responsibility under
9    this license agreement for the actual
10   construction of the property other than that
11   to review Simdag's work?
12   A      That's a big thing.  We had very
13   strong review capability and requirements
14   under this agreement.  Had the job proceeded,
15   I would have been in Tampa quite a bit to
16   make sure it was going to go.  I or
17   representatives from my organization, but I
18   would have been there actually a lot.  This
19   was a very exciting job to me.
20   Q      As it relates to the agreement -- I
21   think you lost my question somewhere in that
22   answer.  The actual responsibility to design,
23   develop, construct and operate belonged to
24   Simdag/Robel; is that correct?
25          MR. GRIFFIN: Object to both

24 (Pages 90 to 93)

**Donald Trump**

1  the question and the comment that
2  proceeded it. He answered the
3  question, and it didn't get lost. He
4  answered it.
5      MR. TURKEL: I disagree.
6  That's why I reasked.
7  A  I would rather stay with the answer
8  that I gave because we did have a lot to do
9  with the design of this building and that's
10  the way it was.
11  Q  Did you have any contractual
12  obligation with respect to this building and
13  the design of the building beyond reviewing
14  what was submitted to you by Simdag?
15      MR. GRIFFIN: Objection to the
16  form of the question.
17  A  I could have rejected what I saw and
18  then probably have gotten very much involved,
19  but we liked very much what we saw. It was
20  the opposite.
21  Q  Turn the page and let's look at that.
22  I think it is set forth pretty clearly.
23  A  What page?
24  Q  It will say page eight on the bottom.

**Donald Trump**

1  A  That's correct.
2  Q  If you look at paragraph F, that sets
3  forth the mechanics of how that works?
4  A  Yes.
5  Q  Do you need a moment to review it or
6  are you familiar with it?
7  A  Go ahead.
8  Q  As it sets forth in paragraph F, "The
9  Licensee" -- that being Simdag -- "is
10  required to submit its final plans and specs
11  therefore or specifications to the Licensor,"
12  and that you have the 15-business-day window
13  to review those, do you see that?
14  A  Correct, yes, I do.
15  Q  As you stated, within those 15
16  business days you are allowed to deliver a
17  report to the licensee either approving those
18  final plans and specifications or identifying
19  the deficiencies, for lack of better word in
20  it; right?
21  A  Right.
22  Q  At any point in time, did you send a
23  deficiency notice to Simdag/Robel with
24  respect to the final plans and

95
97

**Donald Trump**

1  A  Eight, different page.
2  Q  You should see a sub F.
3  A  It is a different page.
4  Q  Yours may be paginated -- go to seven.
5  A  Sub F.
6  Q  Prior to commencing construction, do
7  you have that?
8  A  I have the right to review. Are we on
9  the same document? Why are the pages--
10  Q  I think it is paginated differently.
11      MR. GRIFFIN: I ask your
12  indulgence, Mr. Trump and Mr. Turkel.
13  That thing has gone off twice and
14  people know that I am in an important
15  deposition. Let me check to see who
16  is trying to reach me.
17  A  There it is. Sorry, it is my fault.
18      MR. GRIFFIN: Thank you.
19      MR. TURKEL: Are you all right.
20      MR. GRIFFIN: Yes.
21  Q  One of the points you made, Mr. Trump,
22  was that you had the right to reject the
23  final plans and specifications for the
24  property, correct?

**Donald Trump**

1  specifications?
2  A  I don't believe so. We thought they
3  were doing really good work.
4  Q  You approved what they said?
5  A  I believe that's correct.
6  Q  If you had disapproved that, you are
7  allowed to send a notice to them of their
8  deficiencies; right?
9  A  That is correct.
10  Q  After they obtained that, they are
11  going to resubmit plans to you and you can
12  approve those; right?
13  A  Change it or do something.
14  Q  Were you aware at the time or are you
15  now after essentially three of those cycles
16  of approving or disapproving Simdag at that
17  point was allowed to pull out of the
18  development?
19      MR. GRIFFIN: Object to the
20  form of the question.
21  A  You mean according to this document?
22  Q  Yes, sir.
23  A  Yes, there was something to that
24  effect, yes.

98

Donald Trump

1                Donald Trump
2   Q   Go down to paragraph H -- strike that.
3   Before we do that, look at the bottom of
4   paragraph F. You will see a provision there
5   saying the second, I think it is the last
6   sentence saying, "Licensee shall construct or
7   cause construction of the Tower property
8   substantially in accordance with the final
9   plans and specifications approved by
10  licensor, which shall adhere to and comply
11  with the Trump standards"; right?
12  A   Yes.
13  Q   When we get down to it as far as
14  protecting your brand, the essential
15  component of this contract to you is that you
16  have the approval rights, correct?
17  A   Yes.
18  Q   And that they build it in accordance
19  with your standards?
20  A   At a high level, yes.
21  Q   When you are marketing the project,
22  certainly your expectation as you advertise
23  and market the project is that the buyer's
24  expected to be at that level of quality
25  associated with your name, correct?

99

Donald Trump

1                Donald Trump
2      MR. GRIFFIN: Objection to the
3   form of the question.
4  A   Right.
5  Q   If we look down to paragraph H, and
6  this just caught my eye, Simdag was going to
7  pay the licensor, Trump, basically
8  reimbursement for any trips made down to
9  Tampa, correct?
10  A   Yes.
11  Q   That was capped at, I believe there is
12  a number there, "not more than two occasions
13  in each 12 consecutive month period from the
14  date hereof to the issuance of a permanent
15  certificate of occupancy for the building";
16  right?
17  A   Yes.
18  Q   For two trips a year, they were going
19  to reimburse you, right?
20  A   That's correct.
21  Q   Why was that provision put in here?
22  A   It is very standard in any contract
23  such as this or in any hotel contract. You
24  are always reimbursed if you travel. It is a
25  very standard clause. That's I would say,

100

Donald Trump

1  always, always in this kind of an agreement.
2  Q   When you are an owner of a project, in
3  other words, as you pointed out to Mr. Clark
4  earlier, the various projects that you have
5  built with either your own money or financing
6  you have obtained and you have guaranteed, do
7  you get reimbursed by your partners for
8  coming to visit the project?
9  A   Oftentimes, yes.
10  Q   If I were to ask Mr. Griffin to
11  produce documents memorializing the
12  partnerships that you were a builder or owner
13  in, we would see provisions to that?
14  A   I believe so, yes. If I have a
15  partner and I am traveling, or likewise if
16  the other partner is traveling, they would
17  routinely put in for expenses. Whether it is
18  in an agreement or not, they would put in for
19  their expenses or I would put in for my
20  expenses.
21  Q   Even if you were the majority owner?
22  A   Yes, if I was the majority owner. If
23  I had 60 percent and I was traveling, and it
24  was very costly but to the benefit of the

101

Donald Trump

1  job, I put in for the expenses. Yes, pretty
2  standard.
3  Q   Why in this particular agreement, if
4  you know, were the reimbursement obligations
5  capped at two visits every two months through
6  occupancy?
7  A   Well, because I am sure while they
8  liked us and respected us, they didn't want
9  us to travel there five times a week at great
10  expense.
11  Q   Do you recall ever submitting either
12  for your own benefit or the benefit of
13  someone within Trump Organization a
14  reimbursement report under this provision of
15  the contract?
16  A   No, it may have happened, but I don't
17  recall that.
18  Q   How many trips did you make -- there
19  was never a certificate of occupancy issued.
20  How many trips did you make to Tampa before
21  this?
22  A   I think two or three. I would have
23  made many had it gone forward.
24  Q   Let's take a look at page nine.

102

```
1              Donald Trump
2    A    Okay.
3    Q    As a further predicate to this next
4    group of questions, we can agree you never
5    signed a personal guarantee on anything
6    relating to the Trump Tower Tampa; right?
7    A    That's correct.
8    Q    Not with a bank or any private lender,
9    correct?
10   A    No, that's correct.
11   Q    We can agree your name individually or
12   your corporation's name was not on any
13   promissory note that may have been issued to
14   finance the project?
15   A    That is correct.
16   Q    Paragraph six of page nine provides
17   the situations in which you as licensor of
18   your name shall have "the absolute right to
19   terminate the agreement and the rights
20   licensed thereunder upon 10 days prior
21   written notice." Do you see that?
22   A    Yes, I do.
23   Q    Take a look at page 10 now. I want to
24   concentrate on two provisions in this. Let's
25   take a look at paragraph G first.
```

103

```
1              Donald Trump
2        "The construction of the building
3    shall not fail to commence within 18 months
4    unless such delay shall result from strikes,
5    lockouts or labor disputes, inability to
6    obtain labor or materials or reasonable
7    substitutes therefor, acts of God,
8    governmental restrictions, regulations or
9    controls, enemy or hostile government action,
10   civil commotion, riot or insurrection, fire
11   or other casualty or other event similar to
12   the foregoing beyond the reasonable control
13   of licensee."
14   A    Okay.
15   Q    The reason I read that is this allows
16   you, paragraph G, to pull out if they didn't
17   commence construction within 18 months for a
18   laundry list of what was defined as
19   unavoidable delays; right?
20   A    Okay.
21   Q    What it is aimed at is when you look
22   at these acts things that the builder itself,
23   Simdag, could not control, correct?
24        MR. GRIFFIN: Objection to the
25        form of the question.
```

104

```
1              Donald Trump
2    Q    You can go ahead and answer it.
3    A    Yes, that's true.
4    Q    The building didn't commence
5    construction within 18 months; right?
6    A    No.
7    Q    Let's just -- I want to pull back from
8    the actual for a second, all right, and talk
9    about the intent of this one provision. If I
10   am a purchaser who laid down $200,000 of
11   their deposit money to buy a unit at Trump
12   Tower Tampa?
13   A    Right.
14   Q    And I have seen the plans, I have seen
15   the silver book Mr. Clark showed, I have seen
16   what this glorious building is going to be,
17   whether that building gets built in two years
18   or three years, we know that if it doesn't
19   start construction in 18 months it may not be
20   called Trump Tower; right?
21        MR. GRIFFIN: Object to the
22        form of the question.
23   A    Well, we would have the right to pull
24   out if we wanted to. We didn't want to.
25   Q    Do you know whether anyone within the
```

105

```
1              Donald Trump
2    premarketing of this disclosed to the buyers
3    that you had this right to pull out?
4        MR. GRIFFIN: Object to the
5        form of the question.
6    A    No, I don't know that.
7    Q    Have you ever disclosed that when you
8    were advertising or marketing a project of
9    yours?
10       MR. GRIFFIN: Objection to the
11       form of the question.
12   A    I don't think it is something that
13   would be in advertising or marketing. I
14   mean, if you were going to do advertising or
15   marketing, then every job ever built would
16   have to take agreements in many cases that
17   are many times larger and put, put every
18   single word or every single paragraph into
19   the newspaper, and I don't think that can
20   happen from a practical standpoint.
21   Q    From a contractual standpoint, you had
22   actually agreed that this entire agreement
23   was confidential, correct?
24   A    Yes.
25   Q    For you to disclose that, you would
```

27 (Pages 102 to 105)

**Donald Trump**

1    **Donald Trump**
2 have breached that confidentiality, wouldn't
3 you?
4    A    But who would ever disclose agreements
5 in an advertisement? You're advertising for
6 apartments. That would mean -- some
7 partnership agreements are hundreds of pages
8 long. Does that mean that every time we take
9 an ad you have to disclose the entire
10 agreement in its entirety? I mean, I don't
11 think that would -- first of all, it has
12 never been done in the history of real
13 estate. Second of all, I don't think that
14 would be very practical, and that's why it
15 isn't done.
16    Q    Do you know whether any other real
17 estate developers of your magnitude licensed
18 their name the way you did?
19    A    I don't know. I am not sure, but yes,
20 I am sure they have been, but hotel companies
21 do it all the time routinely, Ritz Carlton,
22 Four Seasons, routinely. It is something
23 that's not uncommon? Mostly probably real
24 estate people too. I just don't know of any,
25 but in the hotel business it is routinely

107

1      Donald Trump
2 done.
3    Q    Do you know whether it is done in the
4 condominium sales business?
5    A    I think it is, but I just can't give
6 you any examples right now.
7    Q    Take a look at paragraph I in the same
8 group of sub paragraphs. Another basis which
9 would have allowed you to pull your name from
10 affiliation with this project and to
11 terminate this license agreement was if
12 closings for at least 70 percent of the
13 residential condominiums units in the
14 building had not occurred or were not under
15 bona fide binding purchase contracts within
16 30 months from the commencement date again,
17 excepting out unavoidable delays; right?
18    A    Yes.
19    Q    First of all, do you think Simdag
20 could have done anything to avoid the market
21 conditions at the time?
22      MR. GRIFFIN: Object to the
23      form of the question.
24    A    Probably not. Nobody else could in
25 the whole country, so I have to use the word

108

1      Donald Trump
2 probably, but probably not.
3    Q    With respect to the closings, do you
4 know how many units were presold at Trump
5 Tower Tampa?
6    A    No, I don't know. I knew at the time,
7 but this is years later. I don't know now.
8    Q    Answer this if you know. Why do you
9 have a provision in your license agreement
10 that allows you to pull out if there is not
11 over 70 percent of sales?
12    A    Well, I think 70 percent would have
13 taken care of much of the cost of building.
14 I think that's a term that's -- that's a
15 number that's used, that percentage is used a
16 lot of times to determine pretty much the
17 cost of the building, 70 percent of sales.
18    Q    You are not paying the cost of the
19 building; right?
20    A    No, but we want to make sure that the
21 building is paid for.
22    Q    You and I can agree--
23    A    If our name is on it.
24    Q    Whether they sell 60 percent, 70, 80
25 or 90 percent, you are still going to get

109

1      **Donald Trump**
2 paid your license fee?
3    A    No, you are wrong.
4    Q    Why am I wrong on that?
5    A    Because I am getting a percentage of
6 profits in this case.
7    Q    There are two components to the
8 license fee, so let me rephrase it. That's a
9 fair comment. The flat fee portion of your
10 license fee is going to get paid regardless
11 of the amount of sales, correct?
12    A    Well, if they pay it. You say it will
13 be paid. I don't know that it will be paid.
14 If they pay it, it will be paid. The
15 dominance of my fee was going to be as a
16 percentage of profits.
17    Q    You would be entitled to the flat
18 portion regardless of whether they sold
19 70 percent; right?
20    A    I believe so, yes.
21    Q    Take a look at paragraph eight,
22 discontinuation of use of the marks. I think
23 this is somewhat axiomatic. If you
24 terminated the agreement, they have to stop
25 using your name; right?

110

Donald Trump

1
2 A  Correct.
3 Q  You believe somebody buys their unit
4 in Trump Tower and you pull your name under
5 either paragraph G or I and they may not own
6 their unit in Trump Tower anymore; right?
7     MR. GRIFFIN:  Objection to the
8     form of the question.
9 A  Say it again.
10 Q  Sure, if someone bought their unit in
11 Trump Tower and they prebought it and plunked
12 down 200, signed their binding purchase
13 contract, and you decided to pull your name
14 out either under paragraph G or I when
15 commencement of construction begins, they may
16 be moving into a non-Trump tower unit.
17 A  In theory, I would have the right to
18 take my name off.  It is something I wouldn't
19 want to do.  In fact, I -- we fought like
20 hell to make sure this building could get
21 built, but unfortunately market conditions
22 didn't allow that to happen.
23 Q  We can agree at some point you sent
24 Simdag a notice of default under this
25 licensing agreement; right?

111

Donald Trump

1
2 A  Yes.
3 Q  Asked that they discontinue use of
4 your name; right?
5 A  I believe so, yes.
6 Q  Have you ever done that in any other
7 licensing agreement other than Trump Tower
8 Tampa?
9 A  Not that I can remember.  I may have,
10 but not that I can remember right now.  If I
11 do, I will let you know.
12 Q  Thank you.  If there was a document
13 memorializing that, that would be something
14 that either in-house counsel or Mr. Griffin
15 would be able to find?
16 A  It is possible.  I just can't think of
17 it right now.
18 REQUEST NOTED
19 Q  Take a look at page 11 and paragraph
20 10 that says Assignment?
21 A  Yes.
22 Q  This provision, I am going to
23 paraphrase, and if your lawyer objects I can
24 read it a little more thoroughly.  It
25 provides you the right, licensor is with the

112

Donald Trump

1
2 right to assign the license agreement to a
3 related party, which is actually defined in
4 that same paragraph; right?
5 A  Okay.
6 Q  We can agree on that?  Did you take a
7 look at it?
8 A  Yes.
9 Q  Do you know whether this agreement was
10 ever assigned?
11 A  I don't know.
12 Q  Trump Organization is a corporation
13 which is a party to this lawsuit.  Is the
14 Trump Organization under common control with
15 or owned more than 50 percent by you?
16 A  Yes.
17     MR. GRIFFIN:  Object to the
18     form of the question.
19 Q  As it relates to your licensing
20 agreements, what is the relationship between
21 you, Donald Trump individually, and the Trump
22 Organization?
23     MR. GRIFFIN:  Objection to the
24     form of the question.
25 Q  Go ahead.

113

Donald Trump

1
2 A  I own the Trump Organization.
3 Q  For instance, when you enter into a
4 licensing agreement such as Exhibit 3, you
5 obviously individually don't administer it
6 day to day?
7 A  That's correct.
8 Q  Is that delegated to the Trump
9 Organization?
10 A  Yes.
11 Q  That would be the entity that would
12 deal with the day-to-day operation of this
13 license agreement?
14 A  That's correct.
15 Q  The employees, we have seen names
16 throughout the documents.  I think Jill
17 Cremer is one of the names?
18 A  Yes.
19 Q  Various attorneys, perhaps your son,
20 when they are working on this project, the
21 Trump Tower Tampa, they were working under
22 the purview of Trump Organization?
23     MR. GRIFFIN:  Object to the
24     form of the question.
25 A  That's correct.

114

Donald Trump

1
2  Q     Let's go ahead to paragraph 15,
3  License Confidentiality.  This is the
4  confidentiality agreement that we discussed.
5  When you were negotiating the license
6  agreement, who initially suggesting that it
7  be confidential?
8  A     I think most of my agreements are
9  confidential.
10  Q     The reasons you stated earlier were to
11  prevent competitors from having your business
12  terms; is that correct?
13  A     That's correct.
14  Q     Have you ever carved out in any of
15  your license agreements an exception to the
16  confidentiality to disclose the fact that
17  your participation was merely as a licensor?
18          MR. GRIFFIN:  Object to the
19      form of the question.
20  A     I don't know.  You would have to ask
21  my lawyers.  I have so many agreements.  As I
22  told you numerous times, each agreement is
23  different and you really have to speak to my
24  lawyers.  It is possible.
25  Q     Do you know whether in any of the

115

Donald Trump

1
2  license agreements you referred to earlier
3  with respect to the Trump Signature
4  properties that Mr. Clark questioned you on
5  it was disclosed in the marketing materials
6  or other public disclosures to potential
7  buyers that this is a project which Mr. Trump
8  has licensed his name to?
9  A     I don't know.  I mean, you would have
10  to look.  There would be nothing wrong with
11  our doing it.  I don't know if it was done or
12  not.
13  Q     When you say there would be nothing
14  wrong with you doing that --
15  A     No, if they put it in, it would be
16  fine.  I wouldn't have objected to them doing
17  that.  If they did it, fine.
18  Q     Would you have had an issue with it if
19  they did it in a situation where you had a
20  confidentiality agreement?
21  A     I assume they would ask us approval or
22  whatever, but that would be -- I would
23  certainly give that approval if they asked.
24  Q     I guess the specific is you can't
25  recall ever having done that?

