2    UNITED STATES DISTRICT COURT
     MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION
3    ------------------------------------------------- x
4    STEVE AARON, ET AL,
5                          Plaintiffs,          Index No.:
                                                8:09-CV-2493
6        -against-
7    THE TRUMP ORGANIZATION, INC., A NEW YORK
     CORPORATION, and  DONALD J. TRUMP, AN INDIVIDUAL,
8
                         Defendants.
9
     ------------------------------------------------- x
10
11          EXAMINATION BEFORE TRIAL of the Defendant,
12   DONALD J. TRUMP, taken by the Plaintiff, pursuant to
13   Order, held at the offices of Foley & Lardner, LLP,
14   90 Park Avenue, New York, New York, on September 20,
15   2010, at 10:00 a.m., before a Notary Public of the
16   State of New York.
17
18
19
20
21
22   *************************************************
23          BARRISTER REPORTING SERVICE, INC.
                   120 Broadway
24          New York, N.Y. 10271
                   212-732-8066
25

APPEARANCES:

CLARK & MARTINO, PA
  Attorneys for Plaintiffs
  3407 West Kennedy Boulevard
  Tampa, Florida 33609

BY:  J. DANIEL CLARK, ESQ.

WILLIAMS SCHIFINO MANGIONE & STEADY, PA
  Attorneys for Plaintiffs
  201 North Franklin Street
  Suite 3200
  Tampa, Florida 33602

BY:  DAN WALBOLT, ESQ.

BAJO CUVA COHEN & TURKEL, PA
  Attorneys for Plaintiff
  100 North Tampa Street
  Suite 1900
  Tampa, Florida 33602

BY:  KENNETH G. TURKEL, ESQ.

FOLEY & LARDNER, LLP
  Attorneys for Defendants
  PO BOX 3391
  Tampa, Florida 33601

BY:  CHRISTOPHER GRIFFIN, ESQ.

ALAN G. GARTEN, ESQ.
  Attorneys for Defendants
  725 Fifth Avenue
  New York, New York 10022

BY:  ALAN G. GARTEN, ESQ.

ALSO PRESENT:
  J.D. MARTINEZ, Videographer

---

Donald Trump

THE VIDEOGRAPHER:  We are on the record.  This is the videotaped deposition of Donald Trump taken in the case of Steve Aaron, et al, versus the Trump Organization, Inc., a New York Corporation, and Donald Trump, an individual, filed in the United States District Court, Middle District of Florida, Tampa Division.

Today's date is September 20, 2010.  The time on the videotaped record is 10:08 a.m.  This deposition is being held at 90 Park Avenue, New York, New York.  My name is J.D. Martinez on behalf of Digital Media Productions of 120 Broadway, New York, New York.

Would everyone please introduce themselves and state whom they represent?

MR. CLARK:  Thank you.  I'll begin.  Dan Clark, Clark & Martino, on behalf of the named plaintiffs.

MR. TURKEL:  Ken Turkel, Bajo

---

Donald Trump

Cuva Cohen & Turkel, on behalf of the named plaintiffs.

MR. CLARK:  Dan Walbolt is also with me, with my firm.

MR. GRIFFIN:  Chris Griffin, Foley & Lardner, for the defendants.

MR. GARTEN:  Alan Garten for the defendant.

THE WITNESS:  Donald Trump.

DONALD J. TRUMP,
Having been first duly sworn before a Notary Public of the State of New York, was examined and testified as follows:

(Whereupon New York Times Magazine article dated October 2006 is marked Plaintiff's Exhibit 1 for identification as of this date.)

EXAMINATION BY
MR. CLARK:

Q     Please state your name for the record.
A     Donald Trump.
Q     What is your address?
A     726 Fifth Avenue, New York, New York, 10022.
Q     Mr. Trump, good morning.  Thank you for the short delay.  We spoke off the record.  I introduced myself.  Thank you for accommodating us.  We started a little bit late, my apologies.

We are here to take your deposition in a case that's been filed against you and your company by a number of people in Tampa that I represent.

One of the first things I will show to you -- and we will have exhibit boards here shortly that will be identical to what you see -- there is the New York Times Magazine that demonstrates all of your signature properties as of October of '06.

I believe you had an opportunity to take a look at that?
A     Yes.
Q     Can you open that up just so I can refer to those?  The Donald Trump -- excuse me, Donald J. Trump Signature Properties, who

---

Donald Trump

1  began that slogan of the marketing of your
2  properties as such?
3  A    I did.
4  Q    When did that begin?
5  A    I would say 10 years ago.
6  Q    Was that an idea just taking your
7  ingenuity and your value of your name and
8  putting it into a marketing title for those
9  properties?
10 A    I think generally speaking, yes.  I
11 mean, marketing, but also ownership,
12 different forms of ownership, consulting, et
13 cetera, et cetera, but a better property, a
14 better property or potential property, we use
15 the word signature.
16 Q    I know -- I have tried to study as
17 much as I possibly could, understanding your
18 properties and gearing up for the deposition,
19 quite frankly, before I took the case.
20      Can you express to those who may watch
21 this video down in Tampa, in this case, what
22 it means to be a Donald J. Trump property, in
23 terms of value, as in terms of success?
24      MR. GRIFFIN:  I am going to

Donald Trump

1  many cases, as I look at some of these
2  buildings, it does indicate ownership.  It
3  indicates quality more than anything else.
4  The property would have to be of a
5  significant quality to use the Donald J.
6  Trump Signature Property.
7  Q    Is there a distinction in your mind
8  between a Donald J. Trump Signature Property
9  and maybe another property that you are
10 involved with, whether by ownership or
11 otherwise?
12 A    I think Signature generally is the
13 highest end property.
14 Q    Starting 10 years ago, you came out
15 with that --
16 A    Yes.
17 Q    -- trademarked description of those
18 properties?
19 A    That is correct.
20 Q    On that list of properties, obviously
21 they caught our attention -- the Trump Tower
22 Tampa is there.  You see that there?
23 A    Correct.
24 Q    There are a couple of other properties

Donald Trump

1  object to the form of the question.
2       If I make objections such as
3  that, it is for the record and for the
4  judge to determine later.  Please,
5  after my objection, go ahead and
6  answer the question.  If for some
7  reason I think that it is a greater
8  objection than the norm, I will
9  instruct you not to answer it.
10      There is no instruction at this
11 time, and if I ever make an objection
12 and you would like the question read
13 back before you answer it, you are
14 welcome to ask for that.
15 A    You mean a Donald J. Trump Signature
16 property?
17 Q    That's correct.
18 A    Because you left the word Signature
19 out.
20 Q    My apologies.
21 A    You mean Signature Property?
22 Q    Yes, sir?
23 A    It would not necessarily indicate
24 ownership, but in some cases it does.  In

Donald Trump

1  there that have been in some dispute.  I
2  believe there is a number of the Trump
3  International hotels that are referenced
4  there?
5  A    Correct.
6  Q    What I was interested in knowing, sir,
7  was what is the difference between the Trump
8  Tower and the hotel and residence?  I mean, I
9  stayed in your New York hotel over the
10 weekend.  I know that you have a residence
11 next door.
12 A    Well, they are both --
13      MR. GRIFFIN:  I object to the
14 form of the question.  Go ahead.
15 A    They are both very successful.  They
16 are both very well located.  They are
17 different in that Trump Towers is quite a bit
18 taller building.  Trump Towers is on 57 and
19 56th Street and Fifth Avenue. It is a retail
20 primarily, which Trump International doesn't
21 have.  It is a retail office and residential,
22 whereas the building you stayed at, Trump
23 International Hotel and Tower, is a hotel and
24 residential.  It doesn't have office and it

Donald Trump

1 doesn't have retail.
2
3 Q    Do you agree, and I absolutely think
4 that I know your answer to this, when you put
5 the Trump name on a property, it brings
6 immediate value?
7 A    Yes.
8 Q    The Trump factor, it has been called?
9 A    Yes, that's been very well proven.
10 Q    There was -- I forgot the guy's name
11 that came up with the "Trump factor" as that
12 quoted language. That Trump factor, have you
13 ever tried to put a dollar figure on it so
14 that you go out to the marketplace, whether
15 it is on your financials or however else one
16 would account for that; have you ever tried
17 to do that?
18 A    Well, we have looked into it and
19 reports have been done. I don't have them
20 available now, but I think I could probably
21 find them, where there is a value
22 attributable to a Trump building. I don't
23 know if that's because of the brand or
24 because of the locations or because of lots
25 of goodwill that's been built up over the

Donald Trump

1 opposite the United Nations. We have a lot
2 of the Yankees, traditionally, that have been
3 living in my buildings.
4
5 Derek was actually very excited about
6 it. He expressed it one time. George
7 thought it was a great site, a really good
8 site. I asked him about it specifically and
9 he was very excited that I was going down
10 there. I was very excited that I was going
11 to Tampa.
12 Q    When you looked at those properties,
13 the Signature properties, clearly one cannot
14 make distinctions between what you, sir,
15 Mr. Trump, owned versus something else.
16 Can you point out for me from that
17 list of properties which are owned and
18 largely developed by you versus a license
19 arrangement like you had in that situation?
20 A    Sure. You want me to start all of
21 them?
22 Q    If it is going --
23 A    We can do it quickly. If you look up,
24 Trump National Golf Club is a hundred percent
25 owned by me. Trump National of Bedminister

Donald Trump

1 years, but there is a value to the Trump name
2 being on a building.
3
4 Q    We were all excited in Tampa when you
5 came to put your name on the Trump Tower
6 Tampa.
7 A    So was I.
8 Q    We knew that value was going to be
9 brought to our home town. When I grew up,
10 Tampa was not what it is today, 20, 30 years
11 ago. When you came to Tampa, how did you
12 know that this was a right place for a Trump
13 Tower?
14 MR. GRIFFIN: Object to the
15 form of the question. Go ahead.
16 A    I was very excited also to be in
17 Tampa. A good friend of mine that passed
18 away, George Steinbrenner, loves Tampa --
19 loved Tampa. He actually told me what a
20 wonderful site this was and what a great job
21 this would be. George actually had a lot to
22 do with it.
23 Derek Jeter was somebody that told me
24 also it is great. He lives in one of my
25 buildings. He lives at Trump World Tower

Donald Trump

1 is a hundred percent owned by me. Trump
2 International of Palm Beach is owned by me a
3 hundred percent. Trump Canouan is a licensed
4 deal. That's a licensed transaction. I
5 don't own that and I am not a partner in
6 that. Some licensing deals, I consider
7 myself to be a partner and we are partners.
8
9 Trump Tower, I own that. Trump Park
10 Avenue, that's my job. Trump World Tower,
11 where Derek Jeter lives, is my job. I own
12 that, I built that.
13 Trump International Hotel and Tower,
14 Number One Central Park West, where you
15 stayed, that was my job. I built that job.
16 Trump Place on the West Side, I built that
17 job with partners. We had partners from
18 different places.
19 Trump Park and Trump Park East, that's
20 my job. I built it. Trump Palace in New
21 York, that's my job. I built it.
22 16 Park Avenue, I did that with Colony
23 Capital, which is a big fund in California.
24 It was a very big success.
25 The Trump building at 40 Wall Street,

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

1 I own that building. I own a hundred percent
2 of that building.
3    Trump Tower White Plains, that was a
4 licensing deal that I am -- that I have a
5 licensing fee for. I am not a partner, per
6 se. I have a licensing fee. There is a
7 difference, which I am sure we will get into.
8    Trump Plaza New Rochelle, that was a
9 licensed deal. Trump Soho, that's a
10 licensing deal, but I get a percentage of the
11 profits, so in a sense, I am a partner there.
12 Q    Kind of like Trump Tower Tampa
13 ultimately as amended -- excuse me?
14 A    I view a partnership to be when we get
15 a percentage of profits, when I have a
16 percentage of ownership, when I have --
17 beyond just a fee, beyond a flat fee, where
18 you get a flat fee for helping to -- for
19 using the name or for using the name and
20 helping with the building.
21    Trump Hollywood, that's a licensing
22 deal. Trump Plaza Jersey City is a licensing
23 deal. The estates of Trump International and
24 Los Angeles on the ocean, I own that. Trump

Donald Trump

1 Olas is a licensing deal. The Mar-a-Lago
2 Club, I own.
3    The Villa Trump in Brazil, I sold a
4 couple of years ago, and Trump International
5 Hotel in Toronto, that's a partnership.
6 Other than that, I covered a lot of
7 territory.
8 Q    That was a lot of territory, sir.
9 Thank you for going through that. Based upon
10 what you do in a given day and where you
11 manage your time, is there any distinction
12 whether it is an owned property or one that
13 you largely are developing, versus a
14 licensing deal or a partnership, as you kind
15 of described it?
16 A    Anything I put my name to is very
17 important. If I allow my name to be used,
18 whether it is a partnership or whether it is
19 a licensing deal, they are all very important
20 to me.
21 Q    Because your name, that has value, and
22 if something happens to your name--
23 A    The name has a lot of value, and so
24 any time I use my name, whether it is a

Donald Trump

1 International Hotel and Tower in Ft.
2 Lauderdale, that was a licensing deal. Trump
3 Towers Sunny Isle, that's a licensing deal.
4 The Dubai project was partially licensed,
5 partial partnership.
6    The Trump International Hotel and
7 Tower in Chicago, I own that building. It is
8 a big building and I own it. Trump World
9 Tower in Soho, that was a licensing deal.
10    Trump National Golf Club, Los Angeles,
11 I own that. Trump New Orleans, that's a
12 licensing deal.
13    Trump International Hotel and Tower
14 Waikiki -- it just opened two weeks ago.
15 That's a combination of licensing and other
16 things. Trump International Hotel Las Vegas,
17 I own that. Trump Tower Philadelphia, that's
18 a licensing deal.
19    Trump Tower Tampa, that's a
20 partnership, and I also get licensing fees,
21 but it was a partnership because I get a
22 substantial percentage of profits.
23    Trump Ocean Club is a licensing deal.
24 Trump Grande is a licensing deal. Trump Las

Donald Trump

1 licensing deal or whether it is something I
2 own and build myself, it is very important.
3 I mean, I don't break it up and say, oh, gee,
4 this is more important than that. Anything
5 that I have my name on is very important.
6 Q    Do you agree with me that anybody
7 that's looking at investing or buying into
8 one of your properties, whether they are
9 licensed partnership or owned, has
10 expectations of quality, absolute?
11 A    That's true.
12 Q    Expectations that when you put your
13 name on something, it's going to be top
14 shelf, the best available?
15 A    That's true.
16 Q    Whether you actually come out of
17 pocket, Mr. Trump, and put your money in a
18 deal, from your perspective it doesn't
19 matter. You are still going to commit a
20 hundred percent, or as my father used to say,
21 110 percent, to anything you put your name
22 to?
23 A    I think that's true, yes.
24 Q    There are also distinctions between

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

1  the properties, a license deal and one you
2  own. There are some distinctions?
3  A    There are legal distinctions. There
4  are distinctions, I guess. Each property is
5  in a different form. I just went through a
6  lot of properties, and there are very few
7  that are similar. There are many different
8  forms of ownership, partnership and licensing
9  deals.
10  Q    There are legal distinctions. Do they
11  cause projects to have difficulties, whether
12  it be needing money, permitting, whatever the
13  various things, getting the best contractor
14  on the job, getting financing? Are there
15  problems when you have distinctions legally
16  and the effect that those distinctions may
17  have on a property?
18         MR. GRIFFIN: Object to the
19     form of the question. Go ahead.
20  Q    Do you understand my question?
21  A    I would like it explained maybe a
22  little differently.
23  Q    I am a lawyer trained so I understand
24  when you say legal distinctions. Legal

Donald Trump

1  because if Donald Trump owns a project, owns
2  a building, owns a development, Donald Trump
3  can go out and get financing?
4  A    Yes, I can get financing generally.
5  Q    You have a variety of projects that I
6  have studied, whereas the owner of the
7  property -- you are not going to have trouble
8  getting financing for a project.
9  A    I think today everybody has trouble
10  getting financing for a project. Actually
11  since the real estate depression, as I call
12  it, I mean everybody really has trouble
13  getting financing.
14  Q    Does that apply to you, sir? Have you
15  had trouble on projects that you have owned
16  and developed?
17  A    I haven't done certain projects
18  because financing is not available.
19  Q    Okay.
20  A    Certain projects aren't done because
21  financing is just not available.
22  Q    Let's put out a couple of examples.
23  A    Go ahead.
24  Q    That were going up, Trump Tower Tampa

Donald Trump

1  distinctions is -- for those who may watch
2  this, there is a clear distinction between a
3  licensing deal when you've endorsed or put
4  your mark to something and to which you on
5  the flip side of that own something. Legally
6  that's a different document, correct?
7  A    Yes.
8  Q    Legally your name and you may have to
9  sign various guarantees when you are the
10  owner, correct?
11  A    Correct.
12  Q    Those distinctions, those legal
13  distinctions are going to have some effect on
14  the project, would you agree, from the
15  smallest to the largest?
16  A    Well, again, when I own something, I
17  work very hard to make sure it is successful.
18  If we license something and there are many
19  forms of licensing, but if we license
20  something we also make sure --you know, we
21  try our best to make it very successful. It
22  is very important to us to have the license
23  deals also be successful.
24  Q    Those distinctions can cause trouble,

Donald Trump

1  was going up or was coming out of the ground
2  about the same time as some of the other ones
3  that you were owning?
4  A    Correct.
5  Q    The ones that you were owning at the
6  time you got financed, correct?
7  A    Well, I would have to look at the
8  individual jobs. I mean, certain jobs didn't
9  get financed. For instance, I was doing a
10  job in Dubai, and that was going to be built
11  by essentially the country of Dubai. Now,
12  what's better than Dubai? Guess what, they
13  went essentially bust. They were taken over
14  by another country.
15         Who would have thought that job that
16  was Trump Palm built on the island of Dubai
17  and that job was a government job and they
18  weren't able to get financing for it. That
19  was the country of Dubai. Things happen.
20         I am just looking at another one,
21  Philadelphia. They were unable to get
22  financing, a very strong partnership. I will
23  say this, what I do strive to get are great
24  locations. You know, when you get outside of

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

1  Manhattan, which is my base, it is very hard
2  to do things without a partnership in the
3  world of real estate because real estate is
4  largely a local business. The people in
5  Tampa know the best sheetrock contractor,
6  they know the best plumbers, they know the
7  best roofers. I don't.
8     I know the Yankees because I go to see
9  Tampa. I used to go a lot with George to the
10 Yankee games in Tampa. But they know the
11 different contractors, so I always believed
12 in getting partners once I get too far
13 outside of my own realm, especially in places
14 like Dubai and other things, but also in
15 places like Tampa or Miami, et cetera.
16    We have had some very good partners,
17 but sometimes a market supersedes a partner.
18 When the market crashed, very many brilliant
19 real estate men went bust over the last few
20 years. They essentially went out of
21 business. They went bankrupt or out of
22 business. That had to do with a very major
23 market condition and it is a tough period of
24 time for people.

Donald Trump

1  just in time. Somebody said it was the last
2  bond issue done. Now it is starting up again
3  with the bond issues, as you have been
4  reading.
5  Q   Sure.
6  A   That was the last bond issue. That is
7  a license deal that got financed, a developer
8  in Panama.
9  Q   Toronto?
10 A   Toronto was a licensing deal that also
11 got financed. A very rich developer from the
12 Toronto area is doing that job. That is
13 going up and I think it is doing very well.
14 That got financed, yes.
15 Q   Did you have any opportunity to step
16 in to help with financing of this project,
17 Tampa?
18 A   The Tampa project?
19 Q   The Trump Tower Tampa.
20 A   What happened in Tampa, there was a
21 big problem, as I remember, with the
22 foundations, but that's a problem that's
23 always surmountable. You can do that with --
24 I always say you have to throw some money at

Donald Trump

1  Q   The Trump Hotel and Tower in Toronto,
2  the Trump Soho, Trump International Hotel in
3  Panama all got financing?
4  A   They did.
5  Q   Through the market crash, for lack of
6  a better description?
7  A   They did, but some didn't.
8  Q   Those properties that I just
9  mentioned, Toronto, Soho and Panama, all were
10 your own projects, correct?
11 A   Well, let's go over them. Soho was a
12 licensed deal with a partnership interest
13 and --
14 Q   That's in your backyard.
15 A   A little bit like Tampa. I have a
16 partnership interest and I also have a
17 license deal. The other one you mentioned
18 was what?
19 Q   The Panama project.
20 A   No, the Panama project is purely a
21 licensed deal.
22 Q   That got financed?
23 A   That got financed. It was just prior
24 to the depression. They got their financing

Donald Trump

1  it. The real problem was the market was --
2  you know, it went from being very good to
3  being horrendous. You know, the Tampa market
4  right now is in very bad shape.
5     Would I have stepped in? Well, if I
6  did, it would have been a mistake, because if
7  the building had been built, it would have
8  been pretty problematic, as you know, because
9  all you have to do is look at the Tampa
10 market.
11 Q   But you pulled your name from it, so
12 once you pulled your name from it, I don't
13 care who you are, nobody is going to be
14 putting that type of money.
15 A   Yes, I took my name off. As I
16 remember, they were -- you have to speak to
17 my attorneys about this, but we sent them a
18 legal notice to take the name off because of
19 certain obligations which they did not meet.
20 Q   But at that point they are dead in the
21 water once you pulled your name off; would
22 you agree with that?
23    MR. GRIFFIN: Object to the
24 form of the question. Go ahead.

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

1  A    I think they were -- I think the
2  market changed very radically prior to my
3  pulling the name off.  I think they tried
4  very hard to make this job successful.
5  Q    There were other projects that just
6  got put on hold though during the market
7  crash?
8  A    Some get put on hold, some get
9  terminated and some get dumped. In this
10 particular case, they were having some very
11 serious market problems prior to my pulling
12 the name off.
13 Q    Las Olas in Ft. Lauderdale?
14 A    Yes.
15 Q    Am I saying it correctly?
16 A    Yes.
17 Q    That got put on hold; right?
18 A    That got put on hold.  That was a
19 license.
20 Q    It is not dead in the water?
21 A    Well, I think it is.  The market
22 killed it.  That was a licensing deal.  That
23 was -- I really have nothing to do with that
24 one.  That was put on hold.

Donald Trump

1  Q    If you would have been the owner of
2  this project, would it have been dead in the
3  water, as it is now?
4        MR. GRIFFIN:  Object to the
5  form of the question.  Go ahead.
6  A    With the crash having taken place as
7  it did?
8  Q    Yes.
9  A    Yes.
10 Q    Everything staying equal, but changing
11 the fact --
12 A    I think probably the project would not
13 have been built.  I was a partner in the job
14 as it was.  I hated to see this job not get
15 built because it was a beautiful job in a
16 good location, but the market conditions
17 throughout the world were so bad that had it
18 been built, it would have been much worse.
19       Frankly it would have been much worse
20 for the people had they bought their property
21 and closed.  They would have lost a lot more
22 money.
23 Q    Is it your position in this case that,
24 yes, we had a market crash, particularly

Donald Trump

1  Q    Have you pulled your name from it?
2  A    I think it was terminated.
3  Q    Sorry to interrupt.
4  A    I think we had, yes.  Again, market
5  conditions made it impractical, really
6  impractical to build.
7  Q    Is that your final answer kind of
8  thing in this case, Tampa Trump was killed by
9  the market?
10       MR. GRIFFIN:  Object to the
11 form of the question.  Go ahead.
12 A    Well, I think the market was a
13 disaster.  The market in Tampa was record
14 bad.  It was as bad as Miami.  It was as bad
15 as other locations, and continues to be.
16 Certainly had the market -- let's put it this
17 way, had the crash, which we all know about,
18 which we all acknowledge, I think, had the
19 crash not occurred, this building would have
20 been built.  I have no doubt about that.
21 Q    Why do you say that?
22 A    I just think it would have been built.
23 Had the crash not occurred, I think this
24 building would have been built.

Donald Trump

1  Tampa, and given the market effect there that
2  that's the distinction between your other
3  projects going up, whether you're licensed or
4  owned in comparison to Tampa?  It is just
5  location?
6        MR. GRIFFIN:  Object to the
7  form of the question.
8  A    I will give you an example.  In
9  Chicago, I built a big building, a much more
10 expensive building by -- I got that one
11 built.  The difference is that in Chicago I
12 got my financing just prior to the crash.
13 So, we built it during the crash, but I had
14 financing.  I was just about the only
15 building to get built in Chicago, but that
16 building was built because the financing was
17 secured prior to the crash.  Some buildings
18 weren't built like Dubai and others.
19 Q    When you had the line in the sand in
20 your head right before the market crash or
21 right on the eve of that in making
22 comparisons, is there a date or a time period
23 in your mind when you had to get your
24 financing before things went bad?

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

1   MR. GRIFFIN: Object to the
2   form of the question.
3
4   A    We can look up the date. I don't know
5   exactly what that date was, but there was
6   basically a crash having to do with Lehman,
7   and ultimately having to do with Bear
8   Stearns, and it was a mess. It was a very
9   tragic period. It was, you know, the second
10  greatest crash after the Great Depression.
11  We could have gone into the Great Depression,
12  but no bank was loaning money for anything,
13  let alone to build a condominium development,
14  whether it is Tampa or anybody else or
15  anyplace else, and that means virtually
16  anywhere in the world. We are not talking
17  about Tampa. This is not a Tampa problem.
18  This was a worldwide problem.
19  Q    I guess what I am thinking off the top
20  of my head is the crash is over here and
21  Trump Tower Tampa had a ton of time to get
22  its financing in place before the crash
23  occurred. Do you agree with that?
24  A    I think what they were doing was they
25  were making sure everything was good. Again,

Donald Trump

1   easy for jobs like this, for any of the jobs.
2   Then one day there was a crash and you could
3   not get financing, so I don't think they did
4   anything different than many, many developers
5   throughout the country and throughout the
6   world.
7       They were getting their plans and
8   everything ready. They were focused on the
9   job. They were doing sales and presales and
10  then the market crashed.
11  Q    The Chicago property has your personal
12  guarantees, correct?
13  A    Limited, limited guarantees, but it
14  had some guarantees.
15  Q    Donald J. Trump, you, sir, guaranteed
16  to a certain extent, whatever that extent is?
17  A    But again, that financing was
18  gotten -- I had limited guarantees, very
19  limited, but that financing was gotten prior
20  to the crash. Same thing with my Las Vegas
21  job. I built that also, and I owned that.
22  Q    Personal guarantees?
23  A    Very limited, completion, but that
24  was, I got that financing prior to the crash.

Donald Trump

1   you would have to ask them. The developing
2   group was, from what I have found out, this
3   is a little bit subject to checking.
4   Q    Second-hand?
5   A    It is second-hand, but they were
6   working very hard, I will say that. They
7   were really trying to do a really good
8   project. They wanted everything perfect and
9   they figured they could get their financing
10  because history shows there is a long window
11  for getting financing.
12      Then one day Lehman went bad, Bear
13  Stearns went bad, and the entire market
14  crashed. Yes, I think they would have gotten
15  their financing had we not had that. I think
16  they probably felt, like many people, you are
17  not the only ones; if they wait, they will
18  get a better deal. But what happened is they
19  did wait and the market crashed.
20      A lot of people were in that same
21  position. They wanted their plans perfect.
22  They wanted their plans and specifications
23  perfect. They waited and frankly. Getting
24  financing was easy. Getting financing was

Donald Trump

1   Had I not, I wouldn't have been able to have
2   gotten that done.
3   Q    That was a huge project, was it not?
4   A    Big project, sure, both of them.
5   Q    There were no personal guarantees from
6   you for the Trump Tower Tampa, correct?
7   A    None whatsoever.
8   Q    In the other license deals --
9   A    In fact, I don't even know how I am in
10  this case personally, okay? So you will have
11  to explain that to me.
12  Q    I will be glad to.
13  A    You will have to explain that to my
14  lawyer. I had absolutely no personal
15  guarantees.
16  Q    Very good. In your other licensing
17  deals, do you -- putting aside the Trump
18  Tower Tampa for a minute, those other
19  licensing deals, whether they are just
20  straight licensing fees versus a partnership,
21  do you, sir, or your company disclose to
22  those buyers that you're merely licensing
23  your name?
24      MR. GRIFFIN: Object to the

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

1 
2      form of the question. Go ahead.
3 A    I think in some cases we do. I am just
4 not sure.
5 Q    Tell me what you know.
6 A    I really don't. I mean, I really
7 don't. As I told you before, whether I
8 license or whether I own, we work very hard
9 to make sure the building is going to be a
10 really good building. Each deal here, every
11 deal is so different. Each deal here, every
12 one of these deals is a totally different
13 deal. Real estate is a complex subject and
14 every deal is a different deal.
15 Q    The licensing agreement in this
16 particular case, Trump Tower Tampa with
17 Simdag, had a very structured confidentiality
18 that nobody to the agreement could disclose
19 the terms of it?
20 A    Correct.
21 Q    Especially some of the key terms that
22 went into the termination letter that was
23 sent out prior to your lawsuit with Simdag.
24 Do you know, sir, whether that similar
25 confidentiality agreement or provision is in

Donald Trump

1 
2     MR. GRIFFIN: Object to the
3     form of the question.
4 A    Each deal is different. I would love
5 to give you one answer, but every deal is
6 totally different. As an example, every
7 deal, many of the deals I have different
8 lawyers. I have lawyers where this gentleman
9 is not involved. I have a different set
10 that's involved in California. I have
11 different sets that are involved and they
12 have their own way of doing things of the
13 each -- and Dubai I had lawyers from --
14 Q    Dubai?
15 A    Dubai. We have good lawyers, but they
16 all have their own way of doing things. And
17 probably, again, I wouldn't know the answer
18 to this, but there are probably different
19 disclosures for different deals.
20 Q    I don't want you to guess because we
21 are not here to take guesses. It helps
22 nobody on either side. My question is more
23 focused to what you know as you sit here
24 right now. Do you know if you disclosed in
25 these other licensing deals your actual

Donald Trump

1 
2 other licensing agreements?
3 A    I think I have it in every one or
4 almost every one. Confidentiality is very
5 important. I don't want my competitors to
6 know my deals. I don't want them to see what
7 deal I am making in Tampa, what deal I am
8 making in Panama, what deal I am making in
9 New York, what deal I am making throughout
10 the world. So, we have confidentiality in
11 many of our deals, if not all. I mean, you
12 would have to ask my lawyer that question,
13 but we have -- confidentiality is very
14 important.
15 Q    Regardless of the structure, the terms
16 of your licensing deals that I absolutely
17 agree would be confidential to the extent of
18 dollars being paid, what the terms are, but
19 the general sense of disclosing to ultimate
20 buyers on the street that want to go live or
21 invest in a Trump property, in these other
22 licensing deals, putting aside Trump Tower
23 Tampa, do you disclose to buyers your actual
24 involvement owner versus a licensing
25 arrangement?

