UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

-------------------------------------------------- x

STEVE AARON, et al,

Plaintiffs, Case No. 8:09-CV-2493

-against-

THE TRUMP ORGANIZATION, INC., a New York Corporation, and DONALD J. TRUMP, an individual,

Defendants.

-------------------------------------------------- x

VIDEOTAPED DEPOSITION of the Defendant, THE TRUMP ORGANIZATION, INC., by ERIC TRUMP, taken by the Plaintiffs, held at the offices of Foley & Lardner, 90 Park Avenue, New York, New York, on February 9th, 2011, at 10:26 a.m., before a Notary Public of the State of New York.

***********************************************

BARRISTER REPORTING SERVICE, INC.

120 Broadway

New York, N.Y. 10271

212-732-8066

2

APPEARANCES:

CLARK & MARTINO, PA
Attorneys for Plaintiffs
3407 W. Kennedy Boulevard
Tampa, Florida 33609

BY: (NOT PRESENT)

BAJO CUVA COHEN & TURKEL, PA
Attorneys for Plaintiffs
100 N. Tampa Street
Suite 1900
Tampa, Florida 33602
BY: KENNETH B. TURKEL, ESQ.

FOLEY & LARDNER
Attorneys for Defendants and The Witness
P.O. Box 3391
Tampa, Florida 33601

BY: CHRISTOPHER GRIFFIN, ESQ.

THE TRUMP ORGANIZATION
725 Fifth Avenue
New York, New York 10022
BY: ALAN G. GARTEN, ESQ.

ALSO PRESENT:
SALLY BROWNE - Videographer
Digital Media Productions

xxxxx

3

E. Trump

THE VIDEOGRAPHER: This is the deposition of Eric Trump taken in the case of Steve Aaron, et al, versus The Trump Organization, Inc., a New York corporation, and Donald J. Trump, an individual, filed in the United States District Court, Middle District of Florida, Tampa Division.

Today's date is February 9th, 2011. The time on the videotape record is 10:26 a.m. This deposition is being held at the law firm of Foley & Lardner, LLP, 90 Park Avenue, New York, New York.

My name is Sally Browne on behalf of Barrister Reporting of 120 Broadway, New York, New York.

Would everyone please introduce themselves for the record?

MR. TURKEL: Ken Turkel for the law firm of Bajo Cuva Cohen & Turkel for the plaintiffs.

MR. GRIFFIN: Christopher Griffin from the law firm of Foley & Lardner for the defendants and for the witness today. The gentleman who does not have a microphone is Mr. Alan Garten. I asked you this --

4

E. Trump

MR. GARTEN: Assistant general counsel.

MR. GRIFFIN: Assistant general counsel of The Trump Organization.

THE VIDEOGRAPHER: Will the court reporter please administer the oath?

ERIC TRUMP,

Having been first duly sworn before a Notary Public of the State of New York, was examined and testified as follows:

EXAMINATION

BY MR. TURKEL:

Q. Could you please state your full name?
A. Eric Trump.
Q. Mr. Trump, have you ever had your deposition taken before?
A. I have.
Q. How many times?
A. One.

5

E. Trump

Q. I am going to ask you a series of questions which you have been sworn to answer under oath. If anything I ask is unclear as a result of the words I use, the phraseology or just plain being just a confusing question, let me know. If not, I am going to assume you understand the question, okay?
A. Yes.
Q. You need to answer audibly. The court reporter can't take down nonverbal conduct intended as an answer, such as nods of the head. It is difficult for her to discern when an uh-huh is a yes or no; okay?

We are going to practice now. Do you get that?
A. Yes.
Q. There you go. Equally, if you need a break -- I don't intend to be very long, so you can budget in your mind we will probably go for an hour and a half, two hours at the most, which in our world is not very long. If you need a break we will wrap up whatever question is pending and go ahead and take a break.

E. Trump

Also, I am going to steal the thunder from your lawyer who would probably tell you if I don't that he may object from time-to-time. Unless he instructs you not to answer, his objection is just to preserve a form objection to a question for the record that we will hash out later in the case. Unless he tells you not to answer, go ahead and answer after he objects; okay?

A. Sounds great.

MR. TURKEL: Chris, did I miss any --

MR. GRIFFIN: You got it.

Q. I like kind of taking that last one from you.

Where do you currently work?

A. I work at The Trump Organization.

Q. What is your title there?

A. I am executive vice president.

Q. Executive vice president of what?

A. Acquisition and development.

Q. Some of these questions I may reference some of the other testimony that I have received just to try and coalesce



E. Trump

things.

My understanding is your brother Donald Trump, Jr. holds that same title; is that right?

A. He does.

Q. Does your sister Ivanka hold that title, also?

A. She does.

Q. Is there anyone else who holds the title of executive vice president of development and acquisition other than you and your siblings?

A. There is not.

Q. Anybody else who holds the title of executive vice president and has a separate subspecialty within that role?

A. There are other executive vice presidents, yes.

Q. Who are the other executive vice presidents?

A. There is several. Our CFO is an executive vice president.

Q. Who is that currently?

A. Alan Weissberg.



E. Trump

Q. Alan Weissberg is the CFO?

A. Yes.

Q. My understanding is that he also has some construction expertise?

A. No, he does not.

MR. GRIFFIN: You are confusing him with Mr. Weiss.

MR. TURKEL: Right.

MR. GARTEN: Andy Weiss.

MR. TURKEL: My bad. I messed that up.

Q. How long has Alan Weissberg been the CFO?

A. A long time. I don't know number of years. I wouldn't know exactly.

Q. A long time for me may not be a long time --

A. I don't know when he started. I couldn't answer that question.

Q. He predates your employment at the company?

A. He does.

Q. Who else are the other executive vice presidents?



E. Trump

A. Off the top of my head, Andy Weiss would be another example that he just mentioned.

Q. What is his subspecialty?

A. Development.

Q. Alan Weissberg, Andy Weiss. Are there any other executive VPs that you know of?

A. Not off the top of my head.

Q. What about Jill Cremer; what is her title?

A. I don't remember Jill Cremer's title. She was an executive vice president.

Q. Is that pronounced Cremer or Cremer?

A. Cremer.

Q. It is spelled C-R-E-M-E-R?

A. I could check, but I believe so.

MR. GRIFFIN: It is.

MR. TURKEL: I don't want to get into a Waikiki/Waikiki thing again.

Q. How long have you been working at The Trump Organization?

A. Approximately five years, five and a half years.

10

E. Trump

Q. 2006?
A. 2006.
Q. Where did you go to college?
A. I went to Georgetown.
Q. When did you graduate?
A. I graduated in 2006.
Q. Did you do any graduate work?
A. I did not.
Q. What degree did you get from Georgetown?
A. I got a finance degree.
Q. It sounds like you came straight to work for The Trump Organization?
A. I came straight to work approximately two months later.
Q. Within your title of executive vice president of development and acquisition what do you do; what are your responsibilities?
A. Really differs day-to-day. Oversee many of our projects, oversee various different business matters. It really depends on a day-to-day basis.
Q. Is there a general range of responsibilities you handle? For instance,

11

E. Trump

let me try and illustrate what I am trying to figure out.
Would you serve the role of marketing or promotional efforts for one of the projects?
A. I am certainly involved in marketing and promotionals.
Q. Is it correct that as an executive vice president of development and acquisitions, whether it be you, your brother or your sister, that role can encompasses a wide range of functions ranging from construction input to marketing to deal points in a business deal?
A. That's accurate.
Q. Would that hold true for both Don, Jr. and Ivanka?
A. It would.
Q. From what I understand, the three of you are lateral on an organizational chart?
A. We are.
Q. Have you ever worked -- prior to working for The Trump Organization did you ever work for any other company that's in the

12

E. Trump

real estate development industry?
A. I have not.
Q. When you were in college did you spend summers working for Trump Organization?
A. Yes and no. I worked with Trump Organization. I worked for other organizations.
Q. What other organizations did you work with?
A. I worked with Houlihan Lokey, a big investment bank in New York. I am sure you know them. I worked with another firm out of DC, Longstreet Partners. Both investment banks.
Q. Were you considering going into investment banking instead of real estate at some point?
A. I was.
Q. What made you change your mind?
A. I thought it was the right move -- right move to come into real estate.
Q. You have a good family business, right?
A. I think we have good foundation.

13

E. Trump

Q. Other than the two places you worked for, how often -- strike that.
You spent summers working for two investment banking firms. Did you spend any time working at Trump Organization?
A. When I was much younger I would work on a property level, but not on an organizational level.
Q. I assume you were doing things like basic hourly wage kind of work?
A. Cutting down trees, mowing lawns, yes.
Q. What properties did you work for?
A. I worked for Seven Springs. I worked for several golf properties.
Q. You have been there five years. You got on board around '06. Let's talk about what projects you have worked on, because from what I gather, you can correct me if I am wrong, the way it works there is you may be assigned to various Trump developments, whether they are completely owned or licensed or whatever, and worked those projects for some period of time; is that right?
A. That's right.

E. Trump

Q. When you came on board in 2006 what projects did you initially work on?

A. I dealt with several projects. I dealt with a development we have in the Dominican Republic called Capcana. I was very involved in our Las Vegas projects. I was involved in a project that we had in Puerto Rico and others.

MR. GRIFFIN: Can you spell Capcana for the court reporter?

THE WITNESS: C-A-P-C-A-N-A, one word.

Q. We had Capcana. What was the other one?

A. Puerto Rico. I worked in Las Vegas, in Chicago and various other projects that we have.

Q. How many projects would it be common for you to be working on at once?

A. It varies day-to-day. No day is the same. Oftentimes we have more projects, oftentimes we have less. They ebb and flow.

Q. Is it the design of the way you run The Trump Organization that you are



E. Trump

working -- you have a discrete number of projects that you can get familiar with them or can you just show up at work one day and they say Eric, hey, we are going to put you on Chicago for the day?

A. It doesn't necessarily work like that. I don't think there is an exact system, but I certainly could work on Chicago for a day, but I think most people have their own projects that they focus on and it is their responsibility.

Q. That's what I was getting at initially with the question.

When you started working in '06, the projects you were initially working on were Capcana and Puerto Rico?

A. Puerto Rico and a host of others, but yes, those were the main ones.

Q. What were the others?

A. I mentioned Las Vegas. I mentioned Chicago.

Q. At that time when you started working for Trump Organization in 2006, when you were involved with the project what exactly would



E. Trump

you do?

A. Again, it was different every day. One day we could be working on financing, the next day we could be working on something else, the next day we could be working on construction. It really depended. We could be doing work on advertisement.

There are so many different functions in real estate that it really depended. Maybe it was leasing. Again, it is whatever had to be taken care of on that given day, so we never had any kind of set regimented schedule. It is just what needed to be taken care of we worked on.

Q. Who would you have been working with -- strike that. Let me rephrase it.

I got the sense from your brother that when he started for some period of time he was, for lack of a better word, training under Russ Flicker. Is that consistent with your knowledge, that your brother would have --

A. I wasn't there at the time. I wouldn't know exactly who he trained under.



E. Trump

Q. That's a fair answer.

Was there someone that you trained under?

A. I think collectively with my brother and sister we all trained together. We have great teams in the office. We certainly trained under my father.

Q. Would there have been anybody between you and your father that would have served sort of as your mentor or training partner for the initial years of your employment at Trump Organization?

A. I think we have some really intelligent people in the office. Hopefully everybody mentors each other. But no, I think my father was probably the one.

Q. When you came to work in 2006 and you started working on Puerto Rico you were reporting directly to your father at that point?

A. Well, at the end of the day the buck stops there. He is the top of the organization, so I would work on Puerto Rico, I would bring him a deal that I thought was a

E. Trump

good deal and ultimately he would approve it or not.
Q. I guess what I am getting at is I am just trying to put myself back into the literal 2006.
A. Sure.
Q. You're fresh out of Georgetown, you show up at The Trump Organization, you jump in your executive vice president office and there are assignments on your desk or do you go in and talk to your dad and he says listen, Eric, I am going to get you involved in Puerto Rico and Capcana?
That's what I am trying to figure out.
A. It is both. Certainly I want to get you involved in these projects, can you help me on them. Then I think vice versa, I have a great project that could be good for the company. What do you think about this? I think it kind of worked both ways. Again, there is no formal system. It just flowed.
Q. Who else was working on Puerto Rico and Capcana when you started working on them?
A. Attorneys. Meaning it was myself and



E. Trump

mainly our team, our group of attorneys.
Q. That would have been Bernard Diamond?
A. Actually, it wouldn't, no. That was Alan Garten and several others.
Q. It was just you and attorneys?
A. For the most part, yes.
Q. What stage were those developments in when you began working on them in 2006?
A. One of them, in the case of Puerto Rico, was largely developed. When it was first built there was housing already built. The project named Capcana, it was a large development, a lot of product was already built on it. We came in as a significant part of that project.
Las Vegas was going up, it was under construction already, so they were largely moving.
Q. Did you have any training in the real estate industry other than the training you received since you came to work at The Trump Organization?
A. I have not.
Q. Everything has been on-the-job at



E. Trump

Trump Organization, right?
A. On-the-job?
Q. Not -- don't take that as any sort of commentary as whether your education at Georgetown provided you some basis. I assume you took some classes in real estate at Georgetown?
A. Of course.
Q. Why didn't you go to Penn?
A. My father asked me that all the time. I didn't want to, actually.
Q. Did he go to Penn?
A. He went to Penn. He went to Penn.
Q. Ivanka went to Penn?
A. Ivanka went to Georgetown then transferred to Penn.
Q. That's even worse.
A. I followed her, then I liked it so much I decided to stay.
Q. You should have down something even crazier, just go to like Princeton or some other Ivy, that would have been more fun.
MR. GRIFFIN: Or Florida State.
MR. TURKEL: It seemed like



E. Trump

everybody went to Penn. I guess I really did want an answer to the question.
Q. Just doing your own thing or what?
A. Doing my own thing. Ivanka set up the perfect foundation for me. I followed her to Georgetown and loved it, never left.
Q. When you say you were working with lawyers, don't take this question the wrong way because I don't mean it to be critical, but it seems to me if you are coming right out of college and you are thrust right into working on these major developments with little real estate experience, that there would have had to have been someone else on the scene helping you.
A. Again, the buck stopped with my father. We would bring him a great deal, we would negotiate a great deal. If he liked it he would ultimately accept it. If he didn't like it we wouldn't do it.
If he liked the deal, in the case of Puerto Rico, he really liked it and we decided to do it. I negotiated the deal and

E. Trump

worked with the attorneys and ultimately got it done, and it has been a very successful project.

Q. I understand the deal part. In other words, I understand the facet of this in which you can go sit down with your father, go through deal points and get his advice.

What I am talking about more is the day-to-day functionality of a project. In other words, did you have anybody you would discuss issues, such as construction, retention of your general contractor, architects, those functional day-to-day issues, or were you doing that alone?

A. We didn't take on those roles in the case of Puerto Rico.

Q. Was that a license deal?

A. It was a license deal.

Q. When you take a license deal on it is my understanding there are certain supervisory and other review responsibilities that the company must engage in, correct?

A. Absolutely. That was part of our teams. And we reviewed and I reviewed all



E. Trump

the plans and we had a great project.

Q. I guess that's probably a descent segue.

Can I assume, so I don't have to go back through the entire corporate chart, that your reporting and supervisory responsibilities would be identical to Donald, Jr.?