116

Donald Trump

1
2  A     No, I cannot.
3          MR. GRIFFIN:  I apologize to
4  everybody.  I need to take just a
5  couple of minute break.
6          MR. TURKEL:  We can take a few?
7          MR. GRIFFIN:  Two minutes, I
8  apologize.
9          THE VIDEOGRAPHER:  Going off
10  the record 12:03 p.m.
11          (Whereupon a brief recess was
12      taken.)
13          THE VIDEOGRAPHER:  Returning to
14  the record 12:15 p.m., beginning of
15  tape number three.
16  Q     Mr. Trump, referring you back to the
17  licensing agreement, license agreement on
18  page 15, paragraph 16B, there is a line there
19  that begins, "Notwithstanding anything to the
20  contrary contained herein including, but not
21  limited to the provisions of paragraph 3
22  hereof, Licensor shall not be responsible for
23  and shall have no liability to Licensee or to
24  any third parties for any design or
25  construction means, methods, techniques,

117

Donald Trump

1
2  sequences and procedures or for safety
3  precautions and programs employed by or on
4  behalf of licensee with respect to the design
5  and construction of the building."
6          The paragraph goes on to state that,
7  "The licensor is not an architect, engineer,
8  et cetera, or other license professional, and
9  disavows any warranties for those activities
10  and subsequent approvals."
11          If you look at paragraph three, which
12  it refers to, that was the paragraph you and
13  I were discussing earlier which provided you,
14  I believe, those review rights?
15  A     Correct.
16  Q     I guess in sum what we can agree is
17  other than what has been carved out by those
18  review rights, you as licensor of your name
19  were not going to be responsible for any of
20  the construction means or methods, correct?
21  A     Correct, other than we were very
22  diligent in wanting the building to be a
23  magnificent building and built at a very high
24  standard, but I was not responsible, yes.
25  Q     Understand this, Mr. Trump.

118

Donald Trump

1
2  Underlying all of this I think is a
3  recognition by us, by you, by your attorney
4  in these pleadings everywhere that with
5  respect to the license of your name, your
6  expectation is that the project will be built
7  in the highest quality; right?
8  A    That is correct.
9  Q    I think we can agree and we have
10 agreed that under the license agreement your
11 review rights were meant to try and confirm
12 that it was built with the highest quality,
13 correct?
14 A    Correct.
15 Q    In looking at this one provision,
16 though, ultimately if you approve the plans
17 and Simdag had built a shoddy unit, that was
18 going to be their responsibility, not yours;
19 right?
20 A    That is correct. We had no liability.
21 Q    Looking -- I want to talk about the
22 fee schedule on this because it has been the
23 subject of a lot of questions, schedule two.
24 The license fee, schedule two, is the method
25 and amount by which you were going to get

119

Donald Trump

1
2  paid by Simdag for the use of your name,
3  correct?
4  A    Yes.
5  Q    To be precise, not the use of just
6  your name, not just Trump, but the Trump
7  marks, and what I'd like to call the related
8  service; right?
9  A    Correct, yes.
10 Q    One of those is -- you have a crest,
11 don't you?
12 A    Yes.
13 Q    Where is the bottle of water? I this
14 it is on there.
15 A    That's true; right.
16 Q    It is a coat of arms, correct?
17 A    That's correct.
18 Q    That would be one of the service marks
19 that you authorized?
20 A    That is correct.
21 Q    I think also isn't there an
22 intertwining with your name and related marks
23 of the color gold?
24 A    Not that I know.
25 Q    I thought we saw that somewhere in

120

Donald Trump

1
2  your trademark product?
3  A    I don't think so.
4  Q    The first paragraph of schedule two
5  requires the licensee, Simdag, to pay Donald
6  Trump, the licensor, for the license of the
7  Trump marks as herein provided, a
8  nonrefundable license fee of $2 million,
9  payable as follows, and there is a payment
10 schedule 125,000 upon execution, $125,000
11 upon approval of the plans, and then a
12 million 750 in 26 consecutively monthly
13 installments. Do you see that?
14 A    Yes.
15 Q    In paragraph three, if they had unpaid
16 installments existing on the date of issuance
17 of the temporary certificate of occupancy,
18 you could accelerate the balance?
19 A    Right.
20 Q    In sum, by the date that the issuance
21 of the temporary certificate of occupancy
22 occurs, you are going to make $2 million if
23 they comply with their obligations; right?
24 A    If they comply, yes.
25 Q    This is nonrefundable the 2 million;

121

Donald Trump

1
2  right?
3  A    That's correct.
4  Q    Basically whether the project goes or
5  not, you can keep that money; right?
6  A    Yes, I don't know what they paid. I
7  don't know what the number is, but we can get
8  that.
9  Q    We have talked about it --
10 A    I don't even know what it is.
11 Q    I am talking about what they agreed to
12 pay?
13 A    What they agreed to pay is one thing.
14 What they paid is another.
15 Q    I think one thing you had said earlier
16 is these amounts are arrived at ad hoc. A
17 deal is a deal?
18 A    Right.
19 Q    The additional license fee set forth
20 below in paragraph two relates to different
21 formulas concerning the unit sales; right?
22 A    Yes.
23 Q    And to summarize it, if the average
24 gross sales of the units exceeded 300 per
25 square foot; that was a threshold; right?

122

Donald Trump

1
2    They had to be more than 300 a square foot?
3    A    Right.
4    Q    You see that in the preamble sub A?
5    A    Yes.
6    Q    "Then the licensee shall pay the
7    Licensor as an additional License fee an
8    amount equal to 5 percent of the amount by
9    which the average gross sale exceeded the 300
10   per square foot and/or less than 350 a square
11   foot"?
12   A    Correct.
13   Q    If sales and the sale prices went
14   between 300 and 350, you were going to get 5
15   percent of the difference; right?
16   A    Correct.
17   Q    Ten percent if it went between 350 and
18   400 -- or 450, I'm sorry; right?
19   A    Right.
20   Q    Twenty-five percent if gross sales
21   went above 450, correct?
22   A    Correct.
23   Q    If you turn to the next page, "That
24   additional license fee shall be computed and
25   paid on the date which is the first to occur

123

Donald Trump

1
2    of the closing of 85 percent of the condo
3    units; right?
4    A    Right.
5    Q    "Or two years after the date when the
6    first residential condominium in the unit
7    closes"; right?
8    A    Right.
9    Q    Earlier in this deposition and
10   throughout you have maintained that when you
11   used the word partner, referring to your
12   participation in Trump Tower Tampa, you did
13   so because you had participation in the
14   sales?
15        MR. GRIFFIN: Objection to the
16        form of the question.
17   Q    Is that correct?
18   A    Correct.
19   Q    Is that a fair statement of what your
20   perspective was at the time and as is now?
21   A    Sales, or you can almost define it as
22   profit, because at a certain level that
23   becomes profit, but I have a percentage of
24   sales and or profit.
25   Q    This additional participation in

124

Donald Trump

1
2    excess of your $2 million-dollar license fee
3    is referred to in this agreement as an
4    additional license fee; right?
5    A    That is correct.
6    Q    It is not referred to as your
7    partnership participation, is it?
8    A    I view it, I have always viewed it as
9    a form of partnership because we are
10   participating in sales and we are
11   participating in the profits and we are
12   participating in percentages of the amount
13   sold, so I always viewed that as a partner.
14   Q    So we can be clear, you signed this
15   agreement individually, correct?
16   A    Yes.
17   Q    It is not Trump Organization who
18   signed it; right?
19   A    I don't believe so, no.
20   Q    Donald J. Trump in his individual
21   capacity. You can look at the signature page
22   to confirm if you want.
23   A    Yes.
24   Q    It is page 60?
25   A    I see it, yes.

125

Donald Trump

1
2    Q    I am going to assume, you correct me
3    if I am wrong, that you read it before you
4    signed it, did you not?
5    A    Yes.
6    Q    I am going to assume that you agreed
7    to everything that was contained in the
8    document before you signed it; right?
9    A    Certainly, my lawyers did the
10   document, but I certainly agreed to it.
11   Q    Given your experience in the business
12   world, if you didn't agree to it, I doubt you
13   would have signed it; is that fair?
14   A    Perhaps that's correct.
15   Q    When schedule two was placed in front
16   of you and you saw this money defined as an
17   additional license fee, you didn't tell them,
18   recharacterize that, I view that as my
19   partnership?
20   A    I view it as a partnership. I didn't
21   agree with the document in great detail, but
22   I view it as a partnership because I am
23   sharing essentially as a percentage of sales,
24   so I viewed that as a partnership, but I also
25   viewed all of the other things I was doing as

126

```
 1          Donald Trump
 2    a partnership.  I was -- we were working on
 3    the building, we were helping to design the
 4    units.  We were putting in certain size
 5    windows and were requiring certain size
 6    ceiling heights.  We were doing many other
 7    things.  That is really a form -- to me it is
 8    a partnership.  We are working together with
 9    other people.  We have licensing agreements.
10    It is much less than this, but we were
11    working very hard on this building.  I viewed
12    this as a partnership in that sense.
13    Q    Given that you viewed it that way when
14    you drafted this document, you certainly had
15    the option to enter into a formal legal
16    partnership with Simdag if you had wanted it,
17    didn't you?
18    A    I guess this was just the way we did
19    it.
20    Q    Look at page 15 at the bottom, 16E?
21    A    16 what?
22    Q    E.
23         MR. GRIFFIN:  What page, again?
24    Q    Paragraph -- page 15, miscellaneous
25    sub E?
```

127

```
 1          Donald Trump
 2    A    Back to 15.
 3    Q    Right.  Are you on the bottom of page
 4    15?
 5    A    Okay, go ahead.
 6    Q    If you look at paragraph E, it
 7    provides, "This Agreement contains the entire
 8    agreement between the parties" --
 9    A    That's correct.
10    Q    -- hereto?
11    A    Right.
12    Q    Just so I can finish, "with respect to
13    the subject matter hereof."  This was the
14    only agreement that defined your relationship
15    with Simdag, wasn't it?
16    A    I believe so, yes.
17    Q    There is not another contract out
18    there between Trump Organization and Simdag,
19    is there?
20    A    No, I don't think so.
21    Q    We can agree --
22    A    Unless there was an amendment to this
23    agreement.
24    Q    I will show you one amendment to the
25    license agreement.  However, that amendment I
```

128

```
 1          Donald Trump
 2    think just relates to the fee.  To wrap up
 3    this line of questioning, you never formed a
 4    joint venture under the laws of the State of
 5    Florida and New York with Simdag, did you?
 6    A    I don't know.
 7    Q    You did form a general or limited
 8    partnership under the laws of New York or
 9    Florida with Simdag, did you?
10    A    I don't know.
11    Q    You never formed a limited liability
12    company under the laws of New York or Florida
13    with Simdag, did you?
14    A    I don't know.  You would have to ask
15    my lawyers.
16    Q    I would assume your answer is the same
17    with respect to a corporation?
18    A    Yes.
19    Q    I would assume as to all of those
20    categories of legal entities, whether it was
21    the law of New York, Florida, Delaware or any
22    other state, you have no knowledge as to
23    whether you formed a separate legal entity
24    with Simdag?
25    A    I have no knowledge of it, no.
```

129

```
 1          Donald Trump
 2    Q    Is it fair to say, Mr. Trump, as we
 3    sit here today, that the license agreement is
 4    the only document you know of which defines
 5    your relationship with Simdag?
 6    A    Yes.
 7         MR. TURKEL:  Let's mark this as
 8    Exhibit 4.
 9         (Whereupon first amendment to
10    the license agreement is marked
11    Plaintiff's Exhibit 4 for
12    identification as of this date.)
13         MR. GRIFFIN:  Exhibit 4.
14         MR. TURKEL:  Yes, sir the first
15    amendment to the license agreement.
16    Q    Exhibit 4, Mr. Trump, is the first
17    amendment to the license agreement.  This was
18    made March 31, 2006.  Do you see that
19    preamble?
20    A    Yes.
21    Q    What do you recall the conditions of
22    the real estate market being in Tampa,
23    specifically in the State of Florida in
24    general, in March of 2006?
25    A    I don't know.  I can't place myself in
```

130

Donald Trump

2 that period of time. I know they became very
3 bad shortly after that, but I can't place
4 myself in that period of time.
5 Q   You kind of have two answers in there.
6 I am asking you because you seem to have a
7 pretty good knowledge of the real estate
8 market, and when it crashed, do you know
9 whether it had yet crashed in Tampa at that
10 time?
11 A   I don't know.
12 Q   Do you recall what the purpose was to
13 this first amendment to the license
14 agreement?
15     MR. GRIFFIN: Object to the
16     form of the question.
17 Q   Let me reask it. It was kind of
18 sloppy. Do you recall why this first
19 amendment was entered into?
20     MR. GRIFFIN: Object to the
21     form of the question.
22 A   I have to look at it. I do mention
23 the word profit. That's probably where I am
24 also thinking about the word profit. I don't
25 know why it was entered into, probably

131

Donald Trump

2 because we were doing a lot more work on this
3 project than we thought and maybe they
4 weren't paying the fees as they were supposed
5 to.
6 Q   If you look at paragraph one, this is
7 basically amending schedule two, which was
8 the document we just reviewed, which was the
9 initial fees attachment to the license
10 agreement?
11 A   Right.
12 Q   In section 1A, it says that, "Schedule
13 2 is hereby amended as follows," and Section
14 1, license fee, the amount of 2 million is
15 changed to 4 million. We can agree that one
16 of the things the first amendment to license
17 agreement did was it upped your flat fee from
18 2 million to 4 million; right?
19 A   Correct.
20 Q   Was any additional consideration paid
21 by or offered by you individually or Trump
22 Organization to create that change in flat
23 fee?
24     MR. GRIFFIN: Objection to the
25     form of the question.

132

Donald Trump

2 A   I would have to check that and find it
3 out. I am not exactly sure. I know we
4 worked much harder on this development than
5 we had suspected we would. It is possible
6 they weren't paying us the original fees so
7 this was changed.
8 Q   Why -- I mean, this may be best the
9 question. Why if they weren't paying you
10 would the flat fee be increased?
11 A   Because, it is sort of obvious. I
12 would actually have to ask my executives as
13 to why the amendment was made. I really
14 wasn't involved in the amendment, although I
15 might have signed it. Did I sign it?
16 Q   You definitely signed it.
17 A   Okay, I don't remember the amendment,
18 but I could ask my executives why it was
19 changed.
20 Q   Who would we talk to. Which
21 executives would know that?
22 A   Perhaps Don Jr.
23 Q   Your son?
24 A   Yes, that's who I would speak to
25 initially to find out why it was changed.

133

Donald Trump

2 Q   If I were going to create a hierarchy
3 of Trump Organization employees who were
4 dealing with the Tampa project, would Don Jr.
5 have been at the top of that hierarchy?
6 A   I think so, yes.
7 Q   Who would have been immediately under
8 him, reporting to him?
9 A   I don't know. You would have to ask
10 him.
11 Q   If you look down at 1B, basically how
12 this was changed was that the monthly
13 installments were upped to $129,091 a month
14 for 22 months. That's in paragraph 1B or 1C.
15 Additionally it appears that the additional
16 license fee as it is defined in this
17 agreement was changed, and instead of being
18 tied to --
19 A   I think it was changed because of the
20 complexity of the square foot prices in the
21 other agreement, and the square foot prices
22 in the other agreement under that
23 transaction, I would have done better than
24 this. And I believe -- now, this is just
25 subject to checking with executives, but I

34 (Pages 130 to 133)

134

Donald Trump

1
2  believe that the square foot prices under the
3  agreement would have amounted to too much
4  money for them to pay, and so we went into a
5  net sales profit. In other words, this was
6  to their benefit, but they paid a little more
7  upfront, but this agreement was to their
8  benefit. I believe that was it, but I will
9  certainly check.
10  Q  I don't know if you have looked
11  through this as we have been discussing it or
12  if you have an independent recollection of
13  it?
14  A  I am looking through it as I am
15  discussing it.
16  Q  Why don't do you that instead of
17  taking you --
18  A  I have done it.
19  Q  You have done it? You are a fast
20  reader, Mr. Trump. The way this worked was
21  basically you were going to get 50 percent in
22  net sales profit as defined and they provide
23  an example?
24  A  As opposed to getting an absolute hard
25  amount over a certain amount. This was net.

135

Donald Trump

1
2  This would be after expenses. This was on a
3  net basis, whereas the other was a hard and
4  fast percentage over a certain amount, $350,
5  $450.
6  Q  Correct, it eliminated the formula
7  predicated on square footage?
8  A  It is possible that that formula did
9  not work for the builders of the building,
10  and that's why they made this change.
11  Q  Mechanically they put an example in
12  paragraph two that says if the net sales
13  profit was 20 million and you had already
14  received your 4 million, you were going to
15  get 10 million less the four. In other
16  words, they were going to net out the flat
17  fee?
18  A  Correct, which under the other
19  agreement it didn't do it. This is
20  probably -- depending on the sales, this is
21  probably a worse deal for us.
22  Q  Worse deal in the event that the
23  project was built out and sold, but in the
24  event that it wasn't, you were making more on
25  your nonrefundable fee, correct?

136

Donald Trump

1
2  A  If they paid it.
3  Q  Of course, that's the assumption in
4  the contract, is they are going to pay what
5  they are obligated to pay?
6  A  Which, by the way, I don't think they
7  did.
8  Q  We are going to talk about that
9  because you had to sue them; right?
10  A  I did.
11  Q  On page two, if you see paragraph C
12  there right before paragraph two?
13  A  Right.
14  Q  It says, "The additional license fee
15  shall be made promptly following the date
16  when a sufficient number of the units in the
17  building have closed and the proceeds thereof
18  result in full repayment of all debt," and
19  they call that the debt repayment date. Then
20  following to that date, "The Licensee shall
21  remit to Licensor," which is you, "50 percent
22  of the net profits." So, very simply, once
23  they paid off their debt, you were going to
24  split the net profit?
25  A  Correct.

137

Donald Trump

1
2  Q  Again, this money, whether it be the
3  flat fee, which is called the license fee, or
4  the percentage based fee, is referred to as
5  an additional license fee; right?
6  A  Right.
7  Q  Is that right?
8  A  Yes.
9      MR. TURKEL: I think we are
10  good on talking about what they may
11  have paid you up to the fault of
12  default, are we not, Chris?
13      MR. GRIFFIN: Yes, in terms of
14  confidentiality.
15  Q  Right. He is not going to tell you
16  not to answer this question, which is do you
17  recall what Simdag paid you up to the point
18  of your lawsuit against them for defaulting
19  on the license agreement?
20  A  No, I don't know.
21  Q  Any idea?
22  A  No.
23  Q  Would Donald Jr. know that?
24  A  No, my accountants would know that.
25  Q  Had they paid anything?

138

Donald Trump

2 A   Yes, I think so, but they didn't pay
3 what they were supposed to pay.
4 Q   Those checks pursuant to the agreement
5 would have been made payable to Donald Trump
6 individually, correct?
7 A   I don't know. I don't know who they
8 are made payable to, but I don't believe they
9 paid it.
10 Q   Are your accountants in-house -- for,
11 instance if we want to ask for those
12 documents, are they within the company's
13 control, or do I have to go to a third-party
14 accountant?
15 A   Anything I give them are within the
16 company.
17      MR. GARTEN: Yes.
18      MR. GRIFFIN: With full
19 reservation of any objections--
20      MR. TURKEL: Absolutely.
21      MR. GRIFFIN: You want to know
22 where they are located?
23      MR. TURKEL: I just want to
24 know if I put in a request to
25 production to a party I will not be

139

Donald Trump

2 told there is a third-party
3 accountant.
4      MR. GARTEN: No, it is
5 information we can provide.
6      MR. TURKEL: Let's look at
7 Exhibit 5.
8      (Whereupon copy of complaint is
9 marked Plaintiff's Exhibit 5 for
10 identification as of this date.)
11 Q   Exhibit 5 is a copy of a complaint
12 filed by you individually against
13 Simdag/Robel and its principals in the United
14 States District Court for the Middle District
15 of Florida. Have you ever seen that
16 document?
17 A   Yes.
18 Q   Being as you are the individual
19 plaintiff on it, I would assume it is fair to
20 say you authorized its filings?
21 A   Yes.
22 Q   Was it shown to you prior to being
23 filed?
24 A   My lawyer showed it to me.
25 Q   Did you read it?