Donald Trump

1 
2 involvement as a licensor of the name?
3 A    I don't know. I really don't.
4 Q    Do you know whether you disclosed the
5 licensing arrangement in general sense,
6 without necessarily the terms, to anyone with
7 respect to the Trump Tower Tampa?
8 A    I really don't know. I really don't
9 know.
10 Q    Do you recall ever discussing in any
11 way, shape or form, you personally, to anyone
12 that this was just a licensing arrangement?
13     MR. GRIFFIN: Object to the
14     form of the question.
15 A    I don't think -- first of all, when
16 you say just a licensing, I don't consider
17 this to be just a licensing deal. I consider
18 myself to be a partner in the Tampa deal. I
19 have told you other cases where I was a
20 licensor, I was purely a licensor. In the
21 Tampa deal I got a major percentage of the
22 profits from the deal. We worked very hard
23 on the design of the building. My staff
24 worked very hard to make sure the ceiling
25 heights were right, the windows -- a lot of

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

1  different things went into this building. It
2  was a complicated building, but it would have
3  been a beautiful building had it not been for
4  the market crash.
5      I don't consider this to be merely a
6  licensing deal. I consider, really, being a
7  partner in this deal because of the fact that
8  I share a major percentage of the properties
9  in the deal.
10 Q    You would expect those who were
11 investing and buying the property to have
12 those expectations, given your name was put
13 to the project, that you were partner
14 quality --
15 A    No, I wouldn't expect that. I would
16 say if somebody were to ask, they could be
17 told, but in the case of Tampa, I really
18 considered -- Tampa, we worked harder in
19 Tampa than we worked on most jobs. In Tampa
20 I considered myself to be a partner because
21 we shared in the profits. I don't usually --
22 I don't always do that. Sometimes I do,
23 sometimes I don't, but when I start sharing
24 in profits, we really -- that really is in

Donald Trump

1  there building this building. Nobody
2  expected it.
3  Q    Is there such a thing as Donald Trump
4  building the building in any of these
5  projects?
6  A    Sure.
7  Q    Can you name one?
8  A    Chicago.
9  Q    Chicago, where you are actually on
10 site?
11 A    Yes, well -- no, not on site, but I
12 went there a lot. I was building the
13 building, my people were building the
14 building. Las Vegas, my people were building
15 the building.
16 Q    When you say your people?
17 A    People that worked for me directly,
18 people that I paid a salary to. They were
19 building that building.
20 Q    What makes you say that the buyers --
21 forget the buyers for a second. Tampa, from
22 the mayor all the way down, did not expect
23 that Donald Trump would be building this
24 building. What makes you say that?

Donald Trump

1  the form of a partner.
2  Q    Would you expect people buying or
3  investing in a Trump property like Trump
4  Tower Tampa, would you expect them to know
5  the distinction between you as a licensing
6  partner and an owner?
7       MR. GRIFFIN: Object to the
8  form of the question. Go ahead.
9  A    I think they knew that I wasn't down
10 there building the building. People didn't
11 expect that I was going to be spending the
12 next two years in Tampa building the
13 building.
14 Q    I am sorry, you are right.
15 A    I think they felt confident that I was
16 not going to be in Tampa building the
17 building. They also knew of Simdag.
18 Everybody knew of Simdag. The developers
19 were very well known in the area and
20 respected in the area. I think they knew
21 that Donald Trump wasn't the person that was
22 going to be down there building the building.
23 Certainly they didn't think -- I never got a
24 call from somebody saying why aren't you down

Donald Trump

1  A    Well, I just feel that, number one, I
2  think that was the perception, that I wasn't
3  building the building. I think there were
4  numerous articles, press articles that I
5  wasn't building the building, per se. I
6  wasn't building it. I would say that that
7  would be to me, that would be the perception.
8       If somebody were to ask or if somebody
9  were to call my office, I would certainly say
10 that I am not building the building. If they
11 ask whether or not I was a partner in the
12 building, I would say yes, I got a percentage
13 of the profits in the building. I had a big
14 stake in the building. I had a very big
15 stake in the building, but because
16 development is a local business, it was
17 better that local people were building the
18 building than me because I don't know the
19 sheetrock contractors and I don't know the
20 plumbers and the roofers and the people in
21 Tampa. I don't know them. I wouldn't be as
22 good building the building as a local group.
23 Q    I think you said this already, but I
24 just want to be crystal clear in my head. In

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

1  your opinion, sir, you personally, did you
2  think the deal in Tampa was dead before you
3  pulled your name from the project?
4       MR. GRIFFIN:  Object to the
5       form of the question.  Go ahead.
6  A    I didn't know it was dead or not.  I
7  know that we sent out a notice I guess that
8  was based on a default, that they had not --
9  Q    Paid you.
10 A    They had not paid us.  They had run
11 into terrible market conditions and I
12 understood that and they had not paid us.
13 Q    How much did you ultimately get out?
14 I know it is probably confidential in Simdag.
15 I know it went to mediation and ultimately
16 resolved and the file is closed.  I don't
17 know if there is anything dangling.  I don't
18 know if your lawyer has any instruction for
19 you, and I want to give an introduction to
20 that, to the extent you are going to instruct
21 him so wait.
22      MR. GRIFFIN:  Let me just, if I
23      may, if you are going to get into any
24      specifics about the settlement of

Donald Trump

1  licensing arrangements, have you settled any
2  of those lawsuits?
3       MR. GRIFFIN:  I am going to
4       have to speak to Mr. Garten.  I don't
5       know anything about other lawsuits,
6       whether we can -- so give me a second.
7       MR. CLARK:  Sure, let's take
8       two minutes.  We can table it and just
9       keep moving.
10      MR. GRIFFIN:  Good idea.
11 Q    You sued Simdag, as I read the lawsuit
12 and the pleadings, because they did not pay
13 you the licensing fee, is that correct, or
14 were there other reasons?
15 A    I would rather have you ask my lawyers
16 because--
17 Q    I am only asking you what you know.
18 If you don't know, that's completely fine and
19 understandable.
20 A    We sued them for various reasons, I
21 guess, and I would rather have you refer to
22 my lawyers on what exactly took place.  I
23 don't want to be inaccurate.
24 Q    One of the things that was disclosed

Donald Trump

1  other lawsuits, it is confidential.  I
2  will instruct him not to answer on
3  that basis.
4  Q    Let me lay the question out.  Take the
5  instruction and we will deal with it later,
6  okay?
7  A    Okay.
8  Q    Did you settle your lawsuit with
9  Simdag?
10      MR. GRIFFIN:  I will instruct
11      you not to answer.
12 Q    Yes or no, either way?
13      MR. GRIFFIN:  Look, I will
14      stipulate that the lawsuit was
15      dismissed.  Beyond that I am not going
16      to let him answer any questions.
17 Q    Understood.  Next question, did you
18 settle your lawsuit with Dr. Shahanassarian's
19 wife?
20      MR. GRIFFIN:  I instruct you
21      not to answer.  I object on the basis
22      of confidentiality.
23 Q    With respect to any ongoing litigation
24 with respect to those projects that were

Donald Trump

1  in this case, and I won't bore you with all
2  the procedural steps in the Federal case, it
3  is disclosed to us that your son Mr. Trump
4  Jr., possesses general information about the
5  amendment that was the first amendment that
6  went to the licensing arrangement.
7       I thought it was kind of awkward that
8  in the disclosures you possessed the
9  background going into the original agreement
10 and that your son possessed information
11 separately about the amendment.  Is there a
12 distinction, in your mind, about what you
13 know with respect to the original agreement
14 and the amendment, or am I just off base?
15 A    My son became involved with the job
16 over a period of time so he would know
17 something about the job.
18 Q    The distinction between the two
19 documents, as I see it, the licensing
20 arrangement on solid dollars went from
21 2 million to 4 million.  Do you know the
22 chronology of events that led to that?
23 A    I do not.
24 Q    Would he know that, if you know?

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

1   
2  A   I sort of doubt it.
3  Q   The licensing arrangements that you
4  pointed out for these projects, who came up
5  with the idea of licensing your name?
6  A   I did.
7  Q   Can you take us back in time when that
8  came about?
9       MR. GRIFFIN: Object to the
10      form.
11 Q   Is there a time period in your mind
12 and you said -- this is me talking -- I've
13 created a great name from hard work, value,
14 all the things that we have read about and
15 know about of you, sir, that I am going to go
16 out and license my name and give people
17 quality without actually having to put and
18 investing dollars in the project?
19 A   It took place years ago. I had done a
20 good job. We have had great success, and I
21 think the brand has become very valuable,
22 only enhanced very greatly by the Apprentice,
23 which you watched the other night. I
24 appreciate your telling me that. And the
25 brand has been enhanced by the great success

Donald Trump

1   
2  your name, whether it is just a straight fee
3  versus a partnership, is there a value that
4  you put into each deal? Is there some kind
5  of calculation that you go in and say, okay,
6  guys, are you coming to me, hypothetically?
7  A   Yes, it is very ad hoc.
8  Q   Really?
9  A   It depends on the developer, it
10 depends on the location, it depends -- as an
11 example, we did a deal in New Orleans, a
12 licensing deal and, like, almost -- I may be
13 wrong on this a little bit, but a few days
14 later it got hit by the big hurricane, the
15 disaster. They paid a lot of money to go in.
16 I think it was $2 million up front. I called
17 them, I said do you want your money back.
18 They said, no, no, we are going to build this
19 job, and that was, like, how many years ago.
20 Years ago.
21 Q   Five, six?
22 A   They are still working on that job. I
23 think they are going to get it built. It is
24 amazing. They didn't want their money back.
25 Things happen. In that case it was Katrina.

Donald Trump

1   
2  of the Apprentice and Celebrity Apprentice on
3  television.
4       Years ago, we started -- people would
5  come to us and they say, you know, we want to
6  build a building in a certain location in
7  Waikiki and we would like to use the Trump
8  brand or we want to build a building
9  someplace else and we want to use the Trump
10 brand.
11      All of a sudden, we started making
12 some deals which were licensing deals, some
13 deals which were licensing and partnership
14 deals. It is very funny because almost all
15 of the deals are different. I mean, I can't
16 think of -- it is not just like a
17 boilerplate, where you just sign. Every deal
18 is different. Some people have cash and they
19 would rather pay cash. Other people don't
20 have cash, they would rather pay a percentage
21 over a period of time. Some people would
22 rather have you as a partner and give you a
23 piece of the deal or a piece of the profits.
24 Each deal is very different.
25 Q   The dollars of how you value licensing

Donald Trump

1   
2  But things happen. That was an amazing one
3  because we had made the deal, and I remember
4  reading or hearing that there is a big
5  hurricane coming into New Orleans. I called
6  them up I said you guys okay. They said no
7  problem. The next day it was like a
8  disaster.
9       Whether it is Katrina or whether it is
10 a depression, which is what we had a few
11 years ago, a couple of years ago, things stop
12 jobs and they also help jobs get built. Good
13 things happen also. Like, the market goes
14 up. Lots of things happen in real estate.
15 It is complicated and it takes a long time.
16      It is not like you wave a magic wand
17 and the building appears. Buildings take
18 years and years and years to develop and to
19 get going, and market forces can change the
20 success or failure of a building.
21 Q   The Trump brand that we are talking
22 about and the value we are talking about, do
23 you think buyers and investors in your
24 property expect the brand to pay returns in
25 value?

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

1
2  A    I think you value the brand, yes.
3  Q    If you take your brand with you from a
4  project, whatever it may be -- this happened
5  to be one example, but I am not tying it to
6  it -- you lose value, it is not a Donald
7  Trump brand property, correct?
8  A    What do you mean?
9  Q    If you take your name off it?
10 A    If I take my name off.
11 Q    If you went to the hotel that I stayed
12 at and pulled your name from it and put some
13 other person there, that loses value?
14 A    Well, when we took our name from the
15 Tampa job, it looked like the market had
16 destroyed that job, so I don't know that it
17 lost value.
18 Q    You would agree, if you yank your
19 brand name from a project, it loses value
20 that day.  Do you agree with that?
21 A    I think the projects are more valuable
22 if my name is on them, yes.
23 Q    The flip side of that, not to try to
24 heckle you with questions, if you pull your
25 brand name from that, there goes the value as

Donald Trump

1
2  A    Very complicated.  It is a very
3  complicated -- there is no formula.  Each job
4  is different.  Each job is totally different.
5  It depends on the developer, the location,
6  the city, the area.  Some don't have very
7  much cash, some have a lot of cash.  Each job
8  is different.  Every one of these jobs is
9  different.
10 Q    My example of going to the
11 marketplace, knowing your square footage of a
12 normal development, and knowing the Trump
13 brand is going to increase that retail value,
14 does that go into your equation when you are
15 doing the deal?
16 A    Maybe subconsciously, yes.
17       MR. CLARK:  Let's take a
18 two-minute break.  Let your lawyers
19 talk real quick.  If you want to make
20 any calls, please feel free.
21       THE VIDEOGRAPHER:  Going off
22 the record at 10:57 a.m.  End of tape
23 number one.
24       (Whereupon a brief recess was
25 taken.)

Donald Trump

1
2  well?
3  A    I don't say there goes the value, but
4  I think the brand has a value.  It doesn't
5  mean it won't be successful without the
6  brand.  A job can go up without my brand and
7  be very successful also.
8  Q    The deal that was structured for Trump
9  Tower Tampa put a price point in place for
10 units square footage.  With your Trump brand
11 on that project, you well exceeded the square
12 footage value, correct?
13 A    I don't remember.
14 Q    You don't remember.  Well, you can
15 assume it because I looked at the numbers.
16 A    I think so.  I am not surprised.  It
17 has happened elsewhere.
18 Q    It seems to me that you can go into a
19 project, and tell me if I am wrong, and look
20 at a project, look at the market, see what
21 the market retails at and say if I put my
22 brand here it is going up 20, 30 percent, and
23 then you put that into the equation of your
24 agreement so that you take a piece of that if
25 you are partnering, correct?

Donald Trump

1
2       THE VIDEOGRAPHER:  Returning to
3 the record 11:05 a.m., beginning of
4 tape number two.
5  Q    I'm going to show you, this is just
6 one example of what I call the silver book.
7 One of the things that was handed out and
8 what was identified as Chris's Exhibit 1, the
9 first exhibit -- excuse me, the first
10 exhibit, Exhibit 1, was the New York Times
11 Magazine.
12       This one will be Exhibit 2.  I will
13 call it the silver book.
14       MR. GRIFFIN:  That's fine.  By
15 the way, so the record is clear,
16 Mr. Trump, what is the date of that
17 New York Times Magazine?
18 Q    October '06.  It is on the front page
19 right under --
20       MR. GRIFFIN:  Sure.
21       (Whereupon silver book is
22 marked Plaintiff's Exhibit 2 for
23 identification as of this date.)
24 Q    Have you seen this book before?
25 A    Yes, I have.

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

1        Donald Trump
2 Q   When you came down to Tampa initially
3 for your one visit you were in Tampa that got
4 so much coverage, this was what was available
5 to everybody showing up that night; do you
6 recall that?
7       MR. GRIFFIN: Object to the
8     form of the question.
9 A   I think that's right, yes.
10 Q   Whether you had already laid down a
11 reservation or put money down, this was being
12 put out on the marketplace?
13       MR. GRIFFIN: Object to the
14     form of the question.
15 A   I believe that's true.
16 Q   All the marketing -- I have read the
17 agreement, and as lawyers we all know what
18 certain things mean, but with respect to your
19 marketing for this particular project, Trump
20 Tower Tampa, were you personally reviewing
21 all the stuff that was going to be putting
22 out to the marketplace?
23 A   I wouldn't say everything, but a lot
24 of it, yes.
25 Q   Who was in charge of making sure it

Donald Trump

1        Donald Trump
2 A   No.
3 Q   When something is submitted by your
4 organization or you, whether it be the
5 simplest to the more detailed, like that
6 book, do you have somebody checking the
7 accuracy of it?
8 A   Within reason. I mean, it is a big
9 organization with a lot of different
10 development, so only within reason.
11 Q   Do you know if anything was marketed
12 incorrectly, quoted wrong with respect to the
13 Trump Tower Tampa?
14       MR. GRIFFIN: Object to the
15     form of the question.
16 A   Not to my knowledge.
17 Q   Have you had anybody look? There has
18 been a massive amount of stuff produced in
19 this case. Has somebody gone and reported to
20 you -- and wait for your instruction, because
21 if you are getting an instruction or
22 direction from your lawyer listen to it --
23 has anybody reported to you that something
24 was done inaccurately?
25       MR. GRIFFIN: I'm going to

Donald Trump

1        Donald Trump
2 was being done right?
3 A   I would say my -- from my
4 organization.
5 Q   From your group?
6 A   I would think my son Don Jr. more than
7 anybody else. Myself and my son.
8 Q   The things that get said about you and
9 things that are quoted from you, do you have
10 somebody in your organization that tracks
11 that to make sure people were doing it right?
12       MR. GRIFFIN: Object to the
13     form of the question.
14 A   We like to say the right thing, but I
15 don't know that we have anybody that actually
16 tracks it, no. I don't think we would have
17 anybody that tracks it.
18 Q   As I am sitting here, I am thinking
19 our President gets a briefing every morning
20 about what is going on. Do you have
21 something like that, where somebody briefs
22 you on a weekly, monthly, daily basis of what
23 is being out there, put out there?
24 A   No.
25 Q   About you or maybe you being quoted?

Donald Trump

1        Donald Trump
2 instruct you not to answer any
3 communications that you have had with
4 your lawyers, whether it be Alan,
5 myself or anybody else on your legal
6 staff, with respect to a response to
7 Mr. Clark's question.
8 A   Not to my knowledge.
9 Q   One of the projects, Las Olas -- is
10 that how you pronounce it?
11 A   Las Olas.
12 Q   Ft. Lauderdale.
13 A   Yes.
14 Q   Put on hold. That's a licensing deal,
15 licensing fee deal only?
16 A   I believe so, yes.
17 Q   Is that on this?
18 A   Yes, it is on the left-hand corner.
19 Q   Beach Resort, Ft. Lauderdale. That
20 was a project, again, just so I am crystal
21 clear in my head, was this a licensing fee,
22 not a partnership?
23 A   I believe that was a licensing fee,
24 yes.
25 Q   Have you been deposed in that case

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

1          Donald Trump
2  yet?
3  A    No.
4  Q    This is the first time you have been
5  deposed in any of these disputes over
6  projects and licensing and whatnot?
7  A    We have won most of the cases.
8  Q    Good.
9  A    That's the good news. So, I haven't
10  had to -- it is amazing.
11  Q    May I have a moment. Keep everything
12  like that. I will ask the court reporter, if
13  she would, this is the same Exhibit 1, the
14  New York Times Magazine. Will you be able to
15  get that, if you can? Step back a little
16  bit. The general sense of what we have been
17  talking about, sir, is your property and the
18  value that your brand brings to a project.
19  You would agree with me there is no
20  distinction in this short little ad, this one
21  distinction between licensing and owning,
22  correct?
23  A    Correct.
24  Q    In fact, nothing in your marketing
25  that you do individually or through your

1          Donald Trump
2  Q    Whether it is a licensing fee or
3  indeed a partnership arrangement?
4  A    Some were licensing, some were
5  ownership, yes.
6  Q    Again, no distinction, as far as you
7  know, in this piece; an asterisk, a footnote
8  nothing to make the distinction?
9  A    That's correct.
10  Q    The properties, as you have it, all
11  have value because your brand name is added
12  to them, correct?
13  A    There is a value.
14  Q    If you pull your brand name from those
15  projects, they lose value, correct?
16      MR. GRIFFIN: Object to the
17      form of the question.
18  A    It depends, again, if the market is
19  going up. And if I pull my name but the
20  market is going up, I think you will
21  recapture any value that's lost, if there is
22  a value that's lost, but, yes, I think my
23  name has value.
24  Q    Again, the distinction, I want people
25  that may watch this in Tampa to hear it from

1          Donald Trump
2  organization makes that distinction; is that
3  correct?
4      MR. GRIFFIN: Object to the
5      form of the question.
6  A    I don't really know the answer to
7  that. I mean, some may say something, so I
8  can't answer definitively, but overall, and
9  as I told you before, if we do a licensing
10  job or if it is a job that I own, they are
11  both of equal importance to me. I want to
12  make sure it works out well.
13  Q    Because of what the slogan here is,
14  the finest properties from your name?
15  A    Correct.
16  Q    With respect to the properties here,
17  we went through some of them and you
18  mentioned licensing arrangements for a host
19  of them, correct?
20      MR. GRIFFIN: Object to the
21      form of the question. Go ahead.
22  A    We went through all of them.
23  Q    All of them, but a lot of them were in
24  fact licensing deals?
25  A    Yes.

1          Donald Trump
2  you, if you would. If you pull your name,
3  everything being equal, from a project, value
4  goes down?
5      MR. GRIFFIN: Object to the
6      form of the question.
7  Q    Correct?
8  A    I don't know that that's necessarily
9  correct. This was a development that was
10  killed because of market conditions. It
11  was -- sadly, I mean, because I wanted to do
12  it very much. I wanted to do it to a certain
13  extent because of George Steinbrenner, who
14  was a friend of mine, who was a very good
15  friend of mine. This was a job that was --
16  the Tampa job was killed because of market
17  conditions. It wasn't going to get built
18  whether it had my name or not. I don't think
19  it was any less valuable or more valuable
20  whether or not it had my name. This was a
21  dead job.
22      The market crash killed this job. Had
23  the market not crashed, had Lehman not gone
24  bankrupt, had Bear Stearns not gone out of
25  business, had the world and the stock market

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

1  not gone down by 60 percent or whatever it
2  was, this job would have been built. This is
3  like thousands of other jobs in the United
4  States. It went bad because of market
5  conditions. Had that not happened, this job
6  would have been built, so I don't think it
7  mattered whether my name was on it or not. I
8  don't think it hurt the value of the job that
9  I pulled my name, because they did whatever
10 they did as the people I am talking about,
11 the representatives in Tampa. The job had no
12 value because of market conditions. It had
13 no more value or less value because my name
14 was on it at that point.
15 Q    Of all the properties up there, Trump
16 Tower Tampa is the only one dead in the
17 water?
18      MR. GRIFFIN: Object to the
19      form of the question.
20 A    I didn't say that. I mean, I told you
21 there were numerous other jobs up there that
22 didn't get built. This ad was from years
23 ago. This ad was in the go times when
24 everything was getting built.

Donald Trump

1  they would go under?
2  Q    None of the properties that you own
3  are dead in the water?
4       MR. GRIFFIN: Object to the
5       form of the question.
6  A    By the way, even if they got built,
7  they are worth much less money than they
8  would have been. As an example --
9       MR. GRIFFIN: Dan, please let
10      him finish his answer.
11 A    As an example, had we built the Tampa
12 job, had everybody paid millions of millions
13 of dollars for their units based on old
14 pricing, right?
15 Q    Right?
16 A    They would have lost much more money
17 had we built the job than losing their
18 deposit. They would have lost much more
19 money because the apartments -- they would
20 have paid, during good times, they would have
21 paid $2 million for their apartment. That
22 apartment today would be worth $500,000.
23 They were better off losing their deposit.
24 Q    That's the ups and downs of real

Donald Trump

1       As I told you, Dubai, who would think
2  that Dubai was going to--
3  Q    Leaving Dubai out of it?
4  A    Okay, Las Olas didn't get built.
5  Q    It is not dead in the water?
6  A    It is dead in the water. I think it
7  is dead in the water.
8  Q    Okay.
9  A    Philadelphia didn't get built.
10 Q    We have not talked about Philadelphia.
11 A    No, I think --
12 Q    Was that a licensing deal?
13 A    Philadelphia was a licensing deal that
14 did not get built because it hit the wrong
15 market. Philadelphia was going to get built.
16 It was a wonderful job in a wonderful
17 location. Lehman Brothers went bankrupt and
18 it and never got built.
19 Q    None of your properties that you owned
20 are dead in the water. Maybe Dubai, based
21 upon what you described?
22 A    Dubai is dead in the water. Forget
23 about me owning it. It was owned by the
24 government of Dubai. Who would think that

Donald Trump

1  estate. In 10 years, 15 years, who is to say
2  that that value returns, sir?
3       MR. GRIFFIN: Wait --
4  A    Your lawsuit is as of now.
5  Q    Understood --
6       MR. GRIFFIN: Mr. Trump, and,
7       Dan, please, you guys are kind of
8       talking over each other. Let him
9       finish the question, let him finish an
10      answer. Please, let's kind of slow it
11      down.
12 Q    Your analysis that you just gave us
13 takes out the fact that real estate. We
14 don't know where it is going to be in 10 or
15 15 years.
16      MR. GRIFFIN: Objection to the
17      form of the question.
18 Q    Correct?
19 A    It might go down.
20 Q    It might go up?
21 A    It might go down. So far I have been
22 right. It has been going down.
23 Q    You would agree -- maybe you don't --
24 it is better to have something you can touch,

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

```
 1   open a door to then have nothing in hand?
 2       MR. GRIFFIN:  Object to the
 3   form of the question.
 4   A    I disagree in this case.  The
 5   apartments were sold at a very high price
 6   during a very good portion of the market,
 7   when the market was raging.  This was before
 8   Lehman Brothers went bankrupt, Bear Stearns,
 9   et cetera.  Those prices today, had they been
10   bought by the people that you represent,
11   those units would be worth 60 or 70 percent
12   less today.  With or without the name Trump,
13   they would be worth 60 or 70 percent less.
14   If somebody paid two or $3 million for a
15   unit, that unit would be worth 60 or
16   70 percent less.
17       By the way, that's just Tampa.  That's
18   the whole country.  Some sections are a
19   little bit better than others.  New York is
20   better than other sections, as the example,
21   but Tampa got hit very hard by the
22   depression.  Those units would be worth a
23   tremendous amount less had they bought them.
24   In other words, had they put up their
```

Donald Trump

```
 1       MR. CLARK:  The settlement,
 2   whatever what's been paid in.
 3       MR. GRIFFIN:  I am going to
 4   tell Mr. Trump to not answer any
 5   questions regarding any settlement of
 6   this or any other case.  I would ask
 7   that we not address and I will stand
 8   by the objection and the instructions.
 9   Q    I'm with you.  My point is I don't
10   know the exact number that you have been
11   paid, because I do know what was accounted
12   for up to your lawsuit but I do not know, and
13   your counsel has instructed you not to tell
14   me, whether you were paid anything.  So,
15   that's a number that you pulled out of this
16   project?
17       MR. GRIFFIN:  No, it is not.  I
18   am telling you that we are not
19   answering.  We have not disclosed any
20   information about any number, whether
21   it was received at all or not.  You're
22   saying something that doesn't have a
23   factual basis.
24       MR. TURKEL:  So the record is
```

Donald Trump

```
 1   $2 million, their $2 million would now be
 2   worth five or $600,000.
 3   Q    Not to continue to debate--
 4   A    To be honest with you, they were
 5   better off that the building wasn't built.
 6   Q    Your value in the hotel here in New
 7   York City from that stake would arguably be
 8   less because of the marketplace, correct?
 9   A    I am going by the Tampa market.  I am
10   saying the Tampa market got hit very, very
11   hard, as bad as any market in the country,
12   and a $2 million r apartment in Tampa would
13   be worth about five or $600,000 today.  The
14   best thing that happened to your clients was
15   that the building was not built.
16   Q    Trump Tower Tampa sold out though from
17   reservation-wise money down?
18   A    That's right, at very high prices, and
19   those prices today are worth 70 percent.
20   Sixty, 70 percent less than that sell out.
21   Q    You've gotten an undisclosed number
22   out of this project, correct?
23       MR. GRIFFIN:  Wait, wait, wait.
24   Counsel looked at me, the settlement.
```

Donald Trump

```
 1   clear, you are taking a
 2   confidentiality position on licensing
 3   fees pre-default?
 4       MR. GRIFFIN:  No.
 5       MR. TURKEL:  You are taking a
 6   position on anything that may have
 7   happened post-default, post-loss.
 8       MR. GRIFFIN:  That's correct.
 9       MR. TURKEL:  Even the
10   acknowledgment of the settlement.
11       MR. GRIFFIN:  That's correct.
12       MR. TURKEL:  Pre-default, if we
13   were to ask you today how many dollars
14   were you paid while they were
15   performing, you would not take the
16   position.
17       MR. GRIFFIN:  Correct, that's
18   not confidential.
19       MR. CLARK:  That's what I was
20   about to pull out.
21   Q    There are two pockets here.  One, we
22   don't know, and you need to follow what your
23   lawyer is telling you and do so, and a number
24   that's been paid to you already as a
```

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

1  licensing fee, correct?
2
3  A    Okay.
4  Q    You do know that you received some
5  money, and I have the figures, and I don't
6  really care what the number is.  You agree
7  with that and you know that, correct?
8  A    I believe so, yes.
9  Q    Why haven't you returned those funds
10  to this project and given back that money?
11       MR. GRIFFIN:  Object to the
12       form of the question.
13  Q    If the project didn't get built?
14  A    Well, because I had no obligation to
15  the people that signed me to give it back,
16  number one, and number two, the money was a
17  very small amount relative to -- in fact, I
18  would say that I lost money on this project.
19  If you add all of what everybody has been
20  through including yourselves, I have lost
21  money on this project.
22       This has been a loser, not a positive,
23  and most of the money that I would have made
24  on this project would have been from a
25  percentage of profits had the market stayed

---

Donald Trump

1  strong.
2
3  Q    Your analysis over the marketplace and
4  what it has done to devaluing property?
5  A    Yes.
6  Q    You agree with me even with the
7  marketplace and the devaluation of
8  properties, your properties, your Signature
9  properties have more value with your brand
10  name on it?
11       MR. GRIFFIN:  Object to the
12       form of the question.
13  Q    Correct?
14  A    Well, if they are ever built.  You are
15  talking about a project that's not built.
16  You are talking about a project that had no
17  value.  So.  Whether it had my name on it or
18  not.  It wouldn't have made any difference.
19  Q    We are going to switch, based on what
20  we have talked about.  We will go straight
21  through and get you out of here.
22  A    That would be great.  That would be
23  much nicer.
24       MR. CLARK:  Thank you, Chris.
25       MR. GRIFFIN:  You're welcome.

---

Donald Trump

1
2       MR. CLARK:  Thank you,
3  Mr. Trump.
4       THE WITNESS:  No problem.
5  EXAMINATION BY
6  MR. TURKEL:
7  Q    Mr. Trump, just so the record is
8  clear, I am Ken Turkel.  I am co-counsel with
9  Mr. Clark in this case.
10       Your lawyer as well, you have allowed
11  me to ask a portion of these questions today,
12  which we appreciate.
13       By way of general background, there
14  are a few areas I want to clean up with you
15  as we head into some more specifics about the
16  license agreement.
17       The first one is this.  One of the
18  comments you made to Mr. Clark was that it
19  was very well proven that the Trump name
20  brings immediate value, using words, you can
21  put them in quotes, "very well proven."
22       Do you have any internal reports or
23  data in your own possession or the possession
24  of the Trump Organization or any of the
25  affiliate companies that document that fact?