A. It depends on what Donald, Jr.'s is. But yes, I would assume so.

Q. To sum it up without having to extract all of the testimony from you as I did from him, his version of it was vertically he reports to your father and that there are any number of people that are underneath him on the organizational chart with some people that are also executive VPs being lateral.

A. That's correct. That's accurate.

Q. Can I assume, it may be an easy way to answer the question, if someone is not lateral to you, if they are not an executive VP then they are subordinate to you on the vertical chart?

A. That's correct.



E. Trump

Q. You are familiar with what a business chart is?

A. I am.

Q. As I am asking these questions I am trying to visualize in my head how that chart would look. For lack of a better description, your father is at the very top, there is a row underneath him of executive VPs, then underneath that is everybody else?

A. That's correct.

Q. Do you have any involvement with the Trump brand marketing or deals on the product licensing side?

A. Very little.

Q. From what I understand that is virtually your father and the marketing department?

A. That's correct.

Q. Is there any specific reason why you or your brother -- again, don't take this as critical, it seems like you're carved out of that business.

Is that something your father just runs with?



E. Trump

A. I don't think there is any reason. I think our history has always shown us as being -- having great projects or working on great projects. I think that's probably what we gravitated to, as opposed to the product licensing stuff which isn't what we traditionally had done as a family.

Q. When did Puerto Rico start? When did that deal begin?

A. It would be probably the middle of 2007. I would have to go back and check the exact date. Somewhere around middle to late 2007.

Q. We had reviewed a number of projects with your dad. I don't remember reviewing that one.

Puerto Rico was a license deal, right?

A. It was.

Q. When we say it is a license deal, that means there is a license agreement entered into between Donald Trump and whoever your development entity is over there, right?

A. That's correct.

Q. Do you have any knowledge that any

E. Trump

license deals have ever been signed by anybody other than your father in his individual capacity?

A. No, I wouldn't know. You would have to ask, really, the lawyers.

Q. Do you understand that distinction? In other words, your father signing as CEO and president of The Trump Organization versus signing as Donald Trump individually.

A. I understand the distinction.

Q. You've got a finance degree, therefore, if I talked to you about various business forms and the difference between an LLC and a corporation and a joint venture, do you understand those concepts?

A. Yes. For the most part I think I would want the lawyers to speak about it. It is really their field and not mine.

Q. I may ask you some questions today that ask for your understanding of certain -- of some of those concepts. When I do so I understand that the lawyers may know more, but if you do have any basic knowledge about those, I am going to want you to discuss



E. Trump

those.

Is that fair?

A. Again, I would rather -- I think there are better people to answer those questions than ask me what I might or might not know about a certain --

Q. I understand that. We will probably ask some of the lawyers those questions. It is just that in discussing some of these issues there is no way not to implicate the knowledge of some of the business people, also. That's why I wanted to know if you had a basic understanding of those concepts.

Who was the developer in Puerto Rico?

A. Empresas Diaz.

Q. The common spelling?

A. The common spelling, E-M-P-R-E-S-A-S, D-I-A-Z. Two words.

Q. Do you remember how the license deal was structured for Puerto Rico?

A. I do.

Q. How was it structured?

MR. GRIFFIN: Object to the form of the question. Again, you can



E. Trump

answer.

MR. TURKEL: Let me rephrase it.

Q. When I say "structured" I mean how were the payments structured?

A. The payments were structured. We got paid off of a percentage of gross sales similar to a broker with certain hurdles.

Q. Were the gross sales percentages tied to a threshold level of profit?

A. They were not tied to a level of profit, no.

Q. It was just a straight percentage of gross sales?

A. That's correct.

Q. Was there any flat fee component to your license fee in Puerto Rico?

A. There is a flat fee.

Q. Was it a one-time or was it annual?

A. No. It was a one-time fee.

Q. Did you invest, "you" being The Trump Organization, any capital into the Puerto Rico deal?

A. We did not.



E. Trump

Q. Why not?

MR. GRIFFIN: Object to the form of the question.

A. I don't know if there is any reason we didn't. We chose not to. It is the way we structured the deal initially.

Q. Did the developers at Empresas come to you or did you go to them?

A. They came to us.

Q. When they initially came to you were they asking for capital or just a straight license?

A. They asked for our involvement in the project and it ended up being a straight license.

Q. Did you consider a capital participation in the Puerto Rico project?

A. We did not.

Q. Why not?

A. I, quite frankly, don't recall at this point. It just wasn't something we did. That's the way we structured the deal that worked out for both sides.

Q. Who would have vetted that out?

E. Trump

That's a very vague question.

Who would -- in your experience at Trump Organization, who would vet out the issue of whether to approach a deal as a license deal, a joint venture, a legal partnership or an LLC or any type of business form?

A. Again, I think it depends on the times. I think it could depend on your financial statements at the time. I think it could depend on where the project is, who the partners are, what the partners require. Many of these projects are different.

In this case they didn't need the capital, they wanted our name, and that's the deal that was struck.

Q. You got in on Puerto Rico at the ground floor; is that right?

MR. GRIFFIN: "You" being?

Q. You individually worked that project pre-deal or was it already being built when you got to Trump Organization?

A. The project was being built. I worked it from the inception of it coming to Trump



E. Trump

Organization.

Q. Were you working on it before you were employed there?

A. No. The deal -- the actual project was under construction. There were several golf courses on it. There was housing on it. The project was being built, then we came in.

Q. They were building it regardless and the idea of branding it Trump came up after they started building; is that right?

A. That's correct.

Q. What responsibilities did you and The Trump Organization have with respect to Puerto Rico, as I don't know what to call it -- let me strike the question.

You were not -- "you" being The Trump Organization, was not a party to the license agreement, correct?

A. I don't understand the question.

Q. In the Puerto Rico deal was The Trump Organization a party to the license agreement?

A. It was not.

Q. What responsibilities did The Trump



E. Trump

Organization have as it related to the day-to-day functions of the Puerto Rico project?

A. Well, I think we generally as employees oversaw a lot of details, mainly ensuring our brand standards and making sure it was a great project. It is probably a thing that's most important to us.

Q. In that respect, and that's where I am heading with the question, even though your father may be the licensor, the official licensor license agreement, the functions of the license agreement which relate to supervising the project, ensuring compliance with Trump standards, reviewing promotional materials, reviewing building materials, reviewing designs are all delegated to The Trump Organization; is that right?

A. I wouldn't say that. I don't know if there is a distinct line. We are employees of a company and we ultimately watch over our projects to make sure that they are built to our specs and comply, quite frankly, with the license agreement that was negotiated at that



E. Trump

time. That's ultimately what we do.

Q. I think that would be yes, then.

What I did in my question was I just broke it down to some of the functions I have seen in the license agreement, which is review of promotional materials, review of design plans, review of construction standards.

Is that fair?

A. Review of design, yes. Review of construction standards, absolutely. Yes, that's right.

Q. The goal of it -- I am not trying to be coy with you here. The goal of it is to ensure that whoever is building a building that The Trump Organization is not building, because it is only licensing, builds something that would comport with the standards that you expect in products bearing the Trump name; is that right?

A. Absolutely, yes, that's right.

Q. That's why you retain all of these functional design and other supervisory functions, right?

E. Trump

A. Of course.
Q. With respect to Puerto Rico, did you review any designs?
A. Of course.
Q. Did you approve them?
A. We did.
Q. In your history at The Trump Organization have you ever reviewed design plans that you rejected?
A. Well, oftentimes it is not as simple as just approve or reject. Normally we have our teams and they are working with people on a continuous basis. And it depends -- it differs from project-to-project so that by the time that that plan is in its final stages, of course it is something that you are going to review.
Most of the time it doesn't get to the point where a plan comes in, you just say it is rejected. You have the meetings, and again, it is a process that builds upon layers and layers and meetings and meetings.
Q. That's fair. I didn't mean to imply there is a bright line, either reject or



E. Trump

accept.
I think better stated both in Puerto Rico and every other project you have been involved with there is a team involved that is interfacing with your development licensee to ensure that the product comports with Trump standards?
A. Absolutely.
Q. Did you review or do you review as a standard practice promotional marketing materials sent out by your development licensee?
A. We have people who do.
Q. That wouldn't come within your specific role?
A. To a certain extent, yes. But I think we -- again, sitting at the top of the pyramid you have people who are mainly responsible for those elements and they bring final product to you for your review and approval.
Q. Those people would be part of, in a general sense, whatever team is allocated to that specific project, right?



E. Trump

A. That's right.
Q. Again, it may change project-to-project who was on the team and their exact day-to-day interface with the licensee, but as a standard business practice that occurs in your licensing deals, right?
A. Yes.
Q. Who generally does that aspect -- strike that.
Who generally handles the marketing review and promotional materials review?
A. We have a marketing department.
Q. Is that Jill Cremer's department?
A. It was Jill Cremer's department.
Q. Is she gone?
A. Jill Cremer is no longer with the company.
Q. Whenever they say that about somebody it sounds so morbid, right? Russ Flicker is no longer with the company.
I am sorry, I tend to see the lighter side of these things sometimes.
How long ago did she leave? I know. Please just refresh my memory. I am not



E. Trump

trying to give you a hard time about it.
A. My guess would be somewhere around two years ago, two and a half years ago.
Q. Do we know where she is at now? "We" being you, me and everybody here.
A. I actually don't. Maybe one of you do.
MR. GARTEN: I know.
Q. Who else would be in her department that would participate in the review of marketing and promotional materials? Would have been.
A. Today?
Q. Who would have been in that department, let's say '06 forward, in your history?
A. No one that I can think of.
Q. Who is in there now?
A. We have Selma Langer.
Q. That's it, one person?
A. One person. She has a couple of marketing assistants that help her.
Q. Did Jill have people that worked with her?

E. Trump

A. Quite frankly, I don't really remember.
Q. What is Selma Langer's title?
A. She is vice president of marketing.
Q. That was Jill's title, too, as I recall, right?
A. I don't recall. I could check for you.
Q. What is the ultimate name of the Puerto Rico project? What was it called?
A. Trump International Golf Club, Puerto Rico.
Q. When did the Capcana project start?
A. In that same general timeline, late 2007, mid-2007.
Q. License deal or joint venture; what kind of deal was it?
A. That was also a license deal.
Q. Any distinctions as compared to the Puerto Rico deal?
A. There are always distinctions between these projects. They are very different.
Q. In what respect?
A. For one thing, Puerto Rico was pure



E. Trump

residential. Capcana had a hotel in there. Capcana had more golf courses. Capcana was a larger master plan.
Q. How was the license fee structured in Capcana?
A. It generally worked the same way.
Q. Going back the same way as Puerto Rico?
A. The same way as Puerto Rico, percentage of gross and an upfront fee.
Q. The upfront fee was a one-time cash payment, no annual --
A. Correct.
Q. At some point -- since you have been at Trump Organization in '06 have the license deals that you have worked on all contained a percentage of gross as opposed to a percentage that was tied to a profit threshold?
A. Truthfully, I don't know. I don't know all of them off the top of my head. Those two were both my deals and that's how I structured them at the time.
I am sure there are other deals that



E. Trump

we probably didn't do. I am not sure, to tell you the truth. I would have to go back and literally look through every single deal.
Q. What kind of deal was Vegas?
A. Vegas was an ownership deal.
Q. When you say "an ownership deal" what do you mean?
A. We are the developer of that project and we own it in a partnership with one other individual.
Q. Who is the other individual?
A. Phil Ruffin.
Q. How much -- is Vegas done? Is it finished?
A. Vegas is finished.
Q. Was it or is it a successful project?
A. I believe it is successful, yes.
Q. Have you guys seen a return on your capital investment?
A. No, not yet.
Q. Does it project to have a positive return on the investment?
A. I certainly hope so. I certainly hope so. Vegas was built at roughly the same time



E. Trump

when the whole world was going through a downturn. Obviously any of those projects are tough. I consider it a success that we built a beautiful building in a tough market, but no, there has been no return.
Q. Is that on the strip?
A. It is directly off the strip.
Q. Casino?
A. No casino.
Q. No casino?
A. No casino.
Q. No casino; really?
When you say directly off the strip, how familiar are you with Vegas?
A. Very familiar.
Q. Do you know where Rio is?
A. I do.
Q. Is it off the strip like Rio is off the strip?
A. No. It is probably 200 yards off the strip, right next to the Fashion Show Mall, right across from Wynn.
Q. It is closer to the strip than Rio is.
A. It is a pitch or two away from the

42

E. Trump

strip.

Q. A well-struck pitching wedge or a 3 iron on the ground?

A. Yes.

Q. If it is that close I would probably putt it.

Just out of curiosity, why is there no casino there?

A. We --

Q. I ask that just --

A. Sure.

Q. -- because your dad has been in the casino business before. It seems to me if you are going to build a hotel off the strip you are going to put a casino there.

A. We have our gaming licenses. Casino is something we know very well. We decided to do a very high end concept white glove service where people wouldn't hear the ding-ding-ding of slot machines. We wanted to do something a little different. There are plenty of casinos there and it has worked very well for us.

Q. You didn't put like a crystal baccarat

43

E. Trump

room or something like that where they didn't have to hear the ding-ding-ding and they could gamble?

A. We did not. We did not.

Q. When you say you own that, what is the equity breakdown, the capital -- let's call it the capital contribution breakdown between you and the partner on Vegas?

A. Approximately 50/50.

Q. Was all of the development delegated -- strike that.

Was all of the development function provided by Trump or Trump Organization?

A. It was. It was very different than Puerto Rico and Capcana that we mentioned before.

Q. When you say that's a partnership, you mean a partnership in the legal sense, right?

A. No, I didn't say -- well, it probably is. In that case, it is probably a partnership in the legal sense. I don't know the exact entity structure, but I am sure these guys could tell you.

Q. What did you do with respect to the

44

E. Trump

Las Vegas project, you yourself? What part of it did you work on?

A. A lot of construction, sales and marketing. The ramp up of the hotel and a lot of other elements.

Q. What was the time frame for Vegas?

A. Opening?

Q. Yes.

A. March 2008.

Q. What point in time did you become involved with Trump Tower Tampa?

A. I was never involved with Trump Tower Tampa.

Q. Ever?

A. No. I know very little about the project.

Q. That will certainly shorten things.

I am going to go through some e-mails that you were copied on just to figure out why you were copied on them.

Did you do any work on Trump Tower Toronto?

A. I have a minor involvement in Trump Tower Toronto.

45

E. Trump

Q. What minor involvement did you have in that project?

A. We do our best generally to try to fill each other in. As you know, Trump Tower Toronto is opening up in approximately three or four months. We are opening the doors to the hotel, so the hotel company is a big part of our daily job, so obviously we are monitoring that very closely and working on that.

Q. Mr. Trump, what you are looking at is Exhibit 11, which is a study prepared by Linneman Associates in July 2007.

Have you seen that document before?

A. I have.

Q. When have you seen it?

A. I have seen it several times.

Q. What is your understanding of why -- strike that.

Was Linneman Associates retained by Trump Organization to prepare this study?