140

Donald Trump

2 A   I looked it over.
3 Q   Take a look at paragraph eight, if you
4 could.
5 A   Yes, I have it.
6 Q   Can you read through that paragraph
7 really quickly, Mr. Trump, please? It is not
8 that long. It goes to the beginning of the
9 next pages.
10 A   Okay.
11 Q   Is everything in paragraph eight true
12 and correct based on your understanding of
13 your relationship with Simdag?
14 A   Yes.
15 Q   You attached the license agreement to
16 this complaint -- strike that. Your lawyers
17 attached the license agreement to this
18 complaint as Exhibit A. Were you aware of
19 that?
20 A   No, but it seems appropriate.
21 Q   You're suing for breach of the license
22 agreement, correct?
23 A   Yes.
24 Q   To summarize what this complaint was
25 about, it was suing for payment of the

141

Donald Trump

2 license agreement, correct?
3 A   Okay.
4 Q   Do you agree with that?
5 A   I guess, yes.
6 Q   Count one was a breach of contract and
7 the contract referred to is the license
8 agreement; right?
9 A   Yes.
10 Q   Were you aware when you filed this
11 lawsuit that the license agreement and its
12 terms were going to become a part of the
13 public record?
14 A   No, they were in default of the
15 agreement. They didn't pay us, among other
16 things, and we had to bring a lawsuit.
17 Q   What I am asking is when you filed
18 that lawsuit, did you give any thought to the
19 fact that there were purchasers that had
20 placed deposits on your building with your
21 name on it who were going to be affected
22 negatively by the fact that it was being
23 disclosed in the public record that you were
24 just licensing that building?
25      MR. GRIFFIN: Object to the

142

Donald Trump

1  form of the question.
2  A    The market had already affected the
3  purchasers. The purchasers were affected by
4  the market.
5  Q    Did you go through that thought
6  process when you filed this. In other words,
7  did you give any thought to the fact that it
8  may negatively impact purchasers that had put
9  down money on it?
10  A    By this time, the building looked like
11  it was not going to happen, as were thousands
12  of other buildings in the United States.
13  Q    There were two default letters,
14  attached to this as Exhibits C and D,
15  demanding monies under the license agreement.
16  If you turn to Exhibit C and D?
17  A    Okay.
18  Q    Both of them were written by Bernard
19  Diamond on behalf of Donald J. Trump. Who is
20  Mr. Diamond?
21  A    An attorney with the organization.
22  Q    With Trump Organization?
23  A    Yes.
24  Q    Did you authorize him to send both of

143

Donald Trump

1  these letters, Exhibit C and D?
2  A    Yes.
3       MR. TURKEL: Chris,
4  understanding you're going to object
5  as confidential, just to wrap up my
6  questioning on this --
7  Q    You ultimately resolved your case with
8  Simdag and the principals by settling it, did
9  you not?
10       MR. GRIFFIN: I will instruct
11  him not to answer it. As I said
12  before, I will stipulate that the
13  lawsuit was dismissed and will
14  disclose no other information about
15  that.
16       MR. TURKEL: Hold one moment.
17  I have some housekeeping things to do.
18  We will wrap it up, Mr. Trump. Mark
19  this as Exhibit 6.
20       (Whereupon second amendment to
21  license agreement is marked
22  Plaintiff's Exhibit 6 for
23  identification as of this date.)
24  Q    Mr. Trump, what I am showing you is a

144

Donald Trump

1  document that is titled second amendment to
2  license agreement. It was produced to us by
3  counsel in discovery. It has a letter of
4  intent attached to it dated February 5th,
5  2007. Nothing is executed, really, in the
6  purest sense. I want to know whether you
7  know anything about this document.
8  A    I knew that the related group and
9  Simdag were trying to save the project by --
10  despite the bad market conditions at the
11  time, by getting together, and I fully
12  encouraged them to do that.
13  Q    Who was the related group?
14  A    It was a big real estate firm.
15  Q    Was it a private equity firm? Were
16  they a building developer?
17  A    No, it was a builder developer with
18  equity. They would have came in, and I think
19  they were looking to take over the position
20  of the folks developing the job, but the
21  market got worse and ultimately the deal
22  didn't happen.
23  Q    Is it fair to say this wasn't
24  executed, and I understand that -- is it fair

145

Donald Trump

1  to say that any approvals that you, Donald J.
2  Trump, as licensor, needed to provide to get
3  this done were provided?
4       MR. GRIFFIN: Objection to the
5  form of the question.
6  A    I don't think so. I don't think it
7  was ever really presented to me because it
8  never got done. The market killed --
9  Q    That's what I am trying to find out.
10  Did this get to you or did someone else draft
11  it?
12  A    I had heard about it through people
13  and somebody related actually told me, they
14  asked me what I thought. I said you should
15  try to do it, but the market ultimately
16  killed that deal and the job.
17  Q    Is it fair for me to say that both the
18  genesis for this second amendment to license
19  agreement as well as any input didn't come
20  from you?
21  A    No, it didn't come from me. I would
22  have encouraged them to do it, but ultimately
23  it didn't get done.
24  Q    What I have left is just a document

**Donald Trump**

1  for to you take a look at. We are short on
2  the video. Then one more document. The
3  video is already short.
4         (Whereupon privilege log is
5     marked Plaintiff's Exhibit 7 for
6     identification as of this date.)
7         (Discussion held off the
8     record.)
9
10  Q    Mr. Trump, Exhibit 7 is a privilege
11  log. I don't expect you to know the content
12  of the actual log, but on the last page is a
13  list of individuals and titles that are
14  referred to as they relate to documents which
15  were withheld from production based on
16  attorney-client or other privilege or
17  immunity.
18       First off, if you could just look at
19  the actual parties that are named and just
20  confirm that the actual titles are correct;
21  for instance, where it says Bernard Diamond
22  as executive VP and general counsel, that is
23  indeed what he is. You can do it in general
24  across the whole document and just confirm
25  it.

**Donald Trump**

1  involved very much with this job.
2  Q    He was provided to us as a person who
3  possesses information regarding negotiation
4  and execution of the agreement and subsequent
5  events related to the Trump Tower Tampa
6  project.
7  A    I don't remember him being involved in
8  this job.
9  Q    His current address he has given us
10  was being at Blackstone Group?
11  A    I think so, yes.
12  Q    This is a current address for him.
13  When he was employed by Trump Organization,
14  what was his title?
15  A    Vice president, I believe.
16  Q    Of —
17  A    I don't know.
18       MR. GARTEN: I can give that
19     you information.
20  Q    We have just two more things to move
21  on.
22       MR. CLARK: I have the video
23     set up already. We will mark this as
24     Exhibit 8.

147
149

**Donald Trump**

1  A    At the time, yes.
2  Q    Has it changed since now? I guess it
3  really wouldn't matter.
4  A    A couple of people aren't with us. At
5  the time of the document, these would be all
6  correct. At the time of the signing, these
7  would be correct.
8  Q    Your counsel, your in-house counsel,
9  is it Garten, has confirmed that as to the
10  ones who haven't been described that we can
11  get that information, correct?
12  A    Sure.
13       MR. GRIFFIN: Absolutely.
14  Q    Subject of course —
15       MR. GRIFFIN: We will get you
16     that information.
17  REQUEST NOTED
18  Q    Mr. Trump, so you know, it is just so
19  we can make an assessment.
20  A    It's okay. No problem.
21  Q    Who is Russell Flicker?
22  A    He was an executive at the Trump
23  Organization a long time ago. He was a real
24  estate executive. I don't think he was

**Donald Trump**

1       MR. GRIFFIN: To move it along,
2     do you want to tell him what you are
3     going to ask him about it?
4       (Whereupon, a video is marked
5     Plaintiff's Exhibit 8 for
6     identification as of this date.)
7  Q    I think I am just going to have him
8  verify the veracity of the comments he made.
9       MR. GARTEN: What do you want
10     to ask him; if he said it?
11       MR. CLARK: Give me 30 seconds,
12     gentlemen. If I can't get this thing
13     to pop up—
14       MR. TURKEL: Are we going to
15     stipulate on the record that we
16     couldn't make the video, that we
17     couldn't publish during the depo
18     Exhibit 8?
19       MR. GRIFFIN: That's fine.
20       MR. TURKEL: We will stipulate
21     to its authenticity?
22       MR. GRIFFIN: Yes, that it is
23     what it purports to be.
24       (Whereupon, a letter written

150

```
            Donald Trump
 1
 2      to Wall Street Journal is marked
 3      Plaintiff's Exhibit 9 for
 4      identification as of this date.)
 5      Q    Mr. Trump, what I am showing you is a
 6  letter written to the New York Times.  I can
 7  confirm to you that it was published in the
 8  November 16, '07, New York Times?
 9      A    Okay.
10      Q    Or shortly thereafter.  Actually it is
11  responding to a November 16 article.
12          Do you recall writing this letter?
13      A    Yes.
14      Q    Did you write it personally?
15      A    I think so, yes.
16      Q    Is everything in that letter true and
17  correct based on what you read at the time?
18      A    About the Tampa project.
19      Q    Yes, in respect to everything,
20  actually.
21      A    I have to read the whole letter then.
22      Q    Let me correct it.  It was Wall Street
23  Journal, not the New York Times.
24          MR. GRIFFIN:  Was this produced
25      to us?
```

151

```
            Donald Trump
 1
 2      MR. CLARK:  No.
 3      MR. GRIFFIN:  For the record, I
 4      will reserve my objection to any part
 5      of his testimony since this document
 6      was not produced to us in advance, but
 7      I will not stop any questions.  Go
 8      ahead.
 9      A    At the time, this was successful.  The
10  world has changed since this letter was
11  written.  A lot of things in this letter --
12  things have changed.
13          At the time, it was written, yes, with
14  the understanding that the license agreement
15  that we have, I viewed that as a partnership
16  because of our developing rights, et cetera,
17  et cetera but, generally speaking, this
18  letter would be correct at the time it was
19  written, but of course, the world took a big
20  change since this letter was written.
21      Q    I think my questions relating to the
22  document are really simple, Mr. Trump.  You
23  wrote this personally; right?
24      A    Yes.
25      Q    Nothing in this is misprinted in the
```

152

```
            Donald Trump
 1
 2  sense that it is an authentic reprint of what
 3  you wrote?
 4      A    That is correct, yes.
 5      Q    That's it.
 6      A    Okay.
 7          MR. GRIFFIN:  We have no
 8  questions.
 9          THE VIDEOGRAPHER:  Going off
10  the record 12:51.
11          (Time noted:  12:51 p.m.)
12
13
14
                    _____
                        DONALD J. TRUMP
15
16
17  Subscribed and sworn to before me
18  this      day of      , 2010.
19
20          _____
        Notary Public
21
22
23
24
25
```

153

```
 1
 2              INDEX
 3
 4  WITNESS       EXAMINATION BY       PAGE
 5  DONALD J. TRUMP  MR. CLARK         4
 6
 7          MR. TURKEL       72
 8
 9
10          EXHIBITS
11  PLAINTIFF'S
    FOR IDENTIFICATION DESCRIPTION     PAGE
12
13  1   New York Times Magazine article    4
        dated October 2006
14  2   Silver book        53
15  3   Copy of license agreement entered   81
        into between Mr. Trump as licensor/
16      Simdag/Robel as licensee
17  4   First amendment to the license     129
        agreement
18
19  5   Copy of complaint       139
20  6   Second amendment to license agreement  143
21  7   Privilege log       146
22  8   Video             ·149
23  9   Letter written to Wall St. Journal   150
24
25
```

154

```
 1
 2            INFORMATION/DOCUMENTS REQUESTED
 3    DESCRIPTION                              PAGE
 4    Production of documents memorializing due   89
      diligence performed by Trump individually/
 5    Trump Organization
 6    Production of disclosure related to      111
      notices of default under licensing agreement
 7
      Production of disclosure of noted parties  147
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

156

```
 1
 2                      ERRATA SHEET
 3    PAGE/LINE          CORRECTION
 4    _____          _____
 5    _____          _____
 6    _____          _____
 7    _____          _____
 8    _____          _____
 9    _____          _____
10    _____          _____
11    _____          _____
12    _____          _____
13    _____          _____
14    _____          _____
15    _____          _____
16    _____          _____
17    _____          _____
18    _____          _____
19    _____          _____
20    _____          _____
21    _____          _____
22    _____          _____
23    _____          _____
24
25
```

155