---

Donald Trump

1
2  A    I can try and find some for you.  I
3  don't think we did any, per se, but I think
4  that newspapers have done it showing that
5  there is a value.  And if I can find that, I
6  will give it to my attorneys to give to you.
7  Q    The genesis of the question was
8  whether you were referring to reports that
9  may be disseminated publicly or through the
10  media or whether they were internal reports?
11  A    I believe they would have been from
12  other companies that were disseminated to the
13  media.  I don't think we have done it
14  individually.
15  Q    Have you kept any statistics, either
16  internally or do you know of any statistics
17  that have been kept externally that have
18  distinguished between the value brought to a
19  project by the Trump name when you license it
20  as opposed to when you are actually the
21  builder developer?
22  A    No, I don't know that.
23  Q    Do you have any personal opinions on
24  that?
25       MR. GRIFFIN:  Object to the

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

1
2       form of the question.
3   A      I don't think it would matter.
4   Q      What do you mean?
5   A      You are saying if it is a license deal
6   or if I own it, would there be a difference
7   in value?
8   Q      Yes, let me rephrase the question as
9   opposed to asking you for your opinion.
10  Mr. Clark took you through the board and the
11  New York Times Magazine article articulating
12  among 2,006 various projects that you were
13  involved in.
14      Do you know as a matter of fact
15  whether the projects with your name licensed
16  had more or less value than the ones in which
17  you actually were builder developer?
18          MR. GRIFFIN:  Object to the
19      form of the question.
20  A      No.  I don't know why it would matter
21  that much, but I don't see it, but I don't
22  know the answer to that.
23  Q      I am not sure it necessarily --
24          MR. GRIFFIN:  Can I interrupt?
25      With all respect to the lawyers and

Donald Trump

1
2   and really a partnership therefore, was
3   created because of the percentage of the
4   profits, at least in my mind, and that's
5   different.
6       Many of the licensing deals, it is a
7   flat fee or it is a fee per unit or whatever.
8   This was a percentage of profits, so this was
9   actually a little bit more intense deal than
10  most.
11  Q      How long have you been in the real
12  estate development business?
13  A      Since 1970.
14  Q      In that time frame, from 1970, let's
15  go until 2004, when the initial license
16  agreement was signed, how many entities have
17  you either formed or been a part of that were
18  either partnerships, limited liability
19  companies, joint ventures or corporations?
20  A      Well, many, many.  Far more than what
21  you see up here.  This would be just an
22  indication of it, but many beyond what you
23  have here.  I don't know the number.
24  Q      You understand, as a business person,
25  an experienced business person, that there is

Donald Trump

1
2   Mr. Trump, I thought there were
3   different areas, substantive areas
4   that you were going to inquire about
5   and not just followup on Dan's
6   questions.
7           MR. TURKEL:  I am actually
8       laying predicate for discussion of the
9       specific terms of the licensing
10      agreement.  I want to make sure I
11      understand a few of these things.
12  Q      With respect to deals in which you
13  were licensing, you have identified very
14  candidly for us the different capacities in
15  ways you participated.  As we sit here today,
16  do you know whether the actual licensing
17  agreements in the non-Tampa license deals
18  were similar to their fee structure the Tampa
19  deal?
20  A      It was -- as I said before, every deal
21  is different.  Tampa would be different than
22  most of the other deals here.  Not different,
23  for better or worse.  The deals are just
24  different for lots of different reasons.  In
25  the Tampa deal, a percentage of the profits,

Donald Trump

1
2   a difference between a partnership and a
3   corporation; right?
4   A      Well, a corporation can be in the form
5   of a partnership, too.  You can have
6   corporate partners.
7   Q      Correct.
8   A      The question is a little bit general.
9   Q      You can have a partnership that has
10  partners in it which are corporations?
11  A      Absolutely.
12  Q      You understand those are different
13  legal types of entities, a partnership versus
14  a corporation?
15  A      Yes.
16          MR. GRIFFIN:  Objection to the
17      form of the question.
18  Q      Equally, do you understand that a
19  limited liability company is another type of
20  legal entity?
21          MR. GRIFFIN:  Object to the
22      form of the question.
23  A      Yes.
24  Q      How about a joint venture.  Have you
25  ever done a joint venture agreement?

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

1           Donald Trump
2 A    Yes.
3 Q    Do you understand the joint venture to
4 be a different type of entity?
5 A    They are all going to be.
6 Q    One of the points you made is that you
7 viewed your participation in Tampa as a
8 partnership because of the fact that you were
9 receiving a portion of the profits; is that
10 right?
11        MR. GRIFFIN:  Object to the
12     form of the question.
13 A    That was my view.  That was my view.
14 Q    That was your view?
15 A    That is my view and was my view.
16 Q    What you are trying to clarify for me?
17 You hold that view today also?
18 A    That is correct.
19 Q    When Simdag -- strike that.  You have
20 talked about how you got interest in the
21 Tampa project.  You have referenced your
22 relationship with Mr. Steinbrenner and Derek
23 Jeter.  Did Simdag initially come to you
24 seeking the use of your name for this
25 project?

1           Donald Trump
2 have had many, many different things happen
3 over the years.  While I like to pride myself
4 on having a very good memory, I can't tell
5 you if many years ago I called them or they
6 called me.  I think they called me.
7 Q    Would there be any document or record
8 of that initial contact?
9 A    No.
10 Q    If they called you, would it be your
11 recollection that you handled the
12 communication personally?
13 A    Yes.
14 Q    Do you know, as you sit here today,
15 whether the idea to do this as a licensing
16 agreement versus you being a builder
17 developer was your idea or theirs?
18 A    Well, I think it was common sense.  It
19 was a license and because we didn't have the
20 local knowledge that I discussed before, so
21 the concept of being the builder developer
22 would not have really entered into the
23 equation.
24        MR. TURKEL:  Let's go ahead and
25     mark this as Exhibit 3.

1           Donald Trump
2 A    I believe so.
3 Q    Do you know whether the idea to do it
4 as a licensing agreement versus a joint
5 venture, a corporation or a limited liability
6 company or general or limited partnership was
7 your idea or Simdag's?
8 A    I don't know.
9 Q    Would somebody else have handled that
10 initial discussion at the Trump Organization?
11 A    No.
12 Q    If you don't know, who would know?
13 A    Nobody.
14 Q    Explain that to me.
15        MR. GRIFFIN:  Wait.  Objection
16     to the form of the question.  Explain
17     that to me doesn't ask him.  What you
18     are trying --
19 Q    When you tell me nobody knows, I am
20 assuming somebody was initially approached by
21 Simdag or vice versa.
22 A    Right, it was so many years ago -- you
23 are talking many years, and I handled it, but
24 I don't exactly know did we call them, did
25 they call us.  I think they called us, but I

1           Donald Trump
2     (Whereupon, a copy of a license
3     agreement entered into between Mr.
4     Trump as licensor and Simdag/Robel as
5     licensee is marked Plaintiff's Exhibit
6     3 for identification as of this date.)
7 Q    The court reporter has handed you what
8 was marked as Exhibit 3 for this deposition.
9 A    Correct.
10 Q    I can represent to you it is a copy of
11 the license agreement that was entered into
12 between you as licensor and Simdag/Robel as
13 licensee.  Are you familiar with that
14 document?
15 A    Yes.
16 Q    As a predicate to discussing the
17 document, who owns the Trump name as a piece
18 of property, as a piece of intellectual
19 property?
20 A    I do.
21 Q    You individually, correct?
22 A    Yes.
23 Q    Do you own all of the related service
24 marks to the name?
25 A    Yes.

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

1
2     MR. GRIFFIN:  Object to the
3  form of the question.
4     MR. TURKEL:  What is the
5  objection?
6     MR. GRIFFIN:  It calls for a
7  legal conclusion?
8     THE WITNESS:  Good point.
9  Q    I would assume you know whether it is
10  a legal conclusion or not.
11     MR. GRIFFIN:  I assume I can
12  make an objection, too.
13  Q    I am sorry, Chris.  I was just mulling
14  that one over.  Do you recall when trademark
15  protection was sought for the Trump name and
16  related service marks?
17  A    No.
18  Q    Whose idea was it to get trademarked?
19  I will caution you, if it came from one of
20  your lawyers, don't tell me.
21  A    My lawyers.
22  Q    Is the Trump name trademarked for use
23  in products other than real estate ventures?
24  A    Yes.
25  Q    Have you used it in that fashion?

Donald Trump

1
2  A    That is correct.
3  Q    Certainly enough value that you could
4  use it on cufflinks or bottled water?
5  A    Yes.
6  Q    Did you ever do a licensing agreement
7  of any kind?  If you look at Exhibit 3, it is
8  dated October 27, 2004, which was right at
9  six years ago?
10  A    Okay.
11  Q    Almost a month shy of six years, prior
12  to October 27, 2004, had you done any other
13  licensing agreements with your name?
14  A    I believe so, yes.
15  Q    Do you recall which ones?
16  A    I don't know.  I think maybe Miami was
17  before this.  I am not sure.  I would have to
18  check with my lawyers and check with the
19  people as to the chronology, but yes, I
20  believe we did others prior to this.
21  Q    Would the Tampa Simdag license
22  agreement at the very least have been one of
23  the first five or 10?
24  A    One of the earlier ones, yes.
25  Q    When you say one of the earlier ones,

Donald Trump

1
2  A    Yes.
3  Q    Why?
4  A    Because it's got something that people
5  like; shirts, ties at Macy's, cufflinks.
6  Q    Are those cufflinks you are wearing
7  Trump cufflinks?
8  A    Yes, they are quite nice.
9  Q    They are handsome, yes, they are.
10  Water?
11  A    Yes, other things.  Yes, we do think
12  that it seems to be selling quite nicely.
13  Q    Do you recall, and you can just give
14  me a year, even a frame of years when you
15  started doing business with the Trump name
16  outside of the world of real estate; in other
17  words, when you began licensing to get into
18  products and other sort of items?
19  A    Probably six or seven years ago.
20  Q    Was it before or after the Apprentice?
21  A    A little bit before.
22  Q    When you say the Apprentice has
23  increased the value, we can agree that there
24  was some value to the name pre-Apprentice;
25  right?

Donald Trump

1
2  within the world of real estate?
3  A    Yes, of real estate.
4  Q    I believe you discussed this with
5  Mr. Clark, but just to confirm it, as far as
6  you recall all of the license agreements have
7  been confidential?
8  A    As far as I know, they are all
9  confidential, yes.
10  Q    Let's take a look at this one.  I want
11  to go through some specific terms of this
12  with you.  In the preamble, if you would turn
13  to the first page, which says License
14  Agreement at the top, so it is going to be
15  the first page after the cover page.
16  A    Okay.
17  Q    Turn the cover page over.
18  A    Okay.
19  Q    It is on the back of your cover page.
20  I am sorry, it says License Agreement?
21  A    Correct.
22  Q    There is a recognition that this
23  agreement is entered into on October 27,
24  2004, between Donald J. Trump, worldwide
25  renowned builder and developer of real

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

```
 1    estate, who enjoys the highest reputation in
 2    his field among others. You are defined as
 3    the licensor. Do you see that?
 4    A    Yes.
 5    Q    I don't mean this question to be --
 6    Dan used the word heckle earlier. Why is
 7    there a recognition in there that you are a
 8    worldwide renowned builder and developer.
 9    Why is that put into the agreements?
10    A    Because we want them to know that we
11    have a very important reputation and we don't
12    want them to screw up.
13    Q    It is a way of putting in writing with
14    the party who you are going to license your
15    name to?
16    A    That's correct.
17    Q    That your reputation is an important
18    thing?
19    A    We want them to do a good job.
20    Q    Simdag/Robel is listed here this is
21    October 27, 2004. How long -- strike that.
22    What period of due diligence did you undergo
23    with respect to Simdag before you agreed to
24    sign this agreement with them?
```

Donald Trump

```
 1    particular job, but there were people that
 2    were involved with development and there were
 3    people that had just very good reputations.
 4    But this was set up -- I believe that name
 5    was set up for specifically this job.
 6    Q    That's a fair point. Let me rephrase
 7    the question. As of October 27, 2004, I
 8    would assume you knew how many condominium
 9    development projects the principals of Simdag
10    had been involved in prior to October 27, 2004?
11    A    My people did at the time, they did a
12    background check. I don't know exactly, but
13    the people that are involved with me in this
14    capacity did a background check and they
15    found them to be a quality group. I remember
16    the word quality used, a quality group of
17    individuals.
18    Q    Do you know whether that background
19    check was memorialized in any sort of
20    document?
21    A    I don't. I would love to find out. I
22    mean, I will check it for you.
23    Q    If it was memorialized in a document,
24    would it have been a Trump Organization
```

Donald Trump

```
 1         MR. GRIFFIN: Objection to the
 2    form of the question. Go ahead.
 3    A    Due diligence is always very tough.
 4    You hire people or you use your own people
 5    and you go into the background of people.
 6    The background of the people in the
 7    partnership was quite a good background.
 8    They were respected, they were really well
 9    known in the Tampa area, and they really had
10    a very good reputation. We did a fairly
11    thorough check at the time.
12         It was years ago, but we did a fairly
13    thorough check, and everybody seemed to think
14    they were quite good people. We also then
15    checked the real estate of the location and a
16    lot of other things going into a decision
17    like this. We felt that the people, the
18    quality of the people involved was very high.
19    Q    As you sit here today, do you have any
20    recollection as to how many projects
21    Simdag/Robel had built in the Tampa Bay area
22    as of October 27, 2004?
23    A    Well, this is a separate company or
24    group for the purpose of doing this
```

Donald Trump

```
 1    document, corporate document?
 2    A    Yes, I believe so, yes.
 3    Q    Who would the people have been who did
 4    the due diligence?
 5    A    I would have to check that. An
 6    executive or a group of executives within the
 7    organization.
 8    Q    If I were to describe for your lawyer
 9    to perhaps produce to us any documents
10    memorializing the due diligence performed by
11    Trump individually or the Trump Organization?
12    A    Right.
13    Q    That would be sufficient for you to at
14    least do a search to see if they exist?
15    A    Absolutely.
16         MR. GRIFFIN: Any objection
17    that I may have --
18         MR. TURKEL: Absolutely. I am
19    trying to find out the logistics if it
20    is producible otherwise.
21    REQUEST NOTED
22    Q    We see in the second paragraph of this
23    document that you are the sole exclusive
24    owner of the United States trademark
```

23 (Pages 86 to 89)

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

1  regulations identified in schedule one.
2
3  A    Correct.
4  Q    Which we turn back to schedule one,
5  because what is a document without its
6  schedules.  Schedule one lists trademark
7  Trump Tower with the registration number of
8  1688083.  We can agree, as we sit here today,
9  that's not the only trademark that you
10 registered; right?
11 A    That's correct.
12 Q    Certain other rights in the name
13 trademark service marked designation and
14 identification Trump.  That goes back to what
15 we were discussing earlier, which is the
16 protection of your name as a brand; right?
17 A    Right, yes.
18 Q    Let's go to what is the third whereas
19 clause, which says, "Whereas Licensee intends
20 to develop a first-class luxury residential
21 condominium building of approximately 190
22 units."  Do you see that language?
23 A    Yes, I do.
24 Q    Do you know, as you sit here today,
25 whether Simdag or the principals of Simdag

Donald Trump

1  that the licensee, that being Simdag/Robel,
2  "intends to design, develop, construct,
3  operate and maintain the building according
4  to the Trump standards"?
5
6  A    Correct.
7  Q    "As herein defined so as to maximize
8  the value of the Tower property for the
9  benefit of Licensee and Licensor," correct?
10 A    Yes.
11 Q    We can agree that you weren't going to
12 design the building; right?
13       MR. GRIFFIN:  Object to the
14       form of the question.
15 A    Not design it per se, but make sure
16 the design was first class.
17 Q    You had the rights to review the
18 design specs?
19 A    Absolutely, and we did.
20 Q    You weren't going to pick the
21 architect, though, correct?
22 A    I think we could have, but we were
23 very impressed with what we saw.
24 Q    When it comes to the actual
25 developing, as you stated earlier, you

Donald Trump

1  had ever developed a luxury residential
2  condominium unit of that size or quality in
3  their past?
4  A    No, I don't believe so.  This was the
5  biggest thing in Tampa, so this was an
6  unusually large development.  I started
7  building very big buildings and I did a very
8  good job of it, but at some point you had to
9  start -- I don't know, they had a wonderful
10 reputation, but I don't know that they
11 developed anything of this -- this was a very
12 large job.
13 Q    When you had discussed with me earlier
14 that these principals enjoyed a good
15 reputation in Tampa, other than being able to
16 repeat for me that your people told you that,
17 you have no specific facts that you recall
18 today?
19 A    No, but when I met them I was very
20 impressed with them as individuals.  I went
21 to Tampa, I met with them.  I was very
22 impressed with them as individuals.
23 Q    If you go down to paragraph sub four
24 of the same whereas clause, it would read
25

Donald Trump

1  weren't going to be down at Tampa with the
2  sheetrock installers; right?
3       MR. GRIFFIN:  Objection to the
4       form of the question.
5  A    No, but had the building proceeded, I
6  would have been at Tampa quite a bit.
7  Q    Did you have any responsibility under
8  this license agreement for the actual
9  construction of the property other than that
10 to review Simdag's work?
11 A    That's a big thing.  We had very
12 strong review capability and requirements
13 under this agreement.  Had the job proceeded,
14 I would have been in Tampa quite a bit to
15 make sure it was going to go.  I or
16 representatives from my organization, but I
17 would have been there actually a lot.  This
18 was a very exciting job to me.
19 Q    As it relates to the agreement -- I
20 think you lost my question somewhere in that
21 answer.  The actual responsibility to design,
22 develop, construct and operate belonged to
23 Simdag/Robel; is that correct?
24
25       MR. GRIFFIN:  Object to both

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

```
1            Donald Trump
2    the question and the comment that
3    proceeded it.  He answered the
4    question, and it didn't get lost.  He
5    answered it.
6            MR. TURKEL:  I disagree.
7    That's why I reasked.
8    A    I would rather stay with the answer
9    that I gave because we did have a lot to do
10   with the design of this building and that's
11   the way it was.
12   Q    Did you have any contractual
13   obligation with respect to this building and
14   the design of the building beyond reviewing
15   what was submitted to you by Simdag?
16           MR. GRIFFIN:  Objection to the
17   form of the question.
18   A    I could have rejected what I saw and
19   then probably have gotten very much involved,
20   but we liked very much what we saw.  It was
21   the opposite.
22   Q    Turn the page and let's look at that.
23   I think it is set forth pretty clearly.
24   A    What page?
25   Q    It will say page eight on the bottom.
```

Donald Trump

```
1            Donald Trump
2    A    That's correct.
3    Q    If you look at paragraph F, that sets
4    forth the mechanics of how that works?
5    A    Yes.
6    Q    Do you need a moment to review it or
7    are you familiar with it?
8    A    Go ahead.
9    Q    As it sets forth in paragraph F, "The
10   Licensee" -- that being Simdag -- "is
11   required to submit its final plans and specs
12   therefore or specifications to the Licensor,"
13   and that you have the 15-business-day window
14   to review those, do you see that?
15   A    Correct, yes, I do.
16   Q    As you stated, within those 15
17   business days you are allowed to deliver a
18   report to the licensee either approving those
19   final plans and specifications or identifying
20   the deficiencies, for lack of better word in
21   it; right?
22   A    Right.
23   Q    At any point in time, did you send a
24   deficiency notice to Simdag/Robel with
25   respect to the final plans and
```

Donald Trump

```
1            Donald Trump
2    A    Eight, different page.
3    Q    You should see a sub F.
4    A    It is a different page.
5    Q    Yours may be paginated -- go to seven.
6    A    Sub F.
7    Q    Prior to commencing construction, do
8    you have that?
9    A    I have the right to review.  Are we on
10   the same document?  Why are the pages--
11   Q    I think it is paginated differently.
12           MR. GRIFFIN:  I ask your
13       indulgence, Mr. Trump and Mr. Turkel.
14       That thing has gone off twice and
15       people know that I am in an important
16       deposition.  Let me check to see who
17       is trying to reach me.
18   A    There it is.  Sorry, it is my fault.
19           MR. GRIFFIN:  Thank you.
20           MR. TURKEL:  Are you all right.
21           MR. GRIFFIN:  Yes.
22   Q    One of the points you made, Mr. Trump,
23   was that you had the right to reject the
24   final plans and specifications for the
25   property, correct?
```

Donald Trump

```
1            Donald Trump
2    specifications?
3    A    I don't believe so.  We thought they
4    were doing really good work.
5    Q    You approved what they said?
6    A    I believe that's correct.
7    Q    If you had disapproved that, you are
8    allowed to send a notice to them of their
9    deficiencies; right?
10   A    That is correct.
11   Q    After they obtained that, they are
12   going to resubmit plans to you and you can
13   approve those; right?
14   A    Change it or do something.
15   Q    Were you aware at the time or are you
16   now after essentially three of those cycles
17   of approving or disapproving Simdag at that
18   point was allowed to pull out of the
19   development?
20           MR. GRIFFIN:  Object to the
21       form of the question.
22   A    You mean according to this document?
23   Q    Yes, sir.
24   A    Yes, there was something to that
25   effect, yes.
```

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

1          Donald Trump
2  Q    Go down to paragraph H -- strike that.
3  Before we do that, look at the bottom of
4  paragraph F.  You will see a provision there
5  saying the second, I think it is the last
6  sentence saying, "Licensee shall construct or
7  cause construction of the Tower property
8  substantially in accordance with the final
9  plans and specifications approved by
10 licensor, which shall adhere to and comply
11 with the Trump standards"; right?
12 A    Yes.
13 Q    When we get down to it as far as
14 protecting your brand, the essential
15 component of this contract to you is that you
16 have the approval rights, correct?
17 A    Yes.
18 Q    And that they build it in accordance
19 with your standards?
20 A    At a high level, yes.
21 Q    When you are marketing the project,
22 certainly your expectation as you advertise
23 and market the project is that the buyer's
24 expected to be at that level of quality
25 associated with your name, correct?

1          Donald Trump
2  always, always in this kind of an agreement.
3  Q    When you are an owner of a project, in
4  other words, as you pointed out to Mr. Clark
5  earlier, the various projects that you have
6  built with either your own money or financing
7  you have obtained and you have guaranteed, do
8  you get reimbursed by your partners for
9  coming to visit the project?
10 A    Oftentimes, yes.
11 Q    If I were to ask Mr. Griffin to
12 produce documents memorializing the
13 partnerships that you were a builder or owner
14 in, we would see provisions to that?
15 A    I believe so, yes.  If I have a
16 partner and I am traveling, or likewise if
17 the other partner is traveling, they would
18 routinely put in for expenses.  Whether it is
19 in an agreement or not, they would put in for
20 their expenses or I would put in for my
21 expenses.
22 Q    Even if you were the majority owner?
23 A    Yes, if I was the majority owner.  If
24 I had 60 percent and I was traveling, and it
25 was very costly but to the benefit of the

1          Donald Trump
2        MR. GRIFFIN:  Objection to the
3     form of the question.
4  A    Right.
5  Q    If we look down to paragraph H, and
6  this just caught my eye, Simdag was going to
7  pay the licensor, Trump, basically
8  reimbursement for any trips made down to
9  Tampa, correct?
10 A    Yes.
11 Q    That was capped at, I believe there is
12 a number there, "not more than two occasions
13 in each 12 consecutive month period from the
14 date hereof to the issuance of a permanent
15 certificate of occupancy for the building";
16 right?
17 A    Yes.
18 Q    For two trips a year, they were going
19 to reimburse you, right?
20 A    That's correct.
21 Q    Why was that provision put in here?
22 A    It is very standard in any contract
23 such as this or in any hotel contract.  You
24 are always reimbursed if you travel.  It is a
25 very standard clause.  That's I would say,

1          Donald Trump
2  job, I put in for the expenses.  Yes, pretty
3  standard.
4  Q    Why in this particular agreement, if
5  you know, were the reimbursement obligations
6  capped at two visits every two months through
7  occupancy?
8  A    Well, because I am sure while they
9  liked us and respected us, they didn't want
10 us to travel there five times a week at great
11 expense.
12 Q    Do you recall ever submitting either
13 for your own benefit or the benefit of
14 someone within Trump Organization a
15 reimbursement report under this provision of
16 the contract?
17 A    No, it may have happened, but I don't
18 recall that.
19 Q    How many trips did you make -- there
20 was never a certificate of occupancy issued.
21 How many trips did you make to Tampa before
22 this?
23 A    I think two or three.  I would have
24 made many had it gone forward.
25 Q    Let's take a look at page nine.

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

A     Okay.

Q     As a further predicate to this next group of questions, we can agree you never signed a personal guarantee on anything relating to the Trump Tower Tampa; right?

A     That's correct.

Q     Not with a bank or any private lender, correct?

A     No, that's correct.

Q     We can agree your name individually or your corporation's name was not on any promissory note that may have been issued to finance the project?

A     That is correct.

Q     Paragraph six of page nine provides the situations in which you as licensor of your name shall have "the absolute right to terminate the agreement and the rights licensed thereunder upon 10 days prior written notice." Do you see that?

A     Yes, I do.

Q     Take a look at page 10 now. I want to concentrate on two provisions in this. Let's take a look at paragraph G first.

Donald Trump

     "The construction of the building shall not fail to commence within 18 months unless such delay shall result from strikes, lockouts or labor disputes, inability to obtain labor or materials or reasonable substitutes therefor, acts of God, governmental restrictions, regulations or controls, enemy or hostile government action, civil commotion, riot or insurrection, fire or other casualty or other event similar to the foregoing beyond the reasonable control of licensee."

A     Okay.

Q     The reason I read that is this allows you, paragraph G, to pull out if they didn't commence construction within 18 months for a laundry list of what was defined as unavoidable delays; right?

A     Okay.

Q     What it is aimed at is when you look at these acts things that the builder itself, Simdag, could not control, correct?

     MR. GRIFFIN: Objection to the form of the question.

Donald Trump

Q     You can go ahead and answer it.

A     Yes, that's true.

Q     The building didn't commence construction within 18 months; right?

A     No.

Q     Let's just -- I want to pull back from the actual for a second, all right, and talk about the intent of this one provision. If I am a purchaser who laid down $200,000 of their deposit money to buy a unit at Trump Tower Tampa?

A     Right.

Q     And I have seen the plans, I have seen the silver book Mr. Clark showed, I have seen what this glorious building is going to be, whether that building gets built in two years or three years, we know that if it doesn't start construction in 18 months it may not be called Trump Tower; right?

     MR. GRIFFIN: Object to the form of the question.

A     Well, we would have the right to pull out if we wanted to. We didn't want to.

Q     Do you know whether anyone within the

premarketing of this disclosed to the buyers that you had this right to pull out?

     MR. GRIFFIN: Object to the form of the question.

A     No, I don't know that.

Q     Have you ever disclosed that when you were advertising or marketing a project of yours?

     MR. GRIFFIN: Objection to the form of the question.

A     I don't think it is something that would be in advertising or marketing. I mean, if you were going to do advertising or marketing, then every job ever built would have to take agreements in many cases that are many times larger and put, put every single word or every single paragraph into the newspaper, and I don't think that can happen from a practical standpoint.

Q     From a contractual standpoint, you had actually agreed that this entire agreement was confidential, correct?

A     Yes.

Q     For you to disclose that, you would

Donald Trump

1 have breached that confidentiality, wouldn't
2 you?
3 A    But who would ever disclose agreements
4 in an advertisement? You're advertising for
5 apartments. That would mean -- some
6 partnership agreements are hundreds of pages
7 long. Does that mean that every time we take
8 an ad you have to disclose the entire
9 agreement in its entirety? I mean, I don't
10 think that would -- first of all, it has
11 never been done in the history of real
12 estate. Second of all, I don't think it
13 would be very practical, and that's why it
14 isn't done.
15 Q    Do you know whether any other real
16 estate developers of your magnitude licensed
17 their name the way you did?
18 A    I don't know. I am not sure, but yes,
19 I am sure they have been, but hotel companies
20 do it all the time routinely, Ritz Carlton,
21 Four Seasons, routinely. It is something
22 that's not uncommon? Mostly probably real
23 estate people too. I just don't know of any,
24 but in the hotel business it is routinely

Donald Trump

1 probably, but probably not.
2 Q    With respect to the closings, do you
3 know how many units were presold at Trump
4 Tower Tampa?
5 A    No, I don't know. I knew at the time,
6 but this is years later. I don't know now.
7 Q    Answer this if you know. Why do you
8 have a provision in your license agreement
9 that allows you to pull out if there is not
10 over 70 percent of sales?
11 A    Well, I think 70 percent would have
12 taken care of much of the cost of building.
13 I think that's a term that's -- that's a
14 number that's used, that percentage is used a
15 lot of times to determine pretty much the
16 cost of the building, 70 percent of sales.
17 Q    You are not paying the cost of the
18 building; right?
19 A    No, but we want to make sure that the
20 building is paid for.
21 Q    You and I can agree--
22 A    If our name is on it.
23 Q    Whether they sell 60 percent, 70, 80
24 or 90 percent, you are still going to get

Donald Trump

1 done.
2 Q    Do you know whether it is done in the
3 condominium sales business?
4 A    I think it is, but I just can't give
5 you any examples right now.
6 Q    Take a look at paragraph I in the same
7 group of sub paragraphs. Another basis which
8 would have allowed you to pull your name from
9 affiliation with this project and to
10 terminate this license agreement was if
11 closings for at least 70 percent of the
12 residential condominiums units in the
13 building had not occurred or were not under
14 bona fide binding purchase contracts within
15 30 months from the commencement date again,
16 excepting out unavoidable delays; right?
17 A    Yes.
18 Q    First of all, do you think Simdag
19 could have done anything to avoid the market
20 conditions at the time?
21       MR. GRIFFIN: Object to the
22       form of the question.
23 A    Probably not. Nobody else could in
24 the whole country, so I have to use the word

Donald Trump

1 paid your license fee?
2 A    No, you are wrong.
3 Q    Why am I wrong on that?
4 A    Because I am getting a percentage of
5 profits in this case.
6 Q    There are two components to the
7 license fee, so let me rephrase it. That's a
8 fair comment. The flat fee portion of your
9 license fee is going to get paid regardless
10 of the amount of sales, correct?
11 A    Well, if they pay it. You say it will
12 be paid. I don't know that it will be paid.
13 If they pay it, it will be paid. The
14 dominance of my fee was going to be as a
15 percentage of profits.
16 Q    You would be entitled to the flat
17 portion regardless of whether they sold
18 70 percent; right?
19 A    I believe so, yes.
20 Q    Take a look at paragraph eight,
21 discontinuation of use of the marks. I think
22 this is somewhat axiomatic. If you
23 terminated the agreement, they have to stop
24 using your name; right?