A. Not to my knowledge.

Q. Not to your knowledge?

A. Not to my knowledge.

46

E. Trump

Q. How did it come that Linneman Associates prepared this study, then?
A. Truthfully, I don't know.
Q. Is this a PowerPoint; is that what this is?
A. It could potentially be. I can't tell by this. It looks like it is in PowerPoint format, but I am not sure.
Q. Do you recall attending any presentation by Linneman Associates?
A. I do not, no.
Q. Where that question is coming from, this appears to be a printout of a PowerPoint. If it was, I would have assumed they would have came to make a formal presentation.
A. No, I was never part of a presentation about this study.
Q. What is your understanding about why this study was done?
A. I really, quite frankly, don't have one. I know Linneman, I believe, was a professor at Wharton. I know there is a lot of history between my family and that school,

47

E. Trump

despite me going to Georgetown, but I think they were trying to study various different projects that we have across the country, around the world, and I really don't actually know why it was created.

MR. TURKEL: Chris, could you hand him number 12?

MR. GRIFFIN: Yes.

Q. Mr. Trump, I am showing you a disclaimer off the website for Trump International Hotel and Tower Toronto.
Have you seen that before today?
A. I have.
Q. When did you see it?
A. In terms of the disclaimer?
Q. Yes.
A. Or in terms of the actual website itself?
Q. Either/or.
A. I have seen the website. Obviously it is something that we are building and focusing on now that we are ramping up the hotel and about to open. In terms of the disclaimer, I have seen this disclaimer. I

48

E. Trump

have seen this disclaimer get used several times.
Q. What projects have you seen the disclaimer used in?
A. I couldn't recall all of them off the top of my head. I know we used that disclaimer as general practice.
Q. What format do you generally deliver that disclaimer? In other words, for Toronto it was delivered on a website, published on a website, right? Right?
A. I would assume it would be on quite a few of our websites.
Q. What is the purpose of the Trump International Hotel and Tower website for Toronto?

MR. GRIFFIN: Object to the form of the question. Go ahead.

MR. TURKEL: Was it wrong the way I said Trump International Tower website?

MR. GRIFFIN: No. I think the question is overbroad.

MR. TURKEL: See, I am willing

49

E. Trump

to work with you. You object, I want to fix the question.

MR. GRIFFIN: I understand.

Q. Was this -- let me reask the question so you understand.
Was the website for Toronto prepared to market the project to potential buyers?
A. Well, I think it was prepared for two things; first, part of the building is hotel and so it was slowly meant to sell rooms, which is ultimately the most important function of the hotel. Second, it was obviously to, yes, market the building.
Q. With respect to the disclaimer in the Toronto development it was posted on a website that was used to market hotel rooms and/or condo units, right?
A. Yes, I think it would be accurate. I have not read the exact disclaimer. I would be pretty confident that's what it was for.
Q. What other formats have you seen this disclaimer or similar disclaimers delivered in?
Do you understand when I say what

50

E. Trump

other formats, in other words, other websites for Trump projects?
A. Yes. I think it is standard practice to put a disclaimer on our various marketing materials, namely websites.
Q. Do you do websites like Toronto for a lot of your projects?
A. We do.
Q. What kind of deal was Toronto?
A. Toronto was a license deal.
Q. How was the payment structured on it?
A. I don't remember. I wasn't involved in the actual structuring of that job.
Q. As you sit here today can you tell me what other license deal that you know of at Trump Organization that had a website like Toronto and used a disclaimer like Toronto?
A. Truthfully, I would be guessing if I could go through my mind of every single website that we have that has disclaimers. I imagine Puerto Rico did. I would imagine various other projects. I would imagine Hawaii probably did.
I think those are probably the ones

51

E. Trump

that I have seen. But off the top of my head, I am not sure that I could list them all.
Q. Trump International Hotel and Tower Toronto is due to be completed when?
A. The middle of this year.
Q. Do you know when the project initiated -- I will define initiated -- when the license agreement would have been signed?
A. I don't know the exact date off the top of my head.
Q. General year, maybe?
A. Truthfully, I would rather get you the right answer as opposed to guessing.
Q. Who would administrate?
MR. GRIFFIN: Administer?
MR. TURKEL: Administrate.
MR. GRIFFIN: I don't think that's a word.
THE WITNESS: Administer.
MR. GRIFFIN: Go ahead.
THE WITNESS: I didn't notice until you pointed it out.
Q. Who would generally be responsible for

52

E. Trump

a website like the one in Trump Tower Toronto within The Trump Organization?
A. Generally either our IT department or the marketing department or some combination of the two.
Q. Do you know as you sit here today whether the Trump International Hotel and Tower Toronto website was done by the licensee or by The Trump Organization?
A. I don't. I would -- I believe the initial websites for the actual building were done by the licensee. I believe the hotel website, obviously given the backbone that has to come with that, the reservations were done with us -- by us.
Q. Do you manage the online reservation through the hotels?
A. Yes, through a complex formula we do. Meaning they are backbone companies that help manage it, where they interface that.
Q. The main IT function may not be on-site at Trump Organization, but you interface with some company you may have subbed that work out to?

53

E. Trump

A. Correct.
Q. Is that fair?
A. Yes.
Q. Let's assume for a second that your instincts are correct and that the Trump Tower Toronto website was done by the licensee.
Would the content have been reviewed by your marketing department?
A. I guess, depending.
Q. Depending on what?
A. Generally I would assume it would be reviewed, yes.
Q. Certainly your marketing department wouldn't let materials go out using your name, your logo, your service mark without reviewing those; would they?
A. That's generally correct, yes.
Q. In this time frame we are probably passed Jill Cremer?
A. At this time frame we are probably passed -- well, this project was a long-term project. Yes, I would say we are generally passed Jill Cremer.

Q. When I say "this time frame" I am referring to Exhibit 12 in the Trump Toronto project.
A. Again, I would really like to go back and get the specific dates. Otherwise, I am just talking out of turn.
Q. The one date that you are certain of is that it will be finished this year?
A. That's correct, it will be finished mid-year.
Q. I understand that and, frankly, I don't think you tied yourself to too many dates other than that one. If you need to go back we can shore up the dates later.
Do you know why a disclaimer such as the one used on Exhibit 12 is used?
A. No. But I think -- truthfully, I think it has just become general practice in our organization at this point. I don't know why exactly it was put here in this instance or in any other instances. I think it is probably project-by-project specific, but I think it has just become general practice.
Q. Was it a general practice when you





joined the company in '06?
A. Truthfully, I don't know.
Q. Let's talk a little bit about Trump Tower Tampa.
You have said to me already that you didn't have anything to do with the project, or very little?
A. That's correct.
Q. What is your understanding of who within The Trump Organization was responsible from the business side for Trump Tower Tampa?
A. I think it would have primarily been my brother Don and potentially Russ. Mainly those two people.
Q. When you say Russ you mean Russ Flicker?
A. Russ Flicker.
Q. I want to go through the existing exhibits before we go through anything new. I want to take a look at some of the documents that we talked to your brother about yesterday that you were copied on. Give me one second to flip through them.
I will basically go through these





sequentially and pull out anything I see your name on.
While I am doing this, have you ever been to Tampa?
A. I have not, I have not. I hear it is a good city, though.
Q. If you are telling me that you heard that from George Steinbrenner or Derek Jeter, I will laugh. If you throw another celebrity's name out, then we will depose them.
Tell us you heard it from Alex Rodriguez.
A. Are you a big fan?
Q. No, but when your father said that he had discussed this project with George Steinbrenner and Derek Jeter, my co-counsel immediately asked for a deposition date for Derek Jeter.
A. Me and Steinbrenner were good friends.
Q. Were, and I know that.
MR. TURKEL: Chris, can you give him Exhibit 30, please?
Q. Take a look at Exhibit 30, which is a





November 28, 2006 e-mail from Jill Cremer to Mark Randall at Wood Partners on which you were copied.
MR. TURKEL: I will tell you that the breakdown proformas are not attached to this actual exhibit, Chris. Parenthetically, I don't know that they were produced with the attachments.
MR. GRIFFIN: Okay.
THE WITNESS: Sure, go ahead.
MR. TURKEL: I can't confirm that 100 percent. We may want to check. I think out of fairness to all witnesses when we have something that references an attachment we probably should have the attachment.
MR. GRIFFIN: Sure.
Q. Do you recall receiving Exhibit 30?
A. I don't.
Q. Do you know who Mark Randall is?
A. I don't. This letter generally means almost nothing to me.
Q. I don't think you can be any more

58

E. Trump

direct.

MR. GARTEN: Anymore questions about this e-mail?

Q. I guess for my perspective as an attorney in this case and looking at the various documents, the only question I would ask is as you sit here today, why would you have been copied on this if your reaction is it means nothing to you?

A. I think I was getting ramped up at The Trump Organization at the time. I think people wanted to get me acclimated in different projects and Jill obviously worked for us. I think she cc'd -- it looks like she cc'd all of the Trumps on this, as well as our attorneys. So, that's my guess.

I don't remember this e-mail. I don't know who the people are that this e-mail is referencing. I don't even know who they are. That would be my guess.

Q. Would it be common -- don't take this question the wrong way, but something you said makes me want to ask this question.

After you joined the organization, all

59

E. Trump

three of the children, the Trump children were working there, right?

A. Sure.

Q. Is that right?

A. Yes, it was.

Q. Would it have been common for all three of you to be copied on e-mails regarding current projects for the reason you stated, just to acclimate you to what is going on in the business?

A. I think you have to understand the family. We are questioned by reporters on almost a daily basis. We are always going around the world. It is important for us to understand the basics of each of the projects and, therefore, we try and cc each other, meaning Don, Ivanka and I, as much as we can so everybody stays within the loop.

It is a very important part of our business, especially being that, you know -- maybe you use the word mom and pop. We really are. That's how we act. We are a family-run business and so I think this was common practice between the three of us.

60

E. Trump

Q. Just to take that a step further, for instance, if there had been an article that came out during the Tampa project regarding this lawsuit or other issues with the project, you wouldn't be blindsided by it because you would have seen correspondence and so forth.

Is that, perhaps, one of the reasons you would get copied on this and any other project?

A. I don't know if it is necessarily for a lawsuit. I don't think I said that.

Q. I will give you an exclusive example. Not to cut you off, an article about anything with the project.

A. I don't think it is any different than you working at a potential law firm and wanting to know the big cases that are happening at that law firm. I think everybody wants to be in the loop on what is happening in their organization. That's likely why I was copied on this.

Q. In reviewing the documents in this case your father was copied on very few of

61

E. Trump

them.

Why would that be?

A. Well, my father, quite frankly -- my father doesn't use e-mail.

Q. At all?

A. If you can believe it.

Q. No, I believe it.

A. He is the other generation where, you know, he doesn't really believe in them.

Q. Which in today's world begs the next question, which would be this: How would either you, Ivanka, Don, Jr., Bernie Diamond or anybody at The Trump Org generally keep your father posted about the status of a project if he is not copied on the day-to-day e-mail correspondence?

A. We would walk in his office, sit down with him and we would discuss it. He has a very uncanny ability to pick up on things very quickly and we would discuss the salient points with him.

Q. With respect to Trump Tower Tampa who would have had those discussions Don, Jr.?

A. I imagine it would have been Don, Jr.,

62

E. Trump

Russ. Really those two.

Q. As between Don, Jr. and Russ, who had more knowledge regarding the Tampa project?

MR. GRIFFIN: Object to the form of the question.

Q. I am just asking for your perspective on that.

A. I had very, very, very little involvement, if any, in this project. I really don't know the hierarchal command who ran the project, who handled the day-to-day. It is certainly a question worth asking Don.

Q. I have already asked him. I wanted to see if your testimony comported with his. For what it is worth, I think he said Russ had more to do with it.

Do you have any general understanding of what happened with respect to Trump Tower Tampa?

A. Very little.

Q. Tell me what little you understand.

A. It was a deal that we had that didn't move forward. I believe the developer of the project went bankrupt. That's generally my

63

E. Trump

understanding of this project.

Q. Did you ever have any discussions with your brother about the project?

A. Very few.

MR. TURKEL: We are going to mark this 10.

(Whereupon a March 23, 2007 e-mail was marked Plaintiff's Exhibit 10 for identification as of this date.)

Q. I am showing you Exhibit 10, which is a March 23, 2007 e-mail from Bernie Diamond to Robert Moreyra, and you are copied on this.

Do you recall receiving it?

A. I don't, I don't. We received so many of these e-mails. Obviously, I did. But again, given that Trump Tower Tampa wasn't one of my projects, this isn't something I would have focused on. Ironically, I am also cc'd last on this.

Q. I have Jill Cremer showing --

A. Meaning of the Trumps, which is probably more for informational purposes.

64

E. Trump

Q. I am going to ask the questions and if your answer to every one of them is I had very little to do with Tampa, I understand that.

From my perspective when I see you show up on a document, I need to know if you had any actual involvement.

A. Absolutely. And if any of these do spark a recollection I will absolutely fill you in on whatever I know.

Q. Did your brother ever talk to you about Trump Tower Tampa?

A. Very, very little. Again, as I just mentioned, I know very little about the project in general. It was consummated before I ever came to The Trump Organization and I never worked on the project. I think I was cc'd on very few e-mails and I don't know a whole lot about it in general.

Q. Do you have any recollection of whatever conversations you had with your brother, albeit brief?

A. I really don't.

Q. What about Ivanka?

65

E. Trump

A. Very few.

Q. What was Ivanka's role in Tampa; do you know?

A. She played a very small role, if any role, in Tampa. I don't remember ever having a conversation with Ivanka about this project.

Q. What role do you understand her having played?

A. With Ivanka?

Q. Yes.

A. Probably the exact same role as mine. Maybe being cc'd on a few e-mails for informational purposes, but I don't think she was ever part of any negotiation, any kind of deal. The initial structure, to my knowledge, she was not involved really in much in Tampa. It is obviously a better question for her. I don't want to answer for her. That's my recollection.

Q. I obviously intend to ask her that. I guess I am asking you -- what I am trying to get is your perspective inside the company of what one of your co-executive vice presidents

E. Trump

of development and acquisitions is doing.

When you tell me she played a small role, I want to try to find out what role you think she played.

A. I think it is a small, if any, role. I don't -- again, I can't remember a single conversation with her about this project. We speak about our projects on a daily basis. We all know what is going on with each other's projects and I don't remember ever having a conversation with her about it.

Q. That's what prompted my question about discussions with your brother Donald. I would assume you and your brother and sister, from the way you answered questions, do have sort of informal conversations about various projects, particularly given how you said that you run the company.

Against that background, you don't recall any conversations with your brother Donald, Jr. either?

A. Very few. Again, I think it might have predated Don. I don't remember the exact timeline for this. I am guessing. I



E. Trump

think maybe it was Russ. Maybe it was Don. Again, I am not exactly sure of the exact order of that, but I had very few conversations with Don about this project.

Q. The general timeline, you are correct, the license could have predated your hire. The project was still being dealt with in one form or another when you got there in '06, but I don't want to give you the illusion that it was signed after you were there, because I believe you are correct.

A. No. Particularly a person brings a project all the way in our company, no different from Puerto Rico or Capcana, somebody gets in at inception, they understand all the moving pieces to a project and they stay with that project until completion, quite frankly, in perpetuity, and that's generally how it works.

And so I don't know if that was the case with Don here or not. Again, for that reason I simply wasn't really involved.

Q. Do you have any idea of why the Trump Tower Tampa was done as a license agreement



E. Trump

as opposed to a joint venture, a formal legal partnership, an LLC or any other type of business form?

A. I have no idea. It was the decision, obviously, that was made at the time. But no, I don't know the reasoning.

Q. Do you draw a distinction between using the term partner in a common sense vernacular and using it to refer to a legal entity?