```
 1
 2            C E R T I F I C A T E
 3            I, LORI CERRANO, hereby certify that the
 4    Examination Before Trial of DONALD J. TRUMP was held
 5    before me on the 20th day of September, 2010, that
 6    said witness was duly sworn before the commencement
 7    of the testimony; that the testimony was taken
 8    stenographically by myself and then transcribed by
 9    myself; that the party was represented by counsel as
10    appears herein;
11            That the within transcript is a true record
12    of the Examination Before Trial of said witness;
13            That I am not connected by blood or marriage
14    with any of the parties; that I am not interested
15    directly or indirectly in the outcome of this
16    matter; that I am not in the employ of any of the
17    counsel.
18            IN WITNESS WHEREOF, I have hereunto set my
19    hand this     day of      , 2010.
20
21            - - - - - - - - - - - -
                  LORI CERRANO
22
23
24
25
```

**A**

**Aaron** 1:4 3:5
**able** 21:19 33:2
  58:14 91:16
  111:15
**absolute** 17:11
  102:18 134:24
**absolutely** 10:3
  33:15 35:16
  77:11 89:16,19
  92:19 138:20
  147:14
**accelerate** 120:18
**accommodating** 5:8
**account** 10:16
**accountant** 138:14
  139:3
**accountants** 137:24
  138:10
**accounted** 68:12
**accuracy** 56:7
**acknowledge** 27:19
**acknowledgment**
  69:11
**action** 103:9
**activities** 117:9
**acts** 103:7,22
**actual** 35:23 36:25
  75:16 92:24 93:9
  93:22 104:8
  146:12,19,20
**ad** 48:7 58:20
  62:23,24 106:9
  121:16
**add** 70:19
**added** 60:11
**additional** 121:19
  122:7,24 123:25
  124:4 125:17
  131:20 133:15
  136:14 137:5
**Additionally**
  133:15
**address** 5:2 68:8
  148:10,13
**adhere** 98:10
**administer** 113:5
**advance** 151:6
**advertise** 98:22
**advertisement**
  106:5
**advertising** 105:8
  105:13,14 106:5
**affiliate** 72:25
**affiliation** 107:10
**ago** 6:6 8:15 11:11
  15:15 16:5 46:19
  47:4 48:19,20
  49:11,11 62:24
  79:22 80:5 83:19

84:9 87:13
  147:24
**agree** 10:3 17:7
  19:15 25:23
  30:23 35:17
  50:18,20 58:19
  65:24 70:6 71:6
  83:23 90:8 92:11
  102:4,11 108:22
  110:23 112:6
  117:16 118:9
  125:12,21 127:21
  131:15 141:4
**agreed** 86:24
  105:22 118:10
  121:11,13 125:6
  125:10
**agreement** 34:15,18
  34:25 45:10,14
  51:24 54:17
  72:16 75:10
  76:16 77:25 79:4
  80:16 81:3,11
  84:6,22 85:14,20
  85:23 86:25
  88:11 93:9,14,20
  100:2,19 101:4
  102:19 105:22
  106:10 107:11
  108:9 109:24
  110:25 111:7
  112:2,9 113:4,13
  114:4,6,22
  115:20 116:17,17
  118:10 124:3,15
  127:7,8,14,23,25
  129:3,10,15,17
  130:14 131:10,17
  133:17,21,22
  134:3,7 135:19
  137:19 138:4
  140:15,17,22
  141:2,8,11,15
  142:16 143:22
  144:3 145:20
  148:5 151:14
  153:15,17,19
  154:6
**agreements** 35:2
  75:17 84:13 85:6
  86:10 105:16
  106:4,7 112:20
  114:8,15,21
  115:2 126:9
**ahead** 7:6 9:15
  11:15 18:20
  20:24 25:25
  27:12 28:6 34:2
  39:9 42:6 59:21
  80:24 87:3 96:8
  104:2 112:25

114:2 127:5
  151:8
**aimed** 103:21
**al** 1:4 3:5
**Alan** 2:20,22 4:8
  57:4
**allow** 16:18 110:22
**allowed** 72:10
  96:17 97:8,18
  107:9
**allows** 103:15
  108:10
**amazing** 48:24 49:2
  58:10
**amended** 14:14
  131:13
**amending** 131:7
**amendment** 45:6,6
  45:12,15 127:22
  127:24,25 129:9
  129:15,17 130:13
  130:19 131:16
  132:13,14,17
  143:21 144:2
  145:19 153:17,19
**amount** 56:18 66:24
  70:17 109:11
  118:25 122:8,8
  124:12 131:14
  134:25,25 135:4
**amounted** 134:3
**amounts** 121:16
**analysis** 65:13
  71:3
**and/or** 122:10
**Angeles** 14:25
  15:11
**answer** 7:7,10,14
  10:4 27:8 36:5
  36:17 43:3,12,17
  43:22 57:2 59:6
  59:8 64:11 65:11
  68:5 74:22 93:22
  94:8 104:2 108:8
  128:16 137:16
  143:12
**answered** 94:3,5
**answering** 68:20
**answers** 130:5
**anybody** 17:7 30:14
  55:7,15,17 56:17
  56:23 57:5
**anymore** 110:6
**anyplace** 30:15
**apartment** 64:22,23
  67:13
**apartments** 64:20
  66:6 106:6
**apologies** 5:9 7:21
**apologize** 116:3,8
**appears** 49:17

133:15 155:10
**apply** 20:15
**appreciate** 46:24
  72:12
**Apprentice** 46:22
  47:2,2 83:20,22
**approached** 79:20
**appropriate** 140:20
**approval** 98:16
  115:21,23 120:11
**approvals** 117:10
  145:2
**approve** 97:13
  118:16
**approved** 97:5 98:9
**approving** 96:18
  97:17
**approximately**
  90:21
**architect** 92:21
  117:7
**area** 24:13 39:20
  39:21 52:6 87:10
  87:22
**areas** 72:14 75:3,3
**arguably** 67:8
**arms** 119:16
**arrangement** 12:19
  35:25 37:5,12
  45:7,21 60:3
**arrangements** 44:2
  46:3 59:18
**arrived** 121:16
**article** 4:18 74:11
  150:11 153:12
**articles** 41:5,5
**articulating** 74:11
**aside** 33:18 35:21
**asked** 12:8 111:3
  115:23 145:15
**asking** 44:18 74:9
  130:6 141:17
**assessment** 147:20
**assign** 112:2
**assigned** 112:10
**Assignment** 111:20
**associated** 98:25
**assume** 51:15 82:9
  82:11 88:9
  115:21 125:2,6
  128:16,19 139:19
**assuming** 79:20
**assumption** 136:3
**asterisk** 60:7
**attached** 140:15,17
  142:15 144:5
**attachment** 131:9
**attention** 8:22
**attorney** 118:3
  142:22
**attorneys** 2:3,7,12

2:16,20 25:18
73:6 113:19
**attorney-client**
146:16
**attributable** 10:22
**authentic** 152:2
**authenticity**
149:22
**authorize** 142:25
**authorized** 119:19
139:20
**available** 10:20
17:15 20:19,22
54:4
**Avenue** 1:14 2:1
3:14 5:3 9:20
13:10,22
**average** 121:23
122:9
**avoid** 107:20
**aware** 97:15 140:18
141:10
**awkward** 45:8
**axiomatic** 109:23
**a.m** 1:15 3:13
52:22 53:3

___

**B**

___

**back** 7:14 46:7
48:17,24 58:15
70:10,15 85:19
90:4,14 104:7
116:14 127:2
**background** 45:10
72:13 87:6,7,8
88:13,15,19
**backyard** 23:15
**bad** 25:5 27:15,15
27:15 28:18
29:25 31:13,14
62:5 67:12 130:3
144:11
**Bajo** 2:11 3:25
**balance** 120:18
**bank** 30:12 102:8
**bankrupt** 22:22
61:24 63:18 66:9
**BARRISTER** 1:23
**base** 22:2 45:15
**based** 16:10 42:9
63:21 64:14
71:19 137:4
140:12 146:15
150:17
**basically** 30:6
99:7 121:4 131:7
133:11 134:21
**basis** 43:4,22
55:22 68:24
107:8 135:3

**Bay** 87:22
**Beach** 13:3 57:19
**Bear** 30:7 31:13
61:24 66:9
**beautiful** 28:16
38:4
**Bedminister** 12:25
**began** 6:2 83:17
**beginning** 53:3
116:14 140:8
**begins** 110:15
116:19
**behalf** 3:16,24 4:2
117:4 142:20
**believe** 5:20 9:3
54:15 57:16,23
70:8 73:11 79:2
84:14,20 85:4
88:5 89:3 91:5
97:3,6 99:11
100:15 109:20
110:3 111:5
117:14 124:19
127:16 133:24
134:2,8 138:8
148:16
**believed** 22:12
**belonged** 93:23
**benefit** 92:9
100:15 101:13,13
134:6,8
**Bernard** 142:19
146:21
**best** 17:15 18:14
19:22 22:6,7,8
67:15 132:8
**better** 6:14,15
21:13 23:7 31:19
41:18 64:24
65:25 66:20,21
67:6 75:23 96:20
133:23
**beyond** 14:18,18
43:16 76:22
94:14 103:12
**big** 13:23,24 15:9
24:22 29:10 33:5
41:14,15 48:14
49:4 56:8 91:8
93:12 144:15
151:19
**biggest** 91:6
**binding** 107:15
110:12
**bit** 5:8 9:18 23:16
31:4 48:13 58:16
66:20 76:9 77:8
83:21 93:7,15
**Blackstone** 148:11
**blood** 155:13
**board** 74:10

**boards** 5:15
**boilerplate** 47:17
**bona** 107:15
**bond** 24:3,4,7
**book** 53:6,13,21,24
56:6 104:15
153:14
**bore** 45:2
**bottle** 119:13
**bottled** 84:4
**bottom** 94:25 98:3
126:20 127:3
**bought** 28:21 66:11
66:24 110:10
**Boulevard** 2:4
**BOX** 2:17
**brand** 10:23 46:21
46:25 47:8,10
49:21,24 50:2,3
50:7,19,25 51:4
51:6,6,10,22
52:13 58:18
60:1,14 71:9
90:16 98:14
**Brazil** 16:4
**breach** 140:21
141:6
**breached** 106:2
**break** 17:4 52:18
116:5
**brief** 52:24 116:11
**briefing** 55:19
**briefs** 55:21
**brilliant** 22:19
**bring** 141:16
**brings** 10:5 58:18
72:20
**Broadway** 1:23 3:17
**Brothers** 63:18
66:9
**brought** 11:9 73:18
**build** 17:3 27:7
30:13 47:6,8
48:18 98:18
**builder** 73:21
74:17 80:16,21
85:25 86:9
100:13 103:22
144:18
**builders** 135:9
**building** 9:19,23
10:22 11:3 13:25
14:2,3,21 15:8,9
20:3 25:8 27:20
27:25 29:10,11
29:16,17 34:9,10
37:23 38:2,3,4
39:11,11,13,14
39:17,18,23,23
40:2,2,5,5,13,14
40:14,15,15,16

40:20,20,24,25
41:4,4,6,6,7,11
41:11,13,14,15
41:16,18,19,23
41:23 47:6,8
49:17,20 67:6,16
90:21 91:8 92:4
92:12 93:6 94:10
94:13,14 99:15
103:2 104:4,16
104:17 107:14
108:13,17,19,21
110:20 117:5,22
117:23 126:3,11
135:9 136:17
141:20,24 142:11
144:17
**buildings** 8:3
11:25 12:4 29:18
49:17 91:8
142:13
**built** 10:25 13:12
13:15,16,20,21
21:11,17 25:8
27:21,23,25
28:14,16,19
29:10,12,14,16
29:17,19 32:22
48:23 49:12
61:17 62:3,7,23
62:25 63:5,10,15
63:16,19 64:7,12
64:18 67:6,16
70:13 71:14,15
87:22 100:6
104:17 105:15
110:21 117:23
118:6,12,17
135:23
**business** 22:5,22
22:23 41:17
61:25 76:12,24
76:25 83:15
96:17 106:25
107:4 114:11
125:11
**bust** 21:14 22:20
**buy** 104:11
**buyers** 33:23 35:20
35:23 40:21,22
49:23 105:2
115:7
**buyer's** 98:23
**buying** 17:8 38:12
39:3
**buys** 110:3

___

**C**

___

**C** 2:2 136:11
142:15,17 143:2
155:2,2

calculation 48:5
California 13:23
  36:10
call 20:12 39:25
  41:10 53:6,13
  79:24,25 119:7
  136:19
called 10:8 48:16
  49:5 79:25 80:5
  80:6,6,10 104:20
  137:3
calls 52:20 82:6
candidly 75:14
Canouan 13:4
capability 93:13
capacities 75:14
capacity 88:15
  124:21
Capital 13:23
capped 99:11 101:6
care 25:14 70:6
  108:13
Carlton 106:21
carved 114:14
  117:17
case 3:5 5:11 6:20
  6:22 26:11 27:9
  28:24 33:11
  34:16 38:18 45:2
  45:3 48:25 56:19
  57:25 66:5 68:7
  72:9 109:6 143:8
cases 7:25 8:2
  34:3 37:19 58:7
  105:16
cash 47:18,19,20
  52:7,7
casualty 103:11
categories 128:20
caught 8:22 99:6
cause 18:12 19:25
  98:7
caution 82:19
ceiling 37:24
  126:6
Celebrity 47:2
Central 13:14
CERRANO 155:3,21
certain 20:18,21
  21:9 25:20 32:17
  47:6 54:18 61:12
  90:12 123:22
  126:4,5 134:25
  135:4
certainly 27:17
  39:24 41:10 84:3
  98:22 115:23
  125:9,10 126:14
  134:9
certificate 99:15
  101:20 120:17,21

certify 155:3
cetera 6:14,14
  22:16 66:10
  117:8 151:16,17
change 49:19 97:14
  131:22 135:10
  151:20
changed 26:3
  131:15 132:7,19
  132:25 133:12,17
  133:19 147:3
  151:10,12
changing 28:11
charge 54:25
check 84:18,18
  87:12,14 88:13
  88:15,20,23 89:6
  95:16 132:2
  134:9
checked 87:16
checking 31:4 56:6
  133:25
checks 138:4
Chicago 15:8 29:10
  29:12,16 32:12
  40:9,10
Chris 4:6 71:24
  82:13 137:12
  143:4
CHRISTOPHER 2:18
Chris's 53:8
chronology 45:23
  84:19
city 14:23 52:6
  67:8
civil 103:10
clarify 78:16
Clark 2:3,5 3:22
  3:23,23 4:4,23
  44:8 52:17 68:2
  69:20 71:24 72:2
  72:9,18 74:10
  85:5 100:4
  104:15 115:4
  148:23 149:12
  151:2 153:5
Clark's 57:7
class 92:16
clause 90:19 91:25
  99:25
clean 72:14
clear 19:3 41:25
  53:15 57:21 69:2
  72:8 124:14
clearly 12:13
  94:23
clients 67:15
closed 28:22 42:17
  136:17
closes 123:7
closing 123:2

closings 107:12
  108:3
Club 12:24 15:11
  15:24 16:3
coat 119:16
Cohen 2:11 4:2
Colony 13:22
color 119:23
combination 15:16
come 17:17 47:5
  78:23 145:20,22
comes 92:24
coming 21:2 48:6
  49:5 100:9
commence 103:3,17
  104:4
commencement
  107:16 110:15
  155:6
commencing 95:7
comment 94:2 109:9
comments 72:18
  149:9
commit 17:20
common 80:18
  112:14
commotion 103:10
communication
  80:12
communications
  57:3
companies 72:25
  73:12 76:19
  106:20
company 5:12 33:22
  77:19 79:6 87:24
  128:12 138:16
company's 138:12
comparison 29:5
comparisons 29:23
competitors 35:5
  114:11
complaint 139:8,11
  140:16,18,24
  153:18
completely 44:19
completion 32:24
complex 34:13
complexity 133:20
complicated 38:3
  49:15 52:2,3
comply 98:10
  120:23,24
component 98:15
components 109:7
computed 122:24
concentrate 102:24
concept 80:21
concerning 121:21
conclusion 82:7,10
condition 22:24

conditions 27:6
  28:17 42:12
  61:10,17 62:6,13
  107:21 110:21
  129:21 144:11
condo 123:2
condominium 30:13
  88:9 90:21 91:3
  107:4 123:6
condominiums
  107:13
confident 39:16
confidential 35:17
  42:15 43:2 69:19
  85:7,9 105:23
  114:7,9 143:6
confidentiality
  34:17,25 35:4,10
  35:13 43:23 69:3
  106:2 114:3,4,16
  115:20 137:14
confirm 85:5
  118:11 124:22
  146:20,24 150:7
confirmed 147:10
connected 155:13
consecutive 99:13
consecutively
  120:12
consider 13:7
  37:16,17 38:6,7
consideration
  131:20
considered 38:19
  38:21
construct 92:3
  93:23 98:6
construction 93:10
  95:7 98:7 103:2
  103:17 104:5,19
  110:15 116:25
  117:5,20
consulting 6:13
contact 80:8
contained 116:20
  125:7
contains 127:7
content 146:11
continue 67:4
continues 27:16
contract 98:15
  99:22,23 101:16
  110:13 127:17
  136:4 141:6,7
contractor 18:14
  22:6
contractors 22:12
  41:20
contracts 107:15
contractual 94:12
  105:21

contrary 116:20
control 103:12,23
  112:14 138:13
controls 103:9
copy 81:2,10 139:8
  139:11 153:15,18
corner 57:18
corporate 77:6
  89:2
corporation 1:7
  3:7 77:3,4,14
  79:5 112:12
  128:17
corporations 76:19
  77:10
corporation's
  102:12
correct 7:18 8:20
  8:24 9:6 19:7,11
  19:12 21:5,7
  23:11 32:13 33:7
  34:20 44:14 50:7
  51:12,25 58:22
  58:23 59:3,15,19
  60:9,12,15 61:7
  61:9 65:19 67:9
  67:23 69:9,12,18
  70:2,7 71:13
  77:7 78:18 81:9
  81:21 84:2 85:21
  86:17 90:3,11
  92:6,9,21 93:24
  95:25 96:2,15
  97:6,10 98:16,25
  99:9,20 102:7,9
  102:10,15 103:23
  105:23 109:11
  110:2 113:7,14
  113:25 114:12,13
  117:15,20,21
  118:8,13,14,20
  119:3,9,16,17,20
  121:3 122:12,16
  122:21,22 123:17
  123:18 124:5,15
  125:2,14 127:9
  131:19 135:6,18
  135:25 136:25
  138:6 140:12,22
  141:2 146:20
  147:7,8,12
  150:17,22 151:18
  152:4
CORRECTION 156:3
correctly 26:16
cost 108:13,17,18
costly 100:25
counsel 67:25
  68:14 111:14
  144:4 146:22
  147:9,9 155:9,17

Count 141:6
country 21:12,15
  21:20 32:6 66:19
  67:12 107:25
couple 8:25 16:5
  20:23 49:11
  116:5 147:5
course 136:3
  147:15 151:19
court 1:2 3:9
  58:12 81:7
  139:14
cover 85:15,17,19
coverage 54:4
covered 16:7
co-counsel 72:8
crash 23:6 26:8
  27:18,20,24 28:7
  28:25 29:13,14
  29:18,21 30:6,10
  30:20,22 32:3,21
  32:25 38:5 61:22
crashed 22:19
  31:15,20 32:11
  61:23 130:8,9
create 131:22
  133:2
created 46:13 76:3
Cremer 113:17
crest 119:10
crystal 41:25
  57:20
cufflinks 83:5,6,7
  84:4
current 148:10,13
Cuva 2:11 4:2
cycles 97:16

D

D 4:12,12 142:15
  142:17 143:2
daily 55:22
Dan 2:10 3:23 4:4
  64:10 65:8 86:7
dangling 42:18
DANIEL 2:5
Dan's 75:5
data 72:23
date 3:11 4:20
  29:23 30:4,5
  53:16,23 81:6
  99:14 107:16
  120:16,20 122:25
  123:5 129:12
  136:15,19,20
  139:10 143:24
  146:7 149:7
  150:4
dated 4:18 84:8
  144:5 153:13

day 16:11 31:13
  32:3 49:7 50:20
  113:6,6 152:17
  155:5,19
days 48:13 96:17
  102:20
day-to-day 113:12
dead 25:21 26:21
  28:3 42:3,7
  61:21 62:17 63:6
  63:7,8,21,23
  64:4
deal 13:5 14:5,10
  14:11,23,24 15:3
  15:4,10,13,19,24
  15:25 16:2,15,20
  17:2,19 18:2
  19:4 23:13,18,22
  24:8,11 26:23
  31:19 34:11,11
  34:13,14,14 35:7
  35:7,8,9 36:4,5
  36:7 37:17,18,21
  37:22 38:7,8,10
  42:3 43:6 47:17
  47:23,24 48:4,11
  48:12 49:3 51:8
  52:15 57:14,15
  63:13,14 74:5
  75:19,20,25 76:9
  113:12 121:17,17
  135:21,22 144:22
  145:17
dealing 133:4
deals 13:7 18:10
  19:24 33:9,18,20
  34:12 35:6,11,16
  35:22 36:7,19,25
  47:12,12,13,14
  47:15 59:24
  75:12,17,22,23
  76:6
debate 67:4
debt 136:18,19,23
decided 110:13