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

1  
2  A    Correct.  
3  Q    You believe somebody buys their unit  
4  in Trump Tower and you pull your name under  
5  either paragraph G or I and they may not own  
6  their unit in Trump Tower anymore; right?  
7       MR. GRIFFIN:  Objection to the  
8       form of the question.  
9  A    Say it again.  
10 Q    Sure, if someone bought their unit in  
11 Trump Tower and they prebought it and plunked  
12 down 200, signed their binding purchase  
13 contract, and you decided to pull your name  
14 out either under paragraph G or I when  
15 commencement of construction begins, they may  
16 be moving into a non-Trump tower unit.  
17 A    In theory, I would have the right to  
18 take my name off.  It is something I wouldn't  
19 want to do.  In fact, I -- we fought like  
20 hell to make sure this building could get  
21 built, but unfortunately market conditions  
22 didn't allow that to happen.  
23 Q    We can agree at some point you sent  
24 Simdag a notice of default under this  
25 licensing agreement; right?  

Donald Trump

1  
2  right to assign the license agreement to a  
3  related party, which is actually defined in  
4  that same paragraph; right?  
5  A    Okay.  
6  Q    We can agree on that?  Did you take a  
7  look at it?  
8  A    Yes.  
9  Q    Do you know whether this agreement was  
10 ever assigned?  
11 A    I don't know.  
12 Q    Trump Organization is a corporation  
13 which is a party to this lawsuit.  Is the  
14 Trump Organization under common control with  
15 or owned more than 50 percent by you?  
16 A    Yes.  
17       MR. GRIFFIN:  Object to the  
18       form of the question.  
19 Q    As it relates to your licensing  
20 agreements, what is the relationship between  
21 you, Donald Trump individually, and the Trump  
22 Organization?  
23       MR. GRIFFIN:  Objection to the  
24       form of the question.  
25 Q    Go ahead.  

Donald Trump

1  
2  A    Yes.  
3  Q    Asked that they discontinue use of  
4  your name; right?  
5  A    I believe so, yes.  
6  Q    Have you ever done that in any other  
7  licensing agreement other than Trump Tower  
8  Tampa?  
9  A    Not that I can remember.  I may have,  
10 but not that I can remember right now.  If I  
11 do, I will let you know.  
12 Q    Thank you.  If there was a document  
13 memorializing that, that would be something  
14 that either in-house counsel or Mr. Griffin  
15 would be able to find?  
16 A    It is possible.  I just can't think of  
17 it right now.  
18 REQUEST NOTED  
19 Q    Take a look at page 11 and paragraph  
20 10 that says Assignment?  
21 A    Yes.  
22 Q    This provision, I am going to  
23 paraphrase, and if your lawyer objects I can  
24 read it a little more thoroughly.  It  
25 provides you the right, licensor is with the  

Donald Trump

1  
2  A    I own the Trump Organization.  
3  Q    For instance, when you enter into a  
4  licensing agreement such as Exhibit 3, you  
5  obviously individually don't administer it  
6  day to day?  
7  A    That's correct.  
8  Q    Is that delegated to the Trump  
9  Organization?  
10 A    Yes.  
11 Q    That would be the entity that would  
12 deal with the day-to-day operation of this  
13 license agreement?  
14 A    That's correct.  
15 Q    The employees, we have seen names  
16 throughout the documents.  I think Jill  
17 Cremer is one of the names?  
18 A    Yes.  
19 Q    Various attorneys, perhaps your son,  
20 when they are working on this project, the  
21 Trump Tower Tampa, they were working under  
22 the purview of Trump Organization?  
23       MR. GRIFFIN:  Object to the  
24       form of the question.  
25 A    That's correct.  

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

```
 1            Donald Trump
 2   Q    Let's go ahead to paragraph 15,
 3   License Confidentiality. This is the
 4   confidentiality agreement that we discussed.
 5   When you were negotiating the license
 6   agreement, who initially suggesting that it
 7   be confidential?
 8   A    I think most of my agreements are
 9   confidential.
10   Q    The reasons you stated earlier were to
11   prevent competitors from having your business
12   terms; is that correct?
13   A    That's correct.
14   Q    Have you ever carved out in any of
15   your license agreements an exception to the
16   confidentiality to disclose the fact that
17   your participation was merely as a licensor?
18        MR. GRIFFIN: Object to the
19        form of the question.
20   A    I don't know. You would have to ask
21   my lawyers. I have so many agreements. As I
22   told you numerous times, each agreement is
23   different and you really have to speak to my
24   lawyers. It is possible.
25   Q    Do you know whether in any of the
```

Donald Trump

```
 1            Donald Trump
 2   A    No, I cannot.
 3        MR. GRIFFIN: I apologize to
 4        everybody. I need to take just a
 5        couple of minute break.
 6        MR. TURKEL: We can take a few?
 7        MR. GRIFFIN: Two minutes, I
 8   apologize.
 9        THE VIDEOGRAPHER: Going off
10   the record 12:03 p.m.
11        (Whereupon a brief recess was
12   taken.)
13        THE VIDEOGRAPHER: Returning to
14   the record 12:15 p.m., beginning of
15   tape number three.
16   Q    Mr. Trump, referring you back to the
17   licensing agreement, license agreement on
18   page 15, paragraph 16B, there is a line there
19   that begins, "Notwithstanding anything to the
20   contrary contained herein including, but not
21   limited to the provisions of paragraph 3
22   hereof, Licensor shall not be responsible for
23   and shall have no liability to Licensee or to
24   any third parties for any design or
25   construction means, methods, techniques,
```

Donald Trump

```
 1            Donald Trump
 2   license agreements you referred to earlier
 3   with respect to the Trump Signature
 4   properties that Mr. Clark questioned you on
 5   it was disclosed in the marketing materials
 6   or other public disclosures to potential
 7   buyers that this is a project which Mr. Trump
 8   has licensed his name to?
 9   A    I don't know. I mean, you would have
10   to look. There would be nothing wrong with
11   our doing it. I don't know if it was done or
12   not.
13   Q    When you say there would be nothing
14   wrong with you doing that --
15   A    No, if they put it in, it would be
16   fine. I wouldn't have objected to them doing
17   that. If they did it, fine.
18   Q    Would you have had an issue with it if
19   they did it in a situation where you had a
20   confidentiality agreement?
21   A    I assume they would ask us approval or
22   whatever, but that would be -- I would
23   certainly give that approval if they asked.
24   Q    I guess the specific is you can't
25   recall ever having done that?
```

Donald Trump

```
 1            Donald Trump
 2   sequences and procedures or for safety
 3   precautions and programs employed by or on
 4   behalf of licensee with respect to the design
 5   and construction of the building."
 6        The paragraph goes on to state that,
 7   "The licensor is not an architect, engineer,
 8   et cetera, or other license professional, and
 9   disavows any warranties for those activities
10   and subsequent approvals."
11        If you look at paragraph three, which
12   it refers to, that was the paragraph you and
13   I were discussing earlier which provided you,
14   I believe, those review rights?
15   A    Correct.
16   Q    I guess in sum what we can agree is
17   other than what has been carved out by those
18   review rights, you as licensor of your name
19   were not going to be responsible for any of
20   the construction means or methods, correct?
21   A    Correct, other than we were very
22   diligent in wanting the building to be a
23   magnificent building and built at a very high
24   standard, but I was not responsible, yes.
25   Q    Understand this, Mr. Trump.
```

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

1        Underlying all of this I think is a
2  recognition is by us, by you, by your attorney
3  in these pleadings everywhere that with
4  respect to the license of your name, your
5  expectation is that the project will be built
6  in the highest quality; right?
7  A     That is correct.
8  Q     I think we can agree and we have
9  agreed that under the license agreement your
10 review rights were meant to try and confirm
11 that it was built with the highest quality,
12 correct?
13 A     Correct.
14 Q     In looking at this one provision,
15 though, ultimately if you approve the plans
16 and Simdag had built a shoddy unit, that was
17 going to be their responsibility, not yours;
18 right?
19 A     That is correct.  We had no liability.
20 Q     Looking -- I want to talk about the
21 fee schedule on this because it has been the
22 subject of a lot of questions, schedule two.
23 The license fee, schedule two, is the method
24 and amount by which you were going to get

Donald Trump

1  your trademark product?
2  A     I don't think so.
3  Q     The first paragraph of schedule two
4  requires the licensee, Simdag, to pay Donald
5  Trump, the licensor, for the license of the
6  Trump marks as herein provided, a
7  nonrefundable license fee of $2 million,
8  payable as follows, and there is a payment
9  schedule 125,000 upon execution, $125,000
10 upon approval of the plans, and then a
11 million 750 in 26 consecutively monthly
12 installments.  Do you see that?
13 A     Yes.
14 Q     In paragraph three, if they had unpaid
15 installments existing on the date of issuance
16 of the temporary certificate of occupancy,
17 you could accelerate the balance?
18 A     Right.
19 Q     In sum, by the date that the issuance
20 of the temporary certificate of occupancy
21 occurs, you are going to make $2 million if
22 they comply with their obligations; right?
23 A     If they comply, yes.
24 Q     This is nonrefundable the 2 million;

Donald Trump

1  paid by Simdag for the use of your name,
2  correct?
3  A     Yes.
4  Q     To be precise, not the use of just
5  your name, not just Trump, but the Trump
6  marks, and what I'd like to call the related
7  service; right?
8  A     Correct, yes.
9  Q     One of those is -- you have a crest,
10 don't you?
11 A     Yes.
12 Q     Where is the bottle of water?  I this
13 it is on there.
14 A     That's true; right.
15 Q     It is a coat of arms, correct?
16 A     That's correct.
17 Q     That would be one of the service marks
18 that you authorized?
19 A     That is correct.
20 Q     I think also isn't there an
21 intertwining with your name and related marks
22 of the color gold?
23 A     Not that I know.
24 Q     I thought we saw that somewhere in

Donald Trump

1  right?
2  A     That's correct.
3  Q     Basically whether the project goes or
4  not, you can keep that money; right?
5  A     Yes, I don't know what they paid.  I
6  don't know what the number is, but we can get
7  that.
8  Q     We have talked about it --
9  A     I don't even know what it is.
10 Q     I am talking about what they agreed to
11 pay?
12 A     What they agreed to pay is one thing.
13 What they paid is another.
14 Q     I think one thing you had said earlier
15 is these amounts are arrived at ad hoc.  A
16 deal is a deal?
17 A     Right.
18 Q     The additional license fee set forth
19 below in paragraph two relates to different
20 formulas concerning the unit sales; right?
21 A     Yes.
22 Q     And to summarize it, if the average
23 gross sales of the units exceeded 300 per
24 square foot; that was a threshold; right?

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

1
2    They had to be more than 300 a square foot?
3    A      Right.
4    Q      You see that in the preamble sub A?
5    A      Yes.
6    Q      "Then the licensee shall pay the
7    Licensor as an additional License fee an
8    amount equal to 5 percent of the amount by
9    which the average gross sale exceeded the 300
10   per square foot and/or less than 350 a square
11   foot"?
12   A      Correct.
13   Q      If sales and the sale prices went
14   between 300 and 350, you were going to get 5
15   percent of the difference; right?
16   A      Correct.
17   Q      Ten percent if it went between 350 and
18   400 -- or 450, I'm sorry; right?
19   A      Right.
20   Q      Twenty-five percent if gross sales
21   went above 450, correct?
22   A      Correct.
23   Q      If you turn to the next page, "That
24   additional license fee shall be computed and
25   paid on the date which is the first to occur

Donald Trump

1
2    excess of your $2 million-dollar license fee
3    is referred to in this agreement as an
4    additional license fee; right?
5    A      That is correct.
6    Q      It is not referred to as your
7    partnership participation, is it?
8    A      I view it, I have always viewed it as
9    a form of partnership because we are
10   participating in sales and we are
11   participating in the profits and we are
12   participating in percentages of the amount
13   sold, so I always viewed that as a partner.
14   Q      So we can be clear, you signed this
15   agreement individually, correct?
16   A      Yes.
17   Q      It is not Trump Organization who
18   signed it; right?
19   A      I don't believe so, no.
20   Q      Donald J. Trump in his individual
21   capacity.  You can look at the signature page
22   to confirm if you want.
23   A      Yes.
24   Q      It is page 60?
25   A      I see it, yes.

Donald Trump

1
2    of the closing of 85 percent of the condo
3    units; right?
4    A      Right.
5    Q      "Or two years after the date when the
6    first residential condominium in the unit
7    closes"; right?
8    A      Right.
9    Q      Earlier in this deposition and
10   throughout you have maintained that when you
11   used the word partner, referring to your
12   participation in Trump Tower Tampa, you did
13   so because you had participation in the
14   sales?
15          MR. GRIFFIN:  Objection to the
16   form of the question.
17   Q      Is that correct?
18   A      Correct.
19   Q      Is that a fair statement of what your
20   perspective was at the time and as is now?
21   A      Sales, or you can almost define it as
22   profit, because at a certain level that
23   becomes profit, but I have a percentage of
24   sales and or profit.
25   Q      This additional participation in

Donald Trump

1
2    Q      I am going to assume, you correct me
3    if I am wrong, that you read it before you
4    signed it, did you not?
5    A      Yes.
6    Q      I am going to assume that you agreed
7    to everything that was contained in the
8    document before you signed it; right?
9    A      Certainly, my lawyers did the
10   document, but I certainly agreed to it.
11   Q      Given your experience in the business
12   world, if you didn't agree to it, I doubt you
13   would have signed it; is that fair?
14   A      Perhaps that's correct.
15   Q      When schedule two was placed in front
16   of you and you saw this money defined as an
17   additional license fee, you didn't tell them,
18   recharacterize that, I view that as my
19   partnership?
20   A      I view it as a partnership.  I didn't
21   agree with the document in great detail, but
22   I view it as a partnership because I am
23   sharing essentially as a percentage of sales,
24   so I viewed that as a partnership, but I also
25   viewed all of the other things I was doing as

32 (Pages 122 to 125)

Donald Trump

1 a partnership. I was -- we were working on
2 the building, we were helping to design the
3 units. We were putting in certain size
4 windows and were requiring certain size
5 ceiling heights. We were doing many other
6 things. That is really a form -- it is
7 a partnership. We are working together with
8 other people. We have licensing agreements.
9 It is much less than this, but we were
10 working very hard on this building. I viewed
11 this as a partnership in that sense.
12 Q     Given that you viewed it that way when
13 you drafted this document, you certainly had
14 the option to enter into a formal legal
15 partnership with Simdag if you had wanted it,
16 didn't you?
17 A     I guess this was just the way we did
18 it.
19 Q     Look at page 15 at the bottom, 16E?
20 A     16 what?
21 Q     E.
22         MR. GRIFFIN:  What page, again?
23 Q     Paragraph -- page 15, miscellaneous
24 sub E?

Donald Trump

1 think just relates to the fee.  To wrap up
2 this line of questioning, you never formed a
3 joint venture under the laws of the State of
4 Florida and New York with Simdag, did you?
5 A     I don't know.
6 Q     You did form a general or limited
7 partnership under the laws of New York or
8 Florida with Simdag, did you?
9 A     I don't know.
10 Q     You never formed a limited liability
11 company under the laws of New York or Florida
12 with Simdag, did you?
13 A     I don't know.  You would have to ask
14 my lawyers.
15 Q     I would assume your answer is the same
16 with respect to a corporation?
17 A     Yes.
18 Q     I would assume as to all of those
19 categories of legal entities, whether it was
20 the law of New York, Florida, Delaware or any
21 other state, you have no knowledge as to
22 whether you formed a separate legal entity
23 with Simdag?
24 A     I have no knowledge of it, no.

Donald Trump

1 A     Back to 15.
2 Q     Right.  Are you on the bottom of page
3 15?
4 A     Okay, go ahead.
5 Q     If you look at paragraph E, it
6 provides, "This Agreement contains the entire
7 agreement between the parties" --
8 A     That's correct.
9 Q     -- hereto?
10 A     Right.
11 Q     Just so I can finish, "with respect to
12 the subject matter hereof."  This was the
13 only agreement that defined your relationship
14 with Simdag, wasn't it?
15 A     I believe so, yes.
16 Q     There is not another contract out
17 there between Trump Organization and Simdag,
18 is there?
19 A     No, I don't think so.
20 Q     We can agree --
21 A     Unless there was an amendment to this
22 agreement.
23 Q     I will show you one amendment to the
24 license agreement.  However, that amendment I

Donald Trump

1 Q     Is it fair to say, Mr. Trump, as we
2 sit here today, that the license agreement is
3 the only document you know of which defines
4 your relationship with Simdag?
5 A     Yes.
6         MR. TURKEL:  Let's mark this as
7 Exhibit 4.
8         (Whereupon first amendment to
9 the license agreement is marked
10 Plaintiff's Exhibit 4 for
11 identification as of this date.)
12         MR. GRIFFIN:  Exhibit 4.
13         MR. TURKEL:  Yes, sir the first
14 amendment to the license agreement.
15 Q     Exhibit 4, Mr. Trump, is the first
16 amendment to the license agreement.  This was
17 made March 31, 2006.  Do you see that
18 preamble?
19 A     Yes.
20 Q     What do you recall the conditions of
21 the real estate market being in Tampa,
22 specifically in the State of Florida in
23 general, in March of 2006?
24 A     I don't know.  I can't place myself in

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

1  that period of time. I know they became very
2  bad shortly after that, but I can't place
3  myself in that period of time.
4  Q    You kind of have two answers in there.
5  I am asking you because you seem to have a
6  pretty good knowledge of the real estate
7  market, and when it crashed, do you know
8  whether it had yet crashed in Tampa at that
9  time?
10  A    I don't know.
11  Q    Do you recall what the purpose was to
12  this first amendment to the license
13  agreement?
14          MR. GRIFFIN:  Object to the
15      form of the question.
16  Q    Let me reask it. It was kind of
17  sloppy. Do you recall why this first
18  amendment was entered into?
19          MR. GRIFFIN:  Object to the
20      form of the question.
21  A    I have to look at it. I do mention
22  the word profit. That's probably where I am
23  also thinking about the word profit. I don't
24  know why it was entered into, probably

Donald Trump

1  A    I would have to check that and find it
2  out.  I am not exactly sure. I know we
3  worked much harder on this development than
4  we had suspected we would. It is possible
5  they weren't paying us the original fees so
6  this was changed.
7  Q    Why -- I mean, this may be best the
8  question. Why if they weren't paying you
9  would the flat fee be increased?
10  A    Because, it is sort of obvious. I
11  would actually have to ask my executives as
12  to why the amendment was made. I really
13  wasn't involved in the amendment, although I
14  might have signed it. Did I sign it?
15  Q    You definitely signed it.
16  A    Okay, I don't remember the amendment,
17  but I could ask my executives why it was
18  changed.
19  Q    Who would we talk to. Which
20  executives would know that?
21  A    Perhaps Don Jr.
22  Q    Your son?
23  A    Yes, that's who I would speak to
24  initially to find out why it was changed.

Donald Trump

1  because we were doing a lot more work on this
2  project than we thought and maybe they
3  weren't paying the fees as they were supposed
4  to.
5  Q    If you look at paragraph one, this is
6  basically amending schedule two, which was
7  the document we just reviewed, which was the
8  initial fees attachment to the license
9  agreement?
10  A    Right.
11  Q    In section 1A, it says that, "Schedule
12  2 is hereby amended as follows," and Section
13  1, license fee, the amount of 2 million is
14  changed to 4 million. We can agree that one
15  of the things the first amendment to license
16  agreement did was it upped your flat fee from
17  2 million to 4 million; right?
18  A    Correct.
19  Q    Was any additional consideration paid
20  by or offered by you individually or Trump
21  Organization to create that change in flat
22  fee?
23          MR. GRIFFIN:  Objection to the
24      form of the question.

Donald Trump

1  Q    If I were going to create a hierarchy
2  of Trump Organization employees who were
3  dealing with the Tampa project, would Don Jr.
4  have been at the top of that hierarchy?
5  A    I think so, yes.
6  Q    Who would have been immediately under
7  him, reporting to him?
8  A    I don't know. You would have to ask
9  him.
10  Q    If you look down at 1B, basically how
11  this was changed was that the monthly
12  installments were upped to $129,091 a month
13  for 22 months. That's in paragraph 1B or 1C.
14  Additionally it appears that the additional
15  license fee as it is defined in this
16  agreement was changed, and instead of being
17  tied to --
18  A    I think it was changed because of the
19  complexity of the square foot prices in the
20  other agreement, and the square foot prices
21  in the other agreement under that
22  transaction, I would have done better than
23  this. And I believe -- now, this is just
24  subject to checking with executives, but I

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

```
 1   believe that the square foot prices under the
 2   agreement would have amounted to too much
 3   money for them to pay, and so we went into a
 4   net sales profit. In other words, this was
 5   to their benefit, but they paid a little more
 6   upfront, but this agreement was to their
 7   benefit. I believe that was it, but I will
 8   certainly check.
 9   Q    I don't know if you have looked
10   through this as we have been discussing it or
11   if you have an independent recollection of
12   it?
13   A    I am looking through it as I am
14   discussing it.
15   Q    Why don't do you that instead of
16   taking you --
17   A    I have done it.
18   Q    You have done it? You are a fast
19   reader, Mr. Trump. The way this worked was
20   basically you were going to get 50 percent in
21   net sales profit as defined and they provide
22   an example?
23   A    As opposed to getting an absolute hard
24   amount over a certain amount. This was net.
25
```

Donald Trump

```
 1   A    If they paid it.
 2   Q    Of course, that's the assumption in
 3   the contract, is they are going to pay what
 4   they are obligated to pay?
 5   A    Which, by the way, I don't think they
 6   did.
 7   Q    We are going to talk about that
 8   because you had to sue them; right?
 9   A    I did.
10   Q    On page two, if you see paragraph C
11   there right before paragraph two?
12   A    Right.
13   Q    It says, "The additional license fee
14   shall be made promptly following the date
15   when a sufficient number of the units in the
16   building have closed and the proceeds thereof
17   result in full repayment of all debt," and
18   they call that the debt repayment date. Then
19   following to that date, "The Licensee shall
20   remit to Licensor," which is you, "50 percent
21   of the net profits." So, very simply, once
22   they paid off their debt, you were going to
23   split the net profit?
24   A    Correct.
25
```

Donald Trump

```
 1   This would be after expenses. This was on a
 2   net basis, whereas the other was a hard and
 3   fast percentage over a certain amount, $350,
 4   $450.
 5   Q    Correct, it eliminated the formula
 6   predicated on square footage?
 7   A    It is possible that that formula did
 8   not work for the builders of the building,
 9   and that's why they made this change.
10   Q    Mechanically they put an example in
11   paragraph two that says if the net sales
12   profit was 20 million and you had already
13   received your 4 million, you were going to
14   get 10 million less the four. In other
15   words, they were going to net out the flat
16   fee?
17   A    Correct, which under the other
18   agreement it didn't do it. This is
19   probably -- depending on the sales, this is
20   probably a worse deal for us.
21   Q    Worse deal in the event that the
22   project was built out and sold, but in the
23   event that it wasn't, you were making more on
24   your nonrefundable fee, correct?
25
```

Donald Trump

```
 1   Q    Again, this money, whether it be the
 2   flat fee, which is called the license fee, or
 3   the percentage based fee, is referred to as
 4   an additional license fee; right?
 5   A    Right.
 6   Q    Is that right?
 7   A    Yes.
 8        MR. TURKEL: I think we are
 9        good on talking about what they may
10        have paid you up to the fault of
11        default, are we not, Chris?
12        MR. GRIFFIN: Yes, in terms of
13        confidentiality.
14   Q    Right. He is not going to tell you
15   not to answer this question, which is do you
16   recall what Simdag paid you up to the point
17   of your lawsuit against them for defaulting
18   on the license agreement?
19   A    No, I don't know.
20   Q    Any idea?
21   A    No.
22   Q    Would Donald Jr. know that?
23   A    No, my accountants would know that.
24   Q    Had they paid anything?
25
```

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

1             Donald Trump
2  A    Yes, I think so, but they didn't pay
3  what they were supposed to pay.
4  Q    Those checks pursuant to the agreement
5  would have been made payable to Donald Trump
6  individually, correct?
7  A    I don't know.  I don't know who they
8  are made payable to, but I don't believe they
9  paid it.
10  Q    Are your accountants in-house -- for,
11  instance if we want to ask for those
12  documents, are they within the company's
13  control, or do I have to go to a third-party
14  accountant?
15  A    Anything I give them are within the
16  company.
17         MR. GARTEN:  Yes.
18         MR. GRIFFIN:  With full
19  reservation of any objections--
20         MR. TURKEL:  Absolutely.
21         MR. GRIFFIN:  You want to know
22  where they are located?
23         MR. TURKEL:  I just want to
24  know if I put in a request to
25  production to a party I will not be

1             Donald Trump
2  A    I looked it over.
3  Q    Take a look at paragraph eight, if you
4  could.
5  A    Yes, I have it.
6  Q    Can you read through that paragraph
7  really quickly, Mr. Trump, please?  It is not
8  that long.  It goes to the beginning of the
9  next pages.
10  A    Okay.
11  Q    Is everything in paragraph eight true
12  and correct based on your understanding of
13  your relationship with Simdag?
14  A    Yes.
15  Q    You attached the license agreement to
16  this complaint -- strike that.  Your lawyers
17  attached the license agreement to this
18  complaint as Exhibit A.  Were you aware of
19  that?
20  A    No, but it seems appropriate.
21  Q    You're suing for breach of the license
22  agreement, correct?
23  A    Yes.
24  Q    To summarize what this complaint was
25  about, it was suing for payment of the

1             Donald Trump
2  told there is a third-party
3  accountant.
4         MR. GARTEN:  No, it is
5  information we can provide.
6         MR. TURKEL:  Let's look at
7  Exhibit 5.
8         (Whereupon copy of complaint is
9  marked Plaintiff's Exhibit 5 for
10  identification as of this date.)
11  Q    Exhibit 5 is a copy of a complaint
12  filed by you individually against
13  Simdag/Robel and its principals in the United
14  States District Court for the Middle District
15  of Florida.  Have you ever seen that
16  document?
17  A    Yes.
18  Q    Being as you are the individual
19  plaintiff on it, I would assume it is fair to
20  say you authorized its filings?
21  A    Yes.
22  Q    Was it shown to you prior to being
23  filed?
24  A    My lawyer showed it to me.
25  Q    Did you read it?

1             Donald Trump
2  license agreement, correct?
3  A    Okay.
4  Q    Do you agree with that?
5  A    I guess, yes.
6  Q    Count one was a breach of contract and
7  the contract referred to is the license
8  agreement; right?
9  A    Yes.
10  Q    Were you aware when you filed this
11  lawsuit that the license agreement and its
12  terms were going to become a part of the
13  public record?
14  A    No, they were in default of the
15  agreement.  They didn't pay us, among other
16  things, and we had to bring a lawsuit.
17  Q    What I am asking is when you filed
18  that lawsuit, did you give any thought to the
19  fact that there were purchasers that had
20  placed deposits on your building with your
21  name on it who were going to be affected
22  negatively by the fact that it was being
23  disclosed in the public record that you were
24  just licensing that building?
25         MR. GRIFFIN:  Object to the

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

1             Donald Trump
2      form of the question.
3 A    The market had already affected the
4 purchasers. The purchasers were affected by
5 the market.
6 Q    Did you go through that thought
7 process when you filed this. In other words,
8 did you give any thought to the fact that it
9 may negatively impact purchasers that had put
10 down money on it?
11 A    By this time, the building looked like
12 it was not going to happen, as were thousands
13 of other buildings in the United States.
14 Q    There were two default letters,
15 attached to this as Exhibits C and D,
16 demanding monies under the license agreement.
17 If you turn to Exhibit C and D?
18 A    Okay.
19 Q    Both of them were written by Bernard
20 Diamond on behalf of Donald J. Trump. Who is
21 Mr. Diamond?
22 A    An attorney with the organization.
23 Q    With Trump Organization?
24 A    Yes.
25 Q    Did you authorize him to send both of

1             Donald Trump
2 document that is titled second amendment to
3 license agreement. It was produced to us by
4 counsel in discovery. It has a letter of
5 intent attached to it dated February 5th,
6 2007. Nothing is executed, really, in the
7 purest sense. I want to know whether you
8 know anything about this document.
9 A    I knew that the related group and
10 Simdag were trying to save the project by --
11 despite the bad market conditions at the
12 time, by getting together, and I fully
13 encouraged them to do that.
14 Q    Who was the related group?
15 A    It was a big real estate firm.
16 Q    Was it a private equity firm? Were
17 they a building developer?
18 A    No, it was a builder developer with
19 equity. They would have came in, and I think
20 they were looking to take over the position
21 of the folks developing the job, but the
22 market got worse and ultimately the deal
23 didn't happen.
24 Q    Is it fair to say this wasn't
25 executed, and I understand that -- is it fair

1             Donald Trump
2 these letters, Exhibit C and D?
3 A    Yes.
4      MR. TURKEL: Chris,
5      understanding you're going to object
6      as confidential, just to wrap up my
7      questioning on this --
8 Q    You ultimately resolved your case with
9 Simdag and the principals by settling it, did
10 you not?
11      MR. GRIFFIN: I will instruct
12      him not to answer it. As I said
13      before, I will stipulate that the
14      lawsuit was dismissed and will
15      disclose no other information about
16      that.
17      MR. TURKEL: Hold one moment.
18      I have some housekeeping things to do.
19      We will wrap it up, Mr. Trump. Mark
20      this as Exhibit 6.
21      (Whereupon second amendment to
22      license agreement is marked
23      Plaintiff's Exhibit 6 for
24      identification as of this date.)
25 Q    Mr. Trump, what I am showing you is a

1             Donald Trump
2 to say that any approvals that you, Donald J.
3 Trump, as licensor, needed to provide to get
4 this done were provided?
5      MR. GRIFFIN: Objection to the
6      form of the question.
7 A    I don't think so. I don't think it
8 was ever really presented to me because it
9 never got done. The market killed --
10 Q    That's what I am trying to find out.
11 Did this get to you or did someone else draft
12 it?
13 A    I had heard about it through people
14 and somebody related actually told me, they
15 asked me what I thought. I said you should
16 try to do it, but the market ultimately
17 killed that deal and the job.
18 Q    Is it fair for me to say that both the
19 genesis for this second amendment to license
20 agreement as well as any input didn't come
21 from you?
22 A    No, it didn't come from me. I would
23 have encouraged them to do it, but ultimately
24 it didn't get done.
25 Q    What I have left is just a document

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump
1
2 for to you take a look at. We are short on
3 the video. Then one more document. The
4 video is already short.
5          (Whereupon privilege log is
6      marked Plaintiff's Exhibit 7 for
7      identification as of this date.)
8          (Discussion held off the
9      record.)
10 Q    Mr. Trump, Exhibit 7 is a privilege
11 log. I don't expect you to know the content
12 of the actual log, but on the last page is a
13 list of individuals and titles that are
14 referred to as they relate to documents which
15 were withheld from production based on
16 attorney-client or other privilege or
17 immunity.
18      First off, if you could just look at
19 the actual parties that are named and just
20 confirm that the actual titles are correct;
21 for instance, where it says Bernard Diamond
22 as executive VP and general counsel, that is
23 indeed what he is. You can do it in general
24 across the whole document and just confirm
25 it.