A. Absolutely. I think there are a lot of different definitions of partner. I think there is probably a religious definition of partner. There is a casual definition of partner. There is probably a legal definition of partner, which you guys could speak to much better than I could.

Partners, you have a general relationship with somebody, potentially you work with them. I think conversationally, yes, I think I would make that distinction.

Q. That being said, as a finance major at a very respected university you understand -- whether you understand it as well as the



E. Trump

lawyers is a different matter, you understand generally what a legal partnership is?

A. Generally, I didn't go to law school. If you ask me to define legal partner, I would not be able to do so for you. Yes, generally, I guess, a legal definition versus kind of the every day definition I can certainly grasp.

Q. Grasp, there is a distinction, right?

A. Yes, that there is a distinction, probably.

Q. Going back to be Tampa, do you have any idea why that was done as a license agreement?

A. Again, I mentioned I don't. It was purely based on the times and the decision that was made then. I am sure Don could have answered that or somebody could.

Q. Let's use another project.

Why was Toronto done as a license agreement?

A. Again, I think it was the circumstances at that time. There were a lot of things that go into these projects, they

E. Trump

are not cookie cutter, they are not just a basic mold.

Toronto is obviously in Canada and there was a very competent developer there. That developer wanted the name, wanted the brand. And, you know, it depends. It depends on your financial condition as a company at that point. It depends on who the partners are. It depends on the project itself, where that project is located, the backing that project has. It depends on a lot of different factors, so I wouldn't be able to go back and say I knew exactly why it was done in Toronto. It is the way it happened based on a magnitude of different factors.

Q. Why was Vegas done -- you referred to it as a partnership. I think it may have been a joint venture, I have not seen the documents.

A. Yes.

Q. It was done with some equity participation?

A. Sure.



E. Trump

Q. Why was it done that way?

A. Phil Ruffin, who I mentioned before, our partner in the deal, he -- whether it be a joint venture or not, you could ask Alan, he had a piece of land, we had the name and we came in, we built the project. He contributed the land. We went 50/50 with everything else. That's just the way the deal was structured at that time.

I think my father had a long-time relationship with Phil. He knew him very well. We really believed in that location and it just made sense at that time. We had the money to do it and it's the structure that we chose.

Again, there is not an exact science to these. It is kind of how the conversations worked out based on location and 100other factors.

Q. I understand there is a risk component that's assessed, also, right?

A. I am sure, yes. I'm sure risk factors into it to a certain extent. I don't know. Again, I wasn't there when we made the



E. Trump

decision. I don't think there is anything in the world that risk doesn't factor into in some way. I think it is probably much more the situation that we had in the company at the time, who we are dealing with. There is a lot of different factors that go into it.

Q. Do you know whether The Trump Organization ever did a disclaimer like the Toronto disclaimer to the potential purchasers in the Tampa project?

A. I have no idea.

MR. TURKEL: Chris, I think that's 45. It is the lawsuit e-mail. Is that your e-mail, the March 7?

MR. GRIFFIN: Yes. For your information, Mr. Trump, the redacted parts of that are what we did to preserve attorney-client privileged information before it was produced to the other side.

THE WITNESS: Sure. Okay.

Q. Take a look at -- is it 45?

MR. GRIFFIN: Yes.

Q. Let me know if you recognize that



E. Trump

document.

A. I've got it.

Q. Do you recognize that document?

A. I obviously got sent it. Quite frankly, I don't remember it. It seems like it was a long time ago, but I am sure I received it.

Q. Why would you have been -- there is obviously an attorney-client component to this document, but given that, with respect -- I am sorry, my contact got knocked out a little bit.

A. Take your time.

Q. With respect to the component of this e-mail, 45, I believe some of you -- I believe each of you had something to do with the project and likely have documents that must be disclosed.

Did you have any documents that were disclosed?

A. Did I have any documents? I don't remember any documents for this project. Again, I had very little involvement. I think if you look up at the "to" line it

74

E. Trump

seems like all of the executive vice presidents were copied on this e-mail, which doesn't seem a coincidence, other than obviously Jill and Bernie, who worked on the periphery.

But to have Alan, Don, Ivanka and myself on there, it makes sense given the organizational structure that we discussed before. It also mentioned, obviously, informing us of potential litigation, which I think this one does. It doesn't surprise me that I would be cc'd on this e-mail.

Q. There is a portion of this that asks for a brief description of your involvement. That was redacted out as an attorney-client communication.

I guess what I can ask that may not encroach on this privilege is this: You have told me on numerous times today in response to questions you had little or no involvement.

A. Sure.

Q. Is there anything about your involvement that you have not told me about

75

E. Trump

today as it relates to Trump Tower Tampa?

A. Absolutely not. I am sure the exact thing I responded to this e-mail, if I even did, was that I would have no documents, and I really have no knowledge of anything going on. So, no. In terms of anything redacted, no, that's not the case.

Q. A couple of follow-up questions, then I think we will be done.

A. Sure.

Q. When The Trump Organization does a license agreement, the actual licensor, based on everything I have learned to date in this case, is your dad individually because he owns the trade name and service mark and trademarks.

Is that consistent with your understanding?

A. I would want you to actually speak to lawyers about that, on the actual person who owns it, whether it be an entity or not. Listen, if he sits at the top of an organization we all report to him, so presumably he's the boss in our organization.

76

E. Trump

It is his agreement. It is his trademarks that these agreements fall under, yes.

Q. Do you know whether money gets paid to The Trump Organization when licensing fees are paid in any licensing deal?

A. I don't understand the question.

Q. You may not know the answer. By the way, don't think I don't understand or appreciate you deferring to the lawyers on this.

A. I want to be accurate for you. I don't want to be speaking in layman's terms that could get misconstrued.

Q. I get that.

What I would like you to do is if you have an understanding that is a layman's understanding, say I believe the lawyers will know more, here is what I understand, if you have an understanding. That way I can distinguish between what you are deferring to the lawyers and what you may actually know, because that's really all I am asking for.

A. No problem at all.

Q. I don't want you to go outside of your

77

E. Trump

comfort zone and give me a legal opinion. But if there is some understanding you have that's factual I want to know that.

A. I think I just did that. That's really my understanding.

Q. Where the questions are coming from about payment is this: For instance, in the Tampa case it is the only licensing agreement I have actually seen.

A. Sure.

Q. I have asked a number of questions about other licensing deals. I have no reason to believe, based on the answers, that your dad individually is not the licensor in all of these other licensing agreements.

Taking that as a background, my assumption would be this: Because he is the licensor, Donald J. Trump individually, when the licensee pays they are paying Donald J. Trump individually, not the Donald Trump Organization.

A. Really, that's an accounting question. I am sure we could find out the answer for you. I don't know exactly where that money

E. Trump

is getting -- flowing into and how it is being distributed in a company. That's not my day-to-day. That's really an accounting function and if I could answer that question, I would, but I just don't know, to tell you the truth.

Q. Who would know that? Who would be the person to talk to?

A. Probably our CFO.

Q. That is Alan Weissberg?

A. Alan Weissberg.

Q. Equally, just to tie up the general operations of the company, all of the duties you have described that The Trump Organization provides in a licensing agreement, the review of plans, input into marketing promotional materials, we have spoken about a number of different duties.

A. Yes.

Q. Your father sits at the top of all of those decisions, correct?

A. Absolutely.

Q. Eventually whatever recommendation is made by an operational executive vice



E. Trump

president, your dad has to sign-off on, right?

A. I think he employs very confident people who hopefully will do a nice job. And yes, at the end of the day he sits at the top of that pyramid and the buck stops with him. He employs confident people to hopefully make the right decisions and oversee certain elements like construction that you just mentioned and make sure we have a great product.

Q. I think what I am getting at ultimately is this: It is not that I meant to imply he doesn't employ competent people, but as the president of Trump Organization he is not detached from all of these various deals, right?

A. No. He certainly oversees the deals within his corporations. He certainly oversees him.

Q. Ultimate authority vests in him, correct?

A. Ultimate authority vests in him.

MR. TURKEL: I don't have



E. Trump

anything else.

MR. GRIFFIN: We have no questions and we will read and sign, if it is transcribed.

MR. TURKEL: Are you waiving the instruction?

MR. GRIFFIN: Yes.

MR. TURKEL: You are done.

THE WITNESS: I appreciate it. Thank you very much. Thank you. I appreciate your time.

THE VIDEOGRAPHER: It is 11:39 a.m. on February 9th, 2007. This completes the videotaped deposition of Mr. Eric Trump.

(Time noted: 11:39 a.m.)

________________________

ERIC TRUMP

Subscribed and sworn to before me this day of , 2011.

______________________________

Notary Public



E. Trump

EXHIBITS

| PLAINTIFF'S FOR IDENTIFICATION | DESCRIPTION | PAGE |
|---|---|---|
| 10 | March 23, 2007 e-mail | 63 |

E. Trump

CERTIFICATE

I, LORI CERRANO, hereby certify that the VIDEOTAPED DEPOSITION of ERIC TRUMP was held before me on the 9th day of February, 2011; that said witness was duly sworn before the commencement of the testimony; that the testimony was taken stenographically by myself and then transcribed by myself; that the party was represented by counsel as appears herein;

That the within transcript is a true record of the VIDEOTAPED DEPOSITION of said witness;

That I am not connected by blood or marriage with any of the parties; that I am not interested directly or indirectly in the outcome of this matter; that I am not in the employ of any of the counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this day of , 2011.

-------------

LORI CERRANO



E. Trump

ERRATA SHEET

| PAGE/LINE | CORRECTION |
|---|---|
| ______ | ______________________ |
| ______ | ______________________ |
| ______ | ______________________ |
| ______ | ______________________ |
| ______ | ______________________ |
| ______ | ______________________ |
| ______ | ______________________ |
| ______ | ______________________ |
| ______ | ______________________ |
| ______ | ______________________ |
| ______ | ______________________ |
| ______ | ______________________ |
| ______ | ______________________ |
| ______ | ______________________ |
| ______ | ______________________ |
| ______ | ______________________ |
| ______ | ______________________ |
| ______ | ______________________ |
| ______ | ______________________ |
| ______ | ______________________ |
| ______ | ______________________ |
| ______ | ______________________ |

A

**Aaron** 1:6 3:4
**ability** 61:20
**able** 69:6 70:14
**about** 9:10 13:17 18:20 22:9 26:13,18,24 27:7 36:19 37:2 44:16 46:19,20 47:24 55:4,23 58:4 60:15 61:15 63:4 64:13 64:15,20,25 65:7 66:8,9,12,13,17 67:5 74:24,25 75:21 77:8,13 78:19
**absolutely** 22:24 33:12,22 35:9 64:9,10 68:12 75:3 78:23
**accept** 21:21 35:2
**acclimate** 59:10
**acclimated** 58:13
**accounting** 77:23 78:4
**accurate** 11:16 23:19 49:19 76:12
**acquisition** 6:22 7:12 10:18
**acquisitions** 11:11 66:2
**across** 41:23 47:4
**act** 59:23
**actual** 31:5 47:18 50:14 52:12 57:7 64:8 75:13,21
**actually** 19:4 20:12 37:7 47:5 75:20 76:22 77:10
**administer** 4:11 51:17,21
**administrate** 51:16,18
**advertisement** 16:8
**advice** 22:8
**after** 6:10 31:10 58:25 67:11
**again** 9:21 16:3,11 18:21 21:18 24:21 27:4,25 30:9 34:22 35:18 36:3 54:5 63:19 64:14 66:7,23 67:3,22 69:16,23 71:17,25 73:24
**against** 1:8 66:20
**ago** 36:24 37:4,4 73:7
**agreement** 25:21 31:19,23 32:13,14,25 33:6 51:10 67:25 69:15,22 75:13 76:2 77:9 78:17
**agreements** 76:3 77:16
**ahead** 5:24 6:9 48:19 51:22 57:12
**al** 1:6 3:4
**Alan** 2:19 4:4 7:25 8:2,13 9:7 19:5 71:5 74:7 78:11,12
**albeit** 64:23
**Alex** 56:13
**allocated** 35:24
**almost** 57:24 59:14
**alone** 22:15
**already** 19:12,14,18 30:22 55:6 62:14
**always** 25:3 38:22 59:14
**Andy** 8:10 9:2,7
**and/or** 49:18
**annual** 28:20 39:13
**another** 9:3 12:13 56:10 67:9 69:20
**answer** 5:3,10,12 6:6,9,10 8:20 17:2 21:3 23:21 27:5 28:2 51:15 64:3 65:20 76:8 77:24 78:5
**answered** 66:16 69:19
**answers** 77:14
**anybody** 7:15 17:9 22:11 26:3 61:14
**Anymore** 58:3
**anyone** 7:10
**anything** 5:4 55:7,20 56:2 60:15 72:2 74:24 75:6,7 80:2
**appears** 46:14 82:10
**appreciate** 76:10 80:10,12
**approach** 30:5
**approval** 35:22
**approve** 18:2 34:6,12
**approximately** 9:24 10:15 43:10 45:6
**architects** 22:14
**around** 13:17 25:13 37:3 47:5 59:15
**article** 60:3,15
**asked** 4:5 20:11 29:14 56:19 62:14 77:12
**asking** 24:5 29:12 62:7,13 65:23 76:23
**asks** 74:14
**aspect** 36:9
**assessed** 71:22
**assigned** 13:21
**assignments** 18:11
**Assistant** 4:6,8
**assistants** 37:23
**Associates** 45:14,21 46:3,11
**assume** 5:8 13:10 20:6 23:5,11,20 48:13 53:5,13 66:15
**assumed** 46:15
**assumption** 77:18
**attached** 57:7
**attachment** 57:17,18
**attachments** 57:10
**attending** 46:10
**attorney** 58:6
**attorneys** 2:4,8,13 18:25 19:2,6 22:2 58:17
**attorney-client** 72:19 73:10 74:16
**audibly** 5:10
**authority** 79:22,24
**Avenue** 1:17 2:17 3:14
**away** 41:25
**a.m** 1:18 3:12 80:14,17