decision 87:17
default 42:9
  110:24 137:12
  141:14 142:14
  154:6
defaulting 137:18
defendant 1:11 4:9
defendants 1:8
  2:16,20 4:7
deficiencies 96:20
  97:9
deficiency 96:24
define 123:21
defined 86:3 92:7
  103:18 112:3
  125:16 127:14

133:16 134:22
defines 129:4
definitely 132:16
definitively 59:8
Delaware 128:21
delay 5:6 103:4
delays 103:19
  107:17
delegated 113:8
deliver 96:17
demanding 142:16
demonstrates 5:18
depending 135:20
depends 48:9,10,10
  52:5 60:18
depo 149:18
deposed 57:25 58:5
deposit 64:19,24
  104:11
deposition 3:4,13
  5:10 6:19 81:8
  95:16 123:9
deposits 141:20
depression 20:12
  23:25 30:10,11
  49:10 66:23
Derek 11:23 12:5
  13:11 78:22
describe 89:9
described 16:16
  63:22 147:11
description 8:18
  23:7 153:11
  154:3
design 37:23 92:3
  92:12,15,16,18
  93:22 94:10,14
  116:24 117:4
  126:3
designation 90:13
despite 144:11
destroyed 50:16
detail 125:21
detailed 56:5
determine 7:5
  108:16
devaluation 71:7
devaluing 71:4
develop 49:18
  90:20 92:3 93:23
developed 12:18
  20:17 91:2,12
developer 24:8,12
  48:9 52:5 73:21
  74:17 80:17,21
  85:25 86:9
  144:17,18
developers 32:5
  39:19 106:17
developing 16:14
  31:2 92:25

Case 8:09-cv-02493-SDM-AEP   Document 60   Filed 02/01/11   Page 45 of 62 PageID 640
Case 8:09-cv-02493-SDM-AEP   Document 59-3   Filed 01/28/11   Page 46 of 63

Page 5

144:21 151:16
development 20:3
  30:13 41:17
  52:12 56:10 61:9
  76:12 88:3,10
  91:7 97:19 132:4
Diamond 142:20,21
  146:21
difference 9:8
  14:8 29:12 71:18
  74:6 77:2 122:15
different 6:13
  9:18 13:18 18:6
  18:8 19:7 22:12
  32:5 34:11,12,14
  36:4,6,7,9,11,18
  36:19 38:2 47:15
  47:18,24 52:4,4
  52:8,9 56:9 75:3
  75:14,21,21,22
  75:24,24 76:5
  77:12 78:4 80:2
  95:2,4 114:23
  121:20
differently 18:23
  95:11
difficulties 18:12
Digital 3:16
diligence 86:23
  87:4 89:5,11
  154:4
diligent 117:22
direction 56:22
directly 40:18
  155:15
disagree 66:5 94:6
disapproved 97:7
disapproving 97:17
disaster 27:14
  48:15 49:8
disavows 117:9
disclose 33:22
  34:18 35:23
  105:25 106:4,9
  114:16 143:15
disclosed 36:24
  37:4 44:25 45:4
  68:20 105:2,7
  115:5 141:23
disclosing 35:19
disclosure 154:6,7
disclosures 36:19
  45:9 115:6
discontinuation
  109:22
discontinue 111:3
discovery 144:4
discussed 80:20
  85:4 91:14 114:4
discussing 37:10
  81:16 90:15

117:13 134:11,15
discussion 75:8
  79:10 146:8
dismissed 43:16
  143:14
dispute 9:2
disputes 58:5
  103:5
disseminated 73:9
  73:12
distinction 8:8
  16:12 19:3 29:3
  39:6 45:13,19
  58:20,21 59:2
  60:6,8,24
distinctions 12:14
  17:25 18:3,4,5
  18:11,16,17,25
  19:2,13,14,25
distinguished
  73:18
District 1:2,2 3:9
  3:9 139:14,14
Division 1:2 3:10
document 19:7
  72:25 80:7 81:14
  81:17 88:21,24
  89:2,2,24 90:5
  95:10 97:22
  111:12 125:8,10
  125:21 126:14
  129:4 131:8
  139:16 144:2,8
  145:25 146:3,24
  147:6 151:5,22
documents 45:20
  89:10 100:12
  113:16 138:12
  146:14 154:4
doing 21:10 24:13
  24:14 30:24
  32:10 36:12,16
  52:15 55:11
  83:15 87:25 97:4
  115:11,14,16
  125:25 126:6
  131:2
dollar 10:13
dollars 35:18
  45:21 46:18
  47:25 64:14
  69:14
dominance 109:15
Don 55:6 132:22
  133:4
Donald 1:7,12 3:1
  3:4,7 4:1,10,25
  5:1,24,25 6:1,23
  7:1,16 8:1,6,9
  9:1 10:1 11:1
  12:1 13:1 14:1

15:1 16:1 17:1
  18:1 19:1 20:1,2
  20:3 21:1 22:1
  23:1 24:1 25:1
  26:1 27:1 28:1
  29:1 30:1 31:1
  32:1,16 33:1
  34:1 35:1 36:1
  37:1 38:1 39:1
  39:22 40:1,4,24
  41:1 42:1 43:1
  44:1 45:1 46:1
  47:1 48:1 49:1
  50:1,6 51:1 52:1
  53:1 54:1 55:1
  56:1 57:1 58:1
  59:1 60:1 61:1
  62:1 63:1 64:1
  65:1 66:1 67:1
  68:1 69:1 70:1
  71:1 72:1 73:1
  74:1 75:1 76:1
  77:1 78:1 79:1
  80:1 81:1 82:1
  83:1 84:1 85:1
  85:24 86:1 87:1
  88:1 89:1 90:1
  91:1 92:1 93:1
  94:1 95:1 96:1
  97:1 98:1 99:1
  100:1 101:1
  102:1 103:1
  104:1 105:1
  106:1 107:1
  108:1 109:1
  110:1 111:1
  112:1,21 113:1
  114:1 115:1
  116:1 117:1
  118:1 119:1
  120:1,5 121:1
  122:1 123:1
  124:1,20 125:1
  126:1 127:1
  128:1 129:1
  130:1 131:1
  132:1 133:1
  134:1 135:1
  136:1 137:1,23
  138:1,5 139:1
  140:1 141:1
  142:1,20 143:1
  144:1 145:1,2
  146:1 147:1
  148:1 149:1
  150:1 151:1
  152:1,14 153:5
  155:4
door 9:12 66:2
doubt 27:21 46:2
  125:12

downs 64:25
Dr 43:19
draft 145:11
drafted 126:14
Dubai 15:5 21:11
  21:12,13,17,20
  22:15 29:19
  36:13,14,15 63:2
  63:3,4,21,23,25
due 86:23 87:4
  89:5,11 154:4
duly 4:13 155:6
dumped 26:10

E

E 2:2,2 126:22,25
  127:6 155:2,2
earlier 84:24,25
  86:7 90:15 91:14
  92:25 100:5
  114:10 115:2
  117:13 121:15
  123:9
East 13:19
easy 31:25 32:2
effect 18:17 19:14
  29:2 97:25
eight 94:25 95:2
  109:21 140:3,11
either 36:22 43:13
  73:15 76:17,18
  96:18 100:6
  101:12 110:5,14
  111:14
eliminated 135:6
employ 155:16
employed 117:3
  148:14
employees 113:15
  133:3
encouraged 144:13
  145:23
endorsed 19:4
enemy 103:9
engineer 117:7
enhanced 46:22,25
enjoyed 91:15
enjoys 86:2
enter 113:3 126:15
entered 80:22 81:3
  81:11 85:23
  130:19,25 153:15
entire 31:14
  105:22 106:9
  127:7
entirety 106:10
entities 76:16
  77:13 128:20
entitled 109:17
entity 77:20 78:4
  113:11 128:23

Case 8:09-cv-02493-SDM-AEP   Document 60   Filed 02/01/11   Page 46 of 62 PageID 641
Case 8:09-cv-02493-SDM-AEP   Document 59-3   Filed 01/28/11   Page 47 of 63
Page 6

equal 28:11 59:11
61:3 122:8
**Equally** 77:18
equation 51:23
52:14 80:23
equity 144:16,19
ERRATA 156:2
especially 22:14
34:21
ESQ 2:5,10,14,18
2:20,22
essential 98:14
essentially 21:12
21:14 22:21
97:16 125:23
estate 20:12 22:4
22:4,20 34:13
49:14 65:2,14
76:12 82:23
83:16 85:2,3
86:2 87:16
106:13,17,24
129:22 130:7
144:15 147:25
estates 14:24
et 1:4 3:5 6:13,14
22:16 66:10
117:8 151:16,17
eve 29:22
event 103:11
135:22,24
events 45:23 148:6
everybody 20:10,13
39:19 54:5 64:13
70:19 87:14
116:4
exact 68:11
exactly 30:5 44:23
79:24 88:13
132:3
Examination 1:11
4:22 72:5 153:4
155:4,12
examined 4:14
example 29:9 36:6
48:11 50:5 52:10
53:6 64:9,12
66:21 134:23
135:11
examples 20:23
107:6
exceeded 51:11
121:24 122:9
excepting 107:17
exception 114:15
excess 124:2
excited 11:4,16
12:5,9,10
exciting 93:19
exclusive 89:24
excuse 5:24 14:14

53:9
executed 144:6,25
execution 120:10
148:5
executive 89:7
146:22 147:23,25
executives 89:7
132:12,18,21
133:25
exhibit 4:19 5:15
53:8,9,10,10,12
53:22 58:13
80:25 81:5,8
84:7 113:4 129:8
129:11,13,16
139:7,9,11
140:18 142:17
143:2,20,23
146:6,10 148:25
149:6,19 150:3
Exhibits 142:15
153:10
exist 89:15
existing 120:16
expect 38:11,16
39:3,5,12 40:23
49:24 146:11
expectation 98:22
118:6
expectations 17:11
17:13 38:13
expected 40:3
98:24
expense 101:11
expenses 100:18,20
100:21 101:2
135:2
expensive 29:11
experience 125:11
experienced 76:25
explain 33:12,14
79:14,16
explained 18:22
express 6:21
expressed 12:6
extent 32:17,17
35:17 42:21
61:13
externally 73:17
eye 99:6

---
**F**
---

F 95:3,6 96:3,9
98:4 155:2
fact 28:12 33:10
38:8 58:24 59:24
65:14 70:17
72:25 74:14 78:8
110:19 114:16
141:19,22 142:8

factor 10:8,11,12
facts 91:18
factual 68:24
fail 103:3
failure 49:20
fair 88:7 109:9
123:19 125:13
129:2 139:19
144:24,25 145:18
fairly 87:11,13
familiar 81:13
96:7
far 22:13 60:6
65:22 76:20 85:5
85:8 98:13
fashion 82:25
fast 134:19 135:4
father 17:21
fault 95:18 137:11
February 144:5
Federal 45:3
fee 14:6,7,18,18
14:19 44:14 48:2
57:15,21,23 60:2
70:2 75:18 76:7
76:7 109:2,8,9
109:10,15 118:22
118:24 120:8
121:19 122:7,24
124:2,4 125:17
128:2 131:14,17
131:23 132:10
133:16 135:17,25
136:14 137:3,3,4
137:5
feel 41:2 52:20
fees 15:21 33:21
69:4 131:4,9
132:6
felt 31:17 39:16
87:18
fide 107:15
field 86:3
Fifth 2:21 5:3
9:20
figure 10:13
figured 31:10
figures 70:5
file 42:17
filed 3:8 5:11
139:12,23 141:10
141:17 142:7
filings 139:20
final 27:8 95:24
96:11,19,25 98:8
finance 102:14
financed 21:7,10
23:23,24 24:8,12
24:15
financials 10:15
financing 18:15

20:4,5,9,11,14
20:19,22 21:19
21:23 23:4,25
24:17 29:13,15
29:17,25 30:22
31:10,12,16,25
31:25 32:4,18,20
32:25 100:6
find 10:21 73:2,5
88:22 89:20
111:15 132:2,25
145:10
fine 44:19 53:14
115:16,17 149:20
finest 59:14
finish 64:11 65:10
65:10 127:12
fire 103:10
firm 4:5 144:15,16
first 4:13 5:14
37:15 45:6 53:9
53:9 58:4 72:17
84:23 85:13,15
92:16 102:25
106:11 107:19
120:4 122:25
123:6 129:9,14
129:16 130:13,18
131:16 146:18
153:17
**first-class** 90:20
five 48:21 67:3,14
84:23 101:10
flat 14:18,19 76:7
109:9,17 131:17
131:22 132:10
135:16 137:3
Flicker 147:22
flip 19:6 50:23
Florida 1:2 2:4,9
2:17 3:10 128:5
128:9,12,21
129:23 139:15
focused 32:9 36:23
Foley 1:13 2:16
4:7
folks 144:21
follow 69:23
following 136:15
136:20
follows 4:15 120:9
131:13
followup 75:5
foot 121:25 122:2
122:10,11 133:20
133:21 134:2
footage 51:10,12
52:11 135:7
footnote 60:7
forces 49:19
foregoing 103:12

forget 40:22 63:23
forgot 10:10
form 7:2 9:15
  11:15 18:6,20
  25:25 27:12 28:6
  29:8 30:3 34:2
  36:3 37:11,14
  39:2,9 42:6
  46:10 54:8,14
  55:13 56:15 59:5
  59:21 60:17 61:6
  62:20 64:6 65:18
  66:4 70:12 71:12
  74:2,19 77:4,17
  77:22 78:12
  79:16 82:3 87:3
  92:14 93:5 94:17
  97:21 99:3
  103:25 104:22
  105:5,11 107:23
  110:8 112:18,24
  113:24 114:19
  123:16 124:9
  126:7 128:7
  130:16,21 131:25
  142:2 145:6
formal 126:15
formed 76:17 128:3
  128:11,23
forms 6:13 18:9
  19:20
formula 52:3 135:6
  135:8
formulas 121:21
forth 94:23 96:4,9
  121:19
forward 101:24
fought 110:19
found 31:3 88:16
foundations 24:23
four 91:24 106:22
  135:15
frame 76:14 83:14
Franklin 2:8
frankly 6:20 28:20
  31:24
free 52:20
friend 11:17 61:14
  61:15
front 48:16 53:18
  125:15
Ft 15:2 26:14
  57:12,19
full 136:18 138:18
fully 144:12
fund 13:23
funds 70:9
funny 47:14
further 102:3

G

G 2:14,20,22
  102:25 103:16
  110:5,14
games 22:11
Garten 2:20,22 4:8
  4:8 44:5 138:17
  139:4 147:10
  148:19 149:10
gearing 6:19
gee 17:4
general 35:19 37:5
  45:5 58:16 72:13
  77:8 79:6 128:7
  129:24 146:22,23
generally 6:11
  8:13 20:5 151:17
genesis 73:7
  145:19
gentleman 36:8
  149:13
George 11:18,21
  12:6 22:10 61:13
getting 18:14,15
  20:9,11,14 22:13
  31:12,24,25 32:8
  56:21 62:25
  109:5 134:24
  144:12
give 29:9 36:5
  42:20 44:7 46:16
  47:22 70:15 73:6
  73:6 83:13 107:5
  115:23 138:15
  141:18 142:8
  148:19 149:12
given 16:11 29:2
  38:13 70:10
  125:11 126:13
  148:10
glad 33:13
glorious 104:16
go 7:6 9:15 10:14
  11:15 18:20 20:4
  20:24 22:9,10
  23:12 25:25
  27:12 28:6 34:2
  35:20 39:9 42:6
  46:15 48:5,15
  51:6,18 52:14
  59:21 62:24 64:2
  65:20,21,22
  71:20 76:15
  80:24 85:11 87:3
  87:6 90:18 91:24
  93:16 95:5 96:8
  98:2 104:2
  112:25 114:2
  127:5 138:13
  142:6 151:7
God 103:7
goes 49:13 50:25

51:3 61:4 90:14
  117:6 121:4
  140:8
going 6:25 11:8
  12:9,10,22 16:10
  17:14,20 19:14
  20:8,25 21:2,11
  24:14 25:14 29:4
  34:9 39:12,17,23
  42:21,24 43:16
  44:4 45:10 46:15
  48:18,23 49:19
  51:22 52:10,13
  52:21 53:5 54:21
  55:20 56:25
  60:19,20 61:17
  63:3,16 65:15,23
  67:10 68:4 71:19
  75:4 78:5 85:14
  86:15 87:17
  92:11,20 93:2,16
  97:12 99:6,18
  104:16 105:14
  108:25 109:10,15
  111:22 116:9
  117:19 118:18,25
  120:22 122:14
  125:2,6 133:2
  134:21 135:14,16
  136:4,8,23
  137:15 141:12,21
  142:12 143:5
  149:4,8,15 152:9
gold 119:23
Golf 12:24 15:11
good 5:5 11:17
  12:7 22:17 25:3
  28:17 30:25 31:8
  33:7 34:10
  36:15 41:23
  44:11 46:20
  49:12 58:8,9
  61:14 64:21 66:7
  80:4 82:8 86:20
  87:8,11,15 88:4
  91:9,15 97:4
  130:7 137:10
goodwill 10:25
gotten 31:15 32:19
  32:20 33:3 67:22
  94:19
government 21:18
  63:25 103:9
governmental 103:8
Grande 15:25
great 11:20,24
  12:7 21:24 30:10
  30:11 46:13,20
  46:25 71:22
  101:10 125:21
greater 7:8

greatest 30:10
greatly 46:22
grew 11:9
Griffin 2:18 4:6,6
  6:25 9:14 11:14
  18:19 25:24
  27:11 28:5 29:7
  30:2 33:25 36:2
  37:13 39:8 42:5
  42:23 43:11,14
  43:21 44:4,11
  46:9 53:14,20
  54:7,13 55:12
  56:14,25 59:4,20
  60:16 61:5 62:19
  64:5,10 65:4,7
  65:17 66:3 67:24
  68:4,18 69:5,9
  69:12,18 70:11
  71:11,25 73:25
  74:18,24 77:16
  77:21 78:11
  79:15 82:2,6,11
  87:2 89:17 92:13
  93:4,25 94:16
  95:12,19,21
  97:20 99:2
  100:11 103:24
  104:21 105:4,10
  107:22 110:7
  111:14 112:17,23
  113:23 114:18
  116:3,7 123:15
  126:23 129:13
  130:15,20 131:24
  137:13 138:18,21
  141:25 143:11
  145:5 147:14,16
  149:2,20,23
  150:24 151:3
  152:7
gross 121:24 122:9
  122:20
ground 21:2
group 31:3 41:23
  55:5 87:25 88:16
  88:17 89:7 102:4
  107:8 144:9,14
  148:11
guarantee 102:5
guaranteed 32:16
  100:7
guarantees 19:10
  32:13,14,15,19
  32:23 33:6,16
guess 18:5 21:13
  30:19 36:20 42:8
  44:22 115:24
  117:16 126:18
  141:5 147:3
guesses 36:21

guys 48:6 49:6
   65:8
guy's 10:10

**H**

H 98:2 99:5
hand 66:2 155:19
handed 53:7 81:7
handled 79:9,23
   80:11
handsome 83:9
happen 21:20 48:25
   49:2,13,14 80:2
   105:20 110:22
   142:12 144:23
happened 24:21
   31:19 50:4 51:17
   62:6 67:15 69:8
   101:17
happens 16:23
hard 19:18 22:2
   26:5 31:7 34:8
   37:22,24 46:13
   66:22 67:12
   126:11 134:24
   135:3
harder 38:19 132:4
hated 28:15
head 29:21 30:20
   41:25 57:21
   72:15
hear 60:25
heard 145:13
hearing 49:4
heckle 50:24 86:7
heights 37:25
   126:6
held 1:13 3:14
   146:8 155:4
hell 110:20
help 24:17 49:12
helping 14:19,21
   126:3
helps 36:21
hereof 99:14
   116:22 127:13
hereto 127:10
hereunto 155:18
hierarchy 133:2,5
high 66:6 67:17
   87:19 98:20
   117:23
highest 8:14 86:2
   118:7,12
hire 87:5
history 31:11
   106:12
hit 48:14 63:15
   66:22 67:11
hoc 48:7 121:16

hold 26:7,9,18,19
   26:25 57:14
   78:17 143:17
Hollywood 14:22
home 11:9
honest 67:5
horrendous 25:4
host 59:18
hostile 103:9
hotel 9:9,10,24,24
   13:13 15:2,7,14
   15:17 16:6 23:2
   23:3 50:11 67:7
   99:23 106:20,25
hotels 9:4
housekeeping
   143:18
huge 33:4
hundred 12:24 13:2
   13:4 14:2 17:21
hundreds 106:7
hurricane 48:14
   49:5
hurt 62:9
hypothetically
   48:6

**I**

idea 6:7 44:11
   46:5 79:3,7
   80:15,17 82:18
   137:21
identical 5:16
identification
   4:20 53:23 81:6
   90:14 129:12
   139:10 143:24
   146:7 149:7
   150:4 153:11
identified 53:8
   75:13 90:2
identifying 96:19
immediate 10:6
   72:20
immediately 133:7
immunity 146:17
impact 142:9
importance 59:11
important 16:18,20
   17:3,5,6 19:23
   35:5,14 86:12,18
   95:15
impractical 27:6,7
impressed 91:21,23
   92:23
inability 103:5
inaccurate 44:24
inaccurately 56:24
including 70:20
   116:20

incorrectly 56:12
increase 52:13
increased 83:23
   132:10
independent 134:12
Index 1:5 153:2
indicate 7:24 8:3
indicates 8:4
indication 76:22
indirectly 155:15
individual 1:7 3:8
   21:9 124:20
   139:18
individually 58:25
   73:14 81:21
   89:12 102:11
   112:21 113:5
   124:15 131:21
   138:6 139:12
   154:4
individuals 88:18
   91:21,23 146:13
indulgence 95:13
information 45:5
   45:11 68:21
   139:5 143:15
   147:12,17 148:4
   148:20
INFORMATION/DO...
   154:2
ingenuity 6:8
initial 76:15
   79:10 80:8 131:9
initially 54:2
   78:23 79:20
   114:6 132:25
input 145:20
inquire 75:4
installers 93:3
installments
   120:13,16 133:13
instance 21:10
   113:3 138:11
   146:21
instruct 7:10
   42:21 43:3,11,21
   57:2 143:11
instructed 68:14
instruction 7:11
   42:19 43:6 56:20