Donald Trump
1
2 involved very much with this job.
3 Q    He was provided to us as a person who
4 possesses information regarding negotiation
5 and execution of the agreement and subsequent
6 events related to the Trump Tower Tampa
7 project.
8 A    I don't remember him being involved in
9 this job.
10 Q    His current address he has given us
11 was being at Blackstone Group?
12 A    I think so, yes.
13 Q    This is a current address for him.
14 When he was employed by Trump Organization,
15 what was his title?
16 A    Vice president, I believe.
17 Q    Of --
18 A    I don't know.
19          MR. GARTEN: I can give that
20      you information.
21 Q    We have just two more things to move
22 on.
23          MR. CLARK: I have the video
24      set up already. We will mark this as
25      Exhibit 8.

Donald Trump
1
2 A    At the time, yes.
3 Q    Has it changed since now? I guess it
4 really wouldn't matter.
5 A    A couple of people aren't with us. At
6 the time of the document, these would be all
7 correct. At the time of the signing, these
8 would be correct.
9 Q    Your counsel, your in-house counsel,
10 is it Garten, has confirmed that as to the
11 ones who haven't been described that we can
12 get that information, correct?
13 A    Sure.
14          MR. GRIFFIN: Absolutely.
15 Q    Subject of course --
16          MR. GRIFFIN: We will get you
17      that information.
18 REQUEST NOTED
19 Q    Mr. Trump, so you know, it is just so
20 we can make an assessment.
21 A    It's okay. No problem.
22 Q    Who is Russell Flicker?
23 A    He was an executive at the Trump
24 Organization a long time ago. He was a real
25 estate executive. I don't think he was

Donald Trump
1
2          MR. GRIFFIN: To move it along,
3      do you want to tell him what you are
4      going to ask him about it?
5          (Whereupon, a video is marked
6      Plaintiff's Exhibit 8 for
7      identification as of this date.)
8 Q    I think I am just going to have him
9 verify the veracity of the comments he made.
10          MR. GARTEN: What do you want
11      to ask him; if he said it?
12          MR. CLARK: Give me 30 seconds,
13      gentleman. If I can't get this thing
14      to pop up --
15          MR. TURKEL: Are we going to
16      stipulate on the record that we
17      couldn't make the video, that we
18      couldn't publish during the depo
19      Exhibit 8?
20          MR. GRIFFIN: That's fine.
21          MR. TURKEL: We will stipulate
22      to its authenticity?
23          MR. GRIFFIN: Yes, that it is
24      what it purports to be.
25          (Whereupon, a letter written

6e5a5433-45a0-4380-adfb-dc8143153360

Donald Trump

1
2   to Wall Street Journal is marked
3   Plaintiff's Exhibit 9 for
4   identification as of this date.)
5 Q   Mr. Trump, what I am showing you is a
6 letter written to the New York Times. I can
7 confirm to you that it was published in the
8 November 16, '07, New York Times?
9 A   Okay.
10 Q   Or shortly thereafter. Actually it is
11 responding to a November 16 article.
12   Do you recall writing this letter?
13 A   Yes.
14 Q   Did you write it personally?
15 A   I think so, yes.
16 Q   Is everything in that letter true and
17 correct based on what you read at the time?
18 A   About the Tampa project?
19 Q   Yes, in respect to everything,
20 actually.
21 A   I have to read the whole letter then.
22 Q   Let me correct it. It was Wall Street
23 Journal, not the New York Times.
24   MR. GRIFFIN: Was this produced
25   to us?

Donald Trump

1
2 sense that it is an authentic reprint of what
3 you wrote?
4 A   That is correct, yes.
5 Q   That's it.
6 A   Okay.
7   MR. GRIFFIN: We have no
8   questions.
9   THE VIDEOGRAPHER: Going off
10   the record 12:51.
11   (Time noted: 12:51 p.m.)
12
13
14   _____
DONALD J. TRUMP
15
16
Subscribed and sworn to before me
17
this        day of        , 2010.
18
19
_____
Notary Public
20
21
22
23
24
25

Donald Trump

1
2   MR. CLARK: No.
3   MR. GRIFFIN: For the record, I
4   will reserve my objection to any part
5   of his testimony since this document
6   was not produced to us in advance, but
7   I will not stop any questions. Go
8   ahead.
9 A   At the time, this was successful. The
10 world has changed since this letter was
11 written. A lot of things in this letter --
12 things have changed.
13   At the time, it was written, yes, with
14 the understanding that the license agreement
15 that we have, I viewed that as a partnership
16 because of our developing rights, et cetera,
17 et cetera, but, generally speaking, this
18 letter would be correct at the time it was
19 written, but of course, the world took a big
20 change since this letter was written.
21 Q   I think my questions relating to the
22 document are really simple, Mr. Trump. You
23 wrote this personally; right?
24 A   Yes.
25 Q   Nothing in this is misprinted in the

INDEX

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| DONALD J. TRUMP | MR. CLARK | 4 |
| | MR. TURKEL | 72 |

EXHIBITS
PLAINTIFF'S
FOR IDENTIFICATION DESCRIPTION        PAGE

| | | |
|---|---|---|
| 1 | New York Times Magazine article dated October 2006 | 4 |
| 2 | Silver book | 53 |
| 3 | Copy of license agreement entered into between Mr. Trump as licensor/ Simdag/Robel as licensee | 81 |
| 4 | First amendment to the license agreement | 129 |
| 5 | Copy of complaint | 139 |
| 6 | Second amendment to license agreement | 143 |
| 7 | Privilege log | 146 |
| 8 | Video | 149 |
| 9 | Letter written to Wall St. Journal | 150 |

6e5a5433-45a0-4380-adfb-dc8143153360

| | INFORMATION/DOCUMENTS REQUESTED | |
|---|---|---|
| | DESCRIPTION | PAGE |
| 4 | Production of documents memorializing due | 89 |
| | diligence performed by Trump individually/ | |
| 5 | Trump Organization | |
| 6 | Production of disclosure related to | 111 |
| | notices of default under licensing agreement | |
| 7 | | |
| | Production of disclosure of noted parties | 147 |

ERRATA SHEET
PAGE/LINE        CORRECTION

```
   1
   2
   3  C E R T I F I C A T E
   4       I, LORI CERRANO, hereby certify that the
   5  Examination Before Trial of DONALD J. TRUMP was held
   6  before me on the 20th day of September, 2010, that
   7  said witness was duly sworn before the commencement
   8  of the testimony; that the testimony was taken
   9  stenographically by myself and then transcribed by
  10  myself; that the party was represented by counsel as
  11  appears herein;
  12       That the within transcript is a true record
  13  of the Examination Before Trial of said witness;
  14       That I am not connected by blood or marriage
  15  with any of the parties; that I am not interested
  16  directly or indirectly in the outcome of this
  17  matter; that I am not in the employ of any of the
  18  counsel.
  19       IN WITNESS WHEREOF, I have hereunto set my
  20  hand this      day of        , 2010.
  21
  22               - - - - - - - - - - -
  23                     LORI CERRANO
```

6e5a5433-45a0-4380-adfb-dc8143153360

## A

**Aaron** 1:4 3:5
**able** 21:19 33:2 58:14 91:16 111:15
**about** 12:5,8 21:3 25:18 27:18,21 29:15
  30:17 42:25 44:6 45:5,12,13,18 46:8
  46:14,15 49:22,22 55:8,20,25 58:17
  62:11 63:11,24 67:14 68:21 69:21
  71:15,16,20 72:15 75:4 77:24 78:20
  104:9 118:21 121:9,11 130:24 136:8
  137:10 140:25 143:15 144:8 145:13
  149:4 150:18
**above** 122:21
**absolute** 17:11 102:18 134:24
**absolutely** 10:3 33:15 35:16 77:11 89:16
  89:19 92:19 138:20 147:14
**accelerate** 120:18
**accommodating** 5:8
**accordance** 98:8,18
**according** 92:4 97:22
**account** 10:16
**accountant** 138:14 139:3
**accountants** 137:24 138:10
**accounted** 68:12
**accuracy** 56:7
**acknowledge** 27:19
**acknowledgment** 69:11
**across** 146:24
**action** 103:9
**activities** 117:9
**acts** 103:7,22
**actual** 35:23 36:25 75:16 92:24 93:9,22
  104:8 146:12,19,20
**actually** 11:19,21 12:5 17:17 20:11 40:10
  46:17 55:15 73:20 74:17 75:7 76:9
  93:18 105:22 112:3 132:12 145:14
  150:10,20
**ad** 48:7 58:20 62:23,24 106:9 121:16
**add** 70:19
**added** 60:11
**additional** 121:19 122:7,24 123:25 124:4
  125:17 131:20 133:15 136:14 137:5
**Additionally** 133:15
**address** 5:2 68:8 148:10,13
**adhere** 98:10
**administer** 113:5
**advance** 151:6
**advertise** 98:22
**advertisement** 106:5
**advertising** 105:8,13,14 106:5
**affected** 141:21 142:3,4
**affiliate** 72:25
**affiliation** 107:10
**after** 7:6 30:10 83:20 85:15 97:11,16
  123:5 130:3 135:2
**again** 19:17 24:3 27:5 30:25 32:18 36:17
  57:20 60:6,18,24 107:16 110:9 126:23
  137:2
**against** 1:6 5:11 137:18 139:12
**ago** 6:6 8:15 11:11 15:15 16:5 46:19 47:4
  48:19,20 49:11,11 62:24 79:22 80:5
  83:19 84:9 87:13 147:24

**agree** 10:3 17:7 19:15 25:23 30:23 35:17
  50:18,20 58:19 65:24 70:6 71:6 83:23
  90:8 92:11 102:4,11 108:22 110:23
  112:6 117:16 118:9 125:12,21 127:21
  131:15 141:4
**agreed** 86:24 105:22 118:10 121:11,13
  125:6,10
**agreement** 34:15,18,25 45:10,14 51:24
  54:17 72:16 75:10 76:16 77:25 79:4
  80:16 81:3,11 84:6,22 85:14,20,23
  86:25 88:11 93:9,14,20 100:2,19 101:4
  102:19 105:22 106:10 107:11 108:9
  109:24 110:25 111:7 112:2,9 113:4,13
  114:4,6,22 115:20 116:17,17 118:10
  124:3,15 127:7,8,14,23,25 129:3,10,15
  129:17 130:14 131:10,17 133:17,21,22
  134:3,7 135:19 137:19 138:4 140:15
  140:17,22 141:2,8,11,15 142:16 143:22
  144:3 145:20 148:5 151:14 153:15,17
  153:19 154:6
**agreements** 35:2 75:17 84:13 85:6 86:10
  105:16 106:4,7 112:20 114:8,15,21
  115:2 126:9
**ahead** 7:6 9:15 11:15 18:20 20:24 25:25
  27:12 28:6 34:2 39:9 42:6 59:21 80:24
  87:3 96:8 104:2 112:25 114:2 127:5
  151:8
**aimed** 103:21
**al** 1:4 3:5
**Alan** 2:20,22 4:8 57:4
**allow** 16:18 110:22
**allowed** 72:10 96:17 97:8,18 107:9
**allows** 103:15 108:10
**almost** 35:4 47:14 48:12 84:11 123:21
**alone** 30:13
**along** 149:7
**already** 41:24 54:10 69:25 135:13 142:3
  146:4 148:24
**although** 132:14
**always** 22:12 24:24,25 38:23 87:4 99:24
  100:2,2 124:8,13
**amazing** 48:24 49:2 58:10
**amended** 14:14 131:13
**amending** 131:7
**amendment** 45:6,6,12,15 127:22,24,25
  129:9,15,17 130:13,19 131:16 132:13
  132:14,17 143:21 144:2 145:19 153:17
  153:19
**among** 74:12 86:3 141:15
**amount** 56:18 66:24 70:17 109:11
  118:25 122:8,8 124:12 131:14 134:25
  134:25 135:4
**amounted** 134:3
**amounts** 121:16
**analysis** 65:13 71:3
**and/or** 122:10
**Angeles** 14:25 15:11
**another** 8:10 21:15,21 77:19 107:8
  121:14 127:17
**answer** 7:7,10,14 10:4 27:8 36:5,17 43:3
  43:12,17,22 57:2 59:6,8 64:11 65:11

**68:**5 74:22 93:22 94:8 104:2 108:8
  128:16 137:16 143:12
**answered** 94:3,5
**answering** 68:20
**answers** 130:5
**anybody** 17:7 30:14 55:7,15,17 56:17,23
  57:5
**anymore** 110:6
**anyone** 37:6,11 104:25
**anyplace** 30:15
**anything** 8:4 16:17 17:5,22 30:12 32:5
  42:18 44:6 56:11 68:15 69:17 91:12
  102:5 107:20 116:19 137:25 138:15
  144:8
**anywhere** 30:16
**apartment** 64:22,23 67:13
**apartments** 64:20 66:6 106:6
**apologies** 5:9 7:21
**apologize** 116:3,8
**appears** 49:17 133:15 155:10
**apply** 20:15
**appreciate** 46:24 72:12
**Apprentice** 46:22 47:2,2 83:20,22
**approached** 79:20
**appropriate** 140:20
**approval** 98:16 115:21,23 120:11
**approvals** 117:10 145:2
**approve** 97:13 118:16
**approved** 97:5 98:9
**approving** 96:18 97:17
**approximately** 90:21
**architect** 92:21 117:7
**area** 24:13 39:20,21 52:6 87:10,22
**areas** 72:14 75:3,3
**arguably** 67:8
**arms** 119:16
**arrangement** 12:19 35:25 37:5,12 45:7
  45:21 60:3
**arrangements** 44:2 46:3 59:18
**arrived** 121:16
**article** 4:18 74:11 150:11 153:12
**articles** 41:5,5
**articulating** 74:11
**aside** 33:18 35:22
**asked** 12:8 111:3 115:23 145:15
**asking** 44:18 74:9 130:6 141:17
**assessment** 147:20
**assign** 112:2
**assigned** 112:10
**Assignment** 111:20
**associated** 98:25
**assume** 51:15 82:9,11 88:9 115:21 125:2
  125:6 128:16,19 139:19
**assuming** 79:20
**assumption** 136:3
**asterisk** 60:7
**attached** 140:15,17 142:15 144:5
**attachment** 131:9
**attention** 8:22
**attorney** 118:3 142:22
**attorneys** 2:3,7,12,16,20 25:18 73:6

113:19
attorney-client 146:16
attributable 10:22
authentic 152:2
authenticity 149:22
authorize 142:25
authorized 119:19 139:20
available 10:20 17:15 20:19,22 54:4
Avenue 1:14 2:21 3:14 5:3 9:20 13:10,22
average 121:23 122:9
avoid 107:20
aware 97:15 140:18 141:10
away 11:18
awkward 45:8
axiomatic 109:23
a.m 1:15 3:13 52:22 53:3

**B**

back 7:14 46:7 48:17,24 58:15 70:10,15
   85:19 90:4,14 104:7 116:16 127:2
background 45:10 72:13 87:6,7,8 88:13
   88:15,19
backyard 23:15
bad 25:5 27:15,15,15 28:18 29:25 31:13
   31:14 62:5 67:12 130:3 144:11
Bajo 2:11 3:25
balance 120:18
bank 30:12 102:8
bankrupt 22:22 61:24 63:18 66:9
BARRISTER 1:23
base 22:2 45:15
based 16:10 42:9 63:21 64:14 71:19
   137:4 140:12 146:15 150:17
basically 30:6 99:7 121:4 131:7 133:11
   134:21
basis 43:4,22 55:22 68:24 107:8 135:3
Bay 87:22
Beach 13:3 57:19
Bear 30:7 31:13 61:24 66:9
beautiful 28:16 38:4
became 45:16 130:2
become 46:21 141:12
becomes 123:23
Bedminister 12:25
before 1:11,15 4:13 6:20 7:14 29:21,25
   30:22 34:7 42:3 53:24 59:9 66:8 75:20
   80:20 83:20,21 84:17 86:24 98:3
   101:21 125:3,8 136:12 143:13 152:16
   155:4,5,6,12
began 6:2 83:17
begin 3:23 6:5
beginning 53:3 116:14 140:8
begins 110:15 116:19
behalf 3:16,24 4:2 117:4 142:20
being 3:14 11:3 25:3,4 35:18 38:7 54:11
   55:2,23,25 61:3 80:16,21 91:16 92:2
   96:10 129:22 133:17 139:18,22 141:22
   148:8,11
believe 5:20 9:3 54:15 57:16,23 70:8
   73:11 79:2 84:14,20 85:4 88:5 89:3
   91:5 97:3,6 99:11 100:15 109:20 110:3

111:5 117:14 124:19 127:16 133:24
   134:2,8 138:8 148:16
believed 22:12
belonged 93:23
below 121:20
benefit 92:9 100:25 101:13,13 134:6,8
Bernard 142:19 146:21
best 17:15 18:14 19:22 22:6,7,8 67:15
   132:8
better 6:14,15 21:13 23:7 31:19 41:18
   64:24 65:25 66:20,21 67:6 75:23 96:20
   133:23
between 8:9 9:8 12:14 17:25 19:3 29:3
   39:6 45:19 58:21 73:18 77:2 81:3,12
   85:24 112:20 122:14,17 127:8,18
   153:15
beyond 14:18,18 43:16 76:22 94:14
   103:12
big 13:23,24 15:9 24:22 29:10 33:5 41:14
   41:15 48:14 49:4 56:8 91:8 93:12
   144:15 151:19
biggest 91:6
binding 107:15 110:12
bit 5:8 9:18 23:16 31:4 48:13 58:16
   66:20 76:9 77:8 83:21 93:7,15
Blackstone 148:11
blood 155:13
board 74:10
boards 5:15
boilerplate 47:17
bona 107:15
bond 3:4,3,7
book 53:6,13,21,24 56:6 104:15 153:14
bore 45:2
both 9:13,16,17 33:5 59:11 93:25 142:19
   142:25 145:18
bottle 119:13
bottled 84:4
bottom 94:25 98:3 126:20 127:3
bought 28:21 66:11,24 110:10
Boulevard 2:4
BOX 2:17
brand 10:23 46:21,25 47:8,10 49:21,24
   50:2,3,7,19,25 51:4,6,6,10,22 52:13
   58:18 60:11,14 71:9 90:16 98:14
Brazil 16:4
breach 140:21 141:6
breached 106:2
break 17:4 52:18 116:5
brief 52:24 116:11
briefing 55:9
briefs 55:21
brilliant 22:19
bring 141:16
brings 10:5 58:18 72:20
Broadway 1:23 3:17
Brothers 63:18 66:9
brought 11:9 73:18
build 17:3 27:7 30:13 47:6,8 48:18 98:18
builder 73:21 74:17 80:16,21 85:25 86:9
   100:13 103:22 144:18

builders 135:9
building 9:19,23 10:22 11:3 13:25 14:2,3
   14:21 15:8,9 20:3 25:8 27:20,25 29:10
   29:11,16,17 34:9,10 37:23 38:2,3,4
   39:11,11,13,14,17,18,23,23 40:2,2,5,5
   40:13,14,14,15,15,16,20,20,24,25 41:4
   41:4,6,6,7,11,11,13,14,15,16,18,19,23
   41:23 47:6,8 49:17,20 67:6,16 90:21
   91:8 92:4,12 93:6 94:10,13,14 99:15
   103:2 104:4,16,17 107:14 108:13,17,19
   108:21 110:20 117:5,22,23 126:3,11
   135:9 136:17 141:20,24 142:11 144:17
buildings 8:3 11:25 12:4 29:18 49:17
   91:8 142:13
built 10:25 13:12,15,16,20,21 21:11,17
   25:8 27:21,23,25 28:14,16,19 29:10,12
   29:14,16,17,19 32:22 48:23 49:12
   61:17 62:3,7,23,25 63:5,10,15,16,19
   64:7,12,18 67:6,16 70:13 71:14,15
   87:22 100:6 104:17 105:15 110:21
   117:23 118:6,12,17 135:23
business 22:5,22,23 41:17 61:25 76:12
   76:24,25 83:15 96:17 106:25 107:4
   114:11 125:11
bust 21:14 22:20
buy 104:11
buyers 33:23 35:20,23 40:21,22 49:23
   105:2 115:7
buyer's 98:23
buying 17:8 38:12 39:3
buys 110:3

**C**

C 2:2 136:11 142:15,17 143:2 155:2,2
calculation 48:5
California 13:23 36:10
call 20:12 39:25 41:10 53:6,13 79:24,25
   119:7 136:19
called 10:8 48:16 49:5 79:25 80:5,6,6,10
   104:20 137:3
calls 52:20 82:6
came 8:15 10:11 11:5,11 46:4,8 54:2
   82:19 144:19
candidly 75:14
Canouan 13:4
capability 93:13
capacities 75:14
capacity 88:15 124:21
Capital 13:23
capped 99:11 101:6
care 25:14 70:6 108:13
Carlton 106:21
carved 114:14 117:17
case 3:5 5:11 6:20,22 26:11 27:9 28:24
   33:11 34:16 38:18 45:2,3 48:25 56:19
   57:25 66:5 68:7 72:9 109:6 143:8
cases 7:25 8:2 34:3 37:19 58:7 105:16
cash 47:18,19,20 52:7,7
casualty 103:11
categories 128:20
caught 8:22 99:6

cause 18:12 19:25 98:7
caution 82:19
ceiling 37:24 126:6
Celebrity 47:2
Central 13:14
CERRANO 155:3,21
certain 20:18,21 21:9 25:20 32:17 47:6
   54:18 61:12 90:12 123:22 126:4,5
   134:25 135:4
certainly 27:17 39:24 41:10 84:3 98:22
   115:23 125:9,10 126:14 134:9
certificate 99:15 101:20 120:17,21
certify 155:3
cetera 6:14,14 22:16 66:10 117:8 151:16
   151:17
change 49:19 97:14 131:22 135:10
   151:20
changed 26:3 131:15 132:7,19,25 133:12
   133:17,19 147:3 151:10,12
changing 28:11
charge 54:25
check 84:18,18 87:12,14 88:13,15,20,23
   89:6 95:16 132:2 134:9
checked 87:16
checking 31:4 56:6 133:25
checks 138:4
Chicago 15:8 29:10,12,16 32:12 40:9,10
Chris 4:6 71:24 82:13 137:12 143:4
CHRISTOPHER 2:18
Chris's 53:8
chronology 45:23 84:19
city 14:23 52:6 67:8
civil 103:10
clarify 78:16
Clark 2:3,5 3:22,23,23 4:4,23 44:8 52:17
   68:2 69:20 71:24 72:2,9,18 74:10 85:5
   100:4 104:15 115:4 148:23 149:12
   151:2 153:5
Clark's 57:7
class 92:16
clause 90:19 91:25 99:25
clean 72:14
clear 19:3 41:25 53:15 57:21 69:2 72:8
   124:14
clearly 12:13 94:23
clients 67:15
closed 28:22 42:17 136:17
closes 123:7
closing 123:2
closings 107:12 108:3
Club 12:24 15:11,24 16:3
coat 119:16
Cohen 2:11 4:2
Colony 13:22
color 119:23
combination 15:16
come 17:17 47:5 78:23 145:20,22
comes 92:24
coming 21:2 48:6 49:5 100:9
commence 103:3,17 104:4
commencement 107:16 110:15 155:6

commencing 95:7
comment 94:2 109:9
comments 72:18 149:9
commit 57:2
common 80:18 112:14
commotion 103:10
communication 80:12
communications 57:3
companies 72:25 73:12 76:19 106:20
company 5:12 33:22 77:19 79:6 87:24
   128:12 138:16
company's 138:12
comparison 29:5
comparisons 29:23
competitors 35:5 114:11
complaint 139:8,11 140:16,18,24 153:18
completely 44:19
completion 32:24
complex 34:13
complexity 133:20
complicated 38:3 49:15 52:2,3
comply 98:10 120:23,24
component 98:15
components 109:7
computed 122:24
concentrate 102:24
concept 80:21
concerning 121:21
conclusion 82:7,10
condition 22:24
conditions 27:6 28:17 42:12 61:10,17
   62:6,13 107:21 110:21 129:21 144:11
condo 123:2
condominium 30:13 88:9 90:21 91:3
   107:4 123:6
condominiums 107:13
confident 39:16
confidential 35:17 42:15 43:2 69:19 85:7
   85:9 105:23 114:7,9 143:6
confidentiality 34:17,25 35:4,10,13
   43:23 69:3 106:2 114:3,4,16 115:20
   137:14
confirm 85:5 118:11 124:22 146:20,24
   150:7
confirmed 147:10
connected 155:13
consecutive 99:13
consecutively 120:12
consider 13:7 37:16,17 38:6,7
consideration 131:20
considered 38:19,21
construct 92:3 93:23 98:6
construction 93:10 95:7 98:7 103:2,17
   104:5,19 110:15 116:25 117:5,20
consulting 6:13
contact 80:8
contained 116:20 125:7
contains 127:7
content 146:11
continue 67:4
continues 27:16

contract 98:15 99:22,23 101:16 110:13
   127:17 136:4 141:6,7
contractor 18:14 22:6
contractors 22:12 41:20
contracts 107:15
contractual 94:12 105:21
contrary 116:20
control 103:12,23 112:14 138:13
controls 103:9
copy 81:2,10 139:8,11 153:15,18
corner 57:18
corporate 77:6 89:2
corporation 1:7 3:7 77:3,4,14 79:5
   112:12 128:17
corporations 76:19 77:10
corporation's 102:12
correct 7:18 8:20,24 9:6 19:7,11,12 21:5
   21:7 23:11 32:13 33:7 34:20 44:14
   50:7 51:12,25 58:22,23 59:3,15,19
   60:9,12,15 61:7,9 65:19 67:9,23 69:9
   69:12,18 70:2,7 71:13 77:7 78:18 81:9
   81:21 84:2 85:21 86:17 90:3,11 92:6,9
   92:21 93:24 95:25 96:2,15 97:6,10
   98:16,25 99:9,20 102:7,9,10,15 103:23
   105:23 109:11 110:2 113:7,14,25
   114:12,13 117:15,20,21 118:8,13,14,20
   119:3,9,16,17,20 121:3 122:12,16,21
   122:22 123:17,18 124:5,15 125:2,14
   127:9 131:19 135:6,18,25 136:25
   138:6 140:12,22 141:2 146:20 147:7,8
   147:12 150:17,22 151:18 152:4
CORRECTION 156:3
correctly 26:16
cost 108:13,17,18
costly 100:25
counsel 67:25 68:14 111:14 144:4 146:22
   147:9,9 155:9,17
Count 141:6
country 21:12,15,20 32:6 66:19 67:12
   107:25
couple 8:25 16:5 20:23 49:11 116:5
   147:5
course 136:3 147:15 151:19
court 1:2 3:9 58:12 81:7 139:14
cover 85:15,17,19
coverage 54:4
covered 16:7
co-counsel 72:8
crash 23:6 26:8 27:18,20,24 28:7,25
   29:13,14,18,21 30:6,10,20,22 32:3,21
   32:25 38:5 61:22
crashed 22:19 31:15,20 32:11 61:23
   130:8,9
create 131:22 133:2
created 46:13 76:3
Cremer 113:17
crest 119:10
crystal 41:25 57:20
cufflinks 83:5,6,7 84:4
current 148:10,13
Cuva 2:11 4:2

cycles 97:16

**D**

D 4:12,12 142:15,17 143:2
daily 55:22
Dan 2:10 3:23 4:4 64:10 65:8 86:7
dangling 42:18
DANIEL 2:5
Dan's 75:5
data 72:23
date 3:11 4:20 29:23 30:4,5 53:16,23
  81:6 99:14 107:16 120:16,20 122:25
  123:5 129:12 136:15,19,20 139:10
  143:24 146:7 149:7 150:4
dated 4:18 84:8 144:5 153:13
day 16:11 31:13 32:3 49:7 50:20 113:6,6
  152:17 155:5,19
days 48:13 96:17 102:20
day-to-day 113:12
dead 25:21 26:21 28:3 42:3,7 61:21
  62:17 63:6,7,8,21,23 64:4
deal 13:5 14:5,10,11,23,24 15:3,4,10,13
  15:19,24,25 16:2,15,20 17:2,19 18:2
  19:4 23:13,18,22 24:8,11 26:23 31:19
  34:11,11,13,14,14 35:7,8,9 36:4,5,7
  37:17,18,21,22 38:7,8,10 42:3 43:6
  47:17,23,24 48:4,11,12 49:3 51:8
  52:15 57:14,15 63:13,14 74:5 75:19,20
  75:25 76:9 113:12 121:17,17 135:21
  135:22 144:22 145:17
dealing 133:4
deals 13:7 18:10 19:24 33:9,18,20 34:12
  35:6,11,16,22 36:7,19,25 47:12,12,13
  47:14,15 59:24 75:12,17,22,23 76:6
debate 67:4
debt 136:18,19,23
decided 110:13
decision 87:17
default 42:9 110:24 137:12 141:14
  142:14 154:6
defaulting 137:18
defendant 1:11 4:9
defendants 1:8 2:16,20 4:7
deficiencies 96:20 97:9
deficiency 96:24
define 123:21
defined 86:3 92:7 103:18 112:3 125:16
  127:14 133:16 134:22
defines 129:4
definitely 132:16
definitively 59:8
Delaware 128:21
delay 5:6 103:4
delays 103:19 107:17
delegated 113:8
deliver 96:17
demanding 142:16
demonstrates 5:18
depending 135:20
depends 48:9,10,10 52:5 60:18
depo 149:18