B

**B** 2:11
**baccarat** 42:25
**back** 18:5 23:6 25:12 39:8 40:3 54:5,15 69:13 70:14
**backbone** 52:14,20
**background** 66:20 77:17
**backing** 70:12
**bad** 8:11
**Bajo** 2:8 3:22
**bank** 12:12
**banking** 12:17 13:5
**bankrupt** 62:25
**banks** 12:15
**Barrister** 1:23 3:17
**based** 69:17 70:16 71:19 75:13 77:14
**basic** 13:11 26:24 27:14 70:3
**basically** 55:25
**basics** 59:16
**basis** 10:23 20:6 34:14 59:14 66:9
**bearing** 33:20
**beautiful** 41:5
**become** 44:11 54:19,24
**before** 1:18 4:14,22 31:3 42:14 43:17 45:15 47:13 55:20 64:17 71:3 72:20 74:10 80:21 82:4,6
**began** 19:9
**begin** 25:10
**begs** 61:11
**behalf** 3:17
**being** 3:13 5:6 23:18 25:4 28:22 29:15 30:20,22,24 31:8,17 37:6 59:21 65:14 67:8 68:23 78:3
**believe** 9:17 40:18 46:23 52:11,13 61:7,8 61:10 62:24 67:12 73:16,17 76:18 77:14
**believed** 71:13
**Bernard** 19:3
**Bernie** 61:13 63:13 74:5
**best** 45:4
**better** 16:20 24:7 27:5 35:3 65:19 68:18
**between** 17:9 25:22 26:14 38:22 43:8 46:25 59:25 62:3 68:8 76:21
**big** 12:11 45:8 56:15 60:19
**bit** 55:4 73:13
**blindsided** 60:6
**blood** 82:13
**board** 13:17 14:2
**boss** 75:25
**both** 11:17 12:14 18:16,21 29:24 35:3 39:23
**Boulevard** 2:5
**Box** 2:14
**brand** 24:13 32:7 70:7
**branding** 31:10
**break** 5:19,23,25
**breakdown** 43:7,8 57:6
**brief** 64:23 74:15
**bright** 34:25
**bring** 17:25 21:19 35:20
**brings** 67:13
**Broadway** 1:23 3:18
**broke** 33:5
**broker** 28:9
**brother** 7:3 11:11 16:18,22 17:5 24:21 55:14,22 63:4 64:12,23 66:14,15,21
**Browne** 2:22 3:16
**buck** 17:22 21:18 79:7
**budget** 5:20
**build** 42:15
**building** 31:9,11 32:17 33:16,16,17 41:5 47:22 49:10,14 52:12
**builds** 33:18 34:22
**built** 19:12,12,15 30:22,24 31:8 32:23 40:25 41:5 71:7
**business** 10:22 11:15 12:23 24:2,23 26:14 27:12 30:7 36:6 42:14 55:12 59:11,21,24 68:4
**buyers** 49:8

C

**C** 2:2 4:13 82:2,2

**call** 31:15 43:7
**called** 14:6 38:11
**came** 10:13,15 14:2 17:18 19:15,22 29:10,11 31:8,10 46:16 60:4 64:17 71:7
**Canada** 70:4
**capacity** 26:4
**Capcana** 14:6,11,14 15:17 18:14,24 19:13 38:14 39:2,3,3,6 43:16 67:15
**capital** 28:23 29:12,17 30:16 40:20 43:7 43:8
**care** 16:12,15
**carved** 24:22
**case** 1:7 3:4 6:8 19:10 21:23 22:17 30:15 43:21 58:6 60:25 67:22 75:8,15 77:9
**cases** 60:19
**cash** 39:12
**casino** 41:9,10,11,12,13 42:9,14,16,17
**casinos** 42:23
**casual** 68:15
**cc** 59:17
**cc'd** 58:15,16 63:22 64:19 65:14 74:13
**celebrity's** 56:11
**CEO** 26:8
**CERRANO** 82:3,21
**certain** 22:21 26:21 27:7 28:9 35:17 54:8 71:24 79:9
**certainly** 11:7 15:9 17:7 18:16 40:24,24 44:18 53:15 62:13 69:9 79:19,20
**certify** 82:3
**CFO** 7:22 8:2,14 78:10
**change** 12:20 36:3
**chart** 11:21 23:6,17,24 24:3,6
**check** 9:17 25:12 38:8 57:15
**Chicago** 14:17 15:6,9,22
**children** 59:2,2
**chose** 29:6 71:16
**Chris** 6:12 47:7 56:23 57:8 72:13
**Christopher** 2:15 3:24
**circumstances** 69:24
**city** 56:7
**CLARK** 2:4
**classes** 20:7
**close** 42:6
**closely** 45:10
**closer** 41:24
**Club** 38:12
**coalesce** 6:25
**Cohen** 2:8 3:22
**coincidence** 74:4
**collectively** 17:5
**college** 10:4 12:4 21:13
**combination** 52:5
**come** 12:22 29:8 35:15 46:2 52:15
**comes** 34:20
**comfort** 77:2
**coming** 21:12 30:25 46:13 77:7
**command** 62:11
**commencement** 82:6
**commentary** 20:5
**common** 14:19 27:17,18 58:22 59:7,25 68:9
**communication** 74:17
**companies** 52:20
**company** 8:22 11:25 18:20 22:23 32:22 36:18,21 45:8 52:24 55:2 65:24 66:19 67:14 70:9 72:5 78:3,14
**compared** 38:20
**competent** 70:5 79:15
**completed** 51:6
**completely** 13:22
**completes** 80:15
**completion** 67:19
**complex** 52:19
**compliance** 32:15
**comply** 32:24
**component** 28:17 71:21 73:10,15
**comport** 33:19
**comported** 62:15
**comports** 35:7
**concept** 42:19
**concepts** 26:16,22 27:14
**condition** 70:8
**condo** 49:18
**conduct** 5:11
**confident** 49:21 79:4,8
**confirm** 57:13
**confusing** 5:6 8:7
**connected** 82:13
**consider** 29:17 41:4
**considering** 12:16
**consistent** 16:21 75:18
**construction** 8:5 11:14 16:7 19:18 22:12 31:6 33:8,12 44:4 79:10
**consummated** 64:16
**contact** 73:12
**contained** 39:17
**content** 53:9
**continuous** 34:14
**contractor** 22:13
**contributed** 71:8
**contribution** 43:8
**conversation** 65:7 66:8,12
**conversationally** 68:21
**conversations** 64:22 66:17,21 67:5 71:19
**cookie** 70:2
**copied** 44:20,21 55:23 57:4 58:9 59:8 60:10,23,25 61:16 63:14 74:3
**corporate** 23:6
**corporation** 1:9 3:6 26:15
**corporations** 79:20
**correct** 11:9 13:19 22:23 23:19,25 24:11 24:19 25:24 28:16 31:12,19 39:14 53:2 53:6,19 54:10 55:9 67:6,12 78:22 79:23
**CORRECTION** 83:2
**correspondence** 60:7 61:17
**counsel** 4:7,9 82:9,17
**country** 47:4
**couple** 37:22 75:9
**course** 20:9 34:2,5,17
**courses** 31:7 39:3
**court** 1:2 3:8 4:11 5:10 14:11
**coy** 33:15
**co-counsel** 56:18
**co-executive** 65:25
**crazier** 20:22
**created** 47:6
**Cremer** 9:10,14,14,15 36:17 53:21,25 57:2 63:23
**Cremer's** 9:12 36:14,15
**critical** 21:11 24:22
**crystal** 42:25
**curiosity** 42:8
**current** 59:9
**currently** 6:17 7:24
**cut** 60:15
**cutter** 70:2
**Cutting** 13:12
**Cuva** 2:8 3:22
**C-A-P-C-A-N-A** 14:12
**C-R-E-M-E-R** 9:16

## D

**dad** 18:12 25:16 42:13 75:15 77:15 79:2
**daily** 45:9 59:14 66:9
**date** 3:10 25:13 51:11 54:8 56:19 63:11 75:14
**dates** 54:6,14,15
**day** 14:21 15:4,6,9 16:3,4,5,6,12 17:22 69:8 79:6 80:22 82:5,19
**day-to-day** 10:20,23 14:21 22:10,14 32:3 36:5 61:16 62:12 78:4
**DC** 12:14
**deal** 11:14,15 17:25 18:2 21:19,20,23,25 22:5,8,18,19,20 25:10,18,20 27:20 28:24 29:7,23 30:5,6,17 31:5,21 38:17 38:18,19,21 40:4,5,6,7 50:10,11,16 62:23 65:17 71:4,10 76:6
**dealing** 72:6
**deals** 24:13 26:2 36:7 39:17,23,25 77:13 79:18,19
**dealt** 14:4,5 67:8
**decided** 20:20 21:25 42:18
**decision** 68:5 69:17 72:2
**decisions** 78:22 79:9
**Defendant** 1:14
**defendants** 1:10 2:13 4:2
**deferring** 76:10,21
**define** 51:9 69:5
**definition** 68:14,15,17 69:7,8
**definitions** 68:13
**degree** 10:10,12 26:12
**delegated** 32:18 43:12
**deliver** 48:9
**delivered** 48:11 49:23
**department** 24:18 36:13,14,15 37:10,16 52:4,5 53:10,15
**depend** 30:10,12
**depended** 16:7,10
**depending** 53:11,12
**depends** 10:23 23:10 30:9 34:14 70:7,8,9 70:10,12

**depose** 56:11
**deposition** 1:14 3:3,12 4:22 56:19 80:15 82:4,12
**Derek** 56:9,18,20
**descent** 23:3
**described** 78:15
**description** 24:8 74:15 81:3
**design** 14:24 33:8,11,24 34:9
**designs** 32:18 34:4
**desk** 18:11
**despite** 47:2
**detached** 79:17
**details** 32:6
**developed** 19:11
**developer** 27:15 40:9 62:24 70:5,6
**developers** 29:8
**development** 6:22 7:12 9:6 10:18 11:10 12:2 14:5 19:14 25:23 35:6,12 43:11 43:13 49:16 66:2
**developments** 13:21 19:8 21:14
**Diamond** 19:3 61:13 63:13
**Diaz** 27:16
**difference** 26:14
**different** 10:22 16:3,9 30:14 38:23 42:22 43:15 47:3 58:14 60:17 67:15 68:13 69:2 70:13,16 72:7 78:19
**differs** 10:20 34:15
**difficult** 5:13
**Digital** 2:23
**ding-ding-ding** 42:21 43:3
**direct** 58:2
**directly** 17:20 41:8,14 82:15
**discern** 5:13
**disclaimer** 47:11,16,25,25 48:2,5,8,10 49:15,20,23 50:5,18 54:16 72:9,10
**disclaimers** 49:23 50:21
**disclosed** 73:19,21
**discrete** 15:2
**discuss** 22:12 26:25 61:19,21
**discussed** 56:17 74:9
**discussing** 27:10
**discussions** 61:24 63:3 66:14
**distinct** 32:21
**distinction** 26:7,11 68:8,22 69:10,11
**distinctions** 38:20,22
**distinguish** 76:21
**distributed** 78:3
**District** 1:2,3 3:8,8
**Division** 1:4 3:9
**document** 45:15 64:7 73:2,4,11
**documents** 55:22 58:7 60:24 70:21 73:18 73:20,22,23 75:5
**doing** 13:10 16:8 21:5,6 22:15 56:4 66:2
**Dominican** 14:6
**Don** 11:17 55:14 59:18 61:13,24,25 62:3 62:13 66:24 67:2,5,22 69:18 74:7
**Donald** 1:9 3:6 7:4 23:9,10 25:22 26:10 66:14,22 77:19,20,21
**done** 22:3 25:8 40:14 46:21 52:9,13,16 53:7 67:25 69:14,21 70:15,18,23 71:2 75:10 80:9
**doors** 45:7
**down** 5:11 13:12 20:21 22:7 33:5 61:18
**downturn** 41:3
**draw** 68:8
**due** 51:6
**duly** 4:14 82:6
**during** 60:4
**duties** 78:14,19
**D-I-A-Z** 27:19


## E


**E** 2:2,2 3:1 4:1,13 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1,2,2 83:1
**each** 17:16 45:5 59:16,17 66:10 73:17
**easy** 23:20
**ebb** 14:23
**education** 20:5
**efforts** 11:5
**either** 34:25 52:4 61:13 66:22
**Either/or** 47:20
**elements** 35:20 44:6 79:10
**employ** 79:15 82:16
**employed** 31:4
**employees** 32:6,21
**employment** 8:21 17:12
**employs** 79:4,8
**Empresas** 27:16 29:8
**encompasses** 11:12
**encroach** 74:19
**end** 17:22 42:19 79:6
**ended** 29:15
**engage** 22:23
**ensure** 33:16 35:7
**ensuring** 32:7,15
**entered** 25:21
**entire** 23:6
**entity** 25:23 43:23 68:11 75:22
**Equally** 5:18 78:13
**equity** 43:7 70:23
**Eric** 1:15 3:3 4:20 15:5 18:13 80:16,20 82:4
**ERRATA** 83:2
**especially** 59:21
**ESQ** 2:11,15,19
**estate** 12:2,17,22 16:10 19:21 20:7 21:15
**et** 1:6 3:4
**even** 20:18,21 32:11 58:20 75:4
**Eventually** 78:24
**ever** 4:21 11:23,25 26:2 34:9 44:15 56:4 63:3 64:12,17 65:6,16 66:11 72:9
**every** 16:3 35:4 40:4 50:20 64:3 69:8
**everybody** 17:16 21:2 24:10 37:6 59:19 60:21
**everyone** 3:19
**everything** 19:25 71:9 75:14
**exact** 15:8 25:13 36:5 43:23 49:20 51:11 65:13 66:25 67:3 71:17 75:3
**exactly** 8:16 15:25 16:25 54:21 67:3 70:14 77:25
**EXAMINATION** 4:17
**examined** 4:16
**example** 9:3 60:14
**exclusive** 60:14
**executive** 6:20,21 7:11,16,18,20,23 8:24 9:8,13 10:17 11:9 18:10 23:18,22 24:9 74:2 78:25
**exhibit** 45:13 54:3,17 56:24,25 57:7,20 63:9,12
**exhibits** 55:20 81:2
**existing** 55:19
**expect** 33:20
**experience** 21:15 30:3
**expertise** 8:5
**extent** 35:17 71:24
**extract** 23:12
**e-mail** 57:2 58:4,18,19 61:5,17 63:9,13 72:14,15 73:16 74:3,13 75:4 81:5
**e-mails** 44:19 59:8 63:18 64:19 65:14
**E-M-P-R-E-S-A-S** 27:18


## F


**F** 82:2
**facet** 22:6
**factor** 72:3
**factors** 70:13,17 71:20,23 72:7
**factual** 77:4
**fair** 17:2 27:3 33:10 34:24 53:3
**fairness** 57:15
**fall** 76:3
**familiar** 15:3 24:2 41:15,16
**family** 12:23 25:8 46:25 59:13
**family-run** 59:24
**fan** 56:15
**Fashion** 41:22
**father** 17:8,10,17,20 20:11 21:19 22:7 23:15 24:8,17,24 26:3,8 32:12 56:16 60:25 61:4,5,15 71:11 78:21
**February** 1:18 3:10 80:14 82:5
**fee** 28:17,18,19,21 39:5,11,12
**fees** 76:5
**few** 48:14 60:25 63:5 64:19 65:2,14 66:23 67:4
**field** 26:19
**Fifth** 2:17
**figure** 11:3 18:15 44:20
**filed** 3:7
**fill** 45:5 64:10
**final** 34:16 35:21
**finance** 10:12 26:12 68:23
**financial** 30:11 70:8
**financing** 16:4
**find** 66:4 77:24

**finished** 40:15,16 54:9,10
**firm** 3:13,22,25 12:13 60:18,20
**firms** 13:5
**first** 4:14 19:12 49:10
**five** 9:24,24 13:16
**fix** 49:3
**flat** 28:17,19
**Flicker** 16:21 36:20 55:17,18
**flip** 55:24
**floor** 30:19
**Florida** 1:3 2:5,10,14 3:9 20:24
**flow** 14:23
**flowed** 18:22
**flowing** 78:2
**focus** 15:11
**focused** 63:21
**focusing** 47:23
**Foley** 1:16 2:12 3:13,25
**followed** 20:19 21:7
**follows** 4:16
**follow-up** 75:9
**form** 6:7 27:25 29:4 30:8 48:19 62:6 67:9 68:4
**formal** 18:22 46:16 68:2
**format** 46:9 48:9
**formats** 49:22 50:2
**forms** 26:14
**formula** 52:19
**forth** 60:8
**forward** 37:16 62:24
**foundation** 12:25 21:7
**four** 45:7
**frame** 44:7 53:20,22 54:2
**frankly** 29:21 32:24 38:2 46:22 54:12 61:4 67:19 73:6
**fresh** 18:8
**friends** 56:21
**from** 3:25 6:3,4,16 10:10 11:13,20 13:19 16:18 23:13,13 24:16 30:25 34:15 41:23,25 46:13 55:12 56:9,13 57:2 63:13 64:6 66:16 67:15 77:7 79:17
**full** 4:19
**fun** 20:23
**function** 43:13 49:13 52:22 78:5
**functional** 22:14 33:24
**functionality** 22:10
**functions** 11:13 16:9 32:3,13 33:5,25
**further** 60:2