   56:21
instructions 68:9
insurrection
   103:10
intellectual 81:18
intends 90:19 92:3
intense 76:9
intent 104:9 144:5
interest 23:13,17
   78:20
interested 9:7

155:14
internal 72:22
   73:10
internally 73:16
International 9:4
   9:21,24 13:3,13
   14:24 15:2,7,14
   15:17 16:5 23:3
interrupt 27:4
   74:24
intertwining
   119:22
introduce 3:19
introduced 5:7
introduction 42:20
invest 35:21
investing 17:8
   38:12 39:4 46:18
investors 49:23
involved 8:11 36:9
   36:10,11 45:16
   74:13 87:19 88:3
   88:11,14 94:19
   132:14 148:2,8
involvement 35:24
   37:2
in-house 111:14
   138:10 147:9
island 21:17
Isle 15:4
issuance 99:14
   120:16,20
issue 24:3,7
   115:18
issued 101:20
   102:13
issues 24:4
items 83:18

**J**

J 1:7,12 2:5 4:12
   5:25 6:23 7:16
   8:6,9 32:16
   85:24 124:20
   142:20 145:2
   152:14 153:5
   155:4
Jersey 14:23
Jeter 11:23 13:11
   78:23
Jill 113:16
job 11:20 13:10,11
   13:15,15,17,20
   13:21 18:15
   21:11,16,18,18
   24:13 26:5 28:14
   28:15,16 32:10
   32:22 45:16,18
   46:20 48:19,22
   50:15,16 51:6
   52:3,4,7 59:10

59:10 61:15,16
61:21,22 62:3,6
62:9,12 63:17
64:13,18 86:20
88:2,6 91:9,13
93:14,19 101:2
105:15 144:21
145:17 148:2,9
**jobs** 21:9,9 32:2,2
38:20 49:12,12
52:8 62:4,22
**joint** 76:19 77:24
77:25 78:3 79:4
128:4
**Journal** 150:2,23
153:22
**Jr** 45:5 55:6
132:22 133:4
137:23
**judge** 7:5
**J.D** 2:25 3:15

---

**K**

**Katrina** 48:25 49:9
**keep** 44:10 58:11
121:5
**Ken** 3:25 72:8
**Kennedy** 2:4
**KENNETH** 2:14
**kept** 73:15,17
**key** 34:21
**killed** 26:23 27:9
61:10,16,22
145:9,17
**kind** 14:13 16:15
27:8 45:8 48:4
65:8,11 84:7
100:2 130:5,17
**knew** 11:8 39:10,18
39:19,21 88:9
108:6 144:9
**know** 6:17 9:11
10:4,23 11:12
19:21 21:25 22:6
22:7,7,9,11 25:3
25:4,9 27:18
30:4,9 33:10
34:5,10,24 35:6
36:17,23,24 37:3
37:4,8,9 39:5
41:19,20,22 42:7
42:8,15,16,18,19
44:6,18,19 45:14
45:17,22,25,25
46:15 47:5 50:16
54:17 55:15
56:11 59:6 60:7
61:8 65:15 68:11
68:12,13 69:23
70:4,7 73:16,22
74:14,20,22

75:16 76:23 79:3
79:8,12,12,24
80:14 82:9 84:16
85:8 86:11 88:13
88:19 90:24
91:10,11 95:15
101:5 104:18,25
105:6 106:16,19
106:24 107:3
108:4,6,7,8
109:13 111:11
112:9,11 114:20
114:15 115:9,11
119:24 121:6,7
121:10 128:6,10
128:14 129:4,25
130:2,8,11,25
132:3,21 133:9
134:10 137:20,23
137:24 138:7,7
138:21,24 144:7
144:8 146:11
147:19 148:18
**knowing** 9:7 52:11
52:12
**knowledge** 56:16
57:8 80:20
128:22,25 130:7
**known** 39:20 87:10
**knows** 79:19

---

**L**

**L** 4:12
**labor** 103:5,6
**lack** 23:6 96:20
**laid** 54:10 104:10
**language** 10:12
90:22
**Lardner** 1:13 2:16
4:7
**large** 91:7,13
**largely** 12:18
16:14 22:5
**larger** 105:17
**largest** 19:16
**Las** 15:17,25 26:14
32:21 40:15 57:9
57:11 63:5
**late** 5:9
**Lauderdale** 15:3
26:14 57:12,19
**laundry** 103:18
**law** 128:21
**laws** 128:4,8,12
**lawsuit** 34:23 43:9
43:15,19 44:12
65:5 68:13
112:13 137:18
141:11,16,18
143:14

**lawsuits** 43:2 44:3
44:6
**lawyer** 18:24 33:15
35:12 42:19
56:22 69:24
72:10 89:9
111:23 139:24
**lawyers** 36:8,8,13
36:15 44:16,23
52:18 54:17 57:4
74:25 82:20,21
84:18 114:21,24
125:9 128:15
140:16
**lay** 43:5
**laying** 75:8
**Leaving** 63:4
**led** 45:23
**left** 7:19 145:25
**left-hand** 57:18
**legal** 18:4,11,25
18:25 19:13
25:19 57:5 77:13
77:20 82:7,10
126:15 128:20,23
**legally** 18:16 19:6
19:9
**Lehman** 30:6 31:13
61:23 63:18 66:9
**lender** 102:8
**letter** 34:22 144:4
149:25 150:6,12
150:16,21 151:10
151:11,18,20
153:22
**letters** 142:14
143:2
**let's** 20:23 23:12
27:17 44:8 52:17
65:11 76:14
80:24 85:10
90:18 94:22
101:25 102:24
104:7 114:2
129:7 139:6
**level** 98:20,24
123:22
**liability** 76:18
77:19 79:5
116:23 118:20
128:11
**license** 12:18 18:2
19:19,20,23
23:18 24:8 26:20
33:9 34:8 46:16
72:16 73:19 74:5
75:17 76:15
80:19 81:2,11
84:21 85:6,13,20
86:15 93:9
107:11 108:9

109:2,8,10 112:2
113:13 114:3,5
114:15 115:2
116:17 117:8
118:5,10,24
120:6,8 121:19
122:7,24 124:2,4
125:17 127:25
129:3,10,15,17
130:13 131:9,14
131:16 133:16
136:14 137:3,5
137:19 140:15,17
140:21 141:2,7
141:11 142:16
143:22 144:3
145:19 151:14
153:15,17,19
**licensed** 13:4,5
14:10 15:5 17:10
23:13,22 29:4
74:15 102:20
106:17 115:18
**licensee** 81:5,13
90:19 92:2,9
96:10,18 98:6
103:13 116:23
117:4 120:5
122:6 136:20
153:16
**licensing** 13:7
14:5,6,7,11,22
14:23 15:3,4,10
15:13,16,19,21
15:24,25 16:2,15
16:20 17:2 18:9
19:4,20 24:11
26:23 33:17,20
33:21,23 34:15
35:2,16,22,24
36:25 37:5,12,16
37:17 38:7 39:6
44:2,14 45:7,20
46:3,5 47:12,13
47:25 48:12
57:14,15,21,23
58:6,21 59:9,18
59:24 60:2,4
63:13,14 69:3
70:2 75:9,13,16
76:6 79:4 80:15
83:17 84:6,13
110:25 111:7
112:19 113:4
116:17 126:9
141:24 154:6
**licensor** 37:2,20
37:20 81:4,12
86:4 92:9 96:12
98:10 99:7
102:17 111:25

114:17 116:22
117:7,18 120:6
122:7 136:21
145:3 153:15
**liked** 94:20 101:9
**likewise** 100:16
**limited** 32:14,14
32:19,20,24
76:18 77:19 79:5
79:6 116:21
128:7,11
**line** 29:20 116:18
128:3
**list** 8:21 12:17
103:18 146:13
**listed** 86:21
**listen** 56:22
**lists** 90:6
**litigation** 43:24
**little** 5:8 18:23
23:16 31:4 48:13
58:15,20 66:20
76:9 77:8 83:21
111:24 134:6
**live** 35:20
**lives** 11:24,25
13:11
**living** 12:4
**LLP** 1:13 2:16
**loaning** 30:12
**local** 22:5 41:17
41:18,23 80:20
**located** 9:17
138:22
**location** 28:17
29:6 47:6 48:10
52:5 63:18 87:16
**locations** 10:24
21:25 27:16
**lockouts** 103:5
**log** 146:5,11,12
153:20
**logistics** 89:20
**long** 31:11 49:15
76:11 86:22
106:8 140:8
147:24
**look** 5:21 8:2
12:23 21:8 25:10
30:4 43:14 51:19
51:20 56:17 84:7
85:10 94:22 96:3
98:3 99:5 101:25
102:23,25 103:21
107:7 109:21
111:19 112:7
115:10 117:11
124:21 126:20
127:6 130:22
131:6 133:11
139:6 140:3

146:2,18
**looked** 10:18 12:12
50:15 51:15
67:25 134:10
140:2 142:11
**looking** 17:8 21:21
118:15,21 134:14
144:20
**LORI** 155:3,21
**Los** 14:25 15:11
**lose** 50:6 60:15
**loser** 70:22
**loses** 50:22,19
**losing** 64:18,24
**lost** 28:22 50:17
60:21,22 64:17
64:19 70:18,20
93:21 94:4
**lot** 11:21 12:2
16:7,9,24 18:7
22:10 28:22
31:21 37:25
40:13 48:15 52:7
54:23 56:9 59:23
87:17 93:18 94:9
108:16 118:23
131:2 151:11
**lots** 10:24 49:14
75:24
**love** 36:4 88:22
**loved** 11:19
**loves** 11:18
**luxury** 90:20 91:2

_____

**M**

**M** 4:12
**Macy's** 83:5
**Magazine** 4:18 5:17
53:11,17 58:14
74:11 153:12
**magic** 49:16
**magnificent** 117:23
**magnitude** 106:17
**maintain** 92:4
**maintained** 123:10
**major** 22:23 37:21
38:9
**majority** 100:22,23
**making** 29:22 30:25
35:7,8,9 47:11
54:25 135:24
**manage** 16:12
**MANGIONE** 2:7
**Manhattan** 22:2
**March** 129:18,24
**mark** 19:5 80:25
129:7 143:19
148:24
**marked** 4:19 53:22
81:5,8 90:13
129:10 139:9

143:22 146:6
149:5 150:2
**market** 22:18,19,24
23:6 25:2,4,11
26:3,7,12,22
27:5,10,13,14,17
28:17,25 29:2,21
31:14,20 32:11
38:5 42:12 49:13
49:19 50:15
51:20,21 60:18
60:20 61:10,16
61:22,23,25 62:5
62:13 63:16 66:7
66:8 67:10,11,12
70:25 98:23
107:20 110:21
129:22 130:8
142:3,5 144:11
144:22 145:9,16
**marketed** 56:11
**marketing** 6:2,9,12
54:16,19 58:24
98:21 105:8,13
105:15 115:5
**marketplace** 10:14
52:11 54:12,22
67:9 71:3,7
**marks** 81:24 82:16
109:22 119:7,18
119:22 120:7
**marriage** 155:13
**Martinez** 2:25 3:16
**Martino** 2:3 3:23
**Mar-a-Lago** 16:2
**massive** 56:18
**materials** 103:6
115:5
**matter** 17:20 74:3
74:14,20 127:13
147:4 155:16
**mattered** 62:8
**maximize** 92:7
**mayor** 40:23
**mean** 6:12 7:16,22
9:9 17:4 20:13
21:9 34:6 35:11
47:15 50:8 51:5
54:18 56:8 59:7
61:11 62:21 74:4
86:6 88:23 97:22
105:14 106:6,8
106:10 115:9
132:8
**means** 6:23 30:15
116:25 117:20
**meant** 118:11
**Mechanically**
135:11
**mechanics** 96:4
**media** 3:16 73:10

73:13
**mediation** 42:16
**meet** 25:20
**memorialized** 88:20
88:24
**memorializing**
89:11 100:12
111:13 154:4
**memory** 80:4
**men** 22:20
**mention** 130:22
**mentioned** 23:10,18
59:18
**merely** 33:23 38:6
114:17
**mess** 30:8
**met** 91:20,22
**method** 118:24
**methods** 116:25
117:20
**Miami** 22:16 27:15
84:16
**Middle** 1:2 3:9
139:14
**million** 45:22,22
48:16 64:22
66:15 67:2,2,13
120:8,12,22,25
131:14,15,18,18
135:13,14,15
**millions** 64:13,13
**million-dollar**
124:2
**mind** 8:8 29:24
45:13 46:11 76:4
**mine** 11:17 61:14
61:15
**minute** 33:19 116:5
**minutes** 44:9 116:7
**miscellaneous**
126:24
**misprinted** 151:25
**mistake** 25:7
**moment** 58:14 96:6
143:17
**money** 17:18 18:13
24:25 25:15
28:23 30:12
48:15,17,24
54:11 64:8,17,20
67:18 70:5,10,16
70:18,21,23
100:6 104:11
121:5 125:16
134:4 137:2
142:10
**monies** 142:16
**month** 84:11 99:13
133:13
**monthly** 55:22
120:12 133:12

months 101:6 103:3
 103:17 104:5,19
 107:16 133:14
morning 5:5 55:19
move 148:21 149:2
moving 44:10
 110:16
mulling 82:13

**N**

N 2:2 4:12
name 3:15 4:24 6:8
 10:5,10 11:2,5
 14:20,20 16:17
 16:18,22,23,24
 16:25 17:6,14,22
 19:9 25:12,13,16
 25:19,22 26:4,13
 27:2 33:24 37:2
 38:13 40:8 42:4
 46:5,13,16 48:2
 50:9,10,12,14,19
 50:22,25 59:14
 60:1,11,14,19,23
 61:2,18,20 62:8
 62:10,14 66:13
 71:10,17 72:19
 73:19 74:15
 78:24 81:17,24
 82:15,22 83:15
 83:24 84:13
 86:16 88:5 90:12
 90:16 98:25
 102:11,12,18
 106:18 107:9
 108:23 109:25
 110:4,13,18
 111:4 115:8
 117:18 118:5
 119:2,6,22
 141:21
named 3:24 4:3
 146:19
names 113:15,17
National 12:24,25
 15:11
Nations 12:2
necessarily 7:24
 37:6 61:8 74:23
need 69:23 96:6
 116:4
needed 145:3
needing 18:13
negatively 141:22
 142:9
negotiating 114:5
negotiation 148:4
net 134:5,22,25
 135:3,12,16
 136:22,24

never 39:24 63:19
 101:20 102:4
 106:12 128:3,11
 145:9
New 1:7,14,14,16
 1:24 2:21,21 3:6
 3:14,15,17,18
 4:14,17 5:3,3,17
 9:10 13:20 14:9
 15:12 35:9 48:11
 49:5 53:10,17
 58:14 66:20 67:7
 74:11 128:5,8,12
 128:21 150:6,8
 150:23 153:12
news 58:9
newspaper 105:19
newspapers 73:4
nice 83:8
nicely 83:12
nicer 71:23
night 46:23 54:5
nine 101:25 102:16
nonrefundable
 120:8,25 135:25
non-Tampa 75:17
non-Trump 110:16
norm 7:9
normal 52:12
North 2:8,12
Notary 1:15 4:13
 152:19
note 102:13
noted 89:22 111:18
 147:18 152:11
 154:7
notice 25:19 42:8
 96:24 97:8
 102:21 110:24
notices 154:6
Notwithstanding
 116:19
November 150:8,11
number 5:12 9:3
 13:14 41:2 52:23
 53:4 67:22 68:11
 68:16,21 69:24
 70:6,16,16 76:23
 90:7 99:12
 108:15 116:15
 121:7 136:16
numbers 51:15
numerous 41:5
 62:22 114:22
N.Y 1:24

**O**

O 4:12
object 7:2 9:14
 11:14 18:19
 25:24 27:11 28:5

29:7 30:2 33:25
 36:2 37:13 39:8
 42:5 43:22 46:9
 54:7,13 55:12
 56:14 59:4,20
 60:16 61:5 62:19
 64:5 66:3 70:11
 71:11 73:25
 74:18 77:21
 78:11 82:2 92:13
 93:25 97:20
 104:21 105:4
 107:22 112:17
 113:23 114:18
 130:15,20 141:25
 143:5
objected 115:16
objection 7:6,9,12
 65:17 68:9 77:16
 79:15 82:5,12
 87:2 89:17 93:4
 94:16 99:2
 103:24 105:10
 110:7 112:23
 123:15 131:24
 145:5 151:4
objections 7:3
 138:19
objects 111:23
obligated 136:5
obligation 70:14
 94:13
obligations 25:20
 101:5 120:23
obtain 103:6
obtained 97:11
 100:7
obvious 132:11
obviously 8:21
 113:5
occasions 99:12
occupancy 99:15
 101:7,20 120:17
 120:21
occur 122:25
occurred 27:20,24
 30:23 107:14
occurs 120:22
ocean 14:25 15:24
October 4:18 5:19
 53:18 84:8,12
 85:23 86:22
 87:23 88:8
 153:13
offered 131:21
office 9:22,25
 41:10
offices 1:13
Oftentimes 100:10
oh 17:4
okay 20:20 33:11

43:7,8 48:5 49:6
 63:5,9 70:3
 84:10 85:16,18
 102:2 103:14,20
 112:5 127:5
 132:17 140:10
 141:3 142:18
 147:21 150:9
 152:6
Olas 16:2 26:14
 57:9,11 63:5
old 64:14
once 22:13 25:13
 25:22 136:22
ones 21:3,6 31:18
 74:16 84:15,24
 84:25 147:11
ongoing 43:24
open 5:23 66:2
opened 15:15
operate 92:4 93:23
operation 113:12
opinion 42:2 74:9
opinions 73:23
opportunity 5:20
 24:16
opposed 73:20 74:9
 134:24
opposite 12:2
 94:21
option 126:15
Order 1:13
organization 1:7
 3:6 55:4,10 56:4
 56:9 59:2 72:24
 79:10 88:25 89:8
 89:12 93:17
 101:14 112:12,14
 112:22 113:2,9
 113:22 124:17
 127:18 131:22
 133:3 142:22,23
 147:24 148:14
 154:5
original 45:10,14
 132:6
Orleans 15:12
 48:11 49:5
outcome 155:15
outside 21:25
 22:14 83:16
overall 59:8
owned 12:15,17,25
 13:2,3 16:13
 17:10 20:16 29:5
 32:22 63:20,24
 112:15
owner 19:11 20:7
 28:2 35:24 39:7
 89:25 100:3,13
 100:22,23

ownership 6:12,13
  7:25 8:3,11
  14:17 18:9 60:5
owning 21:4,6
  58:21 63:24
owns 20:2,2,3
  81:17

**P**

P 2:2,2 4:12
PA 2:3,7,11
page 53:18 85:13
  85:15,15,17,19
  94:22,24,25 95:2
  95:4 101:25
  102:16,23 111:19
  116:18 122:23
  124:21,24 126:20
  126:23,24 127:3
  136:11 146:12
  153:4,11 154:3
pages 95:10 106:7
  140:9
PAGE/LINE 156:3
paginated 95:5,11
paid 35:18 40:19
  42:10,11,13
  48:15 64:13,21
  64:22 66:15 68:3
  68:12,15 69:15
  69:25 108:21
  109:2,10,13,13
  109:14 119:2
  121:6,14 122:25
  131:20 134:6
  136:2,23 137:11
  137:17,25 138:9
Palace 13:20
Palm 13:3 21:17
Panama 23:4,10,20
  23:21 24:9 35:8
paragraph 89:23
  91:24 96:3,9
  98:2,4 99:5
  102:16,25 103:16
  105:18 107:7
  109:21 110:5,14
  111:19 112:4
  114:2 116:18,21
  117:6,11,12
  120:4,15 121:20
  126:24 127:6
  131:6 133:14
  135:12 136:11,12
  140:3,6,11
paragraphs 107:8
paraphrase 111:23
Park 1:14 3:14
  13:9,14,19,19,22
part 76:17 141:12
  151:4

partial 15:6
partially 15:5
participated 75:15
participating
  124:10,11,12
participation 78:7
  114:17 123:12,13
  123:25 124:7
particular 26:11
  34:16 54:19 88:2
  101:4
particularly 28:25
parties 116:24
  127:8 146:19
  154:7 155:14
partner 13:6,8
  14:6,12 22:18
  28:14 37:18 38:8
  38:14,21 39:2,7
  41:12 47:22
  100:16,17 123:11
  124:13
partnering 51:25
partners 13:8,17
  13:17 22:13,17
  77:6,10 100:8
partnership 14:15
  15:6,21,22 16:6
  16:15,19 17:10
  18:9 21:23 22:3
  23:13,17 33:21
  47:13 48:3 57:22
  60:3 76:2 77:2,5
  77:9,13 78:8
  79:6 87:8 106:7
  124:7,9 125:19
  125:20,22,24
  126:2,8,12,16
  128:8 151:15
partnerships 76:18
  100:13
party 86:15 112:3
  112:13 138:25
  155:9
passed 11:17
pay 44:13 47:19,20
  49:24 99:7
  109:12,14 120:5
  121:12,13 122:6
  134:4 136:4,5
  138:2,3 141:15
payable 120:9
  138:5,8
paying 108:18
  131:4 132:6,9
payment 120:9
  140:25

40:19 41:18,21
  46:16 47:4,18,19
  47:21 55:11
  60:24 62:11
  66:11 70:15 83:4
  84:19 87:5,5,6,7
  87:15,18,19 88:2
  88:4,12,14 89:4
  91:17 95:15
  106:24 126:9
  145:13 147:5
percent 12:24 13:2
  13:4 14:2 17:21
  17:22 51:22 62:2
  66:12,14,17
  67:20,21 100:24
  107:12 108:11,12
  108:17,24,25
  109:19 112:15
  122:8,15,17,20
  123:2 134:21
  136:21
percentage 14:11
  14:16,17 15:23
  37:21 38:9 41:13
  47:20 70:25
  75:25 76:3,8
  108:15 109:5,16
  123:23 125:23
  135:4 137:4
percentages 124:12
perception 41:3,8
perfect 31:9,22,24
performed 89:11
  154:4
performing 69:16
period 22:24 29:23
  30:9 45:17 46:11
  47:21 86:23
  99:13 130:2,4
permanent 99:14
permitting 18:13
person 39:22 50:13
  76:24,25 148:3
personal 32:12,23
  33:6,15 73:23
  102:5
personally 33:11
  37:11 42:2 54:20
  80:12 150:14
  151:23
perspective 17:19
  123:20
Philadelphia 15:18
  21:22 63:10,11
  63:14,16
pick 92:20
piece 47:23,23
  51:24 60:7 81:17
  81:18
place 11:12 13:16

28:7 30:22 44:23
  46:19 51:9
  129:25 130:3
placed 125:15
  141:20
places 13:18 22:14
  22:16
Plains 14:4
plaintiff 1:12
  2:12 139:19