deposed 57:25 58:5
deposit 64:19,24 104:11
deposition 3:4,13 5:10 6:19 81:8 95:16
  123:9
deposits 141:20
depression 20:12 23:25 30:10,11 49:10
  66:23
Derek 11:23 12:5 13:11 78:22
describe 89:9
described 16:16 63:22 147:11
description 8:18 23:7 153:11 154:3
design 37:23 92:3,12,15,16,18 93:22
  94:10,14 116:24 117:4 126:3
designation 90:13
despite 144:11
destroyed 50:16
detail 125:21
detailed 56:5
determine 7:5 108:16
devaluation 71:7
devaluing 71:4
develop 49:18 90:20 92:3 93:23
developed 12:18 20:17 91:2,12
developer 24:8,12 48:9 52:5 73:21 74:17
  80:17,21 85:25 86:9 144:17,18
developers 32:5 39:19 106:17
developing 16:14 31:2 92:25 144:21
  151:16
development 20:3 30:13 41:17 52:12
  56:10 61:9 76:12 88:3,10 91:7 97:19
  132:4
Diamond 142:20,21 146:21
difference 9:8 14:8 29:12 71:18 74:6
  77:2 122:15
different 6:13 9:18 13:18 18:6,8 19:7
  22:12 32:5 34:11,12,14 36:4,6,7,9,11
  36:18,19 38:2 47:15,18,24 52:4,4,8,9
  56:9 75:3,14,21,21,22,24,24 76:5 77:12
  78:4 80:2 95:2,4 114:23 121:20
differently 18:23 95:11
difficulties 18:12
Digital 3:16
diligence 86:23 87:4 89:5,11 154:4
diligent 117:22
direction 56:22
directly 40:18 155:15
disagree 66:5 94:6
disapproved 97:7
disapproving 97:17
disaster 27:14 48:15 49:8
disavows 117:9
disclose 33:22 34:18 35:23 105:25 106:4
  106:9 114:16 143:15
disclosed 36:24 37:4 44:25 45:4 68:20
  105:2,7 115:5 141:23
disclosing 35:19
disclosure 154:6,7
disclosures 36:19 45:9 115:6
discontinuation 109:22
discontinue 111:3
discovery 144:4

discussed 80:20 85:4 91:14 114:4
discussing 37:10 81:16 90:15 117:13
  134:11,15
discussion 75:8 79:10 146:8
dismissed 43:16 143:14
dispute 9:2
disputes 58:5 103:5
disseminated 73:9,12
distinction 8:8 16:12 19:3 29:3 39:6
  45:13,19 58:20,21 59:2 60:6,8,24
distinctions 12:14 17:25 18:3,4,5,11,16
  18:17,25 19:2,13,14,25
distinguished 73:18
District 1:2,2 3:9,9 139:14,14
Division 1:2 3:10
document 19:7 72:25 80:7 81:14,17
  88:21,24 89:2,2,24 90:5 95:10 97:22
  111:12 125:8,10,21 126:14 129:4
  131:8 139:16 144:2,8 145:25 146:3,24
  147:6 151:5,22
documents 45:20 89:10 100:12 113:16
  138:12 146:14 154:4
doing 21:10 24:13,14 30:24 32:10 36:12
  36:16 52:15 55:11 83:15 87:25 97:4
  115:11,14,16 125:25 126:6 131:2
dollar 10:13
dollars 35:18 45:21 46:18 47:25 64:14
  69:14
dominance 109:15
Don 55:6 132:22 133:4
Donald 1:7,12 3:1,4,7 4:1,10,25 5:1,24
  5:25 6:1,23 7:1,16 8:1,6,9 9:1 10:1
  11:1 12:1 13:1 14:1 15:1 16:1 17:1
  18:1 19:1 20:1,2,3 21:1 22:1 23:1 24:1
  25:1 26:1 27:1 28:1 29:1 30:1 31:1
  32:1,16 33:1 34:1 35:1 36:1 37:1 38:1
  39:1,22 40:1,4,24 41:1 42:1 43:1 44:1
  45:1 46:1 47:1 48:1 49:1 50:1,6 51:1
  52:1 53:1 54:1 55:1 56:1 57:1 58:1
  59:1 60:1 61:1 62:1 63:1 64:1 65:1
  66:1 67:1 68:1 69:1 70:1 71:1 72:1
  73:1 74:1 75:1 76:1 77:1 78:1 79:1
  80:1 81:1 82:1 83:1 84:1 85:1,24 86:1
  87:1 88:1 89:1 90:1 91:1 92:1 93:1
  94:1 95:1 96:1 97:1 98:1 99:1 100:1
  101:1 102:1 103:1 104:1 105:1 106:1
  107:1 108:1 109:1 110:1 111:1 112:1
  112:1 113:1 114:1 115:1 116:1 117:1
  118:1 119:1 120:1,5 121:1 122:1 123:1
  124:1,20 125:1 126:1 127:1 128:1
  129:1 130:1 131:1 132:1 133:1 134:1
  135:1 136:1 137:1,23 138:1,5 139:1
  140:1 141:1 142:1,20 143:1 144:1
  145:1,2 146:1 147:1 148:1 149:1 150:1
  151:1 152:1,14 153:5 154:4
done 10:19 20:18,21 24:3 33:3 49:1
  55:2 56:24 71:4 73:4,13 77:25 84:12
  106:12,15 107:2,3,20 111:6 115:11,25
  133:23 134:18,19 145:4,9,24
door 9:12 66:2
doubt 27:21 46:2 125:12

down 6:22 12:9 39:10,23,25 40:23 54:2
    54:10,11 61:4 62:2 65:12,20,22,23
    67:18 91:24 93:2 98:2,13 99:5,8
    104:10 110:12 133:11 142:10
downs 64:25
Dr 43:19
draft 145:11
drafted 126:14
Dubai 15:5 21:11,12,13,17,20 22:15
    29:19 36:13,14,15 63:2,3,4,21,23,25
due 86:23 87:4 89:5,11 154:4
duly 4:13 155:6
dumped 26:10
during 26:7 29:14 64:21 66:7 149:18

                    E
E 2:2,2 126:22,25 127:6 155:2,2
each 18:5 34:11 36:4,13 47:24 48:4 52:3
    52:4,7 65:9 99:13 114:22
earlier 84:24,25 86:7 90:15 91:14 92:25
    100:5 114:10 115:2 117:13 121:15
    123:9
East 13:19
easy 31:25 32:2
effect 18:17 19:14 29:2 97:25
eight 94:25 95:2 109:21 140:3,11
either 36:22 43:13 73:15 76:17,18 96:18
    100:6 101:12 110:5,14 111:14
eliminated 135:6
elsewhere 51:17
employ 155:16
employed 117:3 148:14
employees 113:15 133:3
encouraged 144:13 145:23
end 8:14 52:22
endorsed 19:4
enemy 103:9
engineer 117:7
enhanced 46:22,25
enjoyed 91:15
enjoys 86:2
enough 84:3
enter 113:3 126:15
entered 80:22 81:3,11 85:23 130:19,25
    153:15
entire 31:14 105:22 106:9 127:7
entirety 106:10
entities 76:16 77:13 128:20
entitled 109:17
entity 77:20 78:4 113:11 128:23
equal 28:11 59:11 61:3 122:8
Equally 77:18
equation 51:23 52:14 80:23
equity 144:16,19
ERRATA 156:2
especially 22:14 34:21
ESQ 2:5,10,14,18,20,22
essential 98:14
essentially 21:12,14 22:21 97:16 125:23
estate 20:12 22:4,4,20 34:13 49:14 65:2
    65:14 76:12 82:23 83:16 85:2,3 86:2

87:16 106:13,17,24 129:22 130:7
    144:15 147:25
estates 14:24
et 1:4 3:5 6:13,14 22:16 66:10 117:8
    151:16,17
eve 29:22
even 33:10 64:7 69:10 71:6 83:14 100:22
    121:10
event 103:11 135:22,24
events 45:23 148:6
ever 7:12 10:13,16 37:10 71:14 77:25
    84:6 91:2 101:12 105:7,15 106:4 111:6
    112:10 114:14 115:25 139:15 145:8
every 34:10,11,14 35:3,4 36:5,6 47:17
    52:8 55:19 75:20 101:6 105:15,17,18
    106:8
everybody 20:10,13 39:19 54:5 64:13
    70:19 87:14 116:4
everyone 3:19
everything 28:11 30:25 31:9 32:9 54:23
    58:11 61:3 62:25 125:7 140:11 150:16
    150:19
everywhere 118:4
exact 68:11
exactly 30:5 44:23 79:24 88:13 132:3
Examination 1:11 4:22 72:5 153:4 155:4
    155:12
examined 4:14
example 29:9 36:6 48:11 50:5 52:10 53:6
    64:9,12 66:21 134:23 135:11
examples 20:23 107:6
exceeded 51:11 121:24 122:9
excepting 107:17
exception 114:15
excess 124:2
excited 11:4,16 12:5,9,10
exciting 93:19
exclusive 89:24
excuse 5:24 14:14 53:9
executed 144:6,25
execution 120:10 148:5
executive 89:7 146:22 147:23,25
executives 89:7 132:12,18,21 133:25
exhibit 4:19 5:15 53:8,9,10,10,12,22
    58:13 80:25 81:5,8 84:7 113:4 129:8
    129:11,13,16 139:7,9,11 140:18 142:17
    143:2,20,23 146:6,10 148:25 149:6,19
    150:3
Exhibits 142:15 153:10
exist 89:15
existing 120:16
expect 38:11,16 39:3,5,12 40:23 49:24
    146:11
expectation 98:22 118:6
expectations 17:11,13 38:13
expected 40:3 98:24
expense 101:11
expenses 100:18,20,21 101:2 135:2
expensive 29:11
experience 125:11
experienced 76:25

explain 33:12,14 79:14,16
explained 18:22
express 6:21
expressed 12:6
extent 32:17,17 35:17 42:21 61:13
externally 73:17
eye 99:6

                    F
F 95:3,6 96:3,9 98:4 155:2
fact 28:12 33:10 38:8 58:24 59:24 65:14
    70:17 72:25 74:14 78:8 110:19 114:16
    141:19,22 142:8
factor 10:8,11,12
facts 91:18
factual 68:24
fail 103:3
failure 49:20
fair 88:7 109:9 123:19 125:13 129:2
    139:19 144:24,25 145:18
fairly 87:11,13
familiar 81:13 96:7
far 22:13 60:6 65:22 76:20 85:5,8 98:13
fashion 82:25
fast 134:19 135:4
father 17:21
fault 95:18 137:11
February 144:5
Federal 45:3
fee 14:6,7,18,18,19 44:14 48:2 57:15,21
    57:23 60:2 75:18 76:7,7 109:2,8,9
    109:10,15 118:22,24 120:8 121:19
    122:7,24 124:2,4 125:17 128:2 131:14
    131:17,23 132:10 133:16 135:17,25
    136:14 137:3,3,4,5
feel 41:2 52:20
fees 15:21 33:21 69:4 131:4,9 132:6
felt 31:17 39:16 87:18
few 18:7 22:20 48:13 49:10 72:14 75:11
    116:6
fide 107:15
field 86:3
Fifth 2:21 5:3 9:20
figure 10:13
figured 31:10
figures 70:5
file 42:17
filed 3:8 5:11 139:12,23 141:10,17 142:7
filings 139:20
final 27:8 95:24 96:11,19,25 98:8
finance 102:14
financed 21:7,10 23:23,24 24:8,12,15
financials 10:15
financing 18:15 20:4,5,9,11,14,19,22
    21:19,23 23:4,25 24:17 29:13,15,17,25
    30:22 31:10,12,16,25,25 32:4,18,20,25
    100:6
find 10:21 73:2,5 88:22 89:20 111:15
    132:2,25 145:10
fine 44:19 53:14 115:16,17 149:20
finest 59:14

**finish** 64:11 65:10,10 127:12
**fire** 103:10
**firm** 4:5 144:15,16
**first** 4:13 5:14 37:15 45:6 53:9,9 58:4
   72:17 84:23 85:13,15 92:16 102:25
   106:11 107:19 120:4 122:25 123:6
   129:9,14,16 130:13,18 131:16 146:18
   153:17
**first-class** 90:20
**five** 48:21 67:3,14 84:23 101:10
**flat** 14:18,19 76:7 109:9,17 131:17,22
   132:10 135:16 137:3
**Flicker** 147:22
**flip** 19:6 50:23
**Florida** 1:2 2:4,9,17 3:10 128:5,9,12,21
   129:23 139:15
**focused** 32:9 36:23
**Foley** 1:13 2:16 4:7
**folks** 144:21
**follow** 69:23
**following** 136:15,20
**follows** 4:15 120:9 131:13
**followup** 75:5
**foot** 121:25 122:2,10,11 133:20,21 134:2
**footage** 51:10,12 52:11 135:7
**footnote** 60:7
**forces** 49:19
**foregoing** 103:12
**forget** 40:22 63:23
**forgot** 10:10
**form** 7:2 9:15 11:15 18:6,20 25:25 27:12
   28:6 29:8 30:3 34:2 36:3 37:11,14 39:2
   39:9 42:6 46:10 54:8,14 55:13 56:15
   59:5,21 60:17 61:6 62:20 64:6 65:18
   66:4 70:12 71:12 74:2,19 77:4,17,22
   78:12 79:16 82:3 87:3 92:14 93:5
   94:17 97:21 99:3 103:25 104:22 105:5
   105:11 107:23 110:8 112:18,24 113:24
   114:19 123:16 124:9 126:7 128:7
   130:16,21 131:25 142:2 145:6
**formal** 126:15
**formed** 76:17 128:3,11,23
**forms** 6:13 18:9 19:20
**formula** 52:3 135:6,8
**formulas** 121:21
**forth** 94:23 96:4,9 121:19
**forward** 101:24
**fought** 110:19
**found** 31:3 88:16
**foundations** 24:23
**four** 91:24 106:22 135:15
**frame** 76:14 83:14
**Franklin** 2:8
**frankly** 6:20 28:20 31:24
**free** 52:20
**friend** 11:17 61:14,15
**from** 12:16 13:17 17:19 19:15 24:12 25:3
   25:12,13 27:2 31:3 33:6 36:13 37:22
   39:25 40:22 42:4 45:21 46:13 50:3,12
   50:14,19,25 55:3,5,9 56:22 59:14
   60:14,25 61:3 62:23 67:8,17 70:24

   73:11 76:14 82:19 93:17 99:13 103:4
   104:7 105:20,21 107:9,16 114:11
   131:17 145:21,22 146:15
**front** 48:16 53:18 125:15
**Ft** 15:2 26:14 57:12,19
**full** 136:18 138:18
**fully** 144:12
**fund** 13:23
**funds** 70:9
**funny** 47:14
**further** 102:3

**G**

**G** 2:14,20,22 102:25 103:16 110:5,14
**games** 22:11
**Garten** 2:20,22 4:8,8 44:5 138:17 139:4
   147:10 148:19 149:10
**gave** 65:13 94:9
**gearing** 6:19
**gee** 17:4
**general** 35:19 37:5 45:5 58:16 72:13 77:8
   79:6 128:7 129:24 146:22,23
**generally** 6:11 8:13 20:5 151:17
**genesis** 73:7 145:19
**gentleman** 36:8 149:13
**George** 11:18,21 12:6 22:10 61:13
**gets** 55:19 104:17
**getting** 18:14,15 20:9,11,14 22:13 31:12
   31:24,25 32:8 56:21 62:25 109:5
   134:24 144:12
**give** 29:9 36:5 42:20 44:7 46:16 47:22
   70:15 73:6,6 83:13 107:5 115:23
   138:15 141:18 142:8 148:19 149:12
**given** 16:11 29:2 38:13 70:10 125:11
   126:13 148:10
**glad** 33:13
**glorious** 104:16
**go** 7:6 9:15 10:14 11:15 18:20 20:4,24
   22:9,10 23:12 25:25 27:12 28:6 34:2
   35:20 39:9 42:6 46:15 48:5,15 51:6,18
   52:14 59:21 62:24 64:2 65:20,21,22
   71:20 76:15 80:24 85:11 87:3,6 90:18
   91:24 93:16 95:5 96:8 98:2 104:2
   112:25 114:2 127:5 138:13 142:6
   151:7
**God** 103:7
**goes** 49:13 50:25 51:3 61:4 90:14 117:6
   121:4 140:8
**going** 6:25 11:8 12:9,10,22 16:10 17:14
   17:20 19:14 20:8,25 21:2,11 24:14
   25:14 29:4 34:9 39:12,17,23 42:21,24
   43:16 44:4 45:10 46:15 48:18,23 49:19
   51:22 52:10,13,21 53:5 54:21 55:20
   56:25 60:19,20 61:17 63:3,16 65:15,23
   67:10 68:4 71:19 75:4 78:5 85:14
   86:15 87:17 92:11,20 93:2,16 97:12
   99:6,18 104:16 105:14 108:25 109:10
   109:15 111:22 116:9 117:19 118:18,25
   120:22 122:14 125:2,6 133:2 134:21
   135:14,16 136:4,8,23 137:15 141:12,21
   142:12 143:5 149:4,8,15 152:9

**gold** 119:23
**Golf** 12:24 15:11
**gone** 30:11 56:19 61:23,24 62:2 95:14
   101:24
**good** 5:5 11:17 12:7 22:17 25:3 28:17
   30:25 31:8 33:17 34:10 36:15 41:23
   44:11 46:20 49:12 58:8,9 61:14 64:21
   66:7 80:4 82:8 86:20 87:8,11,15 88:4
   91:9,15 97:4 130:7 137:10
**goodwill** 10:25
**gotten** 31:15 32:19,20 33:3 67:22 94:19
**government** 21:18 63:25 103:9
**governmental** 103:8
**Grande** 15:25
**great** 11:20,24 12:7 21:24 30:10,11
   46:13,20,25 71:22 101:10 125:21
**greater** 7:8
**greatest** 30:10
**greatly** 46:22
**grew** 11:9
**Griffin** 2:18 4:6,6 6:25 9:14 11:14 18:19
   25:24 27:11 28:5 29:7 30:2 33:25 36:2
   37:13 39:8 42:5,23 43:11,14,21 44:4
   44:11 46:9 53:14,20 54:7,13 55:12
   56:14,25 59:4,20 60:16 61:5 62:19
   64:5,10 65:4,7,17 66:3 67:24 68:4,18
   69:5,9,12,18 70:11 71:11,25 73:25
   74:18,24 77:16,21 78:11 79:15 82:2,6
   82:11 87:2 89:17 92:13 93:4,25 94:16
   95:12,19,21 97:20 99:2 100:11 103:24
   104:21 105:4,10 107:22 110:7 111:14
   112:17,23 113:23 114:18 116:3,7
   123:15 126:23 129:13 130:15,20
   131:24 137:13 138:18,21 141:25
   143:11 145:5 147:14,16 149:2,20,23
   150:24 151:3 152:7
**gross** 121:24 122:9,20
**ground** 21:2
**group** 31:3 41:23 55:5 87:25 88:16,17
   89:7 102:4 107:8 144:9,14 148:11
**guarantee** 102:5
**guaranteed** 32:16 100:7
**guarantees** 19:10 32:13,14,15,19,23 33:6
   33:16
**guess** 18:5 21:13 30:19 36:20 42:8 44:22
   115:24 117:16 126:18 141:5 147:3
**guesses** 36:21
**guys** 48:6 49:6 65:8
**guy's** 10:10

**H**

**H** 98:2 99:5
**hand** 66:2 155:19
**handed** 53:7 81:7
**handled** 79:9,23 80:11
**handsome** 83:9
**happen** 21:20 48:25 49:2,13,14 80:2
   105:20 110:22 142:12 144:23
**happened** 24:21 31:19 50:4 51:17 62:6
   67:15 69:8 101:17
**happens** 16:23

hard 19:18 22:2 26:5 31:7 34:8 37:22,24
46:13 66:22 67:12 126:11 134:24
135:3
harder 38:19 132:4
hated 28:15
having 4:13 26:11 28:7 30:6,7 46:17 80:4
114:11 115:25
head 29:21 30:20 41:25 57:21 72:15
hear 60:25
heard 145:13
hearing 49:4
heckle 50:24 86:7
heights 37:25 126:6
held 1:13 3:14 146:8 155:4
hell 110:20
help 24:17 49:12
helping 14:19,21 126:3
helps 36:21
hereof 99:14 116:22 127:13
hereto 127:10
hereunto 155:18
hierarchy 133:2,5
high 66:6 67:19 87:19 98:20 117:23
highest 8:14 86:2 118:7,12
him 12:8 42:22 43:3,17 64:11 65:9,10
79:17 133:8,8,10 142:25 143:12 148:8
148:13 149:3,4,8,11
hire 87:5
history 31:11 106:12
hit 48:14 63:15 66:22 67:11
hoc 48:7 121:16
hold 26:7,9,18,19,25 57:14 78:17 143:17
Hollywood 14:22
home 11:9
honest 67:5
horrendous 25:4
host 59:18
hostile 103:9
hotel 9:9,10,24,24 13:13 15:2,7,14,17
16:6 23:2,3 50:11 67:7 99:23 106:20
106:25
hotels 9:4
housekeeping 143:18
huge 33:4
hundred 12:24 13:2,4 14:2 17:21
hundreds 106:7
hurricane 48:14 49:5
hurt 62:9
hypothetically 48:6

I

idea 6:7 44:11 46:5 79:3,7 80:15,17
82:18 137:21
identical 5:16
identification 4:20 53:23 81:6 90:14
129:12 139:10 143:24 146:7 149:7
150:4 153:11
identified 53:8 75:13 90:2
identifying 96:19
immediate 10:6 72:20
immediately 133:7

immunity 146:17
impact 142:9
importance 59:11
important 16:18,20 17:3,5,6 19:23 35:5
35:14 86:12,18 95:15
impractical 27:6,7
impressed 91:21,23 92:23
inability 103:5
inaccurate 44:24
inaccurately 56:24
Inc 1:7,23 3:6
including 70:20 116:20
incorrectly 56:12
increase 52:13
increased 83:23 132:10
indeed 60:3 146:23
independent 134:12
Index 1:5 153:2
indicate 7:24 8:3
indicates 8:4
indication 76:22
indirectly 155:15
individual 1:7 3:8 21:9 124:20 139:18
individually 58:25 73:14 81:21 89:12
102:11 112:21 113:5 124:15 131:21
138:6 139:12 154:4
individuals 88:18 91:21,23 146:13
indulgence 95:13
information 45:5,11 68:21 139:5 143:15
147:12,17 148:4,20
INFORMATION/DOCUMENTS 154:2
ingenuity 6:8
initial 76:15 79:10 80:8 131:9
initially 54:2 78:23 79:20 114:6 132:25
input 145:20
inquire 75:4
installers 93:3
installments 120:13,16 133:13
instance 21:10 113:3 138:11 146:21
instead 133:17 134:16
instruct 7:10 42:21 43:3,11,21 57:2
143:11
instructed 68:14
instruction 7:11 42:19 43:6 56:20,21
instructions 68:9
insurrection 103:10
intellectual 81:18
intends 90:19 92:3
intense 76:9
intent 104:9 144:5
interest 23:13,17 78:20
interested 9:7 155:14
internal 72:22 73:10
internally 73:16
International 9:4,21,24 13:3,13 14:24
15:2,7,14,17 16:5 23:3
interrupt 27:4 74:24
intertwining 119:22
introduce 3:19
introduced 5:7
introduction 42:20

invest 35:21
investing 17:8 38:12 39:4 46:18
investors 49:23
involved 8:11 36:9,10,11 45:16 74:13
87:19 88:3,11,14 94:19 132:14 148:2,8
involvement 35:24 37:2
in-house 111:14 138:10 147:9
island 21:17
Isle 15:4
issuance 99:14 120:16,20
issue 24:3,7 115:18
issued 101:20 102:13
issues 24:4
items 83:18

J

J 1:7,12 2:5 4:12 5:25 6:23 7:16 8:6,9
32:16 85:24 124:20 142:20 145:2
152:14 153:5 155:4
Jersey 14:23
Jeter 11:23 13:11 78:23
Jill 113:16
job 11:20 13:10,11,15,15,17,20,21 18:15
21:11,16,18,18 24:13 26:5 28:14,15,16
32:10,22 45:16,18 46:20 48:19,22
50:15,16 51:6 52:3,4,7 59:10,10 61:15
61:16,21,22 62:3,6,9,12 63:17 64:13,18
86:20 88:2,6 91:9,13 93:14,19 101:2
105:15 144:21 145:17 148:2,9
jobs 21:9,9 32:2,2 38:20 49:12,12 52:8
62:4,22
joint 76:19 77:24,25 78:3 79:4 128:4
Journal 150:2,23 153:22
Jr 45:5 55:6 132:22 133:4 137:23
judge 7:5
just 5:23 6:7 14:18 15:15 18:6 20:22
21:21 23:9,24 24:2 26:6 27:23 29:5,13
29:15 33:20 34:3 37:12,16,17 41:2,25
42:23 44:9 45:15 47:16,17 48:2 53:5
57:20 65:13 66:18 72:7 75:5,23 76:21
82:13 83:13 85:5 88:4 99:6 104:7
106:24 107:5 111:16 116:4 119:5,6
126:18 127:12 128:2 131:8 133:24
138:23 141:24 143:6 145:25 146:18,19
146:24 147:19 148:21 149:8
J.D 2:25 3:15

K

Katrina 48:25 49:9
keep 44:10 58:11 121:5
Ken 3:25 72:8
Kennedy 2:4
KENNETH 2:14
kept 73:15,17
key 34:21
killed 26:23 27:9 61:10,16,22 145:9,17
kind 14:13 16:15 27:8 45:8 48:4 65:8,11
84:7 100:2 130:5,17
knew 11:8 39:10,18,19,21 88:9 108:6
144:9
know 6:17 9:11 10:4,23 11:12 19:21

21:25 22:6,7,7,9,11 25:3,4,9 27:18
30:4,9 33:10 34:5,10,24 35:6 36:17,23
36:24 37:3,4,8,9 39:5 41:19,20,22 42:7
42:8,15,16,18,19 44:6,18,19 45:14,17
45:22,25,25 46:15 47:5 50:16 54:17
55:15 56:11 59:6 60:7 61:8 65:15
68:11,12,13 69:23 70:4,7 73:16,22
74:14,20,22 75:16 76:23 79:3,8,12,12
79:24 80:14 82:9 84:16 85:8 86:11
88:13,19 90:24 91:10,11 95:15 101:5
104:18,25 105:6 106:16,19,24 107:3
108:4,6,7,8 109:13 111:11 112:9,11
114:20,25 115:9,11 119:24 121:6,7,10
128:6,10,14 129:4,25 130:2,8,11,25
132:3,21 133:9 134:10 137:20,23,24
138:7,21,24 144:7,8 146:11 147:19
148:18
**knowing** 9:7 52:11,12
**knowledge** 56:16 57:8 80:20 128:22,25
130:7
**known** 39:20 87:10
**knows** 79:19

L

**L** 4:12
**labor** 103:5,6
**lack** 23:6 96:20
**laid** 54:10 104:10
**language** 10:12 90:22
**Lardner** 1:13 2:16 4:7
**large** 91:7,13
**largely** 12:18 16:14 22:5
**larger** 105:17
**largest** 19:16
**Las** 15:17,25 26:14 32:21 40:15 57:9,11
63:5
**last** 22:20 24:2,7 98:5 146:12
**late** 5:9
**later** 7:5 43:6 48:14 108:7
**Lauderdale** 15:3 26:14 57:12,19
**laundry** 103:18
**law** 128:21
**laws** 128:4,8,12
**lawsuit** 34:23 43:9,15,19 44:12 65:5
68:13 112:13 137:18 141:11,16,18
143:14
**lawsuits** 43:2 44:3,6
**lawyer** 18:24 33:15 35:12 42:19 56:22
69:24 72:10 89:9 111:23 139:24
**lawyers** 36:8,8,13,15 44:16,23 52:18
54:17 57:4 74:25 82:20,21 84:18
114:21,24 125:9 128:15 140:16
**lay** 43:5
**laying** 75:8
**least** 76:4 84:22 89:15 107:12
**Leaving** 63:4
**led** 45:23
**left** 7:19 145:25
**left-hand** 57:18
**legal** 18:4,11,25,25 19:13 25:19 57:5
77:13,20 82:7,10 126:15 128:20,23

**legally** 18:16 19:6,9
**Lehman** 30:6 31:13 61:23 63:18 66:9
**lender** 102:8
**less** 61:19 62:14 64:8 66:13,14,17,24
67:9,21 74:16 122:10 126:10 135:15
**let** 30:13 42:23 43:5,17 52:18 64:10 65:9
65:10 74:8 88:7 95:16 109:8 111:11
130:17 150:22
**letter** 34:22 144:4 149:25 150:6,12,16,21
151:10,11,18,20 153:22
**letters** 14:24 143:2
**let's** 20:23 23:12 27:17 44:8 52:17 65:11
76:14 80:24 85:10 90:18 94:22 101:25
102:24 104:7 114:2 129:7 139:6
**level** 98:20,24 123:22
**liability** 76:18 77:19 79:5 116:23 118:20
128:11
**license** 12:18 18:2 19:19,20,23 23:18
24:8 26:20 33:9 34:8 46:16 72:16
73:19 74:5 75:17 76:15 80:19 81:2,11
84:21 85:6,13,20 86:15 93:9 107:11
108:9 109:2,8,10 112:2 113:13 114:3,5
114:15 115:2 116:17 117:8 118:5,10
118:24 120:6,8 121:19 122:7,24 124:2
124:4 125:17 127:25 129:3,10,15,17
130:13 131:9,14,16 133:16 136:14
137:3,5,19 140:15,17,21 141:2,7,11
142:16 143:22 144:3 145:19 151:14
153:15,17,19
**licensed** 13:4,5 14:10 15:5 17:10 23:13
23:22 29:4 74:15 102:20 106:17 115:8
**licensee** 81:5,13 90:19 92:2,9 96:10,18
98:6 103:13 116:23 117:4 120:5 122:6
136:20 153:16
**licensing** 13:7 14:5,6,7,11,22,23 15:3,4
15:10,13,16,19,21,24,25 16:2,15,20
17:2 18:9 19:4,20 24:11 26:23 33:17
33:20,21,23 34:15 35:2,16,22,24 36:25
37:5,12,16,17 38:7 39:6 44:2,14 45:7
45:20 46:3,5 47:12,13,25 48:12 57:14
57:15,21,23 58:6,9 59:9,18,24 60:2,4
63:13,14 69:3 70:2 75:9,13,16 76:6
79:4 80:15 83:17 84:6,13 110:25 111:7
112:19 113:4 116:17 126:9 141:24
154:6
**licensor** 37:2,20,20 81:4,12 86:4 92:9
96:12 98:10 99:7 102:17 111:25
114:17 116:22 117:7,18 120:6 122:7
136:21 145:3 153:15
**like** 7:13 12:19 14:13 18:22 22:15,16
23:16 29:19 31:17 32:2 39:4 47:7,16
48:12,19 49:7,13,16 50:15 55:14,21
56:5 58:12 62:4 80:3 83:5 87:18
110:19 119:7 142:11
**liked** 94:20 101:9
**likewise** 100:16
**limited** 32:14,14,19,20,24 76:18 77:19
79:5,6 116:21 128:7,11
**line** 29:20 116:18 128:3
**list** 8:21 12:17 103:18 146:13
**listed** 86:21