G

**G** 2:19
**gamble** 43:4
**gaming** 42:17
**Garten** 2:19 4:5,6 8:10 19:5 37:9 58:3
**gather** 13:19
**general** 4:6,8 10:24 22:13 35:24 38:15 48:8 51:13 54:19,24,25 62:18 64:16,20 67:6 68:19 78:13
**generally** 32:5 36:9,11 39:7 45:4 48:9 51:25 52:4 53:13,19,24 57:23 61:14 62:25 67:20 69:3,4,7
**generation** 61:9
**gentleman** 4:3
**George** 56:9,17
**Georgetown** 10:5,11 18:8 20:6,8,16 21:8 47:2
**gets** 67:16 76:4
**getting** 15:13 18:4 58:11 78:2 79:13
**give** 37:2 55:24 56:24 60:14 67:10 77:2
**given** 16:12 52:14 63:19 66:18 73:11 74:8
**glove** 42:19
**go** 5:18,21,24 6:9 10:4 18:12 20:10,13,22 22:7,8 23:5 25:12 29:9 40:3 44:19 48:19 50:20 51:22 53:16 54:5,14 55:19 55:20,25 57:12 69:4,25 70:14 72:7 76:25
**goal** 33:14,15
**going** 5:2,7,15 6:2 12:16 15:5 18:13 19:17 26:25 34:18 39:8 41:2 42:15,16 44:19 47:2 59:11,14 63:6 64:2 66:10 69:13 75:6
**golf** 13:15 31:7 38:12 39:3
**gone** 36:16
**good** 12:23,25 18:2,19 56:7,21
**graduate** 10:6,8
**graduated** 10:7
**grasp** 69:9,10
**gravitated** 25:6
**great** 6:11 17:7 18:19 21:19,20 23:2 25:4 25:5 32:8 79:11
**Griffin** 2:15 3:24,25 4:8 6:14 8:7 9:18 14:10 20:24 27:24 29:3 30:20 47:9 48:18,23 49:4 51:17,19,22 57:11,19 62:5 72:16,24 80:3,8
**gross** 28:8,10,15 39:11,18
**ground** 30:19 42:4
**group** 19:2
**guess** 18:4 21:2 23:3 37:3 53:11 58:5,17 58:21 65:23 69:7 74:18
**guessing** 50:19 51:15 66:25
**guys** 40:19 43:24 68:17

H

**half** 5:21 9:25 37:4
**hand** 47:8 82:19
**handle** 10:25
**handled** 62:12
**handles** 36:11
**happened** 62:19 70:16
**happening** 60:20,22
**hard** 37:2
**hash** 6:8
**having** 4:14 23:12 25:4 65:6,9 66:12
**Hawaii** 50:24
**head** 5:13 9:2,9 24:6 39:22 48:7 51:3,12
**heading** 32:11
**hear** 42:20 43:3 56:6
**heard** 56:8,13
**held** 1:16 3:13 82:4
**help** 18:17 37:23 52:20
**helping** 21:17
**her** 5:13 9:10 20:19 21:7 37:10,23,25 65:9,20,21,22 66:8,12
**hereunto** 82:18
**hey** 15:5
**hierarchal** 62:11
**high** 42:19
**him** 8:8 17:25 21:19 23:14,16 24:9 47:8 56:24 61:19,22 62:14 71:12 75:24 79:7 79:21,22,24
**hire** 67:7
**history** 25:3 34:8 37:17 46:25
**hold** 7:7 11:17
**holds** 7:4,10,15
**hope** 40:24,24
**hopefully** 17:15 79:5,8
**host** 15:18
**hotel** 39:2 42:15 44:5 45:8,8 47:12,24 48:16 49:10,13,17 51:5 52:8,13
**hotels** 52:18
**Houlihan** 12:11
**hour** 5:21
**hourly** 13:11
**hours** 5:21
**housing** 19:12 31:7
**hurdles** 28:9

I

**idea** 31:10 67:24 68:5 69:14 72:12
**identical** 23:8
**identification** 63:10 81:3
**illusion** 67:10
**illustrate** 11:2
**imagine** 50:22,22,23 61:25
**immediately** 56:19
**implicate** 27:11
**imply** 34:24 79:15
**important** 32:9 49:12 59:15,20
**Inc** 1:9,15,23 3:5
**inception** 30:25 67:16
**indirectly** 82:15
**individual** 1:9 3:7 26:4 40:11,12
**individually** 26:10 30:21 75:15 77:15,19 77:21
**industry** 12:2 19:21
**informal** 66:17
**information** 72:17,20
**informational** 63:25 65:15
**informing** 74:11
**initial** 17:12 52:12 65:17
**initially** 14:3 15:13,16 29:7,11
**initiated** 51:9,9
**input** 11:14 78:17
**inside** 65:24
**instance** 10:25 54:21 60:3 77:8
**instances** 54:22
**instead** 12:17
**instincts** 53:6
**instruction** 80:7
**instructs** 6:5
**intelligent** 17:15
**intend** 5:19 65:22

**intended** 5:12
**interested** 82:14
**interface** 36:5 52:21,24
**interfacing** 35:6
**International** 38:12 47:12 48:16,21 51:5 52:8
**introduce** 3:19
**invest** 28:22
**investment** 12:12,14,17 13:5 40:20,23
**involved** 11:7 14:7,8 15:25 18:13,17 35:5 35:5 44:12,13 50:13 65:18 67:23
**involvement** 24:12 29:14 44:24 45:2 62:10 64:8 73:24 74:15,22,25
**iron** 42:4
**Ironically** 63:21
**issue** 30:5
**issues** 22:12,15 27:11 60:5
**Ivanka** 7:7 11:18 20:15,16 21:6 59:18 61:13 64:25 65:7,11 74:7
**Ivanka's** 65:3
**Ivy** 20:23

J

**J** 1:9 3:6 77:19,20
**Jeter** 56:9,18,20
**Jill** 9:10,12 36:14,15,17 37:24 53:21,25 57:2 58:14 63:23 74:5
**Jill's** 38:6
**job** 45:9 50:14 79:5
**joined** 55:2 58:25
**joint** 26:15 30:6 38:17 68:2 70:20 71:5
**Jr** 7:4 11:17 23:9,10 61:13,24,25 62:3 66:22
**July** 45:14
**jump** 18:9
**just** 5:6,6 6:6,25 9:3 15:4 16:14 18:5,22 19:6 20:22 21:5 24:24 27:10 28:14 29:12,22 33:4 34:12,20 36:25 42:8,11 44:20 54:7,19,24 59:10 60:2 62:7 64:14 70:2 71:9,14 77:5 78:6,13 79:10

K

**keep** 61:14
**Ken** 3:21
**Kennedy** 2:5
**KENNETH** 2:11
**kind** 6:15 13:11 16:13 18:21 38:18 40:5 50:10 65:16 69:8 71:18
**knew** 70:14 71:12
**knocked** 73:12
**know** 5:7 8:15,16,19 9:8 12:13 16:25 26:5,23 27:6,13 29:5 31:15 32:20 36:24 37:5,9 39:21,22 41:17 42:18 43:22 44:16 45:5 46:4,23,24 47:6 48:7 50:16 51:8,11 52:7 54:16,20 55:3 56:22 57:8,22 58:19,20 59:21 60:12,19 61:10 62:11 64:7,11,15,19 65:4 66:10 67:21 68:7 70:7 71:24 72:8,25 76:4,8 76:19,22 77:4,25 78:6,8
**knowledge** 16:22 25:25 26:24 27:12 45:23,24,25 62:4 65:18 75:6

L

**lack** 16:20 24:7
**land** 71:6,8
**Langer** 37:20
**Langer's** 38:4
**Lardner** 1:17 2:12 3:14 4:2
**large** 19:13
**largely** 19:11,18
**larger** 39:4
**Las** 14:7,16 15:21 19:17 44:2
**last** 6:15 63:22
**late** 25:13 38:15
**later** 6:8 10:16 54:15
**lateral** 11:21 23:18,22
**laugh** 56:10
**law** 3:13,22,25 60:18,20 69:4
**lawns** 13:12
**lawsuit** 60:5,13 72:14
**lawyer** 6:3
**lawyers** 21:10 26:6,18,23 27:9 69:2 75:21 76:10,18,22
**layers** 34:23,23
**layman's** 76:13,17
**learned** 75:14
**leasing** 16:11
**leave** 36:24
**left** 21:8
**legal** 30:6 43:19,22 68:2,10,16 69:3,5,7 77:2
**less** 14:23
**let** 5:7 11:2 16:17 28:3 31:16 49:5 53:16 72:25
**letter** 57:23
**let's** 13:17 37:16 43:7 53:5 55:4 69:20
**level** 13:8,9 28:11,12
**license** 22:18,19,20 25:18,20,21 26:2 27:20 28:18 29:13,16 30:6 31:18,22 32:13,14,25 33:6 38:17,19 39:5,16 50:11,16 51:10 67:7,25 69:14,21 75:13
**licensed** 13:22
**licensee** 35:6,13 36:6 52:10,13 53:8 77:20
**licenses** 42:17
**licensing** 24:14 25:7 33:18 36:7 76:5,6 77:9,13,16 78:16
**licensor** 32:12,13 75:13 77:15,19
**lighter** 36:22
**like** 6:15 10:13 13:10 15:7 20:22,25 21:22 24:22 41:19 42:25 43:2 46:8 50:7,17,18 52:2 54:5 58:15 72:9 73:6 74:2 76:16 79:10
**liked** 20:19 21:20,23,24
**likely** 60:23 73:18
**line** 32:21 34:25 73:25
**Linneman** 45:14,21 46:2,11,23
**list** 51:3
**listen** 18:13 75:23
**literal** 18:6
**literally** 40:4
**litigation** 74:11
**little** 21:15 24:15 42:22 44:16 55:4,8 62:9,21,22 64:4,14,15 73:13,24 74:21
**LLC** 26:15 30:7 68:3
**LLP** 3:14
**located** 70:11
**location** 71:13,19
**logo** 53:17
**Lokey** 12:11
**long** 5:19,22 8:13,15,17,17 9:22 36:24 73:7
**longer** 36:17,21
**Longstreet** 12:14
**long-term** 53:23
**long-time** 71:11
**look** 24:7 40:4 55:21 56:25 72:23 73:25
**looking** 45:12 58:6
**looks** 46:8 58:15
**loop** 59:19 60:21
**LORI** 82:3,21
**lot** 19:14 32:6 44:4,6 46:24 50:8 64:20 68:12 69:24 70:13 72:7
**loved** 21:8

M

**M** 4:13
**machines** 42:21
**made** 12:20 68:6 69:18 71:14,25 78:25
**magnitude** 70:16
**main** 15:19 52:22
**mainly** 19:2 32:6 35:19 55:14
**major** 21:14 68:23
**make** 32:23 46:16 68:22 79:8,11
**makes** 58:24 74:8
**making** 32:7
**Mall** 41:22
**manage** 52:17,21
**many** 4:24 10:21 14:19 16:9 30:14 54:13 63:17
**March** 44:10 63:8,13 72:15 81:5
**mark** 53:17 57:3,22 63:7 75:16
**marked** 63:9
**market** 41:5 49:8,14,17
**marketing** 11:4,7,14 24:13,17 35:11 36:11,13 37:12,23 38:5 44:5 50:5 52:5 53:10,15 78:18
**marriage** 82:13
**MARTINO** 2:4
**master** 39:4
**materials** 32:17,17 33:7 35:12 36:12 37:12 50:6 53:16 78:18
**matter** 69:2 82:16
**matters** 10:22
**may** 6:4,23 8:17 13:20 23:20 26:20,23 32:12 36:3 52:22,24 57:14 70:19 74:18 76:8,22
**maybe** 16:11 37:7 51:13 59:22 65:14 67:2,2
**mean** 21:11 28:5 34:24 40:8 43:19 55:16
**meaning** 18:25 52:20 59:18 63:24
**means** 25:21 57:23 58:10
**meant** 49:11 79:14
**Media** 2:23

**meetings** 34:21,23,23
**memory** 36:25
**mentioned** 9:4 15:21,21 43:16 64:15 69:16 71:3 74:10 79:11
**mentor** 17:11
**mentors** 17:16
**messed** 8:11
**microphone** 4:4
**middle** 1:3 3:8 25:11,13 51:7
**mid-year** 54:11
**mid-2007** 38:16
**might** 27:6,6 66:23
**mind** 5:20 12:20 50:20
**mine** 26:19 65:13
**minor** 44:24 45:2
**misconstrued** 76:14
**miss** 6:12
**mold** 70:3
**mom** 59:22
**money** 71:15 76:4 77:25
**monitoring** 45:10
**months** 10:16 45:7
**morbid** 36:20
**more** 14:22 20:23 22:9 26:23 39:3 57:25 62:4,17 63:25 72:4 76:19
**Moreyra** 63:14
**most** 5:22 15:10 19:7 26:17 32:9 34:19 49:12
**move** 12:21,22 62:24
**moving** 19:19 67:17
**mowing** 13:12
**much** 13:7 20:20 40:14 59:18 65:19 68:18 72:4 80:11
**must** 22:23 73:19
**myself** 18:5,25 74:8 82:8,9

**N**

**N** 2:2,9
**name** 3:16 4:19 30:16 33:21 38:10 53:17 56:3,11 70:6 71:6 75:16
**named** 19:13
**namely** 50:6
**necessarily** 15:7 60:12
**need** 5:10,18,23 30:15 54:14 64:7
**needed** 16:14
**negotiate** 21:20
**negotiated** 21:25 32:25
**negotiation** 65:16
**never** 16:13 21:8 44:13 46:18 64:18
**new** 1:9,17,17,19,24 2:18,18 3:5,14,15,18 3:18 4:15 12:12 55:20
**next** 16:5,6 41:22 61:11
**nice** 79:5
**nods** 5:12
**nonverbal** 5:11
**Normally** 34:12
**Notary** 1:18 4:15 80:24
**noted** 80:17
**nothing** 57:24 58:10
**notice** 51:23
**November** 57:2
**number** 8:15 15:2 23:16 25:15 47:8 77:12 78:19
**numerous** 74:20
**N.Y** 1:24