plaintiffs 1:5 2:3
  2:7 3:24 4:3
Plaintiff's 4:19
  53:22 81:5
  129:11 139:9
  143:23 146:6
  149:6 150:3
  153:11
plans 31:22,23
  32:8 95:24 96:11
  96:19,25 97:12
  98:9 104:14
  118:16 120:11
Plaza 14:9,23
pleadings 44:13
  118:4
please 3:19 4:24
  7:5 52:20 64:10
  65:8,11 140:7
plumbers 22:7
  41:21
plunked 110:11
PO 2:17
pocket 17:18
pockets 69:22
point 12:16 25:21
  51:9 62:15 68:10
  82:8 88:7 91:9
  96:23 97:18
  110:23 137:17
pointed 46:4 100:4
points 78:6 95:22
pop 149:14
portion 66:7 72:11
  78:9 109:9,18
position 28:24
  31:22 69:3,7,17
  144:20
positive 70:22
possessed 45:9,11
possesses 45:5
  148:4
possession 72:23
  72:23
possible 111:16
  114:24 132:5
  135:8
possibly 6:18
post-default 69:8
post-loss 69:8
potential 6:15

115:6
**practical** 105:20
 106:14
**preamble** 85:12
 122:4 129:19
**prebought** 110:11
**precautions** 117:3
**precise** 119:5
**predicate** 75:8
 81:16 102:3
**predicated** 135:7
**premarketing** 105:2
**presales** 32:10
**PRESENT** 2:24
**presented** 145:8
**president** 55:19
 148:16
**presold** 108:4
**press** 41:5
**pretty** 25:9 94:23
 101:2 108:16
 130:7
**prevent** 114:11
**pre-Apprentice**
 83:24
**pre-default** 69:4
 69:13
**price** 51:9 66:6
**prices** 66:10 67:19
 67:20 122:13
 133:20,21 134:2
**pricing** 64:15
**pride** 80:3
**primarily** 9:21
**principals** 88:10
 90:25 91:15
 139:13 143:9
**prior** 23:24 26:3
 26:12 29:13,18
 32:20,25 34:23
 84:11,20 88:11
 95:7 102:20
 139:22
**private** 102:8
 144:16
**privilege** 146:5,10
 146:16 153:20
**probably** 10:20
 28:13 31:17
 36:17,18 42:15
 83:19 94:19
 106:23 107:24
 108:2,2 130:23
 130:25 135:20,21
**problem** 24:22,23
 25:2 30:17,18
 49:7 72:4 147:21
**problematic** 25:9
**problems** 18:16
 26:12
**procedural** 45:3

**procedures** 117:2
**proceeded** 93:6,14
 94:3
**proceeds** 136:17
**process** 142:7
**produce** 89:10
 100:12
**produced** 56:18
 144:3 150:24
 151:6
**producible** 89:21
**product** 120:2
**production** 138:25
 146:15 154:4,6,7
**Productions** 3:17
**products** 82:23
 83:18
**professional** 117:8
**profit** 123:22,23
 123:24 130:23,24
 134:5,22 135:13
 136:24
**profits** 14:12,16
 15:23 37:22
 38:22,25 41:14
 47:23 70:25
 75:25 76:4,8
 78:9 109:6,16
 124:11 136:22
**programs** 117:3
**project** 15:5 19:15
 20:2,9,11 23:20
 23:21 24:17,19
 28:3,13 31:9
 33:4,5 38:14
 42:4 46:18 50:4
 50:19 51:11,19
 51:20 54:19
 57:20 58:18 61:3
 67:23 68:17
 70:10,13,18,21
 70:24 71:15,16
 73:19 78:21,25
 98:21,23 100:3,9
 102:14 105:8
 107:10 113:20
 115:7 118:6
 121:4 131:3
 133:4 135:23
 144:10 148:7
 150:18
**projects** 18:12
 20:6,16,18,21
 23:11 26:6 29:4
 40:6 43:25 46:4
 50:21 57:9 58:6
 60:15 74:12,15
 87:21 88:10
 100:5
**promissory** 102:13
**promptly** 136:15

**pronounce** 57:10
**properties** 5:19,25
 6:3,10,19 8:19
 8:21,25 12:12,13
 12:17,17:9 18:2
 18:7 23:9 38:9
 59:14,16 60:10
 62:16 63:20 64:3
 71:8,8,9 115:4
**property** 6:14,15
 6:15,23 7:17,22
 8:5,7,9,10,14
 10:5 16:13 18:5
 18:18 20:8 28:21
 32:12 35:21
 38:12 39:4 49:24
 50:7 58:17 71:4
 81:18,19 92:8
 93:10 95:25 98:7
**protecting** 98:14
**protection** 82:15
 90:16
**proven** 10:9 72:19
 72:21
**provide** 134:22
 139:5 145:3
**provided** 117:13
 120:7 145:4
 148:3
**provides** 102:16
 111:25 127:7
**provision** 34:25
 98:4 99:21
 101:15 104:9
 108:9 111:22
 118:15
**provisions** 100:14
 102:24 116:21
**public** 1:15 4:14
 115:6 141:13,23
 152:19
**publicly** 73:9
**publish** 149:18
**published** 150:7
**pull** 50:24 60:14
 60:19 61:2 69:21
 97:18 103:16
 104:7,23 105:3
 107:9 108:10
 110:4,13
**pulled** 25:12,13,22
 27:2 42:4 50:12
 62:10 68:16
**pulling** 26:4,12
**purchase** 107:15
 110:12
**purchaser** 104:10
**purchasers** 141:19
 142:4,4,9
**purely** 23:21 37:20
**purest** 144:7

**purports** 149:24
**purpose** 87:25
 130:12
**pursuant** 1:12
 138:4
**purview** 113:22
**put** 10:4,13 11:5
 16:17 17:13,18
 17:22 19:4 20:23
 26:7,9,18,19,25
 27:17 38:13
 46:17 48:4 50:12
 51:9,21,23 54:11
 54:12 55:23
 57:14 66:25
 72:21 86:10
 99:21 100:18,19
 100:20 101:2
 105:17,17 115:15
 135:11 138:24
 142:9
**putting** 6:9 25:15
 33:18 35:22
 54:21 86:14
 126:4
**p.m** 116:10,14
 152:11

---

**Q**

**quality** 8:4,6
 17:11 38:15
 46:17 87:19
 88:16,17,17 91:3
 98:24 118:7,12
**question** 7:2,7,13
 9:15 11:15 18:20
 18:21 25:25
 27:12 28:6 29:8
 30:3 34:2 35:12
 36:3,22 37:14
 39:9 42:6 43:5
 43:18 54:8,14
 55:13 56:15 57:7
 59:5,21 60:17
 61:6 62:20 64:6
 65:10,18 66:4
 70:12 71:12 73:7
 74:2,8,19 77:8
 77:17,22 78:12
 79:16 82:3 86:6
 87:3 88:8 92:14
 93:5,21 94:2,4
 94:17 97:21 99:3
 103:25 104:22
 105:5,11 107:23
 110:8 112:18,24
 113:24 114:19
 123:16 130:16,21
 131:25 132:9
 137:16 142:2
 145:6

questioned 115:4
questioning 128:3
  143:7
questions 43:17
  50:24 68:6 72:11
  75:6 102:4
  118:23 151:7,21
  152:8
quick 52:19
quickly 12:23
  140:7
quite 6:20 9:18
  83:8,12 87:8,15
  93:7,15
quoted 10:12 55:9
  55:25 56:12
quotes 72:21

**R**

r 2:2 4:12 67:13
  155:2
radically 26:3
raging 66:8
reach 95:17
read 7:13 44:12
  46:14 54:16
  91:25 103:15
  111:24 125:3
  139:25 140:6
  150:17,21
reader 134:20
reading 24:5 49:4
ready 32:9
real 20:12 22:4,4
  22:20 25:2 34:13
  49:14 52:19
  64:25 65:14
  76:11 82:23
  83:16 85:2,3,25
  87:16 106:12,16
  106:23 129:22
  130:7 144:15
  147:24
really 12:7 20:13
  26:24 27:6 31:8
  31:8 34:6,6,10
  37:3,8,8 38:7,18
  38:25,25 48:8
  59:6 70:6 76:2
  80:22 87:9,10
  97:4 114:23
  126:7 132:13
  140:7 144:6
  145:8 147:4
  151:22
realm 22:14
reask 130:17
reasked 94:7
reason 7:8 56:8,10
  103:15

reasonable 103:6
  103:12
reasons 44:15,21
  75:24 114:10
recall 37:10 54:6
  82:14 83:13
  84:15 85:6 91:18
  101:12,18 115:25
  129:21 130:12,18
  137:17 150:12
recapture 60:21
received 68:22
  70:4 135:14
receiving 78:9
recess 52:24
  116:11
recharacterize
  125:18
recognition 85:22
  86:8 118:3
recollection 80:11
  87:21 134:12
record 3:3,13 4:24
  5:7 7:4 27:14
  52:22 53:3,15
  68:25 72:7 80:7
  116:10,14 141:13
  141:23 146:9
  149:16 151:3
  152:10 155:11
refer 5:24 44:22
referenced 9:4
  78:21
referred 115:2
  124:3,6 137:4
  141:7 146:14
referring 73:8
  116:16 123:11
refers 117:12
regarding 68:6
  148:4
regardless 35:15
  109:10,18
registered 90:10
registration 90:7
regulations 90:2
  103:8
reimburse 99:19
reimbursed 99:24
  100:8
reimbursement 99:8
  101:5,15
reject 95:23
rejected 94:18
relate 146:14
related 81:23
  82:16 112:3
  119:7,22 144:9
  144:14 145:14
  148:6 154:6
relates 93:20

112:19 121:20
  128:2
relating 102:6
  151:21
relationship 78:22
  112:20 127:14
  129:5 140:13
relative 70:17
remember 24:22
  25:17 49:3 51:13
  51:14 88:16
  111:9,10 132:17
  148:8
remit 136:21
renowned 85:25
  86:9
repayment 136:18
  136:19
repeat 91:17
rephrase 74:8 88:7
  109:8
report 96:18
  101:15
reported 56:19,23
reporter 58:12
  81:7
reporting 1:23
  133:8
reports 10:19
  72:22 73:8,10
represent 3:21
  5:13 66:11 81:10
representatives
  62:12 93:17
represented 155:9
reprint 152:2
reputation 86:2,12
  86:18 87:11
  91:11,16
reputations 88:4
request 89:22
  111:18 138:24
  147:18
REQUESTED 154:2
required 96:11
requirements 93:13
requires 120:5
requiring 126:5
reservation 54:11
  138:19
reservation-wise
  67:18
reserve 151:4
residence 9:9,11
residential 9:22
  9:25 90:20 91:2
  107:13 123:6
resolved 42:17
  143:8
Resort 57:19
respect 37:7 43:24

43:25 45:14
  54:18 56:12 57:6
  59:16 74:25
  75:12 86:24
  94:13 96:25
  108:3 115:3
  117:4 118:5
  127:12 128:17
  150:19
respected 39:21
  87:9 101:9
responding 150:11
response 57:6
responsibility
  93:8,22 118:18
responsible 116:22
  117:19,24
restrictions 103:8
resubmit 97:12
result 103:4
  136:18
retail 9:20,22
  10:2 52:13
retails 51:21
returned 70:9
Returning 53:2
  116:13
returns 49:24 65:3
review 92:17 93:11
  93:13 95:9 96:6
  96:14 117:14,18
  118:11
reviewed 131:8
reviewing 54:20
  94:14
rich 24:12
right 11:12 25:5
  26:18 29:21,22
  36:24 37:25
  39:15 53:19 54:9
  55:2,11,14 64:15
  64:16 65:23
  67:19 77:3 78:10
  79:22 83:25 84:8
  89:13 90:10,16
  90:17 92:12 93:3
  95:9,20,23 96:21
  96:22 97:9,13
  98:11 99:4,16,19
  102:6,18 103:19
  104:5,8,13,20,23
  105:3 107:6,17
  108:19 109:19,25
  110:6,17,25
  111:4,10,17,25
  112:2,4 118:7,19
  119:8,15 120:19
  120:23 121:2,5
  121:18,21,25
  122:3,15,18,19
  123:3,4,7,8

124:4,18 125:8
127:3,11 131:11
131:18 136:9,12
136:13 137:5,6,7
137:15 141:8
151:23
**rights** 90:12 92:17
98:16 102:19
117:14,18 118:11
151:16
**riot** 103:10
**Ritz** 106:21
**Rochelle** 14:9
**roofers** 22:8 41:21
**routinely** 100:18
106:21,22,25
**run** 42:11
**Russell** 147:22

**S**

**S** 2:2
**sadly** 61:11
**safety** 117:2
**salary** 40:19
**sale** 122:9,13
**sales** 32:10 107:4
108:11,17 109:11
121:21,24 122:13
122:20 123:14,21
123:24 124:10
125:23 134:5,22
135:12,20
**sand** 29:20
**save** 144:10
**saw** 92:23 94:18,20
119:25 125:16
**saying** 26:16 39:25
67:11 68:23 74:5
98:5,6
**says** 85:13,20
90:19 111:20
131:12 135:12
136:14 146:21
**schedule** 90:2,4,6
118:22,23,24
120:4,10 125:15
131:7,12
**schedules** 90:6
**SCHIFINO** 2:7
**screw** 86:13
**se** 14:7 41:6 73:3
92:15
**search** 89:15
**Seasons** 106:22
**second** 30:9 40:22
44:7 89:23 98:5
104:8 106:13
143:21 144:2
145:19 153:19
**seconds** 149:12

**second-hand** 31:5,6
**section** 131:12,13
**sections** 66:19,21
**secured** 29:18
**see** 5:17 8:23 22:9
28:15 35:6 45:20
51:20 74:21
76:21 86:4 89:15
89:23 90:22 95:3
95:16 96:14 98:4
100:14 102:21
120:13 122:4
124:25 129:18
136:11
**seeking** 78:24
**seen** 53:24 104:14
104:14,15 113:15
139:15
**sell** 67:21 108:24
**selling** 83:12
**send** 96:23 97:8
142:25
**sense** 14:12 35:19
37:5 58:16 80:18
126:12 144:7
152:2
**sent** 25:18 34:23
42:8 110:23
**sentence** 98:6
**separate** 87:24
128:23
**separately** 45:12
**September** 1:14
3:11 155:5
**sequences** 117:2
**serious** 26:12
**service** 1:23 81:23
82:16 90:13
119:8,18
**set** 36:9 88:5,6
94:23 121:19
148:24 155:18
**sets** 36:11 96:3,9
**settle** 43:9,19
**settled** 44:2
**settlement** 42:25
67:25 68:2,6
69:11
**settling** 143:9
**seven** 83:19 95:5
**Shahanassarian's**
43:19
**shape** 25:5 37:11
**share** 38:9
**shared** 38:22
**sharing** 38:24
125:23
**SHEET** 156:2
**sheetrock** 22:6
41:20 93:3
**shelf** 17:15

**shirts** 83:5
**shoddy** 118:17
**short** 5:6 58:20
146:2,4
**shortly** 5:16 130:3
150:10
**show** 5:14 53:5
127:24
**showed** 104:15
139:24
**showing** 54:5 73:4
143:25 150:5
**shown** 139:22
**shows** 31:11
**shy** 84:11
**side** 13:16 19:6
36:22 50:23
**sign** 19:10 47:17
86:25 132:15
**signature** 5:18,25
6:16 7:16,19,22
8:7,9,13 12:13
71:8 115:3
124:21
**signed** 70:15 76:16
102:5 110:12
124:14,18 125:4
125:8,13 132:15
132:16
**significant** 8:6
**signing** 147:7
**silver** 53:6,13,21
104:15 153:14
**Simdag** 34:17,23
39:18,19 42:15
43:10 44:12
78:19,23 79:21
84:21 86:24
88:10 90:25,25
94:15 96:10
97:17 99:6
103:23 107:19
110:24 118:17
119:2 120:5
126:16 127:15,18
128:5,9,13,24
129:5 137:17
140:13 143:9
144:10
**Simdag's** 79:7
93:11
**Simdag/Robel** 81:4
81:12 86:21
87:22 92:2 93:24
96:24 139:13
153:16
**similar** 18:8 34:24
75:18 103:11
**simple** 151:22
**simplest** 56:5
**simply** 136:22

**single** 105:18,18
**sir** 7:23 9:7 12:14
16:9 20:15 32:16
33:22 34:24 42:2
46:15 58:17 65:3
97:23 129:14
**sit** 36:23 75:15
80:14 87:20 90:8
90:24 129:3
**site** 11:20 12:7,8
40:11,12
**sitting** 55:18
**situation** 12:19
115:19
**situations** 102:17
**six** 48:21 83:19
84:9,11 102:16
**Sixty** 67:21
**size** 91:3 126:4,5
**slogan** 6:2 59:13
**sloppy** 130:18
**slow** 65:11
**small** 70:17
**smallest** 19:16
**Soho** 14:10 15:10
23:3,10,12
**sold** 16:4 66:6
67:17 109:18
124:13 135:23
**sole** 89:24
**solid** 45:21
**somebody** 11:23
24:2 38:17 39:25
41:9,9 55:10,21
56:6,19 66:15
79:9,20 110:3
145:14
**someplace** 47:9
**somewhat** 109:23
**son** 45:4,11,16
55:6,7 113:19
132:23
**sorry** 27:4 39:15
82:13 85:20
95:18 122:18
**sort** 46:2 83:18
88:20 132:11
**sought** 82:15
**speak** 25:17 44:5
114:23 132:24
**speaking** 6:11
151:17
**specific** 75:9
85:11 91:18
115:24
**specifically** 12:8
88:6 129:23
**specifications**
31:23 95:24
96:12,19 97:2
98:9

Case 8:09-cv-02493-SDM-AEP Document 60 Filed 02/01/11 Page 56 of 62 PageID 651
Case 8:09-cv-02493-SDM-ALP Document 59-52 Filed 01/28/11 Page 57 of 63

Page 16

specifics 42:25
  72:15
specs 92:18 96:11
spending 39:12
split 136:24
spoke 5:6
square 51:10,11
  52:11 121:25
  122:2,10,10
  133:20,21 134:2
  135:7
St 153:22
staff 37:23 57:6
stake 41:15,16
  67:8
stand 68:8
standard 99:22,25
  101:3 117:24
standards 92:5
  98:11,19
standpoint 105:20
  105:21
start 12:20 38:24 .
  91:10 104:19
started 5:8 47:4
  47:11 83:15 91:7
starting 8:15 24:3
state 1:16 3:20
  4:14,24 117:6
  128:4,22 129:23
stated 92:25 96:16
  114:10
statement 123:19
States 1:2 3:8
  62:5 89:25
  139:14 142:13
statistics 73:15
  73:16
stay 94:8
stayed 9:10,23
  13:15 50:11
  70:25
staying 28:11
STEADY 2:7
Stearns 30:8 31:14
  61:24 66:9
Steinbrenner 11:18
  61:13 78:22
stenographically
  155:8
step 24:16 58:15
stepped 25:6
steps 45:3
Steve 1:4 3:5
stipulate 43:15
  143:13 149:16,21
stock 61:25
stop 49:11 109:24
  151:7
straight 33:21
  48:2 71:20

street 2:8,12 9:20
  13:25 35:20
  150:2,22
strike 78:19 86:22
  98:2 140:16
strikes 103:4
strive 21:24
strong 21:23 71:2
  93:13
structure 35:15
  75:18
structured 34:17
  51:8
studied 20:7
study 6:17
stuff 54:21 56:18
sub 91:24 95:3,6
  107:8 122:4
  126:25
subconsciously
  52:16
subject 31:4 34:13
  118:23 127:13
  133:25 147:15
submit 96:11
submitted 56:3
  94:15
submitting 101:12
Subscribed 152:16
subsequent 117:10
  148:5
substantial 15:23
substantially 98:8
substantive 75:3
substitutes 103:7
success 6:24 13:24
  46:20,25 49:20
successful 9:16
  19:18,22,24 26:5
  51:5,7 151:9
sudden 47:11
sue 136:9
sued 44:12,21
sufficient 89:14
  136:16
suggesting 114:6
suing 140:21,25
Suite 2:8,13
sum 117:16 120:20
summarize 121:23
  140:24
Sunny 15:4
supersedes 22:18
supposed 131:4
  138:3
sure 12:20 14:8
  19:18,21 24:6
  30:25 33:5 34:4
  34:9 37:24 40:7
  44:8 53:20 54:25
  55:11 59:12

74:23 75:10
  84:17 92:15
  93:16 101:8
  106:19,20 108:20
  110:10,20 132:3
  147:13
surmountable 24:24
surprised 51:16
suspected 132:5
switch 71:19
sworn 4:13 152:16
  155:6

_____

T

T 4:12 155:2,2
table 44:9
take 5:10,21 25:19
  36:21 43:5 44:8
  46:7 49:17 50:3
  50:9,10 51:24
  52:17 69:16
  85:10 101:25
  102:23,25 105:16
  106:8 107:7
  109:21 110:18
  111:19 112:6
  116:4,6 140:3
  144:20 146:2
taken 1:12 3:4
  21:14 28:7 52:25
  108:13 116:12
  155:7
takes 49:15 65:14
talk 52:19 104:8
  118:21 132:20
  136:8
talked 63:11 71:20
  78:20 121:9
talking 30:16
  46:12 49:21,22
  58:17 62:11 65:19
  71:15,16 79:23
  121:11 137:10
taller 9:19
Tampa 1:2 2:4,9,12
  2:17 3:10 5:12
  6:22 8:23 11:4,6
  11:10,11,17,18
  11:19 12:11
  14:13 15:20
  20:25 22:6,10,11
  22:16 23:16
  24:18,19,20,21
  25:4,10 27:9,14
  29:2,5 30:14,17
  30:17,21 33:7,19
  34:16 35:7,23
  37:7,18,21 38:18
  38:19,20,20 39:5
  39:13,17 40:22
  41:22 42:3 50:15

51:9 54:2,3,20
  56:13 60:25
  61:16 62:12,17
  64:12 66:18,22
  67:10,11,13,17
  75:18,21,25 78:7