**listen** 56:22
**lists** 90:6
**litigation** 43:24
**little** 5:8 18:23 23:16 31:4 48:13 58:15
58:20 66:20 76:9 77:8 83:21 111:24
134:6
**live** 35:20
**lives** 11:24,25 13:11
**living** 12:4
**LLP** 1:13 2:16
**loaning** 30:12
**local** 22:5 41:17,18,23 80:20
**located** 9:17 138:22
**location** 28:17 29:6 47:6 48:10 52:5
63:18 87:16
**locations** 10:24 21:25 27:16
**lockouts** 103:5
**log** 146:5,11,12 153:20
**logistics** 89:20
**long** 31:11 49:15 76:11 86:22 106:8
140:8 147:24
**look** 5:21 8:2 12:23 21:8 25:10 30:4
43:14 51:19,20 56:17 84:7 85:10 94:22
96:3 98:3 99:5 101:25 102:23,25
103:21 107:7 109:21 111:19 112:7
115:10 117:11 124:21 126:20 127:6
130:22 131:6 133:11 139:6 140:3
146:2,18
**looked** 10:18 12:12 50:15 51:15 67:25
134:10 140:2 142:11
**looking** 17:8 21:21 118:15,21 134:14
144:20
**LORI** 155:3,21
**Los** 14:25 15:11
**lose** 60:6 60:15
**loser** 70:22
**loses** 50:13,19
**losing** 64:18,24
**lost** 28:22 50:17 60:21,22 64:17,19 70:18
70:20 93:21 94:4
**lot** 11:21 12:2 16:7,9,24 18:7 22:10 28:22
31:21 37:25 40:13 48:15 52:7 54:23
56:9 59:23 87:17 93:18 94:9 108:16
118:23 131:2 151:11
**lots** 10:24 49:14 75:24
**love** 36:4 88:22
**loved** 11:19
**loves** 11:18
**luxury** 90:20 91:2

M

**M** 4:12
**Macy's** 83:5
**made** 27:6 49:3 70:23 71:18 72:18 78:6
95:22 99:8 101:24 129:18 132:13
135:10 136:15 138:5,8 149:9
**Magazine** 4:18 5:17 53:11,17 58:14
74:11 153:12
**magic** 49:16
**magnificent** 117:23
**magnitude** 106:17

maintain 92:4
maintained 123:10
major 22:23 37:21 38:9
majority 100:22,23
make 7:3,12 12:14 19:18,21,22 26:5 34:9
  37:24 52:19 55:11 59:12 60:8 75:10
  82:12 92:15 93:16 101:19,21 108:20
  110:20 120:22 147:20 149:17
makes 40:21,25 59:2
making 29:22 30:25 35:7,8,8,9 47:11
  54:25 135:24
manage 16:12
MANGIONE 2:7
Manhattan 22:2
many 8:2 18:8 19:19 22:19 31:17 32:5,5
  35:11 36:7 48:19 69:14 76:6,16,20,20
  76:22 79:22,23 80:2,2,5 87:21 88:9
  101:19,21,24 105:16,17 108:4 114:21
  126:6
March 129:18,24
mark 19:5 80:25 129:7 143:19 148:24
marked 4:19 53:22 81:5,8 90:13 129:10
  139:9 143:22 146:6 149:5 150:2
market 22:18,19,24 23:6 25:2,4,11 26:3
  26:7,12,22 27:5,10,13,14,17 28:17,25
  29:2,21 31:14,20 32:11 38:5 42:12
  49:13,19 50:15 51:20,21 60:18,20
  61:10,16,22,23,25 62:5,13 63:16 66:7,8
  67:10,11,12 70:25 98:23 107:20
  110:21 129:22 130:8 142:3,5 144:11
  144:22 145:9,16
marketed 56:11
marketing 6:2,9,12 54:16,19 58:24 98:21
  105:8,13,15 115:5
marketplace 10:14 52:11 54:12,22 67:9
  71:3,7
marks 81:24 82:16 109:22 119:7,18,22
  120:7
marriage 155:13
Martinez 2:25 3:16
Martino 2:3 3:23
Mar-a-Lago 16:2
massive 56:18
materials 103:6 115:5
matter 17:20 74:3,14,20 127:13 147:4
  155:16
mattered 62:8
maximize 92:7
may 6:21 18:17 19:2,9 42:24 48:12 50:4
  58:11 59:7 60:25 69:7 73:9 89:18 95:5
  101:17 102:13 104:19 110:5,15 111:9
  132:8 137:10 142:9
maybe 8:10 18:22 52:16 55:25 63:21
  65:24 84:16 131:3
mayor 40:23
mean 6:12 7:16,22 9:9 17:4 20:13 21:9
  34:6 35:11 47:15 50:8 51:5 54:18 56:8
  59:7 61:11 62:21 74:4 86:6 88:23
  97:22 105:14 106:6,8,10 115:9 132:8
means 6:23 30:15 116:25 117:20
meant 118:11

Mechanically 135:11
mechanics 96:4
media 3:16 73:10,13
mediation 42:16
meet 25:20
memorialized 88:20,24
memorializing 89:11 100:12 111:13
  154:4
memory 80:4
men 22:20
mention 130:22
mentioned 23:10,18 59:18
merely 33:23 38:6 114:17
mess 30:8
met 91:20,22
method 118:24
methods 116:25 117:20
Miami 22:16 27:15 84:16
Middle 1:2 3:9 139:14
might 65:20,21,22 132:15
million 45:22,22 48:16 64:22 66:15 67:2
  67:2,13 120:8,12,22,25 131:14,15,18
  131:18 135:13,14,15
millions 64:13,13
million-dollar 124:2
mind 8:8 29:24 45:13 46:11 76:4
mine 11:17 61:14,15
minute 33:19 145:9
minutes 44:9 116:7
miscellaneous 126:24
misprinted 151:25
mistake 25:7
moment 58:11 96:6 143:17
money 17:18 18:13 24:25 25:15 28:23
  30:12 48:15,17,24 54:11 64:8,17,20
  67:18 70:5,10,16,18,21,23 100:6
  104:11 121:5 125:16 134:4 137:2
  142:10
monies 142:16
month 84:11 99:13 133:13
monthly 55:22 120:12 133:12
months 101:6 103:3,17 104:5,19 107:16
  133:14
more 8:4 17:5 28:22 29:10 36:22 50:21
  55:6 56:5 61:19 62:14 64:17,19 71:9
  72:15 74:16 76:9,20 99:12 111:24
  112:15 122:2 131:2 134:6 135:24
  146:3 148:21
morning 5:5 55:19
most 38:20 58:7 70:23 75:22 76:10 114:8
Mostly 106:23
move 148:21 149:2
moving 44:10 110:16
much 6:18 28:19,20 29:10 42:14 52:7
  54:4 61:12 64:8,17,19 71:23 74:21
  94:19,20 108:13,16 126:10 132:4
  134:3 148:2
mulling 82:13
myself 5:7 13:8 17:3 37:18 38:21 55:7
  57:5 80:3 129:25 130:4 155:8,9

N

N 2:2 4:12
name 3:15 4:24 6:8 10:5,10 11:2,5 14:20
  14:20 16:17,18,22,23,24,25 17:6,14,22
  19:9 25:12,13,16,19,22 26:4,13 27:2
  33:24 37:2 38:13 40:8 42:4 46:5,13,16
  48:2 50:9,10,12,14,19,22,25 59:14
  60:11,14,19,23 61:2,18,20 62:8,10,14
  66:13 71:10,17 72:19 73:19 74:15
  78:24 81:17,24 82:15,22 83:15,24
  84:13 86:16 88:5 90:12,16 98:25
  102:11,12,18 106:18 107:9 108:23
  109:25 110:4,13,18 111:4 115:8
  117:18 118:5 119:2,6,22 141:21
named 3:24 4:3 146:19
names 113:15,17
National 12:24,25 15:11
Nations 12:2
necessarily 7:24 37:6 61:8 74:23
need 69:23 96:6 116:4
needed 145:3
needing 18:13
negatively 141:22 142:9
negotiating 114:5
negotiation 148:4
net 134:5,22,25 135:3,12,16 136:22,24
never 39:24 63:19 101:20 102:4 106:12
  128:3,11 145:9
New 1:7,14,14,16,24 2:21,21 3:6,14,15
  3:17,18 4:14,17 5:3,3,17 9:10 13:20
  14:9 15:12 35:9 48:11 49:5 53:10,17
  58:14 66:20 67:7 74:11 128:5,8,12,21
  150:6,8,23 153:12
news 58:9
newspaper 105:19
newspapers 73:4
next 9:12 39:13 43:18 49:7 102:3 122:23
  140:9
nice 83:8
nicely 83:12
nicer 71:23
night 46:23 54:5
nine 101:25 102:16
nobody 25:14 34:18 36:22 40:2 79:13,19
  107:24
None 33:8 63:20 64:3
nonrefundable 120:8,25 135:25
non-Tampa 75:17
non-Trump 110:16
norm 7:9
normal 52:12
North 2:8,12
Notary 1:15 4:13 152:19
note 102:13
noted 89:22 111:18 147:18 152:11 154:7
nothing 26:24 58:24 60:8 66:2 115:10,13
  144:6 151:25
notice 25:19 42:8 96:24 97:8 102:21
  110:24
notices 154:6
Notwithstanding 116:19

**November** 150:8,11
**number** 5:12 9:3 13:14 41:2 52:23 53:4
67:22 68:11,16,21 69:24 70:6,16,16
76:23 90:7 99:12 108:15 116:15 121:7
136:16
**numbers** 51:15
**numerous** 41:5 62:22 114:22
**N.Y** 1:24

## O

**O** 4:12
**object** 7:2 9:14 11:14 18:19 25:24 27:11
28:5 29:7 30:2 33:25 36:2 37:13 39:8
42:5 43:22 46:9 54:7,13 55:12 56:14
59:4,20 60:16 61:5 62:19 64:5 66:3
70:11 71:11 73:25 74:18 77:21 78:11
82:2 92:13 93:25 97:20 104:21 105:4
107:22 112:17 113:23 114:18 130:15
130:20 141:25 143:5
**objected** 115:16
**objection** 7:6,9,12 65:17 68:9 77:16
79:15 82:5,12 87:2 89:17 93:4 94:16
99:2 103:24 105:10 110:7 112:23
123:15 131:24 145:5 151:4
**objections** 7:3 138:19
**objects** 111:23
**obligated** 136:5
**obligation** 70:14 94:13
**obligations** 25:20 101:5 120:23
**obtain** 103:6
**obtained** 97:11 100:7
**obvious** 132:11
**obviously** 8:21 113:5
**occasions** 99:12
**occupancy** 99:15 101:7,20 120:17,21
**occur** 122:25
**occurred** 27:20,24 30:23 107:14
**occurs** 120:22
**ocean** 14:25 15:24
**October** 4:18 5:19 53:18 84:8,12 85:23
86:22 87:23 88:8 153:13
**off** 5:6 25:16,19,22 26:4,13 30:19 45:15
50:9,10 52:21 64:24 67:6 95:14 110:18
116:9 136:23 146:8,18 152:9
**offered** 131:21
**office** 9:22,25 41:10
**offices** 1:13
**Oftentimes** 100:10
**oh** 17:4
**okay** 20:20 33:11 43:7,8 48:5 49:6 63:5,9
70:3 84:10 85:16,18 102:2 103:14,20
112:5 127:5 132:17 140:10 141:3
142:18 147:21 150:9 152:6
**Olas** 16:2 26:14 57:9,11 63:5
**old** 64:14
**once** 22:13 25:13,22 136:22
**one** 5:14 10:15 11:24 12:6,13 13:14
16:13 17:9 18:2 21:21 23:18 26:25
29:11 31:13 32:3 34:12 35:3,4 36:5
40:8 41:2 44:25 49:2 50:5 52:8,23 53:6
53:7,12 54:3 57:9 58:20 62:17 69:22

70:16 72:17,17 78:6 82:14,19 84:22,24
84:25 85:10 90:2,4,6 95:22 104:9
113:17 118:15 119:10,18 121:13,15
127:24 131:6,15 141:6 143:17 146:3
**ones** 21:3,6 31:18 74:16 84:15,24,25
147:11
**ongoing** 43:24
**only** 29:15 31:18 44:18 46:22 56:10
57:15 62:17 90:9 127:14 129:4
**open** 5:23 66:2
**opened** 15:15
**operate** 92:4 93:23
**operation** 113:12
**opinion** 42:2 74:9
**opinions** 73:23
**opportunity** 5:20 24:16
**opposed** 73:20 74:9 134:24
**opposite** 12:2 94:21
**option** 126:15
**Order** 1:13
**organization** 1:7 3:6 55:4,10 56:4,9 59:2
72:24 79:10 88:25 89:8,12 93:17
101:14 112:12,14,22 113:2,9,22 124:17
127:18 131:22 133:3 142:22,23 147:24
148:14 154:5
**original** 45:10,14 132:6
**Orleans** 15:12 48:11 49:5
**other** 8:25 15:16 16:7 21:3 22:15 23:18
26:6 27:16 29:3 33:9,17,19 35:2,21
36:25 37:19 43:2 44:6,15 46:23 47:19
50:13 62:4,22 65:9 66:21,25 68:7
73:12 75:22 82:23 83:11,16,18 84:12
87:17 90:12 91:16 93:10 100:4,17
103:11,11 106:16 111:6,7 115:6 117:8
117:17,21 125:25 126:6,9 128:22
133:21,22 134:5 135:3,15,18 141:15
142:7,13 143:15 146:16
**others** 29:19 66:20 84:20 86:3
**otherwise** 8:12 89:21
**out** 7:20 8:15 10:14 12:16 17:17 20:4,23
21:2 22:21,22 31:3 34:23 42:8,14 43:5
46:4,16 53:7 54:12,22 55:23,23 59:12
61:24 63:4 65:14 67:17,21,23 68:16
69:21 71:21 88:22 89:20 97:18 100:4
103:16 104:24 105:3 107:17 108:10
110:14 114:14 117:17 127:17 132:3,25
135:16,23 145:10
**outcome** 155:15
**outside** 21:25 22:14 83:16
**over** 9:10 10:25 21:14 22:20 23:12 30:20
45:17 47:21 58:5 65:9 71:3 80:3 82:14
85:17 108:11 134:25 135:4 140:2
144:20
**overall** 59:8
**own** 13:6,9,11 14:2,2,25 15:8,9,12,18
16:3 17:3 18:3 19:6,17 22:14 23:11
34:8 36:12,16 59:10 64:3 72:23 74:6
81:23 87:5 100:6 101:13 110:5 113:2
**owned** 12:15,17,25 13:2,3 16:13 17:10
20:16 29:5 32:22 63:20,24 112:15
**owner** 19:11 20:7 28:2 35:24 39:7 89:25

**100**:3,13,22,23
**ownership** 6:12,13 7:25 8:3,11 14:17
18:9 60:5
**owning** 21:4,6 58:21 63:24
**owns** 20:2,2,3 81:17

## P

**P** 2:2,2 4:12
**PA** 2:3,7,11
**page** 53:18 85:13,15,17,19 94:22,24
94:25 95:2,4 101:25 102:16,23 111:19
116:18 122:23 124:21,24 126:20,23,24
127:3 136:11 146:12 153:4,11 154:3
**pages** 95:10 106:7 140:9
**PAGE/LINE** 156:3
**paginated** 95:5,11
**paid** 35:18 40:19 42:10,11,13 48:15
64:13,21,22 66:15 68:3,12,15 69:15,25
108:21 109:2,10,13,14 119:2 121:6
121:14 122:25 131:20 134:6 136:2,23
137:11,17,25 138:9
**Palace** 13:20
**Palm** 13:3 21:17
**Panama** 23:4,10,20,21 24:9 35:8
**paragraph** 89:23 91:24 96:3,9 98:2,4
99:5 102:16,25 103:16 105:18 107:7
109:21 110:5,14 111:19 112:4 114:2
116:18,21 117:6,11,12 120:4,15 121:20
126:24 127:6 131:6 133:14 135:12
136:11,12 140:3,6,11
**paragraphs** 107:8
**paraphrase** 111:23
**Park** 1:14 3:14 13:9,14,19,19,22
**part** 76:17 141:12 151:4
**partial** 15:6
**partially** 15:5
**participated** 75:15
**participating** 124:10,11,12
**participation** 78:7 114:17 123:12,13,25
124:7
**particular** 26:11 34:16 54:19 88:2 101:4
**particularly** 28:25
**parties** 116:24 127:8 146:19 154:7
155:14
**partner** 13:6,8 14:6,12 22:18 28:14
37:18 38:8,14,21 39:2,7 41:12 47:22
100:16,17 123:11 124:13
**partnering** 51:25
**partners** 13:8,17,17 22:13,17 77:6,10
100:8
**partnership** 14:15 15:6,21,22 16:6,15,19
17:10 18:9 21:23 22:3 23:13,17 33:21
47:13 48:3 57:22 60:3 76:2 77:2,5,9,13
78:8 79:6 87:8 106:7 124:7,9 125:19
125:20,22,24 126:2,8,12,16 128:8
151:15
**partnerships** 76:18 100:13
**party** 86:15 112:3,13 138:25 155:9
**passed** 11:17
**past** 91:4
**pay** 44:13 47:19,20 49:24 99:7 109:12,14

120:5 121:12,13 122:6 134:4 136:4,5
  138:2,3 141:15
payable 120:9 138:5,8
paying 108:18 131:4 132:6,9
payment 120:9 140:25
people 5:12 22:5,25 28:21 31:17,21 39:3
  39:11 40:14,15,17,18,19 41:18,21
  46:16 47:4,18,19,21 55:11 60:24 62:11
  66:11 70:15 83:4 84:19 87:5,5,6,7,15
  87:18,19 88:2,4,12,14 89:4 91:17
  95:15 106:24 126:9 145:13 147:5
per 14:6 41:6 73:3 76:7 92:15 121:24
  122:10
percent 12:24 13:2,4 14:2 17:21,22
  51:22 62:2 66:12,14,17 67:20,21
  100:24 107:12 108:11,12,17,24,25
  109:19 112:15 122:8,15,17,20 123:2
  134:21 136:21
percentage 14:11,16,17 15:23 37:21 38:9
  41:13 47:20 70:25 75:25 76:3,8 108:15
  109:5,16 123:23 125:23 135:4 137:4
percentages 124:12
perception 41:3,8
perfect 31:9,22,24
performed 89:11 154:4
performing 69:16
perhaps 89:10 113:19 125:14 132:22
period 22:24 29:23 30:9 45:17 46:11
  47:21 86:23 99:13 130:2,4
permanent 99:14
permitting 18:13
person 39:22 50:13 76:24,25 148:3
personal 32:12,23 33:6,15 73:23 102:5
personally 33:11 37:11 42:2 54:20 80:12
  150:14 151:23
perspective 17:19 123:20
Philadelphia 15:18 21:22 63:10,11,14,16
pick 92:20
piece 47:23,23 51:24 60:7 81:17,18
place 11:12 13:16 28:7 30:22 44:23
  46:19 51:9 129:25 130:3
placed 125:15 141:20
places 13:18 22:14,16
Plains 14:4
plaintiff 1:12 2:12 139:19
plaintiffs 1:5 2:3,7 3:24 4:3
Plaintiff's 4:19 53:22 81:5 129:11 139:9
  143:23 146:6 149:6 150:3 153:11
plans 31:22,23 32:8 95:24 96:11,19,25
  97:12 98:9 104:14 118:16 120:11
Plaza 14:9,23
pleadings 44:13 118:4
please 3:19 4:24 7:5 52:20 64:10 65:8,11
  140:7
plumbers 22:7 41:21
plunked 110:11
PO 2:17
pocket 17:18
pockets 69:22
point 12:16 25:21 51:9 62:15 68:10 82:8
  88:7 91:9 96:23 97:18 110:23 137:17

pointed 46:4 100:4
points 78:6 95:22
pop 149:14
portion 66:7 72:11 78:9 109:9,18
position 28:24 31:22 69:3,7,17 144:20
positive 70:22
possessed 45:9,11
possesses 45:5 148:4
possession 72:23,23
possible 111:16 114:24 132:5 135:8
possibly 6:18
post-default 69:8
post-loss 69:8
potential 6:15 115:6
practical 105:20 106:14
preamble 85:12 122:4 129:19
prebought 110:11
precautions 117:3
precise 119:5
predicate 75:8 81:16 102:3
predicated 135:7
premarketing 105:2
presales 32:10
PRESENT 2:24
presented 145:8
president 55:19 148:16
presold 108:4
press 41:5
pretty 25:9 94:23 101:2 108:16 130:7
prevent 114:11
pre-Apprentice 83:24
pre-default 69:4,13
price 51:9 66:6
prices 66:10 67:19,20 122:13 133:20,21
  134:2
pricing 64:15
pride 80:3
primarily 9:21
principals 88:10 90:25 91:15 139:13
  143:9
prior 23:24 26:3,12 29:13,18 32:20,25
  34:23 84:11,20 88:11 95:7 102:20
  139:22
private 102:8 144:16
privilege 146:5,10,16 153:20
probably 10:20 28:13 31:17 36:17,18
  42:15 83:19 94:19 106:23 107:24
  108:2,2 130:23,25 135:20,21
problem 24:22,23 25:2 30:17,18 49:7
  72:4 147:21
problematic 25:9
problems 18:16 26:12
procedural 45:3
procedures 117:2
proceeded 93:6,14 94:3
proceeds 136:17
process 142:7
produce 89:10 100:12
produced 56:18 144:3 150:24 151:6
producible 89:21
product 120:2

production 138:25 146:15 154:4,6,7
Productions 3:17
products 82:23 83:18
professional 117:8
profit 123:22,23,24 130:23,24 134:5,22
  135:13 136:24
profits 14:12,16 15:23 37:22 38:22,25
  41:14 47:23 70:25 75:25 76:4,8 78:9
  109:6,16 124:11 136:22
programs 117:3
project 15:5 19:15 20:2,9,11 23:20,21
  24:17,19 28:3,13 31:9 33:4,5 38:14
  42:4 46:18 50:4,19 51:11,19,20 54:19
  57:20 58:18 61:3 67:23 68:17 70:10,13
  70:18,21,24 71:15,16 73:19 78:21,25
  98:21,23 100:3,9 102:14 105:8 107:10
  113:20 115:7 118:6 121:4 131:3 133:4
  135:23 144:10 148:7 150:18
projects 18:12 20:6,16,18,21 23:11 26:6
  29:4 40:6 43:25 46:4 50:21 57:9 58:6
  60:15 74:12,15 87:21 88:10 100:5
promissory 102:13
promptly 136:15
pronounce 57:10
properties 5:19,25 6:3,10,19 8:19,21,25
  12:12,13,17 17:9 18:2,7 23:9 38:9
  59:14,16 60:10 62:16 63:20 64:3 71:8
  71:8,9 115:4
property 6:14,15,15,23 7:17,22 8:5,7,9
  8:10,14 10:5 16:13 18:5,18 20:8 28:21
  32:12 35:21 38:12 39:4 49:24 50:7
  58:17 71:4 81:18,19 92:8 93:10 95:25
  98:7
protecting 98:14
protection 82:15 90:16
proven 10:9 72:19,21
provide 134:22 139:5 145:3
provided 117:13 120:7 145:4 148:3
provides 102:16 111:25 127:7
provision 34:25 98:4 99:21 101:15 104:9
  108:9 111:22 118:15
provisions 100:14 102:24 116:21
public 1:15 4:14 115:6 141:13,23 152:19
publicly 73:9
publish 149:18
published 150:7
pull 50:24 60:14,19 61:2 69:21 97:18
  103:16 104:7,23 105:3 107:9 108:10
  110:4,13
pulled 25:12,13,22 27:2 42:4 50:12 62:10
  68:16
pulling 26:4,12
purchase 107:15 110:12
purchaser 104:10
purchasers 141:19 142:4,4,9
purely 23:21 37:20
purest 144:7
purports 149:24
purpose 87:25 130:12
pursuant 1:12 138:4
purview 113:22

put 10:4,13 11:5 16:17 17:13,18,22 19:4
  20:23 26:7,9,18,19,25 27:17 38:13
  46:17 48:4 50:12 51:9,21,23 54:11,12
  55:23 57:14 66:25 72:21 86:10 99:21
  100:18,19,20 101:2 105:17,17 115:15
  135:11 138:24 142:9
putting 6:9 25:15 33:18 35:22 54:21
  86:14 126:4
p.m 116:10,14 152:11

**Q**

quality 8:4,6 17:11 38:15 46:17 87:19
  88:16,17,17 91:3 98:24 118:7,12
question 7:2,7,13 9:15 11:15 18:20,21
  25:25 27:12 28:6 29:8 30:3 34:2 35:12
  36:3,22 37:14 39:9 42:6 43:5,18 54:8
  54:14 55:13 56:15 57:7 59:5,21 60:17
  61:6 62:20 64:6 65:10,18 66:4 70:12
  71:12 73:7 74:2,8,19 77:8,17,22 78:12
  79:16 82:3 86:6 87:3 88:8 92:14 93:5
  93:21 94:2,4,17 97:21 99:3 103:25
  104:22 105:5,11 107:23 110:8 112:18
  112:24 113:24 114:19 123:16 130:16
  130:21 131:25 132:9 137:16 142:2
  145:6
questioned 115:4
questioning 128:3 143:7
questions 43:17 50:24 68:6 72:11 75:6
  102:4 118:23 151:7,21 152:8
quick 52:19
quickly 12:23 140:7
quite 6:20 9:18 83:8,12 87:8,15 93:7,15
quoted 10:12 55:9,25 56:12
quotes 72:21

**R**

r 2:2 4:12 67:13 155:2
radically 26:3
raging 66:8
rather 44:16,22 47:19,20,22 94:8
reach 95:17
read 7:13 44:12 46:14 54:16 91:25
  103:15 111:24 125:3 139:25 140:6
  150:17,21
reader 134:20
reading 24:5 49:4
ready 32:9
real 20:12 22:4,4,20 25:2 34:13 49:14
  52:19 64:25 65:14 76:11 82:23 83:16
  85:2,3,25 87:16 106:12,16,23 129:22
  130:7 144:15 147:24
really 12:7 20:13 26:24 27:6 31:8,8 34:6
  34:6,10 37:3,8,8 38:7,18,25,25 48:8
  59:6 70:6 76:2 80:22 87:9,10 97:4
  114:23 126:7 132:13 140:7 144:6
  145:8 147:4 151:22
realm 22:14
reask 130:17
reasked 94:7
reason 7:8 56:8,10 103:15
reasonable 103:6,12

reasons 44:15,21 75:24 114:10
recall 37:10 54:6 82:14 83:13 84:15 85:6
  91:18 101:12,18 115:25 129:21 130:12
  130:18 137:17 150:12
recapture 60:21
received 68:22 70:4 135:14
receiving 78:9
recess 52:24 116:11
recharacterize 125:18
recognition 85:22 86:8 118:3
recollection 80:11 87:21 134:12
record 3:3,13 4:24 5:7 7:4 27:14 52:22
  53:3,15 68:25 72:7 80:7 116:10,14
  141:13,23 146:9 149:16 151:3 152:10
  155:11
refer 5:24 44:22
referenced 9:4 78:21
referred 115:2 124:3,6 137:4 141:7
  146:14
referring 73:8 116:16 123:11
refers 117:12
regarding 68:6 148:4
regardless 35:15 109:10,18
registered 90:10
registration 90:7
regulations 90:2 103:8
reimburse 99:19
reimbursed 99:24 100:8
reimbursement 99:8 101:5,15
reject 95:23
rejected 94:18
relate 146:14
related 81:23 82:16 112:3 119:7,22
  144:9,14 145:14 148:6 154:6
relates 93:20 112:19 121:20 128:2
relating 102:6 151:21
relationship 78:22 112:20 127:14 129:5
  140:13
relative 70:17
remember 24:22 25:17 49:3 51:13,14
  88:16 111:9,10 132:17 148:8
remit 136:21
renowned 85:25 86:9
repayment 136:18,19
repeat 91:17
rephrase 74:8 88:7 109:8
report 96:18 101:15
reported 56:19,23
reporter 58:12 81:7
reporting 1:23 133:8
reports 10:19 72:22 73:8,10
represent 3:21 5:13 66:11 81:10
representatives 62:12 93:17
represented 155:9
reprint 152:2
reputation 86:2,12,18 87:11 91:11,16
reputations 88:4
request 89:22 111:18 138:24 147:18
REQUESTED 154:2
required 96:11
requirements 93:13

requires 120:5
requiring 126:5
reservation 54:11 138:19
reservation-wise 67:18
reserve 151:4
residence 9:9,11
residential 9:22,25 90:20 91:2 107:13
  123:6
resolved 42:17 143:8
Resort 57:19
respect 37:7 43:24,25 45:14 54:18 56:12
  57:6 59:16 74:25 75:12 86:24 94:13
  96:25 108:3 115:3 117:4 118:5 127:12
  128:17 150:19
respected 39:21 87:9 101:9
responding 150:11
response 57:6
responsibility 93:8,22 118:18
responsible 116:22 117:19,24
restrictions 103:8
resubmit 97:12
result 103:4 136:18
retail 9:20,22 10:2 52:13
retails 51:21
returned 70:9
Returning 53:2 116:13
returns 49:24 65:3
review 92:17 93:11,13 95:9 96:6,14
  117:14,18 118:11
reviewed 131:8
reviewing 54:20 94:14
rich 24:12
right 11:12 25:5 26:18 29:21,22 36:24
  37:25 39:15 53:19 54:9 55:2,11,14
  64:15,16 65:23 67:19 77:3 78:10 79:22
  83:25 84:8 89:13 90:10,16,17 92:12
  93:3 95:9,20,23 96:21,22 97:9,13
  98:11 99:4,16,19 102:6,18 103:19
  104:5,8,13,20,23 105:3 107:6,17
  108:19 109:19,25 110:6,17,25 111:4,10
  111:17,25 112:2,4 118:7,19 119:8,15
  120:19,23 121:2,5,18,21,25 122:3,15
  122:18,19 123:3,4,7,8 124:4,18 125:8
  127:3,11 131:11,18 136:9,12,13 137:5
  137:6,7,15 141:8 151:23
rights 90:12 92:17 98:16 102:19 117:14
  117:18 118:11 151:16
riot 103:10
Ritz 106:21
Rochelle 14:9
roofers 22:8 41:21
routinely 100:18 106:21,22,25
run 42:11
Russell 147:22