**O**

**oath** 4:12 5:4
**object** 6:4 27:24 29:3 48:18 49:2 62:5
**objection** 6:6,7
**objects** 6:10
**obviously** 41:3 45:9 47:21 49:14 52:14 58:14 63:18 65:19,22 68:6 70:4 73:5 73:10 74:5,10
**occurs** 36:7
**off** 9:2,9 28:8 39:22 41:8,14,19,19,21 42:15 47:11 48:6 51:2,11 60:15
**office** 17:7,15 18:10 61:18
**offices** 1:16
**official** 32:12
**often** 13:3
**oftentimes** 14:22,23 34:11
**okay** 5:8,14 6:10 57:11 72:22
**once** 14:20
**one** 4:25 6:15 11:5 14:13,15 15:4 16:4 17:17 19:10 25:17 37:7,18,21,22 38:25 40:10 46:23 52:2 54:8,14,17 55:24 60:9 63:20 64:3 65:25 67:8 74:12
**ones** 15:19 50:25
**one-time** 28:20,21 39:12
**online** 52:17
**only** 33:18 58:7 77:9
**on-site** 52:23
**on-the-job** 19:25 20:3
**open** 47:24
**opening** 44:8 45:6,7
**operational** 78:25
**operations** 78:14
**opinion** 77:2
**opposed** 25:6 39:18 51:15 68:2
**order** 67:4
**Org** 61:14
**organization** 1:9,15 2:17 3:5 4:9 6:18 9:23 10:14 11:24 12:5,7 13:6 14:25 15:24 17:13,24 18:9 19:23 20:2 26:9 28:23 30:4,23 31:2,14,18,22 32:2,19 33:17 34:9 39:16 43:14 45:22 50:17 52:3,10,23 54:20 55:11 58:12,25 60:22 64:17 72:9 75:12,24,25 76:5 77:22 78:16 79:16
**organizational** 11:21 13:9 23:17 74:9
**organizations** 12:8,9
**other** 6:24 7:12,18,20 8:24 9:8 11:25 12:7,9 13:2 14:14,17 17:16 19:21 20:23 22:5,11,22 26:3,8 33:24 35:4 39:25 40:10,12 44:6 45:5 48:10 49:22 50:2,2,2,16,23 54:14,22 59:17 60:5,10 61:9 68:3 72:21 74:4 77:13,16
**others** 14:9 15:18,20 19:5
**Otherwise** 54:6
**other's** 66:11
**out** 6:8 11:3 12:13 18:8,15 21:13 24:22 29:24,25 30:4 35:12 42:8 44:20 51:24 52:25 53:16 54:7 56:2,11 57:15 60:4 66:4 71:19 73:13 74:16 77:24
**outcome** 82:15
**outside** 76:25
**over** 25:23 32:22
**overbroad** 48:24
**oversaw** 32:6
**oversee** 10:20,21 79:9
**oversees** 79:19,21
**own** 15:10 21:5,6 40:10 43:6
**owned** 13:22
**ownership** 40:6,7
**owns** 75:16,22

**P**

**P** 2:2,2 4:13
**PA** 2:4,8
**PAGE** 81:3
**PAGE/LINE** 83:2
**paid** 28:8 76:4,6
**Parenthetically** 57:8
**Park** 1:17 3:14
**part** 19:7,16 22:5,24 26:17 35:23 44:2 45:8 46:18 49:10 59:20 65:16
**participate** 37:11
**participation** 29:18 70:24
**particularly** 66:18 67:13
**parties** 82:14
**partner** 17:11 43:9 68:9,13,15,16,17 69:5 71:4
**partners** 12:14 30:13,13 57:3 68:19 70:10
**partnership** 30:7 40:10 43:18,19,22 68:3 69:3 70:19
**parts** 72:18
**party** 31:18,22 82:9
**passed** 53:21,23,25
**paying** 77:20
**payment** 39:13 50:12 77:8
**payments** 28:6,7
**pays** 77:20
**pending** 5:24
**Penn** 20:10,13,14,14,15,17 21:2
**people** 15:10 17:15 23:16,17 27:5,12 34:13 35:14,19,23 37:24 42:20 55:15 58:13,19 79:5,8,15
**percent** 57:14
**percentage** 28:8,14 39:11,18,19
**percentages** 28:10
**perfect** 21:7
**perhaps** 60:9
**period** 13:24 16:19
**periphery** 74:6
**perpetuity** 67:19
**person** 37:21,22 67:13 75:21 78:9
**perspective** 58:5 62:7 64:6 65:24
**Phil** 40:13 71:3,12
**phraseology** 5:5
**pick** 61:20
**piece** 71:6

**pieces** 67:17
**pitch** 41:25
**pitching** 42:3
**places** 13:2
**plain** 5:6
**plaintiffs** 1:7,16 2:4,8 3:23
**Plaintiff's** 63:9 81:3
**plan** 34:16,20 39:4
**plans** 23:2 33:8 34:10 78:17
**played** 65:5,10 66:3,5
**please** 3:19 4:11,19 36:25 56:24
**plenty** 42:23
**point** 12:18 17:21 29:22 34:20 39:15 44:11 54:20 70:9
**pointed** 51:24
**points** 11:15 22:8 61:22
**pop** 59:22
**portion** 74:14
**positive** 40:22
**posted** 49:16 61:15
**potential** 49:8 60:18 72:10 74:11
**potentially** 46:7 55:14 68:20
**PowerPoint** 46:5,8,15
**practice** 5:15 35:11 36:6 48:8 50:4 54:19 54:24,25 59:25
**predated** 66:24 67:7
**predates** 8:21
**prepare** 45:22
**prepared** 45:13 46:3 49:7,9
**PRESENT** 2:6,21
**presentation** 46:11,17,18
**preserve** 6:6 72:19
**president** 6:20,21 7:11,16,23 9:13 10:18 11:10 18:10 26:9 38:5 79:2,16
**presidents** 7:19,21 8:25 65:25 74:3
**presumably** 75:25
**pretty** 49:21
**pre-deal** 30:22
**primarily** 55:13
**Princeton** 20:22
**printout** 46:14
**prior** 11:23
**privilege** 74:19
**privileged** 72:19
**probably** 5:20 6:3 17:17 23:3 25:5,11 27:8 32:8 40:2 41:21 42:6 43:20,21 50:24,25 53:20,22 54:23 57:17 63:25 65:13 68:14,16 69:12 72:4 78:10
**problem** 76:24
**process** 34:22
**produced** 57:9 72:20
**product** 19:14 24:13 25:6 35:7,21 79:12
**Productions** 2:23
**products** 33:20
**professor** 46:24
**profit** 28:11,13 39:19
**proformas** 57:6
**project** 14:8 15:25 18:19 19:13,16 22:4 22:10 23:2 29:15,18 30:12,21,24 31:5 31:8 32:4,8,15 35:4,25 38:11,14 40:9 40:17,22 44:2,17 45:3 49:8 51:8 53:23 53:24 54:4 55:7 56:17 60:4,6,11,16 61:16 62:4,10,12,25 63:2,4 64:16,18 65:8 66:8 67:5,8,14,17,18 69:20 70:10 70:11,12 71:7 72:11 73:18,23
**projects** 10:21 11:6 13:18,23 14:3,4,7,17 14:19,22 15:3,11,16 18:17 25:4,5,15 30:14 32:23 38:23 41:3 47:4 48:4 50:3 50:8,23 58:14 59:9,16 63:20 66:9,11 66:18 69:25
**project-by-project** 54:23
**project-to-project** 34:15 36:4
**promotional** 11:5 32:16 33:7 35:11 36:12 37:12 78:18
**promotionals** 11:8
**prompted** 66:13
**pronounced** 9:14
**properties** 13:13,15
**property** 13:8
**provided** 20:6 43:14
**provides** 78:16
**Public** 1:19 4:15 80:24
**published** 48:11
**Puerto** 14:9,16 15:17,18 17:19,24 18:14 18:23 19:10 21:24 22:17 25:9,18 27:15 27:21 28:18,23 29:18 30:18 31:15,21 32:3 34:3 35:3 38:11,12,21,25 39:8,10 43:16 50:22 67:15
**pull** 56:2
**purchasers** 72:11
**pure** 38:25
**purely** 69:17
**purpose** 48:15
**purposes** 63:25 65:15
**put** 15:5 18:5 42:16,25 50:5 54:21
**putt** 42:7
**pyramid** 35:19 79:7
**P.O** 2:14

**Q**

**question** 5:7,8,24 6:7 8:20 15:14 21:4,10 23:21 27:25 29:4 30:2 31:16,20 32:11 33:4 46:13 48:19,24 49:3,5 58:7,23,24 61:12 62:6,13 65:20 66:13 76:7 77:23 78:5
**questioned** 59:13
**questions** 5:3 6:23 24:5 26:20 27:5,9 58:3 64:2 66:16 74:21 75:9 77:7,12 80:4
**quickly** 61:21
**quite** 29:21 32:24 38:2 46:22 48:13 61:4 67:19 73:5

**R**

**R** 2:2 4:13,13 82:2
**ramp** 44:5
**ramped** 58:11
**ramping** 47:23
**ran** 62:12
**Randall** 57:3,22
**range** 10:24 11:13
**ranging** 11:13
**rather** 27:4 51:14
**reaction** 58:9
**read** 49:20 80:4
**real** 12:2,17,22 16:10 19:20 20:7 21:15
**really** 10:20,22 16:7,10 17:14 21:3,24 26:6,19 38:2 41:13 46:22 47:5 54:5 59:23 61:10 62:2,11 64:24 65:18 67:23 71:13 75:6 76:23 77:6,23 78:4
**reask** 49:5
**reason** 24:20 25:2 29:5 59:9 67:23 77:14
**reasoning** 68:7
**reasons** 60:9
**recall** 29:21 38:7,8 46:10 48:6 57:20 63:16 66:21
**received** 6:25 19:22 63:17 73:8
**receiving** 57:20 63:16
**recognize** 72:25 73:4
**recollection** 64:10,21 65:21
**recommendation** 78:24
**record** 3:12,20 6:7 82:11
**redacted** 72:17 74:16 75:7
**refer** 68:10
**reference** 6:24
**references** 57:17
**referencing** 58:20
**referred** 70:18
**referring** 54:3
**refresh** 36:25
**regarding** 59:9 60:4 62:4
**regardless** 31:9
**regimented** 16:13
**reject** 34:12,25
**rejected** 34:10,21
**relate** 32:14
**related** 32:2
**relates** 75:2
**relationship** 68:20 71:12
**religious** 68:14
**remember** 9:12 25:16 27:20 38:3 50:13 58:18 65:6 66:7,11,24 73:6,23
**rephrase** 16:17 28:3
**report** 75:24
**reporter** 4:11 5:11 14:11
**reporters** 59:13
**reporting** 1:23 3:17 17:20 23:7
**reports** 23:15
**represented** 82:9
**Republic** 14:6
**require** 30:13
**reservation** 52:17
**reservations** 52:15
**residential** 39:2
**respect** 31:14 32:10 34:3 38:24 43:25 49:15 61:23 62:19 73:12,15
**respected** 68:24
**responded** 75:4
**response** 74:20
**responsibilities** 10:19,25 22:22 23:8 31:13,25
**responsibility** 15:12
**responsible** 35:20 51:25 55:11

**result** 5:5
**retain** 33:23
**retained** 45:21
**retention** 22:13
**return** 40:19,23 41:6
**review** 22:22 33:7,7,8,11,11 34:4,18 35:10,10,21 36:12,12 37:11 78:17
**reviewed** 22:25,25 25:15 34:9 53:9,14
**reviewing** 25:16 32:16,17,18 53:18 60:24
**Rico** 14:9,16 15:17,18 17:19,24 18:14,23 19:11 21:24 22:17 25:9,18 27:15,21 28:18,24 29:18 30:18 31:15,21 32:3 34:3 35:4 38:11,13,21,25 39:9,10 43:16 50:22 67:15
**right** 7:5 8:9 12:21,22,24 13:24,25 20:2 21:12,13 25:18,23 30:19 31:11 32:19 33:13,21,22,25 35:25 36:2,7,20 38:7 41:22,23 43:19 48:12,12 49:18 51:15 59:3,5 69:10 71:22 79:3,9,18
**Rio** 41:17,19,24
**risk** 71:21,23 72:3
**Robert** 63:14
**Rodriguez** 56:14
**role** 7:17 11:4,12 35:16 65:3,5,6,9,13 66:4,4,6
**roles** 22:16
**room** 43:2
**rooms** 49:11,17
**roughly** 40:25
**row** 24:9
**Ruffin** 40:13 71:3
**run** 14:24 66:19
**runs** 24:25
**Russ** 16:21 36:20 55:14,16,16,18 62:2,3 62:16 67:2

**S**

**s** 2:2 23:10
**sales** 28:8,10,15 44:4
**salient** 61:21
**Sally** 2:22 3:16
**same** 7:4 14:22 38:15 39:7,8,10 40:25 65:13
**says** 18:12
**scene** 21:17
**schedule** 16:14
**school** 46:25 69:4
**science** 71:17
**second** 49:13 53:5 55:24
**see** 36:22 47:15 48:25 56:2 62:15 64:6
**seem** 74:4
**seemed** 20:25
**seems** 21:12 24:22 42:14 73:6 74:2
**seen** 33:6 40:19 45:15,17,18 47:13,21,25 48:2,4 49:22 51:2 60:7 70:20 77:10
**segue** 23:4
**sell** 49:11
**Selma** 37:20 38:4
**sense** 16:18 35:24 43:19,22 68:9 71:14 74:8
**sent** 35:12 73:5
**separate** 7:16
**sequentially** 56:2
**series** 5:2
**serve** 11:4
**served** 17:10
**service** 1:23 42:20 53:17 75:16
**set** 16:13 21:6 82:18
**Seven** 13:14
**several** 7:22 13:15 14:4 19:5 31:6 45:18 48:2
**SHEET** 83:2
**shore** 54:15
**shorten** 44:18
**show** 15:4 18:9 41:22 64:7
**showing** 47:10 63:12,23
**shown** 25:3
**siblings** 7:13
**side** 24:14 36:23 55:12 72:21
**sides** 29:24
**sign** 80:4
**signed** 26:2 51:10 67:11
**significant** 19:15
**signing** 26:8,10
**sign-off** 79:2
**similar** 28:9 49:23
**simple** 34:11
**simply** 67:23
**since** 19:22 39:15
**single** 40:4 50:20 66:7
**sister** 7:7 11:12 17:6 66:15
**sit** 22:7 50:15 52:7 58:8 61:18
**sits** 75:23 78:21 79:6
**sitting** 35:18
**situation** 72:5
**slot** 42:21
**slowly** 49:11
**small** 65:5 66:3,6
**some** 6:23,24 8:5 12:18 13:24 16:19 17:14 20:6,7,22 23:17 26:20,22 27:9 27:10,12 33:5 39:15 44:19 52:5,24 55:21 70:23 72:4 73:16 77:3
**somebody** 36:19 67:16 68:20 69:19
**someone** 17:3 21:16 23:21
**something** 16:5 20:21 24:24 29:22 33:19 34:17 42:18,22 43:2 47:22 57:16 58:23 63:20 73:17
**sometimes** 36:23
**somewhere** 25:13 37:3
**sorry** 36:22 73:12
**sort** 17:11 20:4 66:17
**sounds** 6:11 10:13 36:20
**spark** 64:10
**speak** 26:18 66:9 68:18 75:20
**speaking** 76:13
**specific** 24:20 35:16,25 54:6,23
**specs** 32:24
**spell** 14:10
**spelled** 9:16
**spelling** 27:17,18
**spend** 12:4 13:5
**spent** 13:4
**spoken** 78:19
**Springs** 13:14
**stage** 19:8
**stages** 34:17
**standard** 35:11 36:6 50:4
**standards** 32:7,16 33:9,12,20 35:8
**start** 25:9 38:14
**started** 8:19 15:15,23 16:19 17:19 18:24 31:11
**state** 1:19 4:15,19 20:24
**stated** 35:3 59:10
**statements** 30:11
**States** 1:2 3:7
**status** 61:15
**stay** 20:20 67:18
**stays** 59:19
**steal** 6:2
**Steinbrenner** 56:9,18,21
**stenographically** 82:8
**step** 60:2
**Steve** 1:6 3:4
**still** 67:8
**stopped** 21:18
**stops** 17:23 79:7
**straight** 10:13,15 28:14 29:12,15
**Street** 2:9
**strike** 13:3 16:17 31:16 36:10 43:12 45:20
**strip** 41:7,8,14,19,20,22,24 42:2,15
**struck** 30:17
**structure** 43:23 65:17 71:15 74:9
**structured** 27:21,23 28:5,6,7 29:7,23 39:5,24 50:12 71:10
**structuring** 50:14
**study** 45:13,22 46:3,19,21 47:3
**stuff** 25:7
**subbed** 52:25
**subordinate** 23:23
**Subscribed** 80:21
**subspecialty** 7:17 9:5
**success** 41:4
**successful** 22:3 40:17,18
**Suite** 2:9
**sum** 23:12
**summers** 12:5 13:4
**supervising** 32:15
**supervisory** 22:22 23:7 33:24
**sure** 12:12 18:7 32:7,23 39:25 40:2 42:12 43:23 46:9 51:3 57:12,19 59:4 67:3 69:18 70:25 71:23,23 72:22 73:7 74:23 75:3,11 77:11,24 79:11
**surprise** 74:12
**sworn** 4:14 5:3 80:21 82:6
**system** 15:8 18:22