  78:21 84:21
  87:10,22 91:6,16
  91:22 93:2,7,15
  99:9 101:21
  102:6 104:12
  108:5 111:8
  113:21 123:12
  129:22 130:9
  133:4 148:6
  150:18
Tampa, Florida 2:13
tape 52:22 53:4
  116:15
techniques 116:25
television 47:3
tell 34:5 51:19
  68:5,14 79:19
  80:4 82:20
  125:17 137:15
  149:3
telling 46:24
  68:19 69:24
temporary 120:17
  120:21
Ten 122:17
term 108:14
terminate 102:19
  107:11
terminated 26:10
  27:3 109:24
termination 34:22
terms 6:24,24
  34:19,21 35:15
  35:18 37:6 75:9
  85:11 114:12
  137:13 141:12
terrible 42:12
territory 16:8,9
testified 4:15
testimony 151:5
  155:7,7
Thank 3:22 5:5,7
  16:10 71:24 72:2
  95:19 111:12
theirs 80:17
theory 110:17
therefor 103:7
thereof 136:17
thereunder 102:20
thing 27:9 32:21
  40:4 55:14 67:15
  86:19 91:6 93:12
  95:14 121:13,15
  149:13
things 5:14 15:17

Case 8:09-cv-02493-SDM-AEP Document 60 Filed 02/01/11 Page 57 of 62 PageID 652
Case 8:09-cv-02493-SDM-AEP Document 59-3 Filed 01/28/11 Page 57 of 62 PageID 652
Page 17

18:14 21:20 22:3
22:15 29:25
36:12,16 38:2
44:25 46:14
48:25 49:2,11,13
49:14 53:7 54:18
55:8,9 75:11
80:2 83:11 87:17
103:22 125:25
126:7 131:16
141:16 143:18
148:21 151:11,12
think 6:11 7:8
8:13 10:3,20
17:24 20:10
24:14 26:2,2,4
26:22 27:3,5,13
27:19,23,24
28:13 30:24
31:15,16 32:4
34:3 35:3 37:15
39:10,16,21,24
41:3,4,24 42:3
46:21 47:16
48:16,23 49:23
50:2,21 51:4,16
54:9 55:6,16
60:20,22 61:18
62:7,9 63:2,7,12
63:25 73:3,3,13
74:3 79:25 80:6
80:18 83:11
84:16 87:14
92:22 93:21
94:23 95:11 98:5
101:23 105:12,19
106:11,13 107:5
107:19 108:12,14
109:22 111:16
113:16 114:8
118:2,9 119:21
120:3 121:15
127:20 128:2
133:6,19 136:6
137:9 138:2
144:19 145:7,7
147:25 148:12
149:8 150:15
151:21
thinking 30:19
55:18 130:24
third 90:18 116:24
third-party 138:13
139:2
thorough 87:12,14
thoroughly 111:24
thought 12:7 21:16
45:8 75:2 97:3
119:25 131:3
141:18 142:6,8
145:15

thousands 62:4
142:12
three 97:16 101:23
104:18 116:15
117:11 120:15
threshold 121:25
throw 24:25
tied 133:18
ties 83:5
time 3:12 7:12
12:6 16:12,25
21:3,7 22:25
24:2 29:23 30:21
45:17 46:7,11
47:21 49:15 58:4
76:14 87:12
88:12 96:23
97:15 106:8,21
107:21 108:6
123:20 130:2,4
130:10 142:11
144:12 147:2,6,7
147:24 150:17
151:9,13,18
152:11
times 4:17 5:17
53:10,17 58:14
62:24 64:21
74:11 101:10
105:17 108:16
114:22 150:6,8
150:23 153:12
title 6:9 148:15
titled 144:2
titles 146:13,20
today 11:10 20:10
64:23 66:10,13
67:14,20 69:14
72:11 75:15
78:17 80:14
87:20 90:8,24
91:19 129:3
Today's 3:11
told 11:19,23 34:7
37:19 38:18 59:9
62:21 63:2 91:17
114:22 139:2
145:14
ton 30:21
top 17:14 30:19
85:14 133:5
Toronto 16:6 23:2
23:10 24:10,11
24:13
totally 34:12 36:6
52:4
touch 65:25
tough 22:14 87:4
tower 8:22 9:9,24
11:5,13,25 13:9
13:10,13 14:4,13

15:2,8,10,14,18
15:20 20:25 23:2
24:20 30:21 33:7
33:19 34:16
35:22 37:7 39:5
51:9 54:20 56:13
62:17 67:17 90:7
92:8 98:7 102:6
104:12,20 108:5
110:4,6,11,16
111:7 113:21
123:12 148:6
Towers 9:18,19
15:4
town 11:9
tracks 55:10,16,17
trademark 82:14
89:25 90:6,9,13
120:2
trademarked 8:18
82:18,22
traditionally 12:3
tragic 30:9
trained 18:24
transaction 13:5
133:23
transcribed 155:8
transcript 155:11
travel 99:24
101:10
traveling 100:16
100:17,24
tremendous 66:24
Trial 1:11 155:4
155:12
tried 6:17 10:13
10:16 26:4
trips 99:8,18
101:19,21
trouble 19:25 20:8
20:10,13,16
true 17:12,16,24
54:15 104:3
119:15 140:11
150:16 155:11
Trump 1:7,7,12 3:1
3:4,6,7 4:1,10
4:25 5:1,5,24,25
6:1,23 7:1,16
8:1,7,9,22 9:1,3
9:8,18,19,21,23
10:1,5,8,11,12
10:22 11:1,2,5
11:12,25 12:1,15
12:24,25 13:1,2
13:4,9,9,10,13
13:16,19,19,20
13:25 14:1,4,9
14:10,13,22,23
14:24,25 15:1,3
15:7,9,11,12,14

15:17,18,20,24
15:25,25 16:1,4
16:5 17:1,18
18:1 19:1 20:1,2
20:3,25 21:1,17
22:1 23:1,2,3,3
24:1,20 25:1
26:1 27:1,9 28:1
29:1 30:1,21
31:1 32:1,16
33:1,7,18 34:1
34:16 35:1,21,22
36:1 37:1,7 38:1
39:1,4,4,22 40:1
40:4,24 41:1
42:1 43:1 44:1
45:1,4 46:1 47:1
47:7,9 48:1 49:1
49:21 50:1,7
51:1,8,10 52:1
52:12 53:1,16
54:1,19 55:1
56:1,13 57:1
58:1 59:1 60:1
61:1 62:1,16
63:1 64:1 65:1,7
66:1,13 67:1,17
68:1,5 69:1 70:1
71:1 72:1,3,7,19
72:24 73:1,19
74:1 75:1,2 76:1
77:1 78:1 79:1
79:10 80:1 81:1
81:4,17 82:1,15
82:22 83:1,7,15
84:1 85:1,24
86:1 87:1 88:1
88:25 89:1,12,12
90:1,7,14 91:1
92:1,5 93:1 94:1
95:1,13,22 96:1
97:1 98:1,11
99:1,7 100:1
101:1,14 102:1,6
103:1 104:1,11
104:20 105:1
106:1 107:1
108:1,4 109:1
110:1,4,6,11
111:1,7 112:1,12
112:14,21,21
113:1,2,8,21,22
114:1 115:1,3,7
116:1,16 117:1
117:25 118:1
119:1,6,6 120:1
120:6,7 121:1
122:1 123:1,12
124:1,17,20
125:1 126:1
127:1,18 128:1

129:1,2,16 130:1
131:1,21 132:1
133:1,3 134:1,20
135:1 136:1
137:1 138:1,5
139:1 140:1,7
141:1 142:1,20
142:23 143:1,19
143:25 144:1
145:1,3 146:1,10
147:1,19,23
148:1,6,14 149:1
150:1,5 151:1,22
152:1,14 153:5
153:15 154:4,5
155:4
try 19:22 50:23
73:2 118:11
145:16
trying 31:8 78:16
79:18 89:20
95:17 144:10
145:10
Turkel 2:11,14
3:25,25 4:2
68:25 69:6,10,13
72:6,8 75:7
80:24 82:4 89:19
94:6 95:13,20
116:6 129:7,14
137:9 138:20,23
139:6 143:4,17
149:15,21 153:7
turn 85:12,17 90:4
94:22 122:23
142:17
Twenty-five 122:20
twice 95:14
two 15:15 39:13
44:9 45:19 53:4
66:15 69:22
70:16 99:12,18
101:6,6,23
102:24 104:17
109:7 116:7
118:23,24 120:4
121:20 123:5
125:15 130:5
131:7 135:12
136:11,12 142:14
148:21
two-minute 52:18
tying 50:5
type 25:15 77:19
78:4
types 77:13

U

U 4:12
ultimate 35:19

ultimately 14:14
30:7 42:14,16
118:16 143:8
144:22 145:16,23
unable 21:22
unavoidable 103:19
107:17
uncommon 106:23
undergo 86:23
Underlying 118:2
understand 18:21
18:24 75:11
76:24 77:12,18
78:3 117:25
144:25
understandable
44:20
understanding 6:18
140:12 143:5
151:14
understood 42:13
43:18 65:6
undisclosed 67:22
unfortunately
110:21
unit 66:16,16 76:7
91:3 104:11
110:3,6,10,16
118:17 121:21
123:6
United 1:2 3:8
12:2 62:4 89:25
139:13 142:13
units 51:10 64:14
66:12,23 90:22
107:13 108:4
121:24 123:3
126:4 136:16
unpaid 120:15
unusually 91:7
upfront 134:7
upped 131:17
133:13
ups 64:25
use 6:15 8:6 16:25
47:7,9 78:24
82:22 84:4 87:5
107:25 109:22
111:3 119:2,5
usually 38:22

V

valuable 46:21
50:21 61:19,19
value 6:8,24 10:6
10:21 11:2,8
16:22,24 46:13
47:25 48:3 49:22
49:25 50:2,6,13
50:17,19,25 51:3
51:4,12 52:13

58:18 60:11,13
60:15,21,22,23
61:3 62:9,13,14
62:14 65:3 67:7
71:9,17 72:20
73:5,18 74:7,16
83:23,24 84:3
92:8
variety 20:6
various 18:14
19:10 44:21
74:12 100:5
113:19
Vegas 15:17 32:21
40:15
venture 77:24,25
78:3 79:5 128:4
ventures 76:19
82:23
veracity 149:9
verify 149:9
versa 79:21
versus 3:5 12:15
12:18 16:14
33:21 35:24 48:3
77:13 79:4 80:16
vice 79:21 148:16
video 6:22 146:3,4
148:23 149:5,17
153:21
Videographer 2:25
3:2 52:21 53:2
116:9,13 152:9
videotaped 3:3,12
view 14:15 78:13
78:13,14,15,15
78:17 124:8
125:18,20,22
viewed 78:7 124:8
124:13 125:24,25
126:11,13 151:15
Villa 16:4
virtually 30:15
visit 54:3 100:9
visits 101:6
VP 146:22

W

Waikiki 15:15 47:7
wait 31:18,20
42:22 56:20 65:4
67:24,24,24
79:15
waited 31:24
Walbolt 2:10 4:4
Wall 13:25 150:2
150:22 153:22
wand 49:16
want 12:20 35:5,6
35:20 36:20
41:25 42:20

44:24 47:5,8,9
48:17,24 52:19
59:11 60:24
72:14 75:10
85:10 86:11,13
86:20 101:9
102:23 104:7,24
108:20 110:19
118:21 124:22
138:11,21,23
144:7 149:3,10
wanted 31:9,22,23
61:11,12 104:24
126:16
wanting 117:22
warranties 117:9
wasn't 39:10,22
41:3,6,7 61:17
67:6 127:15
132:14 135:24
144:24
watch 6:21 19:2
60:25
watched 46:23
water 25:22 26:21
28:4 62:18 63:6
63:7,8,21,23
64:4 83:10 84:4
119:13
wave 49:16
way 27:18 36:12,16
37:11 40:23
43:13 53:15 64:7
66:18 72:13
86:14 94:11
106:18 126:13,18
134:20 136:6
ways 75:15
wearing 83:6
week 101:10
weekend 9:11
weekly 55:22
weeks 15:15
welcome 7:15 71:25
went 18:6 21:14
22:20,21,22 25:3
29:25 31:13,14
34:22 38:2 40:13
42:16 45:7,21
50:11 59:17,22
62:5 63:18 66:9
91:21 122:13,17
122:21 134:4
weren't 21:19
29:19 92:11,20
93:2 131:4 132:6
132:9
West 2:4 13:14,16
whatnot 58:6
whatsoever 33:8
WHEREOF 155:18

White 14:4
wife 43:20
WILLIAMS 2:7
window 31:10 96:13
windows 37:25
 126:5
withheld 146:15
witness 4:10 72:4
 82:8 153:4 155:6
 155:12,18
won 58:7
wonderful 11:20
 63:17,17 91:10
word 6:16 7:19
 86:7 88:17 96:20
 105:18 107:25
 123:11 130:23,24
 142:7
words 66:25 72:20
 83:17 100:4
 134:5 135:16
 142:7
work 19:18 34:8
 46:13 93:11 97:4
 131:2 135:9
worked 37:22,24
 38:19,20 40:18
 132:4 134:20
working 31:7 48:22
 113:20,21 126:2
 126:8,11
works 59:12 96:4
world 11:25 13:10
 15:9 22:4 28:18
 30:16 32:7 35:10
 61:25 83:16 85:2
 125:12 151:10,19
worldwide 30:18
 85:24 86:9
worse 28:19,20
 75:23 135:21,22
 144:22
worth 64:8,23
 66:12,14,16,23
 67:3,14,20
wouldn't 33:2
 36:17 38:16
 41:22 54:23
 71:18 106:2
 110:18 115:16
 147:4
wrap 128:2 143:6
 143:19
write 150:14
writing 86:14
 150:12
written 102:21
 142:19 149:25
 150:6 151:11,13
 151:19,20 153:22
wrong 48:13 51:19
 56:12 63:15

109:3,4 115:10
115:14 125:3
wrote 151:23 152:3

_____
          X
_____
x 1:3,9

_____
          Y
_____
yank 50:18
Yankee 22:11
Yankees 12:3 22:9
year 83:14 99:18
years 6:6 8:15
 11:2,10 16:5
 22:21 39:13
 46:19 47:4 48:19
 48:20 49:11,11
 49:18,18,18
 62:23 65:2,2,16
 79:22,23 80:3,5
 83:14,19 84:9,11
 87:13 104:17,18
 108:7 123:5
York 1:7,14,14,16
 1:24 2:21,21 3:7
 3:15,15,17,18
 4:14,17 5:3,3,17
 9:10 13:21 35:9
 53:10,17 58:14
 66:20 67:8 74:11
 128:5,8,12,21
 150:6,8,23
 153:12

_____
          $
_____
$125,000 120:10
$129,091 133:13
$2 48:16 64:22
 67:2,2,13 120:8
 120:22 124:2
$200,000 104:10
$3 66:15
$350 135:4
$450 135:5
$500,000 64:23
$600,000 67:3,14

_____
          0
_____
06 5:19 53:18
07 150:8

_____
          1
_____
1 4:19 53:8,10
 58:13 131:14
 153:12
1A 131:12
1B 133:11,14
1C 133:14
10 6:6 8:15 65:2
 65:15 84:23
 102:20,23 111:20

135:15
10:00 1:15
10:08 3:15
10:57 52:22
100 2:12
100 22:21 5:4
102 71 1:24
11 111:19
11:05 53:3
110 17:22
111 154:6
12 99:13
12:03 116:10
12:15 116:14
12:51 152:10,11
120 1:23 3:17
125,000 120:10
129 153:17
139 153:18
143 153:19
146 153:20
147 154:7
149 153:21
15 65:2,16 96:16
 114:2 116:18
 126:20,24 127:2
 127:4
15-business-day
 96:13
150 153:22
16 13:22 126:21
 150:8,11
16B 116:18
16E 126:20
168 8083 90:8
18 103:3,17 104:5
 104:19
190 90:21
1900 2:13
1970 76:13,14

_____
          2
_____
2 45:22 53:12,22
 120:25 131:13,14
 131:18 153:14
2,006 74:12
20 1:14 3:11 11:10
 51:22 135:13
20th 155:5
200 110:12
2004 76:15 84:8,12
 85:24 86:22
 87:23 88:8
2006 4:18 129:18
 129:24 153:13
2007 144:6
201 2:8
2010 1:15 3:12
 152:17 155:5,19
212-732-8066 1:24

22 133:14
26 120:12
27 84:8,12 85:23
 86:22 87:23 88:8

_____
          3
_____
3 80:25 81:6,8
 84:7 113:4
 116:21 153:15
30 11:10 51:22
 107:16 149:12
300 121:24 122:2,9
 122:14
31 129:18
3200 2:8
3360 12:17
3360 22:9,13
3360 92:4
3391 2:17
3407 2:4
350 122:10,14,17

_____
          4
_____
4 45:22 129:8,11
 129:13,16 131:15
 131:18 135:14
 153:5,12,17
40 13:25
400 122:18
450 122:18,21

_____
          5
_____
5 122:8,14 139:7,9
 139:11 153:18
5th 144:5
50 112:15 134:21
 136:21
53 153:14
56th 9:20
57 9:19

_____
          6
_____
6 143:20,23 153:19
60 62:2 66:12,14
 66:16 100:24
 108:24 124:24

_____
          7
_____
7 146:6,10 153:20
70 66:12,14,16
 67:20,21 107:12
 108:11,12,17,24
 109:19
72 153:7
725 2:21
726 5:3
750 120:12

_____
          8
_____
8 148:25 149:6,19
 153:21

| | |
|---|---|
| **8:09-CV-2493** 1:5 | |
| 80 108:24 | |
| 81 153:15 | |
| 85 123:2 | |
| 89 154:4 | |

---

**9**

| |
|---|
| 9 150:3 153:22 |
| 90 1:14 3:14 |
| 108:25 |

# EXHIBIT 9

First, God is worthy of our best. Giving is an act of worship that, at its best, reflects a genuine response to God's many gifts to us, including the gift of his Son. Perhaps the proper question to ask isn't "how much of my income do I need to give to God?" but "of all God has entrusted to me, how much

tic culture. Give until it hurts? No, give until it helps! God's grace, our gratitude, generous giving: a recipe for a life of great freedom and joy.

MARGARET L. MCKINLEY
*Elder*
*Narberth Presbyterian Church*
*Narberth, Pa.*

## Mr. Trump Strongly Defends His Good Name

A recent article written about me ("Stalled Condo Projects Tarnish Trump's Name," Marketplace, Nov. 16) was one of the most ridiculous I have read in many years. Few have done better than Donald Trump at building and selling apartments in recent times, and inarguably the Trump brand generates a substantial price-per-square-foot premium on saleable real estate relative to market. I have had tremendous successes with massive projects and yet you focused your story on two small jobs, both of which are licensing deals: the 95-unit Ft. Lauderdale Las Olas project, which we decided not to go forward with because the market isn't strong, and the Tampa building, which sold out once and partially sold out a second time, because the developers, for whatever reason, have been unable to build. Trump International Hotel & Tower, Ft. Lauderdale, which isn't mentioned, is much more substantial, and construction is topped out with sales going very well.

You chose not to focus on other much larger buildings and developments, for example, the Trump International Hotel & Tower, Las Vegas, the tallest building in that city, owned and developed largely by me. This building is one of the most successful condominiums in the U.S., with sales well over $1 billion and costs of $500 million. It is completely sold out with closings to begin in February. Nor did you focus on my project in Cap Cana in the Dominican Republic, where $365 million in sales have been achieved, with 90% of the estate lots being sold out in less than one day. My

tower in Waikiki was 100% sold out, with $729 million in sales in less than five hours, a record. This building is largely owned by me and being developed by me. At Trump World Tower, the tallest residential building in the world, which faces the United Nations and which is 100% developed by me, a $34 million apartment was sold just last week and total sales close to $700 million were completed. Trump Park Avenue, at 59th Street and Park Avenue, also 100% owned by me, has had sales of over $500 million and has been a resounding success on all levels, as my Chicago building will be, which with two years to go until completion is already 70% sold.

These are enviable figures that go along with enviable locations. Instead, you mention a tiny job in Ft. Lauderdale that's being held off until the market improves and another relatively small job in Tampa that's been sold twice, both of which are licensing deals and for which I am not responsible for development. In spite of the many daily trade publications, including yours, that are constantly referring to this as one of the worst credit crunches in years, and in an environment when no developers are getting financing for their jobs, we have successfully secured financing within the last three months for our Trump International Hotel & Tower in Toronto, Trump SoHo and Trump International Hotel & Tower in Panama. Those facts are a testament to the strength of the Trump name and brand within the financial community.

DONALD J. TRUMP
*New York*



EXHIBIT
PENGAD 800-631-6989
LC 9.20-10