**S**

S 2:2
sadly 61:11
safety 117:2
salary 40:19
sale 122:9,13

sales 32:10 107:4 108:11,17 109:11
    121:21,24 122:13,20 123:14,21,24
    124:10 125:23 134:5,22 135:12,20
same 21:3 31:21 32:21 58:13 91:25 95:10
    107:7 112:4 128:16
sand 29:20
save 144:10
saw 92:23 94:18,20 119:25 125:16
saying 26:16 39:25 67:11 68:23 74:5
    98:5,6
says 85:13,20 90:19 111:20 131:12
    135:12 136:14 146:21
schedule 90:2,4,6 118:22,23,24 120:4,10
    125:15 131:7,12
schedules 90:6
SCHIFINO 2:7
screw 86:13
se 14:7 41:6 73:3 92:15
search 89:15
Seasons 106:22
second 30:9 40:22 44:7 89:23 98:5 104:8
    106:13 143:21 144:2 145:19 153:19
seconds 149:12
second-hand 31:5,6
section 131:12,13
sections 66:19,21
secured 29:18
see 5:17 8:23 22:9 28:15 35:6 45:20
    51:20 74:21 76:21 86:4 89:15,23 90:22
    95:3,16 96:14 98:4 100:14 102:21
    120:13 122:4 124:25 129:18 136:11
seeking 78:24
seem 130:6
seemed 87:14
seems 51:18 83:12 140:20
seen 53:24 104:14,14,15 113:15 139:15
sell 67:21 108:24
selling 83:12
send 96:23 97:8 142:25
sense 14:12 35:19 37:5 58:16 80:18
    126:12 144:7 152:2
sent 25:18 34:23 42:8 110:23
sentence 98:6
separate 87:24 128:23
separately 45:12
September 1:14 3:11 155:5
sequences 117:2
serious 26:12
service 1:23 81:23 82:16 90:13 119:8,18
set 36:9 88:5,6 94:23 121:19 148:24
    155:18
sets 36:11 96:3,9
settle 43:9,19
settled 44:2
settlement 42:25 67:25 68:2,6 69:11
settling 143:9
seven 83:19 95:5
Shahanassarian's 43:19
shape 25:5 37:11
share 38:9
shared 38:22

sharing 38:24 125:23
SHEET 156:2
sheetrock 22:6 41:20 93:3
shelf 17:15
shirts 83:5
shoddy 118:17
short 5:6 58:20 146:2,4
shortly 5:16 130:3 150:10
show 5:14 53:5 127:24
showed 104:15 139:24
showing 54:5 73:4 143:25 150:5
shown 139:22
shows 31:11
shy 84:11
side 13:16 19:6 36:22 50:23
sign 19:10 47:17 86:25 132:15
signature 5:18,25 6:16 7:16,19,22 8:7,9
    8:13 12:13 71:8 115:3 124:21
signed 70:15 76:16 102:5 110:12 124:14
    124:18 125:4,8,13 132:15,16
significant 8:6
signing 147:7
silver 53:6,13,21 104:15 153:14
Simdag 34:17,23 39:18,19 42:15 43:10
    44:12 78:19,23 79:21 84:21 86:24
    88:10 90:25,25 94:15 96:10 97:17 99:6
    103:23 107:19 110:24 118:17 119:2
    120:5 126:16 127:15,18 128:5,9,13,24
    129:5 137:17 140:13 143:9 144:10
Simdag's 79:7 93:11
Simdag/Robel 81:4,12 86:21 87:22 92:2
    93:24 96:24 139:13 153:16
similar 18:8 34:24 75:18 103:11
simple 151:22
simplest 56:5
simply 136:22
since 20:12 76:13 147:3 151:5,10,20
single 105:18,18
sir 7:23 9:7 12:14 16:9 20:15 32:16 33:22
    34:24 42:2 46:15 58:17 65:3 97:23
    129:14
sit 36:23 75:15 80:14 87:20 90:8,24
    129:3
site 11:20 12:7,8 40:11,12
sitting 55:18
situation 12:19 115:19
situations 102:17
six 48:21 83:19 84:9,11 102:16
Sixty 67:21
size 91:3 126:4,5
slogan 6:2 59:13
sloppy 130:18
slow 65:11
small 70:17
smallest 19:16
Soho 14:10 15:10 23:3,10,12
sold 16:4 66:6 67:17 109:18 124:13
    135:23
sole 89:24
solid 45:21
some 7:7,25 8:2 9:2 13:7 18:3 19:14 21:3

22:17 23:8 24:25 26:9,9,10,11 29:18
    32:15 34:3,21 47:12,12,18,21 48:4
    50:12 52:6,7 59:7,17 60:4,4 66:19 70:4
    72:15 73:2 83:24 85:11 91:9 106:6
    110:23 143:18
somebody 11:23 24:2 38:17 39:25 41:9,9
    55:10,21 56:6,19 66:15 79:9,20 110:3
    145:14
someone 101:14 110:10 145:11
someplace 47:9
something 12:15 16:23 17:2,14 19:5,6,17
    19:19,21 45:18 55:21 56:3,23 59:7
    65:25 68:23 83:4 97:14,24 105:12
    106:22 110:18 111:13
sometimes 22:18 38:23,24
somewhat 109:23
somewhere 93:21 119:25
son 45:4,11,16 55:6,7 113:19 132:23
sorry 27:4 39:15 82:13 85:20 95:18
    122:18
sort 46:2 83:18 88:20 132:11
sought 82:15
speak 25:17 44:5 114:23 132:24
speaking 6:11 151:17
specific 75:9 85:11 91:18 115:24
specifically 12:8 88:6 129:23
specifications 31:23 95:24 96:12,19 97:2
    98:9
specifics 42:25 72:15
specs 92:18 96:11
spending 39:12
split 136:24
spoke 5:6
square 51:10,11 52:11 121:25 122:2,10
    122:10 133:20,21 134:2 135:7
St 153:22
staff 37:23 57:6
stake 41:15,16 67:8
stand 68:8
standard 99:22,25 101:3 117:24
standards 92:5 98:11,19
standpoint 105:20,21
start 12:20 38:24 91:10 104:19
started 5:8 47:4,11 83:15 91:7
starting 8:15 24:3
state 1:16 3:20 4:14,24 117:6 128:4,22
    129:23
stated 92:25 96:16 114:10
statement 123:19
States 1:2 3:8 62:5 89:25 139:14 142:13
statistics 73:15,16
stay 94:8
stayed 9:10,23 13:15 50:11 70:25
staying 28:11
STEADY 2:7
Stearns 30:8 31:14 61:24 66:9
Steinbrenner 11:18 61:13 78:22
stenographically 155:8
step 24:16 58:15
stepped 25:6
steps 45:3

Steve 1:4 3:5
still 17:20 48:22 108:25
stipulate 43:15 143:13 149:16,21
stock 61:25
stop 49:11 109:24 151:7
straight 33:21 48:2 71:20
street 2:8,12 9:20 13:25 35:20 150:2,22
strike 78:19 86:22 98:2 140:16
strikes 103:4
strive 21:24
strong 21:23 71:2 93:13
structure 35:15 75:18
structured 34:17 51:8
studied 20:7
study 6:17
stuff 54:21 56:18
sub 91:24 95:3,6 107:8 122:4 126:25
subconsciously 52:16
subject 31:4 34:13 118:23 127:13 133:25
   147:15
submit 96:11
submitted 56:3 94:15
submitting 101:12
Subscribed 152:16
subsequent 117:10 148:5
substantial 15:23
substantially 98:8
substantive 75:3
substitutes 103:7
success 6:24 13:24 46:20,25 49:20
successful 9:16 19:18,22,24 26:5 51:5,7
   151:9
sudden 47:11
sue 136:9
sued 44:12,21
sufficient 89:14 136:16
suggesting 114:6
suing 140:21,25
Suite 2:8,13
sum 117:16 120:20
summarize 121:23 140:24
Sunny 15:4
supersedes 22:18
supposed 131:4 138:3
sure 12:20 14:8 19:18,21 24:6 30:25 33:5
   34:4,9 37:24 40:7 44:8 53:20 54:25
   55:11 59:12 74:23 75:10 84:17 92:15
   93:16 101:8 106:19,20 108:20 110:10
   110:20 132:3 147:13
surmountable 24:24
surprised 51:16
suspected 132:5
switch 71:19
sworn 4:13 152:16 155:6

T

T 4:12 155:2,2
table 44:9
take 5:10,21 25:19 36:21 43:5 44:8 46:7
   49:17 50:3,9,10 51:24 52:17 69:16
   85:10 101:25 102:23,25 105:16 106:8

107:7 109:21 110:18 111:19 112:6
   116:4,6 140:3 144:20 146:2
taken 1:12 3:4 21:14 28:7 52:25 108:13
   116:12 155:7
takes 49:15 65:14
taking 6:7 49:2,6 134:17
talk 52:19 104:8 118:21 132:20 136:8
talked 63:11 71:20 78:20 121:9
talking 30:16 46:12 49:21,22 58:17
   62:11 65:9 71:15,16 79:23 121:11
   137:10
taller 9:19
Tampa 1:2 2:4,9,12,17 3:10 5:12 6:22
   8:23 11:4,6,10,11,17,18,19 12:11 14:13
   15:20 20:25 22:6,10,11,16 23:16 24:18
   24:19,20,21 25:4,10 27:9,14 29:2,5
   30:14,17,17,21 33:7,19 34:16 35:7,23
   37:7,18,21 38:18,19,20,20 39:5,13,17
   40:22 41:22 42:3 50:15 51:9 54:2,3,20
   56:13 60:25 61:16 62:12,17 64:12
   66:18,22 67:10,11,13,17 75:18,21,25
   78:7,21 84:21 87:10,22 91:6,16,22
   93:2,7,15 99:9 101:21 102:6 104:12
   108:5 111:8 113:21 123:12 129:22
   130:9 133:4 148:6 150:18
Tampa,Florida 2:13
tape 52:22 53:4 116:15
techniques 116:25
television 47:3
tell 34:5 51:19 68:5,14 79:19 80:4 82:20
   125:17 137:15 149:3
telling 46:24 68:19 69:24
temporary 120:17,21
Ten 122:17
term 108:14
terminate 102:19 107:11
terminated 26:10 27:3 109:24
termination 34:22
terms 6:24,24 34:19,21 35:15,18 37:6
   75:9 85:11 114:12 137:13 141:12
terrible 42:12
territory 16:8,9
testified 4:15
testimony 151:5 155:7,7
Thank 3:22 5:5,7 16:10 71:24 72:2 95:19
   111:12
their 23:25 28:21 31:10,16,22,23 32:8
   36:12,16 48:24 64:14,18,22,24 66:25
   67:2 75:18 91:4 97:8 100:20 104:11
   106:18 110:3,6,10,12 118:18 120:23
   134:6,7 136:23
theirs 80:17
themselves 3:20
theory 110:17
therefor 103:7
thereof 136:17
thereunder 102:20
thing 27:9 32:21 40:4 55:14 67:15 86:19
   91:6 93:12 95:14 121:13,15 149:13
things 5:14 15:17 18:14 21:20 22:3,15
   29:25 36:12,16 38:2 44:25 46:14 48:25

49:2,11,13,14 53:7 54:18 55:8,9 75:11
   80:2 83:11 87:17 103:22 125:25 126:7
   131:16 141:16 143:18 148:21 151:11
   151:12
think 6:11 7:8 8:13 10:3,20 17:24 20:10
   24:14 26:2,2,4,22 27:3,5,13,19,23,24
   28:13 30:24 31:15,16 32:4 34:3 35:3
   37:15 39:10,16,21,24 41:3,4,24 42:3
   46:21 47:16 48:16,23 49:23 50:2,21
   51:4,16 54:9 55:6,16 60:20,22 61:18
   62:7,9 63:2,7,12,25 73:3,3,13 74:3
   79:25 80:6,18 83:11 84:16 87:14 92:22
   93:21 94:23 95:11 98:5 101:23 105:12
   105:19 106:11,13 107:5,19 108:12,14
   109:22 111:16 113:16 114:8 118:2,9
   119:21 120:3 121:15 127:20 128:2
   133:6,19 136:9 137:9 138:2 144:19
   145:7,7 147:25 148:12 149:8 150:15
   151:21
thinking 30:19 55:18 130:24
third 90:18 116:24
third-party 138:13 139:2
thorough 87:12,14
thoroughly 111:24
though 26:7 67:17 92:21 118:16
thought 12:7 21:16 45:8 75:2 97:3
   119:25 131:3 141:18 142:6,8 145:15
thousands 62:4 142:12
three 97:16 101:23 104:18 116:15
   117:11 120:15
threshold 121:25
through 16:10 18:6 23:6 58:25 59:17,22
   70:20 71:21 73:9 74:10 85:11 101:6
   134:11,14 140:6 142:6 145:13
throughout 28:18 32:6,6 35:9 113:16
   123:10
throw 24:25
tied 133:18
ties 83:5
time 3:12 7:12 12:6 16:12,25 21:3,7
   22:25 24:2 29:23 30:21 45:17 46:7,11
   47:21 49:15 58:4 76:14 87:12 88:12
   96:23 97:15 106:8,21 107:21 108:6
   123:20 130:2,4,10 142:11 144:12
   147:2,6,7,24 150:17 151:9,13,18
   152:11
times 4:17 5:17 53:10,17 58:14 62:24
   64:21 74:11 101:10 105:17 108:16
   114:22 150:6,8,23 153:12
title 6:9 148:15
titled 144:2
titles 146:13,20
today 11:10 20:10 64:23 66:10,13 67:14
   67:20 69:14 72:11 75:15 78:17 80:14
   87:20 90:8,24 91:19 129:3
Today's 3:11
together 126:8 144:12
told 11:19,23 34:7 37:19 38:18 59:9
   62:21 63:2 91:17 114:22 139:2 145:14
ton 30:21
top 17:14 30:19 85:14 133:5

**Toronto** 16:6 23:2,10 24:10,11,13
**totally** 34:12 36:6 52:4
**touch** 65:25
**tough** 22:24 87:4
**tower** 8:22 9:9,24 11:5,13,25 13:9,10,13
  14:4,13 15:2,8,10,14,18,20 20:25 23:2
  24:20 30:21 33:7,19 34:16 35:22 37:7
  39:5 51:9 54:20 56:13 62:17 67:17
  90:7 92:8 98:7 102:6 104:12,20 108:5
  110:4,6,11,16 111:7 113:21 123:12
  148:6
**Towers** 9:18,19 15:4
**town** 11:9
**tracks** 55:10,16,17
**trademark** 82:14 89:25 90:6,9,13 120:2
**trademarked** 8:18 82:18,22
**traditionally** 12:3
**tragic** 30:9
**trained** 18:24
**transaction** 13:5 133:23
**transcribed** 155:8
**transcript** 155:11
**travel** 99:24 101:10
**traveling** 100:16,17,24
**tremendous** 66:24
**Trial** 1:11 155:4,12
**tried** 6:17 10:13,16 26:4
**trips** 99:8,18 101:19,21
**trouble** 19:25 20:8,10,13,16
**true** 17:12,16,24 54:15 104:3 119:15
  140:11 150:16 155:11
**Trump** 1:7,7,12 3:1,4,6,7 4:1,10,25 5:1,5
  5:24,25 6:1,23 7:1,16 8:1,7,9,22 9:1,3
  9:8,18,19,21,23 10:1,5,8,11,12,22 11:1
  11:2,5,12,25 12:1,15,24,25 13:1,2,4,9,9
  13:10,13,16,19,19,20,25 14:1,4,9,10,13
  14:22,23,24,25 15:1,3,7,9,11,12,14,17
  15:18,20,24,25,25 16:1,4,5 17:1,18
  18:1 19:1 20:1,2,3,25 21:1,17 22:1
  23:1,2,3,3 24:1,20 25:1 26:1 27:1,9
  28:1 29:1 30:1,21 31:1 32:1,16 33:1,17
  33:18 34:1,16 35:1,21,22 36:1 37:1,7
  38:1 39:1,4,4,22 40:1,4,24 41:1 42:1
  43:1 44:1 45:1,4 46:1 47:1,7,9 48:1
  49:1,21 50:1,7 51:1,8,10 52:1,12 53:1
  53:16 54:1,19 55:1 56:1,13 57:1 58:1
  59:1 60:1 61:1 62:1,16 63:1 64:1 65:1
  65:7 66:1,13 67:1,17 68:1,5 69:1 70:1
  71:1 72:1,3,7,19,24 73:1,19 74:1 75:1
  75:2 76:1 77:1 78:1 79:1,10 80:1 81:1
  81:4,17 82:1,15,22 83:1,7,15 84:1 85:1
  85:24 86:1 87:1 88:1,25 89:1,12,12
  90:1,7,14 91:1 92:1,5 93:1 94:1 95:1
  95:13,22 96:1 97:1 98:1,11 99:1,7
  100:1 101:1,14 102:1,6 103:1 104:1,11
  104:20 105:1 106:1 107:1 108:1,4
  109:1 110:1,4,6,11 111:1,7 112:1,12,14
  112:21,21 113:1,2,8,21,22 114:1 115:1
  115:3,7 116:1,16 117:1,25 118:1 119:1
  119:6,6 120:1,6,7 121:1 122:1 123:1
  123:12 124:1,17,20 125:1 126:1 127:1

**127:18 128:1 129:1,2,16 130:1 131:1**
  131:21 132:1 133:1,3 134:1,20 135:1
  136:1 137:1 138:1,5 139:1 140:1,7
  141:1 142:1,20,23 143:1,19,25 144:1
  145:1,3 146:1,10 147:1,19,23 148:1,6
  148:14 149:1 150:1,5 151:1,22 152:1
  152:14 153:5,15 154:4,5 155:4
**try** 19:22 50:23 73:2 118:11 145:16
**trying** 31:8 78:16 79:18 89:20 95:17
  144:10 145:10
**Turkel** 2:11,14 3:25,25 4:2 68:25 69:6,10
  69:13 72:6,8 75:7 80:24 82:4 89:19
  94:6 95:13,20 116:6 129:7,14 137:9
  138:20,23 139:6 143:4,17 149:15,21
  153:7
**turn** 85:12,17 90:4 94:22 122:23 142:17
**Twenty-five** 122:20
**twice** 95:14
**two** 15:15 39:13 44:9 45:19 53:4 66:15
  69:22 70:16 99:12,18 101:6,6,23
  102:24 104:17 109:7 116:7 118:23,24
  120:4 121:20 123:5 125:15 130:5
  131:7 135:12 136:11,12 142:14 148:21
**two-minute** 52:18
**tying** 50:5
**type** 25:15 77:19 78:4
**types** 77:13

**U**

**U** 4:12
**ultimate** 35:19
**ultimately** 14:14 30:7 42:14,16 118:16
  143:8 144:22 145:16,23
**unable** 21:22
**unavoidable** 103:19 107:17
**uncommon** 106:23
**under** 53:19 64:2 93:8,14 101:15 107:14
  110:4,14,24 112:14 113:21 118:10
  128:4,8,12 133:7,22 134:2 135:18
  142:16 154:6
**undergo** 86:23
**Underlying** 118:2
**understand** 18:21,24 75:11 76:24 77:12
  77:18 78:3 117:25 144:25
**understandable** 44:20
**understanding** 6:18 140:12 143:5 151:14
**understood** 42:13 43:18 65:6
**undisclosed** 67:22
**unfortunately** 110:21
**unit** 66:16,16 76:7 91:3 104:11 110:3,6
  110:10,16 118:17 121:21 123:6
**United** 1:2 3:8 12:2 62:4 89:25 139:13
  142:13
**units** 51:10 64:14 66:12,23 90:22 107:13
  108:4 121:24 123:3 126:4 136:16
**unless** 103:4 127:22
**unpaid** 120:15
**until** 76:15
**unusually** 91:7
**upfront** 134:7
**upped** 131:17 133:13

**ups** 64:25
**use** 6:15 8:6 16:25 47:7,9 78:24 82:22
  84:4 87:5 107:25 109:22 111:3 119:2,5
**used** 16:18 17:21 22:10 82:25 86:7 88:17
  108:15,15 123:11
**using** 14:20,20 72:20 109:25
**usually** 38:22

**V**

**valuable** 46:21 50:21 61:19,19
**value** 6:8,24 10:6,21 11:2,8 16:22,24
  46:13 47:25 48:3 49:22,25 50:2,6,13
  50:17,19,25 51:3,4,12 52:13 58:18
  60:11,13,15,21,22,23 61:3 62:9,13,14
  62:14 65:3 67:7 71:9,17 72:20 73:5,18
  74:7,16 83:23,24 84:3 92:8
**variety** 20:6
**various** 18:14 19:10 44:21 74:12 100:5
  113:19
**Vegas** 15:17 32:21 40:15
**venture** 77:24,25 78:3 79:5 128:4
**ventures** 76:19 82:23
**veracity** 149:9
**verify** 149:9
**versa** 79:21
**versus** 3:5 12:15,18 16:14 33:21 35:24
  48:3 77:13 79:4 80:16
**very** 9:16,17 10:9 11:16 12:5,9,10 13:24
  16:17,20 17:3,6 18:7 19:18,22,23
  21:23 22:2,17,19,23 24:12,14 25:3,5
  26:3,5,11 30:8 31:7 32:19,24 33:17
  34:8,17 35:4,13 37:22,24 39:20 41:15
  46:21,22 47:14,24 48:7 51:7 52:2,2,6
  61:12,14 66:6,7,22 67:11,11,19 70:17
  72:19,21 75:13 80:4 84:22 86:12 87:4
  87:11,19 88:4 91:8,8,12,20,22 92:23
  93:12,19 94:19,20 99:22,25 100:25
  106:14 117:21,23 126:11 130:2 136:22
  148:2
**vice** 79:21 148:16
**video** 6:22 146:3,4 148:23 149:5,17
  153:21
**Videographer** 2:25 3:2 52:21 53:2 116:9
  116:13 152:9
**videotaped** 3:3,12
**view** 14:15 78:13,13,14,15,15,17 124:8
  125:18,20,22
**viewed** 78:7 124:8,13 125:24,25 126:11
  126:13 151:15
**Villa** 16:4
**virtually** 30:15
**visit** 54:3 100:9
**visits** 101:6
**VP** 146:22

**W**

**Waikiki** 15:15 47:7
**wait** 31:18,20 42:22 56:20 65:4 67:24,24
  67:24 79:15
**waited** 31:24
**Walbolt** 2:10 4:4

**Wall** 13:25 150:2,22 153:22
**wand** 49:16
**want** 12:20 35:5,6,20 36:20 41:25 42:20
44:24 47:5,8,9 48:17,24 52:19 59:11
60:24 72:14 75:10 85:10 86:11,13,20
101:9 102:23 104:7,24 108:20 110:19
118:21 124:22 138:11,21,23 144:7
149:3,10
**wanted** 31:9,22,23 61:11,12 104:24
126:16
**wanting** 117:22
**warranties** 117:9
**wasn't** 39:10,22 41:3,6,7 61:17 67:6
127:15 132:14 135:24 144:24
**watch** 6:21 19:2 60:25
**watched** 46:23
**water** 25:22 26:21 28:4 62:18 63:6,7,8
63:21,23 64:4 83:10 84:4 119:13
**wave** 49:16
**way** 27:18 36:12,16 37:11 40:23 43:13
53:15 64:7 66:18 72:13 86:14 94:11
106:18 126:13,18 134:20 136:6
**ways** 75:15
**wearing** 83:6
**week** 101:10
**weekend** 9:11
**weekly** 55:22
**weeks** 15:15
**welcome** 7:15 71:25
**well** 9:13,17 10:9,18 19:17 21:8 23:12
24:14 25:6 26:22 27:13 39:20 40:12
41:2 50:14 51:2,11,14 59:12 70:14
71:14 72:10,19,21 76:20 77:4 80:18
87:9,24 101:8 104:23 108:12 109:12
145:20
**went** 18:6 21:14 22:20,21,22 25:3 29:25
31:13,14 34:22 38:2 40:13 42:16 45:7
45:21 50:11 59:17,22 62:5 63:18 66:9
91:21 122:13,17,21 134:4
**were** 11:4 20:25 21:4,6,14,22 23:10
25:17 26:2,6,11 28:18 30:24,25 31:6,8
31:21 32:8,9,10 33:6 37:25 38:11,14
38:17 39:20 40:14,15,19 41:4,9,10,18
43:25 44:15 47:12,13 54:3,20 55:11
59:23 60:4,4 62:22 64:24 66:6 67:5
68:15 69:14,15,15 73:8,10,12 74:12,17
75:2,4,13,18 76:17 78:8 87:9,9,15 88:2
88:3,3 89:9 90:15 92:22 97:4,15 99:18
100:11,13,22 101:5 105:8,14 107:14
108:4 113:21 114:5,10 117:13,19,21
118:11,25 122:14 126:2,3,4,5,6,10
131:2,4 133:2,3,13 134:21 135:14,16
135:24 136:23 138:3 140:18 141:10,12
141:14,19,21,23 142:4,12,14,19 144:10
144:16,20 145:4 146:15
**weren't** 21:19 29:19 92:11,20 93:2 131:4
132:6,9
**West** 2:4 13:14,16
**whatnot** 58:6
**whatsoever** 33:8
**WHEREOF** 155:18

**while** 69:15 80:3 101:8
**White** 14:4
**whole** 36:19 107:25 146:24 150:21
**wife** 43:20
**WILLIAMS** 2:7
**window** 31:11 96:13
**windows** 37:25 126:5
**withheld** 146:15
**witness** 4:10 72:4 82:8 153:4 155:6,12,18
**won** 58:7
**wonderful** 11:20 63:17,17 91:10
**word** 6:16 7:19 86:7 88:17 96:20 105:18
107:25 123:11 130:23,24
**words** 66:25 72:20 83:17 100:4 134:5
135:16 142:7
**work** 19:18 34:8 46:13 93:11 97:4 131:2
135:9
**worked** 37:22,24 38:19,20 40:18 132:4
134:20
**working** 31:7 48:22 113:20,21 126:2,8
126:11
**works** 59:12 96:4
**world** 11:25 13:10 15:9 22:4 28:18 30:16
32:7 35:10 61:25 83:16 85:2 125:12
151:10,19
**worldwide** 30:18 85:24 86:9
**worse** 28:19,20 75:23 135:21,22 144:22
**worth** 64:8,23 66:12,14,16,23 67:3,14,20
**wouldn't** 33:2 36:17 38:16 41:22 54:23
71:18 106:2 110:18 115:16 147:4
**wrap** 128:2 143:6,19
**write** 150:14
**writing** 86:14 150:12
**written** 102:21 142:19 149:25 150:6
151:11,13,19,20 153:22
**wrong** 48:13 51:19 56:12 63:15 109:3,4
115:10,14 125:3
**wrote** 151:23 152:3

---
**X**
---
**x** 1:3,9

---
**Y**
---
**yank** 50:18
**Yankee** 22:11
**Yankees** 12:3 22:9
**year** 83:14 99:18
**years** 6:6 8:15 11:2,10 16:5 22:21 39:13
46:19 47:4 48:19,20 49:11,11,18,18,18
62:23 65:2,2,16 79:22,23 80:3,5 83:14
83:19 84:9,11 87:13 104:17,18 108:7
123:5
**York** 1:7,14,14,16,24 2:21,21 3:7,15,15
3:17,18 4:14,17 5:3,3,17 9:10 13:21
35:9 53:10,17 58:14 66:20 67:8 74:11
128:5,8,12,21 150:6,8,23 153:12

---
**$**
---
**$125,000** 120:10
**$129,091** 133:13
**$2** 48:16 64:22 67:2,2,13 120:8,22 124:2

**$200,000** 104:10
**$3** 66:15
**$350** 135:4
**$450** 135:5
**$500,000** 64:23
**$600,000** 67:3,14

---
**0**
---
**06** 5:19 53:18
**07** 150:8

---
**1**
---
**1** 4:19 53:8,10 58:13 131:14 153:12
**1A** 131:12
**1B** 133:11,14
**1C** 133:14
**10** 6:6 8:15 65:2,15 84:23 102:20,23
111:20 135:15
**10:00** 1:15
**10:08** 3:13
**10:57** 52:22
**100** 2:12
**10022** 2:21 5:4
**10271** 1:24
**11** 111:19
**11:05** 53:3
**110** 17:22
**111** 154:6
**12** 99:13
**12:03** 116:10
**12:15** 116:14
**12:51** 152:10,11
**120** 1:23 3:17
**125,000** 120:10
**129** 153:17
**139** 153:18
**143** 153:19
**146** 153:20
**147** 154:7
**149** 153:21
**15** 65:2,16 96:16 114:2 116:18 126:20,24
127:2,4
**15-business-day** 96:13
**150** 153:22
**16** 13:22 126:21 150:8,11
**16B** 116:18
**16E** 126:20
**1688083** 90:8
**18** 103:3,17 104:5,19
**190** 90:21
**1900** 2:13
**1970** 76:13,14

---
**2**
---
**2** 45:22 53:12,22 120:25 131:13,14,18
153:14
**2,006** 74:12
**20** 1:14 3:11 11:10 51:22 135:13
**20th** 155:5
**200** 110:12
**2004** 76:15 84:8,12 85:24 86:22 87:23

88:8
**2006** 4:18 129:18,24 153:13
**2007** 144:6
**201** 2:8
**2010** 1:15 3:12 152:17 155:5,19
**212-732-8066** 1:24
**22** 133:14
**26** 120:12
**27** 84:8,12 85:23 86:22 87:23 88:8

―――――――― 3 ――――――――

**3** 80:25 81:6,8 84:7 113:4 116:21 153:15
**30** 11:10 51:22 107:16 149:12
**300** 121:24 122:2,9,14
**31** 129:18
**3200** 2:8
**33601** 2:17
**33602** 2:9,13
**33609** 2:4
**3391** 2:17
**3407** 2:4
**350** 122:10,14,17

―――――――― 4 ――――――――

**4** 45:22 129:8,11,13,16 131:15,18 135:14
  153:5,12,17
**40** 13:25
**400** 122:18
**450** 122:18,21

―――――――― 5 ――――――――

**5** 122:8,14 139:7,9,11 153:18
**5th** 144:5
**50** 112:15 134:21 136:21
**53** 153:14
**56th** 9:20
**57** 9:19

―――――――― 6 ――――――――

**6** 143:20,23 153:19
**60** 62:2 66:12,14,16 100:24 108:24
  124:24

―――――――― 7 ――――――――

**7** 146:6,10 153:20
**70** 66:12,14,17 67:20,21 107:12 108:11
  108:12,17,24 109:19
**72** 153:7
**725** 2:21
**726** 5:3
**750** 120:12

―――――――― 8 ――――――――

**8** 148:25 149:6,19 153:21
**8:09-CV-2493** 1:5
**80** 108:24
**81** 153:15
**85** 123:2
**89** 154:4

―――――――― 9 ――――――――

**9** 150:3 153:22
**90** 1:14 3:14 108:25