**T**

**T** 4:13 82:2,2
**take** 5:11,24 20:4 21:10 22:16,20 24:21 55:21 56:25 58:22 60:2 72:23 73:14
**taken** 1:15 3:3 4:22 16:12,14 82:7
**taking** 6:15 77:17

**talk** 13:17 18:12 55:4 64:12 78:9
**talked** 26:13 55:22
**talking** 22:9 54:7
**Tampa** 1:4 2:5,9,10,14 3:9 44:12,14 55:5 55:12 56:5 60:4 61:23 62:4,20 63:19 64:4,13 65:3,6,19 67:25 69:13 72:11 75:2 77:9
**team** 19:2 35:5,24 36:4
**teams** 17:7 22:25 34:13
**tell** 6:3 40:3 43:24 46:7 50:15 56:13 57:5 62:22 66:3 78:6
**telling** 56:8
**tells** 6:9
**tend** 36:22
**term** 68:9
**terms** 47:16,18,24 75:7 76:13
**testified** 4:16
**testimony** 6:24 23:13 62:15 82:7,7
**Thank** 80:11,11
**their** 15:10,11 26:19 36:5 60:22
**themselves** 3:20
**thing** 9:20 21:5,6 32:9 38:25 75:4
**things** 7:2 13:10 36:23 44:18 49:10 61:20 69:25
**think** 12:25 15:8,10 17:5,14,17 18:18,20 18:21 25:2,3,5 26:17 27:4 30:9,10,11 32:5 33:3 35:3,17 37:18 47:2 48:23 49:9,19 50:4,25 51:19 54:13,18,19,22 54:24 55:13 57:15,25 58:11,12,15 59:12,24 60:13,17,20 62:16 64:18 65:15 66:5,6,23 67:2 68:12,13,21,22 69:23 70:19 71:11 72:2,4,13 73:25 74:12 75:10 76:9 77:5 79:4,13
**though** 32:11 56:7
**thought** 12:21 17:25
**three** 11:20 45:6 59:2,8,25
**threshold** 28:11 39:20
**through** 22:8 23:6 40:4 41:2 44:19 50:20 52:18,19 55:19,20,24,25
**throw** 56:10
**thrust** 21:13
**thunder** 6:2
**tie** 78:13
**tied** 28:10,12 39:19 54:13
**time** 3:11 8:15,17,18 13:6,24 15:23 16:19 16:24 20:11 30:11 33:2 34:16,19 37:2 39:24 40:25 44:7,11 53:20,22 54:2 58:12 68:6 69:24 71:10,14 72:6 73:7 73:14 80:12,17
**timeline** 38:15 66:25 67:6
**times** 4:24 30:10 45:18 48:3 69:17 74:20
**time-to-time** 6:5
**title** 6:19 7:4,8,11,15 9:11,12 10:17 38:4 38:6
**today** 4:3 26:20 37:14 47:13 50:15 52:7 58:8 74:20 75:2
**today's** 3:10 61:11
**together** 17:6
**told** 74:20,25
**top** 9:2,9 17:23 24:8 35:18 39:22 48:7 51:2,12 75:23 78:21 79:6
**Toronto** 44:23,25 45:6 47:12 48:10,17 49:7,16 50:7,10,11,18,18 51:6 52:2,9 53:7 54:3 69:21 70:4,15 72:10
**tough** 41:4,5
**Tower** 44:12,13,22,25 45:5 47:12 48:16 48:21 51:5 52:2,9 53:7 55:5,12 61:23 62:19 63:19 64:13 67:25 75:2
**trade** 75:16
**trademarks** 75:17 76:2
**traditionally** 25:8
**trained** 16:25 17:3,6,8
**training** 16:20 17:11 19:20,21
**transcribed** 80:5 82:8
**transcript** 82:11
**transferred** 20:17
**trees** 13:12
**true** 11:17 82:11
**Trump** 1:9,9,15,15 2:17 3:1,3,5,6 4:1,9 4:20,21 5:1 6:1,18 7:1,4 8:1 9:1,23 10:1,14 11:1,24 12:1,5,6 13:1,6,21 14:1,25 15:1,24 16:1 17:1,13 18:1,9 19:1,22 20:1,2 21:1 22:1 23:1 24:1,13 25:1,22 26:1,9,10 27:1 28:1,22 29:1 30:1,4,23,25 31:1,10,14,17,21,25 32:1 32:16,19 33:1,17,21 34:1,8 35:1,8 36:1 37:1 38:1,12 39:1,16 40:1 41:1 42:1 43:1,14,14 44:1,12,13,22,24 45:1,5,12 45:22 46:1 47:1,10,11 48:1,15,21 49:1 50:1,3,17 51:1,5 52:1,2,3,8,10,23 53:1 53:6 54:1,3 55:1,4,11,12 56:1 57:1 58:1,12 59:1,2 60:1 61:1,14,23 62:1,19 63:1,19 64:1,13,17 65:1 66:1 67:1,24 68:1 69:1 70:1 71:1 72:1,8,17 73:1 74:1 75:1,2,12 76:1,5 77:1,19,21,21 78:1,15 79:1,16 80:1,16,20 81:1 82:1,4 83:1
**Trumps** 58:16 63:24
**truth** 40:3 78:7
**truthfully** 39:21 46:4 50:19 51:14 54:18 55:3
**try** 6:25 11:2 45:4 59:17 66:4
**trying** 11:2 18:5,15 24:6 33:14 37:2 47:3 65:23
**Turkel** 2:8,11 3:21,21,22 4:18 6:12 8:9 8:11 9:19 20:25 28:3 47:7 48:20,25 51:18 56:23 57:5,13 63:6 72:13 79:25 80:6,9
**turn** 54:7
**two** 5:21 10:16 13:2,4 27:19 37:3,4 39:23 41:25 49:9 52:6 55:15 62:2
**type** 30:7 68:3

U

**U** 4:13
**uh-huh** 5:14
**ultimate** 38:10 79:22,24
**ultimately** 18:2 21:21 22:2 32:22 33:2 49:12 79:14
**uncanny** 61:20
**unclear** 5:4
**under** 5:4 16:21,25 17:4,8 19:17 31:6 76:3
**underneath** 23:16 24:9,10
**understand** 5:8 11:20 22:5,6 24:16 26:7 26:11,16,23 27:8 31:20 49:4,6,25 54:12 59:12,16 62:22 64:4 65:9 67:17 68:24,25 69:2 71:21 76:7,9,19
**understanding** 7:3 8:4 22:21 26:21 27:14 45:19 46:20 55:10 62:18 63:2 75:19 76:17,18,20 77:3,6
**United** 1:2 3:7
**units** 49:18
**university** 68:24
**Unless** 6:5,9
**until** 51:24 67:18
**upfront** 39:11,12
**use** 5:5 59:22 61:5 69:20
**used** 48:2,5,7 49:17 50:18 54:17,17
**using** 53:16 68:9,10

V

**vague** 30:2
**varies** 14:21
**various** 10:21 13:21 14:17 26:13 47:3 50:5,23 58:7 66:17 79:17
**Vegas** 14:7,16 15:21 19:17 40:5,6,14,16 40:25 41:15 43:9 44:2,7 70:18
**venture** 26:15 30:6 38:17 68:2 70:20 71:5
**vernacular** 68:10
**versa** 18:18
**version** 23:14
**versus** 3:4 26:10 69:7
**vertical** 23:24
**vertically** 23:14
**very** 5:19,22 14:7 22:3 24:8,15 30:2 38:23 41:16 42:18,19,24 43:15 44:16 45:10 55:8 59:20 60:25 61:20,21 62:9 62:9,9,21 63:5 64:4,14,14,15,19 65:2,5 66:23 67:4 68:24 70:5 71:12 73:24 79:4 80:11
**vests** 79:22,24
**vet** 30:4
**vetted** 29:25
**vice** 6:20,21 7:11,16,18,20,23 8:24 9:13 10:17 11:10 18:10,18 38:5 65:25 74:2 78:25
**Videographer** 2:22 3:2 4:10 80:13
**videotape** 3:11
**videotaped** 1:14 80:15 82:4,12
**virtually** 24:17
**visualize** 24:6
**VP** 23:23
**VPs** 9:8 23:18 24:10

W

**W** 2:5
**wage** 13:11
**Waikiki/Waikiki** 9:20
**waiving** 80:6
**walk** 61:18
**want** 9:19 18:16 20:12 21:3 26:18,25

49:2 55:19,21 57:14 58:24 65:20 66:4 67:10 75:20 76:12,13,25 77:4
**wanted** 27:13 30:16 42:21 58:13 62:14 70:6,6
**wanting** 60:19
**wants** 60:21
**wasn't** 16:24 29:22 50:13 63:19 67:23 71:25
**watch** 32:22
**way** 13:20 14:24 21:11 23:20 27:11 29:6 29:23 39:7,8,10 48:21 58:23 66:16 67:14 70:15 71:2,9 72:4 76:9,20
**ways** 18:21
**website** 47:11,18,21 48:11,12,16,22 49:7 49:17 50:17,21 52:2,9,14 53:7
**websites** 48:14 50:2,6,7 52:12
**wedge** 42:3
**Weiss** 8:8,10 9:2,7
**Weissberg** 7:25 8:2,13 9:7 78:11,12
**well** 17:22 32:5 34:11 42:18,24 43:20 49:9 53:23 58:16 61:4 68:25 71:13
**well-struck** 42:3
**went** 10:5 20:14,14,15,16 21:2 62:25 71:8
**were** 12:4,16 13:10 15:16,16,19,20,24 17:19 19:8,18 21:9 22:15 28:6,7,10,12 29:11 31:3,3,6,9,17 39:23 44:20,21 47:3 52:12,15 55:23 56:21,22 57:4,9 59:3 67:11 69:24 73:20 74:3
**Wharton** 46:24
**WHEREOF** 82:18
**While** 56:4
**white** 42:19
**whole** 41:2 64:20
**wide** 11:13
**willing** 48:25
**witness** 2:13 4:3 14:12 51:21,23 57:12 72:22 80:10 82:6,12,18
**witnesses** 57:16
**Wood** 57:3
**word** 14:13 16:20 51:20 59:22
**words** 5:5 22:6,11 26:8 27:19 48:10 50:2
**work** 6:17,18 10:8,14,15 11:25 12:9 13:7 13:11,13 14:3 15:4,7,9 16:8 17:18,24 19:22 44:3,22 49:2 52:25 68:21
**worked** 11:23 12:6,7,11,13 13:2,14,14,18 13:23 14:16 16:15 18:21 22:2 29:24 30:21,24 37:24 39:7,17 42:23 58:14 64:18 71:19 74:5
**working** 9:22 11:24 12:5 13:4,6 14:20 15:2,15,16,23 16:4,5,6,16 17:19 18:23 18:24 19:9 21:9,14 25:4 31:3 34:13 45:10 59:3 60:18
**works** 13:20 67:20
**world** 5:22 41:2 47:5 59:15 61:11 72:3
**worse** 20:18
**worth** 62:13,16
**wouldn't** 8:16 16:25 19:4 21:22 26:5 32:20 35:15 42:20 53:16 60:6 70:13
**wrap** 5:23
**wrong** 13:20 21:10 48:20 58:23
**Wynn** 41:23

**X**

**x** 1:5,11
**xxxxx** 2:24

**Y**

**yards** 41:21
**year** 51:7,13 54:9
**years** 8:16 9:24,25 13:16 17:12 37:4,4
**yesterday** 55:23
**York** 1:9,17,17,19,24 2:18,18 3:5,15,15 3:18,18 4:15 12:12
**younger** 13:7

**Z**

**zone** 77:2

**0**

**06** 13:17 15:15 37:16 39:16 55:2 67:9

**1**

**10** 63:7,10,12 81:5
**10:26** 1:18 3:12
**100** 2:9 57:14
**100other** 71:20
**10022** 2:18
**10271** 1:24
**11** 45:13
**11:39** 80:13,17
**12** 47:8 54:3,17
**120** 1:23 3:17
**1900** 2:9

**2**

**200** 41:21
**2006** 10:2,3,7 14:2 15:24 17:18 18:6 19:9 57:2
**2007** 25:12,14 38:16 45:14 63:8,13 80:14 81:5
**2008** 44:10
**2011** 1:18 3:11 80:22 82:5,19
**212-732-8066** 1:24
**23** 63:8,13 81:5
**28** 57:2

**3**

**3** 42:3
**30** 56:24,25 57:20
**33601** 2:14
**33602** 2:10
**33609** 2:5
**3391** 2:14
**3407** 2:5

**4**

**45** 72:14,23 73:16

**5**

**50/50** 43:10 71:8

**6**

**63** 81:5

**7**

**7** 72:15
**725** 2:17

**8**

**8:09-CV-2493** 1:7

**9**

**9th** 1:18 3:10 80:14 82:5
**90** 1:17 3:14

**From:** Bernie Diamond <bdiamond@trump org.com>
**Sent:** Friday, March 23, 2007 7:17 PM (GMT)
**To:** rmoreyra@atlanticamericanpartners.com
**Cc:** Donald Trump Jr. <djtjr@trumporg.com>; Ivanka Trump <itrump@trumporg.com>; Eric Trump <etrump@trumporg.com>; Jill Cremer <jcremer@trumporg.com>
**Subject:** Trump Tower Tampa

---

Robert:
What is the status of my comments to the proposed Second Amendment to License Agreement that I sent to you on March 16?
Bernie

BERNARD R. DIAMOND

Executive Vice President and

General Counsel

THE TRUMP ORGANIZATION LLC

725 FIFTH AVENUE

NEW YORK, NEW YORK 10022

Phone (212) 715-7288

Fax (212) 317-0037

bdiamond@trumporg.com

