1

2                UNITED STATES DISTRICT COURT

3                MIDDLE DISTRICT OF FLORIDA

4                     TAMPA DIVISION

5    ---------------------------------------------- x

6    STEVE AARON, et al,

7                          Plaintiffs,    Case No.

                                          8:09-CV-2493

8          -against-

9    THE TRUMP ORGANIZATION, INC., a New York

     Corporation, and DONALD J. TRUMP, an individual,

10

                         Defendants.

11

     ---------------------------------------------- x

12

13

14        VIDEOTAPED DEPOSITION of the Defendant,

15   THE TRUMP ORGANIZATION, INC., BY IVANKA TRUMP, taken

16   by the Plaintiffs, held at the offices of Foley &

17   Lardner, 90 Park Avenue, New York, New York, on

18   February 9th, 2011, at 1:19 p.m., before a Notary

19   Public of the State of New York.

20

21

22   ************************************************

23        BARRISTER REPORTING SERVICE, INC.

              120 Broadway

24        New York, N.Y. 10271

              212-732-8066

25

Page 2

1
2  A P P E A R A N C E S :
3
4     CLARK & MARTINO, PA
         Attorneys for Plaintiffs
5        3407 W. Kennedy Boulevard
         Tampa, Florida 33609
6
   BY:  (NOT PRESENT)
7
8  BAJO CUVA COHEN & TURKEL, PA
         Attorneys for Plaintiffs
9        100 N. Tampa Street
         Suite 1900
10       Tampa, Florida 33602
11  BY:  KENNETH B. TURKEL, ESQ.
12
   FOLEY & LARDNER
13       Attorneys for Defendants and The
         Witness
14       P.O. Box 3391
         Tampa, Florida 33601
15
   BY:  CHRISTOPHER GRIFFIN, ESQ.
16
17  THE TRUMP ORGANIZATION
         725 Fifth Avenue
18       New York, New York 10022
19  BY:  ALAN G. GARTEN, ESQ.
20
21  ALSO PRESENT:
22    SALLY BROWNE - Videographer
23         Digital Media Productions
24
          xxxxx
25

Page 3

I. Trump

2  THE VIDEOGRAPHER:  This is the
3  deposition of Ivanka Trump taken in
4  the case of Steve Aaron, et al, versus
5  The Trump Organization, Inc., a New
6  York corporation, and Donald J. Trump,
7  an individual, filed in the United
8  States District Court, Middle District
9  of Florida, Tampa Division.
10     Today's date is February 9th,
11  2011.  The time on the videotaped
12  record is 1:19 p.m.  This deposition
13  is being held at the law firm of Foley
14  & Lardner, LLP, 90 Park Avenue, New
15  York, New York.
16     My name is Sally Browne on
17  behalf of Barrister Reporting of 120
18  Broadway, New York, New York.
19     Would everyone please introduce
20  themselves for the record?
21     MR. TURKEL:  Ken Turkel for the
22  law firm of Bajo Cuva Cohen & Turkel
23  for the plaintiffs.
24     MR. GRIFFIN:  Christopher
25  Griffin of the law firm of Foley &

Page 4

I. Trump

2  Lardner for the defendants and the
3  witness, and the person without the
4  microphone is Mr. Alan Garten, general
5  counsel for The Trump Organization.
6     THE VIDEOGRAPHER:  Would the
7  court reporter please administer the
8  oath?
9  I V A N K A   T R U M P ,
10     Having been first duly affirmed before a
11     Notary Public of the State of New York,
12     was examined and testified as follows:
13     MR. TURKEL:  Did Alan make an
14  appearance in the case or did anybody
15  in-house make an experience?
16     MR. GRIFFIN:  I don't think so.
17     MR. GARTEN:  Like a formal
18  appearance, no.
19     MR. TURKEL:  I was just
20  curious.  That's okay.
21  EXAMINATION
22  BY MR. TURKEL:
23  Q.   Could you please state your full name?
24  A.   Ivanka Marie Trump.
25  Q.   Have you ever had your deposition

Page 5

I. Trump

2  taken before?
3  A.   I have.
4  Q.   How many times?
5  A.   Approximately two other times.
6  Q.   I'm going to give you a set of
7  guidelines.  Some people call them
8  directions.  To me it is just a way of trying
9  to communicate to you certain things that
10  will help the deposition go quicker and make
11  the transcript cleaner.
12     One of them is this:  Make sure your
13  answers are audible.  Right now you are
14  nodding to me.  It is natural in the course
15  of human dialogue to nod and do other
16  nonverbal assertions.  Our court reporter
17  can't take down anything nonverbal.
18  A.   Okay.
19  Q.   Please make sure you say yes, no and
20  stay away from nods or uh-huh and things like
21  that.
22     I may be deliberate at times with my
23  questioning in the sense that I may be
24  looking at a document and trying to formulate
25  something and it may take me a while.  If I

6

I. Trump

1 do that, try not to cut me off if I start a
2 question, and I am trying to be careful about
3 my word choice, because then I will have to
4 go back and reread the whole thing; okay?
5 A. Okay.
6 Q. Equally, if I ask a question that's
7 confusing because of a word I use or the way
8 I phrase it, please tell me. My goal here
9 today, as it is with every deposition, is to
10 make sure that you understand the question
11 and your answer reflects that.
12     If you don't tell me something is
13 unclear I am going to assume you're answering
14 the question.
15 A. I understand.
16 Q. Lastly, to steal your lawyer's
17 instruction, which will be that he may object
18 throughout the course of this, most of his
19 objections will tend to be objections to form
20 and he will just say "objection to the form
21 of the question."
22     If he does that, go ahead and answer
23 that way. He will tell you if you don't need
24 to answer a question because it implicates a

7

I. Trump

1 privilege or some other confidentiality
2 issue; okay?
3 A. Okay.
4 Q. Where do you currently work?
5 A. I work at Trump Tower on Fifth Avenue,
6 at The Trump Organization.
7 Q. That's the physical address of The
8 Trump Organization?
9 A. It is.
10 Q. In all of these depositions I never
11 really asked that.
12     The main office is on Fifth Avenue?
13 A. It is.
14 Q. 575?
15 A. 725.
16 Q. How long have you worked there?
17 A. I have worked there since, I believe,
18 2005.
19 Q. When did you get out of college?
20 A. I graduated in 2004.
21 Q. From Penn?
22 A. From Penn.
23 Q. You started at Georgetown?
24 A. I did.

8

I. Trump

1 Q. Then you transferred?
2 A. I am assuming you are from Georgetown.
3 Q. No. My heart kind of went out there
4 as the lone Georgetown girl. I tend to be
5 taking sides in the family college fight.
6 A. Yes, I did start with Eric and -- I
7 started at Georgetown and then, yes, I
8 transferred to Penn.
9 Q. You graduated, did you say, in '04 or
10 '05?
11 A. I graduated in '04.
12 Q. Did you go to Wharton?
13 A. I did.
14 Q. What was your major?
15 A. My major was I got a bachelor's degree
16 of economics, so it was a general major.
17 Q. You can do an economics major within
18 Wharton?
19 A. Yes. Wharton was an undergrad
20 program, not a postgraduate program.
21 Q. I understand that.
22 A. Specifically what I majored in, the
23 degree I got, which is bachelor's degree of
24 science or whatever, I majored in real

9

I. Trump

1 estate. I majored in finance and I minored
2 in art history.
3 Q. Would it have been a bachelor's of
4 science, but it doesn't have specific
5 designation your course of study?
6 A. That's correct.
7 Q. Real estate, finance and art history?
8 A. Yes.
9     MR. GRIFFIN: A common
10 combination.
11 Q. Why the art history?
12 A. I have always found it very
13 interesting. I love history and I love art.
14 Q. Parenthetically, I had a discussion
15 with someone last night, what can you do with
16 an art history degree, and the girl that I
17 went to Tulane with, she has her own TV show.
18 A. That's funny.
19 Q. When you got out did you go to work
20 directly for The Trump Organization directly
21 upon graduation?
22 A. I did not.
23 Q. What did you do in between?
24 A. I worked for Forest City Ratner

10

I. Trump

1   Company in Brooklyn, another real estate --
2   Q.   Forest --
3   A.   Forest City Ratner. F-O-R-E-S-T,
4   space, C-I-T-Y, space, R-A-T-N-E-R.
5   Q.   Forest City Ratner?
6   A.   Yes.
7   Q.   What did you do there?
8   A.   I worked on the retail development
9   team.
10  Q.   What did the retail development team
11  do?
12  A.   It dealt with the retail program of
13  the company.  It was a real estate company
14  and one of their divisions specialized in
15  retail.  I was specifically working on a
16  shopping center in Yonkers.
17  Q.   That was going to be my next question.
18       I assume the retail team dealt with
19  mostly shopping malls, shopping centers?
20  A.   That was at the heart of what Forest
21  City did.
22  Q.   Why did you go to Forest City before
23  Trump Organization?
24  A.   For some learning experience outside

*(lines renumbered below)*

1   I. Trump
2   Company in Brooklyn, another real estate --
3   Q.   Forest --
4   A.   Forest City Ratner. F-O-R-E-S-T,
5   space, C-I-T-Y, space, R-A-T-N-E-R.
6   Q.   Forest City Ratner?
7   A.   Yes.
8   Q.   What did you do there?
9   A.   I worked on the retail development
10  team.
11  Q.   What did the retail development team
12  do?
13  A.   It dealt with the retail program of
14  the company.  It was a real estate company
15  and one of their divisions specialized in
16  retail.  I was specifically working on a
17  shopping center in Yonkers.
18  Q.   That was going to be my next question.
19       I assume the retail team dealt with
20  mostly shopping malls, shopping centers?
21  A.   That was at the heart of what Forest
22  City did.
23  Q.   Why did you go to Forest City before
24  Trump Organization?
25  A.   For some learning experience outside

11

I. Trump

1   of the family organization.
2   Q.   Did you have any other real estate
3   experience that you gained working while in
4   school?
5   A.   Not specifically.  I took a series of
6   internships, but outside of real estate, and
7   I had worked with my father over the years as
8   an intern or summer jobs, but that was my
9   only place of employment in a contracted
10  formal manner.
11  Q.   Where did you do your internships at?
12  A.   With my father at The Trump
13  Organization.
14  Q.   Did you do -- in talking to your
15  brothers, they did everything from working as
16  dock attendants to landscaping.
17       Were your internships like that?
18  A.   I worked on the construction briefly
19  during -- I can't recall what summer -- of
20  Trump World Tower.
21  Q.   Which is which one; is that the one
22  over by Columbus Circle?
23  A.   No, the one by the United Nations
24  building, shadowing the foremen.  Then I had

12

I. Trump

1   a series of unrelated internships.  I worked
2   at Bear Stearns for a summer as an analyst.
3   Q.   As opposed to your brothers, who
4   apparently just worked for The Trump
5   organization in their college days or -- I am
6   sorry, I am having trouble -- to get
7   comfortable you had real estate experience
8   outside of The Trump Organization?
9   A.   I did.
10  Q.   What kind of work did you do at Forest
11  City?
12       When you say you were on the retail
13  development team, were you doing marketing,
14  were you doing construction review?  What
15  exactly were you doing?
16  A.   Very junior level work.  It was my
17  first year out of college, so largely I did
18  what I was told, and sometimes that would be
19  on the construction side, with the
20  construction team of engineers that were
21  planning the project.
22       Other times that was on the leasing
23  side as we were trying to put in place a
24  leasing program for the shopping center.

13

I. Trump

1   Other times it was on whatever task was
2   assigned to me on that day, so I didn't have
3   the choice of being too selective.
4   Q.   Part of a team that was building a
5   shopping center pretty much?
6   A.   Exactly.
7   Q.   How long were you there for?
8   A.   I was there for a year.
9   Q.   That takes us to 2005 what; summer?
10  A.   The summer, that's correct.  I believe
11  I started at The Trump Organization after
12  Labor Day.
13  Q.   What was your title when you started?
14  A.   I can't recall.  I am not sure what it
15  was.
16  Q.   What is it now?
17  A.   It is EVP of development and
18  acquisitions.
19  Q.   That's the same title both your
20  brothers have, right?
21  A.   Yes.
22  Q.   Not to belabor it, but I have
23  discussed with both of your brothers the
24  general organizational chart, and so correct

14

I. Trump

1 me if I am wrong, I will try to truncate it a
2 little bit, but you and your two brothers are
3 executive VPs of development and acquisition,
4 right?
5 A.   Yes.
6 Q.   Lateral to you would be any variety of
7 other executive VPs such as Alan Weissberg?
8 A.   Our CFO.
9 Q.   CFO. Your general counsel, Jason
10 Greenblatt?
11 A.   That's correct.
12 Q.   He would be lateral, also, right?
13 Tell me if I am wrong.
14 A.   No, I think you're generally correct.
15 I don't know that we have ever delineated it
16 formally, but I would say that that's in the
17 spirit of how we operate.
18 Q.   That's consistent with both your
19 brothers.
20     I don't think there is a formal
21 organizational chart?
22 A.   No.
23 Q.   In getting some sort of sense of how
24 the hierarchy works over there, I have come

15

I. Trump

1 to at least understand that perhaps general
2 counsel also is called an executive vice
3 president, although he or she may not have
4 any separate EVP duties from the legal
5 duties; is that right?
6 A.   That is correct in that instance.
7 Q.   Then Andy --
8 A.   Weiss.
9 Q.   Who is the construction guy, right?
10 A.   He has been with my father for a very
11 long time and he heads our construction
12 efforts.
13 Q.   Is he an EVP also?
14 A.   I believe so.
15 Q.   Everybody at the EVP level,
16 specifically you and your brothers, report
17 directly to your father, correct?
18 A.   That's correct.
19 Q.   There is really nobody in the
20 hierarchy in between the EVPs and your
21 father; is that right?
22 A.   That's correct, although sometimes I
23 would say that the EVPs, with the exception
24 of my two brothers, will report to us and we

16

I. Trump

1 will report to our father or we will give
2 them the answer.
3 Q.   I understand that. I guess that
4 militates in the direction of saying that you
5 are not entirely lateral to some of the other
6 EVPs, right?
7 A.   That's correct.
8 Q.   The way it is structured --
9     MR. TURKEL: Again, Chris, you
10     can object if this bothers you too
11     much, but it helps me give you a
12     context of why I am asking questions
13     the way I am.
14 Q.   The way I understand it from your
15 brothers is that in many respects it is run
16 like a family business where your father is
17 at the top, the three of you are next up, and
18 although there are some people who may be
19 more experienced that are somehow lateral in
20 an operational sense, the chain of reporting
21 can often go from them, to you, to your dad?
22 A.   I would agree with that.
23 Q.   Technically, you and your two brothers
24 may sit in a place on the organizational top

17

I. Trump

1 of some of the other operational executives,
2 right?
3 A.   I would agree with that.
4 Q.   When you first started you said you
5 didn't know what your title was.
6     Do you have any reason to believe you
7 weren't executive vice president from day
8 one?
9 A.   I actually know that I wasn't an
10 executive vice president. I became an
11 executive vice president later, but I don't
12 recall what specifically my title was. I was
13 a vice president of sorts.
14 Q.   Were you assigned anyone under whom
15 you were going to train when you started?
16 A.   No.
17 Q.   Have you had anyone within The Trump
18 Organization other than your father who may
19 have served as a mentor or sort of senior
20 role model for you?
21 A.   My brother, he joined the company
22 several years before, so often he was my
23 first stop if I had a question.
24 Q.   He is what, three years older than

18

I. Trump

1  you?
2  A.   He is four years older.  And he had
3  been there approximately four years,
4  approximately five years longer.
5  Q.   What about him; who did he train under
6  other than your father?  I kind of get the
7  sense that everybody trained under your
8  father.
9  A.   Yes.  You would have to ask him that
10  question.
11  Q.   I did.  Sometimes I like to get other
12  perspectives.  In other words, if you
13  perceived him as having sat under the wing of
14  someone, whether he perceived it or not,
15  sometimes even though he may be the best
16  source of information I will ask the question
17  of you.
18  A.   I can't answer specifically, as there
19  were several people at the organization who
20  are no longer with us and I don't know what
21  his relationship was with them.
22  Q.   I am sorry for cutting you off.
23  A.   That's okay.
24  Q.   Did he work closely with Russ Flicker?

19

I. Trump

1  A.   You would have to ask him that
2  question.  I know that Russ was at the
3  organization when he was there.  Russ was not
4  there when I had joined, so I don't know.
5  Q.   Who do you supervise?
6  A.   Who do I supervise?
7  Q.   Yes.
8  A.   I think my brothers and I collectively
9  have a team that support us.  I don't think
10  any of us take ownership over direct
11  supervision of individuals beyond our
12  administrative assistants, so I think we
13  supervise our teams collectively, meaning us
14  collectively, and on larger issues my father.
15  Q.   Do you work on discrete projects for
16  the organization or do you and your brothers
17  all work on everything all the time?
18  A.   It depends on the project.  There are
19  many projects we work on collectively.  There
20  are some individual initiatives that we have,
21  but there is no hard and fast rule.
22  Q.   Do you do any work on the product
23  licensing side of the business?
24  A.   Not -- when you say product licensing

20

I. Trump

1  you are talking about merchandising,
2  clothing, apparel?
3  Q.   Right.  You can refer to real estate
4  as product, I understand that.  I am talking
5  about cuff links, water, jewelry.
6  A.   Not for the larger item brand.  I have
7  my own brand initiatives that involves
8  product licensing of my own name, shoes,
9  handbags, dresses, coats, et cetera.  I do
10  work on that.  I don't work on that for The
11  Trump Organization, except by way of
12  reference.
13  Q.   Are you set up in a separate company
14  for your brand issues?
15  A.   Am I set up in a separate company?
16  Q.   Do you have a separate company that
17  you run your own brand through?
18  A.   These are my independent initiatives,
19  so I have my separate legal structures or
20  LLCs.
21  Q.   You call them initiatives.  I am just
22  calling them brands.  Your own branding?
23  A.   Yes.  They are proprietary to what I
24  am doing.

21

I. Trump

1  Q.   As it relates to, though, the bigger
2  Trump brand, the cuff links, the ties, things
3  that come under the purview -- from what I
4  understand come under the purview of The
5  Trump Organization, you don't do any work
6  with that?
7  A.   No.  I would say that's a subset of
8  the organization that I have very little
9  involvement in.
10  Q.   That aspect of the business is really
11  uniquely your father's with his support
12  staff; is that fair?
13  A.   That's fair.
14  Q.   When you got to The Trump Organization
15  in 2005 what were the initial projects you
16  worked on?
17  A.   There were a series of tasks I was
18  delegated, smaller and larger, from more
19  minutia of a restaurant lease that we were
20  looking at in Las Vegas to just larger
21  initiatives in terms of new deals.  So the
22  way our organization works is I wasn't given
23  a very specific task.  You know, I got up to
24  speed mainly through observation and through

22

I. Trump

1
2  slowly over time getting more involved and
3  mainly through generating new deals.
4  Q.     When you say "generating new deals"
5  what do you mean?
6  A.     Looking for new opportunities for us
7  to invest in, to brand, to partner in,
8  looking for new opportunities for The Trump
9  Organization.
10  Q.     As opposed to, let's say, Eric who
11  tells me when he started he immediately went
12  to work on Capcana and Puerto Rico and Vegas,
13  you didn't have like three or four discrete
14  projects that were longer term projects that
15  you were attached to?
16  A.     Well, this was many, many years ago,
17  so I don't know specifically what, in the
18  first few months, I was doing. Chicago was
19  under construction, so I started to get more
20  involved in understanding that project.
21     Day one they weren't going to assign
22  me full control over overseeing it, so it was
23  really just about becoming part of the team
24  of The Trump Organization, understanding how
25  we work, understanding the various projects

23

I. Trump

1
2  that we are working on. Las Vegas was
3  included in that, slowly getting more
4  involved in Las Vegas, and then looking for
5  new opportunities to continue to help us
6  grow.
7     MR. TURKEL: I love when they
8  say that was so long ago.
9     MR. GRIFFIN: We have a
10  different perspective given our age.
11     MR. TURKEL: Time becomes
12  relative to us because of age.
13     MR. GRIFFIN: It is yesterday
14  for us.
15     MR. TURKEL: It is like six
16  years in the stuff Chris and I do, it
17  is a luxury when something is only
18  five or six years old. I understand
19  what you mean.
20     THE WITNESS: I guess I just
21  didn't have a very specific job
22  description. It was left to us to be
23  ambitious, start to work and really
24  embrace all the exciting things that
25  were happening around us.

24

I. Trump

1
2  Q.     I don't get the sense from talking to
3  anyone in your family that you or your
4  brother's focused on any discrete area of the
5  real estate practice. In other words, that
6  your focus is marketing and Junior's may be
7  construction and Eric's may be legal.
8     Do you have any distinct focus within
9  real estate that you pride yourself on?
10  A.     I think what you said is correct. I
11  think we are all young, we are all looking to
12  learn across all areas of the business and,
13  therefore, we haven't compartmentalized
14  ourselves to one specific focus.
15  Q.     What was your involvement with
16  Chicago?
17  A.     My involvement with Chicago was more
18  from an observation, from a learning
19  standpoint. The building was under
20  construction, so I would learn that process
21  through the construction team. I was
22  somewhat involved in marketing activities for
23  the project and then as time passed I was
24  very involved in the operational component.
25     We managed the hotel and one of our

25

I. Trump

1
2  first initiatives was to build the
3  infrastructure for a Trump hotel company
4  which would ultimately manage Trump Chicago.
5  That was really something that my brothers
6  and I could take ownership of.
7  Q.     Was Chicago the first project in
8  which -- strike that.
9     Right now you have an infrastructure
10  in place at The Trump Organization to manage
11  the day-to-day operations of the hotel; is
12  that right?
13  A.     That's correct.
14  Q.     That includes even down to the level
15  of networking or interfacing with IT
16  companies for online reservations, right?
17  A.     You would have to ask our IT folks
18  what we do in-house verses what is
19  outsourced, but yes.
20  Q.     Was Chicago the first project in which
21  The Trump Organization committed itself to
22  creating a hotel management either division
23  or affiliate?
24  A.     Actually, no. Trump International
25  here in New York was our first hotel

26

I. Trump

1 property. Before that my father had owned
2 various hotel assets and managed them, also,
3 on a property level. The Plaza Hotel, he
4 built the Commodore Hotel, but it was
5 ultimately managed -- due to refurbishment it
6 was managed by Hyatt. It became The Grand
7 Hyatt.
8      The casinos in Atlantic City, we had
9 background in observations, we didn't have an
10 infrastructure of a centralized hotel
11 management company, and using the Trump
12 International Hotel and Tower Flag that was
13 here in New York, we built the infrastructure
14 to allow us to scale it from a property level
15 to an organization.
16 Q.   The distinction was managing the
17 hotels as properties versus machining them as
18 hotel businesses?
19 A.   Assets versus centralizing it and
20 creating an infrastructure for multiple
21 assets, and Chicago was the first one of
22 those to come on line.
23 Q.   Have you become familiar, through
24 working at The Trump Organization, with the

27

I. Trump

1 various business forms and structures that it
2 does its projects -- strike that.
3      Have you become familiar, in working
4 at The Trump Organization, with the various
5 business forms and structures it engages in
6 to do its various projects?
7 A.   I think you would have to be more
8 specific. We use a myriad of different
9 structures and it is really deal dependent.
10 Q.   That answers the question, then.
11      Have you become familiar with those
12 different structures, those myriad of
13 structures?
14 A.   You would have to ask me which
15 structure.
16 Q.   For instance, Chicago, how was Chicago
17 done?
18 A.   Chicago is a development that was
19 initially owned in partnership and
20 subsequently owned wholly by us through the
21 acquisition of our partners' interests.
22 Q.   When you say it was initially owned in
23 partnership, what do you mean?
24 A.   Initially, and this was before my time

28

I. Trump

1 at the organization so I am speaking from
2 general knowledge or general understanding,
3 we had a partner in the projects that was the
4 Sun Times who initially owned the site, we
5 later acquired their interest.
6 Q.   When you say they initially owned the
7 site, when The Trump Organization got
8 involved in whatever form at the beginning of
9 the Chicago deal did it invest any capital in
10 it?
11 A.   You would have to speak to my father
12 specifically about what investment was made.
13 This was before my time. But yes, it was our
14 development.
15 Q.   Was a partnership deal done, a
16 partnership agreement for Chicago?
17 A.   You would have to ask our lawyers.
18 Q.   Right now what is the ownership right
19 now in Chicago?
20 A.   You would also have to ask our lawyers
21 specifically. We are no longer partners with
22 the Sun Times.
23 Q.   How was Vegas done?
24 A.   Vegas is a partnership.

29

I. Trump

1 Q.   When you call that a partnership, did
2 Trump invest any capital in that?
3 A.   We did.
4 Q.   My understanding is that is 50/50 with
5 Phil Ruffin, right?
6 A.   I am not sure it is appropriate for me
7 to disclose that, but it is a partnership and
8 Phil Ruffin is our partner.
9 Q.   It has been disclosed.
10 A.   Okay.
11 Q.   Did you work on Toronto at all?
12 A.   I did and I do work on Toronto.
13 Toronto was an older job, though, so I didn't
14 originate that deal. I have worked on it
15 subsequently primarily in the same capacity
16 as Chicago, ramping up for our taking over
17 the hotel management role.
18 Q.   With respect to Toronto, that's a
19 license deal, right?
20 A.   Toronto I would have to look back on.
21 I am not sure if it is a license deal or on
22 some form of partnership. There is a profit
23 participation in that deal.
24 Q.   Have you worked on any license deals

30

1          I. Trump
2 that you are sure were license deals?
3 A.   I have.
4 Q.   For instance?
5 A.   Panama.
6 Q.   Panama was a license deal?
7 A.   Panama was a license deal.
8 Q.   What else?  Any other ones?
9 A.   Capcana was a license deal.  Istanbul,
10 we have two towers and a large shopping
11 center underneath those towers in Istanbul,
12 Turkey.  That's also a license deal.
13 Q.   What did you do on Capcana?
14 A.   Very little.  I was involved in the
15 salient source in the deal and at that point
16 in time Eric had just joined the organization
17 and we thought it was a good opportunity for
18 him to work on a new project, so Don and I
19 were initially involved, then we really
20 delegated the responsibility to Eric, who has
21 run with the deal ever since.
22 Q.   With respect to Toronto?
23        MR. GRIFFIN:  These were
24     numbered from the prior depositions.
25        THE WITNESS:  Thank you.

31

1          I. Trump
2 Q.   You're looking at Exhibit 12.  There
3 is a predicate to that document.
4     Do you know whether, in any of the
5 license deals that have been done, that you
6 have knowledge of, those deals had been
7 entered into without a license agreement, a
8 formal license document?
9 A.   I am sorry, can you repeat the
10 question?
11 Q.   Sure.  Do you have any knowledge as to
12 whether any license deals have been entered
13 into by your father that did not get
14 memorialized in a formal license agreement, a
15 written document?
16 A.   You are referring to them as license
17 deals, so are you saying is the name on a
18 license deal license?
19        MR. GRIFFIN:  Can I help?
20        MR. TURKEL:  Can you?
21        MR. GRIFFIN:  May I?
22        MR. TURKEL:  Show her Exhibit
23     14.
24        MR. GRIFFIN:  He wants to know
25     if there was a license deal without a

32

1          I. Trump
2 written agreement, to your knowledge,
3 ever.
4        THE WITNESS:  A license deal
5 without a written agreement?  Not that
6 I would imagine.
7        MR. TURKEL:  Give her 14, it
8 will help here.
9 Q.   Exhibit 14 is a copy of the license
10 agreement in the Trump Tower Tampa case.
11 A.   Okay.
12 Q.   If you look at it, it says this
13 agreement was made as of the 27th day of
14 October, 2004, between Donald J. Trump
15 worldwide renowned builder and developer of
16 real estate who enjoys the highest reputation
17 in these fields, among others.  He is defined
18 as the licensor.
19     Do you see that?
20 A.   I do.
21 Q.   This agreement is called a license
22 agreement; do you see that at the top?
23 A.   I do.
24 Q.   Do you have knowledge as to whether
25 any license deals had been done by The Trump

33

1          I. Trump
2 Organization that didn't have a contract like
3 Exhibit 14?
4 A.   I haven't read Exhibit 14.
5 Q.   Let's keep it to the basic premise,
6 regardless of the contents of the document,
7 that a license agreement exists, period.
8     Do you know of any deals that were
9 done in which there was licensing that did
10 not include some kind of license agreement?
11 A.   This seems a little bit circular, but
12 if you are telling me -- if you are asking me
13 hypothetically about any license deals that
14 weren't contractually in the form of a
15 license agreement, from you calling them a
16 license deal I have to assume that there is
17 an agreement.
18 Q.   I don't know, that's why I am asking
19 the question.  I am not trying to be tricky
20 or coy.
21 A.   I guess I am not understanding.
22 Q.   You are giving me way too much credit
23 here.
24 A.   I am not saying you are being tricky.
25 I just don't understand.

34

I. Trump

1
2     MR. GARTEN: Versus what is
3 written?
4     MR. TURKEL: The question comes
5 from the purest place of discovery.
6 Q.    Anytime that the Trump brand has been
7 licensed for a real estate product in which
8 you have been involved and, therefore, would
9 have knowledge, has there been a written
10 license agreement?
11 A.    Yes, yes. I can answer that question.
12 There has been.
13 Q.    From that has your father individually
14 been the licensor as opposed to The Trump
15 Organization?
16 A.    It depends on the license agreement.
17 There have been a variety of different
18 scenarios.
19 Q.    Do you know for a fact that there are
20 license agreements in which The Trump
21 Organization itself has been the licensor?
22 A.    I don't know that for a fact,
23 specifically meaning The Trump Organization.
24 Q.    Do you know whether The Trump
25 Organization has any ownership interest in

35

I. Trump

1
2 the service marks and trademarks which are
3 licensed by your father?
4 A.    I know my father has a series of
5 trademarks, and I don't know who has the
6 ownership of them, which entity.
7 Q.    When you say The Trump Organization
8 may have actually been the licensor in the
9 license agreement, you can clarify for me if
10 you are just speculating whether or --
11 A.    I think I answered your question that
12 I don't know specifically if The Trump
13 Organization has been a licensor. I know
14 that there are license agreements where there
15 are other entities that are signatories other
16 than my father, specifically.
17 Q.    Which agreements are those where there
18 are other signatories?
19 A.    I can't say specifically, but I have
20 seen agreements whereby somebody else signs
21 or another entity signs.
22 Q.    With respect to Toronto, have you had
23 a chance to read this disclaimer?
24 A.    What disclaimer?
25 Q.    The one I handed you, Exhibit 12.

36

I. Trump

1
2 A.    Where is -- what is the disclaimer;
3 the text?
4 Q.    All of the text under the heading that
5 says disclaimer.
6 A.    Sorry, I was looking down here.
7 Q.    Honestly, I am not that tricky.
8 A.    I am not accusing you of being tricky.
9 Q.    I feel like there is a communication
10 breakdown here.
11     MR. GRIFFIN: Just let me know
12 when you are finished reading it.
13     THE WITNESS: Thanks. Okay.
14 Q.    With respect to that specific
15 disclaimer, have you seen that or similar
16 language used in other Trump license
17 projects?
18 A.    I have seen a variety of disclaimers.
19 This text specifically, I don't know that I
20 have seen it before.
21 Q.    I would not want to ask you to commit
22 the text is identical.
23     In general, do you know why that
24 disclaimer was placed on the Toronto website?
25 A.    You would have to ask our lawyers or

37

I. Trump

1
2 our marketing team who were involved in the
3 generation of this content, assuming that
4 they were involved. I am not even sure that
5 that's accurate.
6 Q.    Let me ask you this, then: When it
7 comes to licensing deals, I don't want to get
8 mired into what we were just in with respect
9 to the document, but assume for a second --
10 assume for purposes of this question that it
11 is a license agreement on a Trump project
12 similar to Exhibit 14 in which your father is
13 individually the licensor; all right?
14 A.    Okay.
15 Q.    Can you assume that as a foundation to
16 this, in those situations where your father
17 is the only signatory to the license
18 agreement, what role does The Trump
19 Organization play in that project?
20     MR. GRIFFIN: Object to the
21 form of the question. Go ahead.
22 A.    I am not sure that I am equipped to
23 answer that question. I am not sure that his
24 role would differ depending on who signs the
25 license or which entity signs the license. I

38

```
1              I. Trump
2  don't know.
3  Q.    That very well may be the answer.
4      I think what I am asking you is
5  despite the fact that, for instance, in the
6  Tampa agreement your father was the
7  individual licensor, certainly The Trump
8  Organization and its employees played some
9  role in the project, right?
10 A.    They did play some role in the
11 project.
12 Q.    When it comes to -- have you ever read
13 one of the Trump license agreements?
14 A.    I have.
15 Q.    We can agree that in the license
16 agreements are a series of obligations and
17 duties for the licensor to review certain
18 documents, review promotional materials,
19 review design plans, et cetera?
20 A.    That's correct.
21 Q.    Maybe I asked the initial question the
22 wrong way, but who does that? Who does all
23 of that review?
24 A.    Which part specifically? We have
25 construction teams who are involved in the
```

39

```
1              I. Trump
2  design elements to ensure the physical
3  standard of the building. We have marketing
4  employees who are involved in the quality and
5  the presentation of the marketing materials,
6  so it really depends on which element.
7  Q.    You took my question more literally
8  than I intended.
9      In general there are various teams
10 within The Trump Organization that will
11 execute on the various duties and obligations
12 in the license agreement, right?
13 A.    It is very important to us that every
14 project that we are involved in meets a
15 standard. Sometimes that's a physical
16 standard, that's an operational standard.
17 That's a general standard of excellence
18 that's expected of our brand, so we all take
19 our commitment to that very seriously.
20 Q.    Despite the fact -- and I think this
21 is really where I am heading with it, despite
22 the fact that your father may be the
23 individual licensor under the agreement, The
24 Trump Organization still provides all of the
25 operational support and day-to-day
```

40

```
1              I. Trump
2  functioning under the agreement, is that
3  right?
4  A.    Yes, I would agree with that.
5  Q.    It may seem somewhat elementary, but
6  just what I am looking for is to make sure
7  that there is some interplay between the
8  organization's operational participation
9  despite the fact that it may not be a
10 signatory to a certain agreement.
11 A.    I understand.
12 Q.    To sum it up, we can agree that even
13 though Trump Organization may not be a
14 signatory to a license agreement, it still
15 provides all of the support and operational
16 functionality behind the agreement?
17 A.    Various teams at the company provide
18 that support, yes.
19 Q.    I get that. I understand different
20 people do different things.
21     Do you know whether a disclaimer
22 similar to the one on Exhibit 12 was done
23 with respect to Trump Tower Tampa?
24 A.    I do not.
25 Q.    With respect to Toronto, would it be a
```

41

```
1              I. Trump
2  standard business practice for your marketing
3  team to review a website such as the Toronto
4  website when Trump names and marks are being
5  used?
6  A.    It would be, yes.
7  Q.    That's consistent with your testimony
8  that it is important to maintain those
9  standards of excellence and adherence to what
10 is defined in license agreements as the Trump
11 standards?
12 A.    That's correct.
13 Q.    Is there an individual value to the
14 name Trump?
15     MR. GRIFFIN: Object to the
16     form of the question. Go ahead.
17     Individual as a standalone or attached
18     to something?
19     MR. TURKEL: Attached to a
20     product.
21 A.    I think my father created grand brand
22 value, absolutely.
23     MR. TURKEL: Can you show her
24     the Linneman report?
25     MR. GRIFFIN: Yes. That would
```

I. Trump

be Exhibit 11. You can hand me those two back.

Q. I am showing you Exhibit 11, or actually your counsel handed you Exhibit 11, which is a report prepared by Linneman Associates in July 2007.

Do you know who Linneman Associates are?

A. I do.

Q. Did you study under Professor Linneman?

A. I did.

Q. I was dying to ask that question.

He is a professor of real estate at the Wharton School?

A. That's correct.

Q. Did you have anything to do -- strike that.

I take it that he has a side consulting business that does real estate evaluation or consulting?

A. He has some form of side consulting business, yes.

Q. Did you have anything to do with



I. Trump

Professor Linneman preparing the study that's marked as Exhibit 11?

A. I believe I initiated the discussion with him about the preparation of this.

MR. TURKEL: We closed the circle on the Linneman mystery.

Q. Did you reach out to him to ask him whether he could do an analysis on the brand value of the Trump real estate brand?

A. I am not sure that I reached out to him. He may have reached out to me. I don't recall who reached out to who.

Q. This is just out of pure sort of curiosity: Do you recall he called to see whether he could do this study?

A. We spoke often and he often has talked about the value of the brand, so I am not sure how the conversation came up.

Q. Did the organization pay him to do the study?

A. I don't recall.

Q. Who would be the best person to ask that question to?

A. Our accountants.



I. Trump

Q. What about Alan Weissberg, CFO?

A. I am not sure if Alan would be involved in that.

Q. Did the Linneman group, Linneman Associates, do an oral presentation of their study to the Trump Organization?

A. They did not to me, and I don't believe they did so to anyone else.

Q. What generates that question is the fact that what was produced to us as Exhibit 11 is a PowerPoint or appears to be a PowerPoint. I would just assume they would have done some presentation to the group.

A. I don't believe they did.

Q. Was this study, Exhibit 11, saved in digital or -- strike that.

Was Exhibit 11 provided to the Trump Organization in digital format on a CD or anything like that?

A. I don't recall how it was provided.

Q. Have you ever used it in presenting a project to a potential partner or financing source?

A. We have.



I. Trump

Q. Have you personally?

A. I have.

Q. When you use it, it is obviously in digital format, right?

A. I know that we have it in digital format in some capacity, but actually no, we most often meet in person and hand it.

MR. GARTEN: Do you want a digital copy?

THE WITNESS: I am sure we have it.

MR. GARTEN: Just curious.

Q. It seems kind of interesting to me that they would do a PowerPoint and nobody would present it as a PowerPoint, that's all.

MR. GRIFFIN: There is no question.

Q. Most of the questions come from that very raw I really want to know place.

MR. GRIFFIN: There is no question right now.

Q. I am not asking you for a comment in response to my comment.

Where have you presented this? In

46

I. Trump

1   what projects have you presented the Linneman
2   Associates study?
3   A.    Often what this really is is just
4   empirical evidence of us relative to the
5   competition in a market, so it is often used
6   as just a complement to our discussions about
7   our branding activities and to prospective
8   financing sources about some of the projects
9   we have done and the performance of those
10  projects.
11  Q.    Simply stated, what Professor Linneman
12  or his group did was just compare Trump
13  properties to comparables in the same market
14  and then do charts on sales velocity and
15  price per square foot?
16  A.    That's correct.
17  Q.    When you say it is empirical evidence
18  reduced to its most simple form, it is an
19  analysis of data relating to price per square
20  foot and sales velocity?
21  A.    That's correct.
22  Q.    Have there been any updates of this
23  done since 2007?
24  A.    I am not sure if my team has updated

47

I. Trump

1   it. I believe that projects have been added.
2   I don't know if we have done so internally or
3   through Professor Linneman.
4   Q.    Do you know whether the value of the
5   brand changes when it is used in a license
6   deal as opposed to a Trump developed deal?
7   A.    The value of the brand to whom; to
8   ourselves?
9   Q.    Empirically.
10  A.    I don't believe there is a
11  distinction. The brand is the brand and we
12  associate with only the top quality projects
13  and people have come to expect that of us
14  regardless of if it is our own development
15  project or if it is a license project.
16  Q.    In that respect, who at The Trump
17  Organization is responsible for the
18  evaluation of your prospective development
19  partners?
20  A.    The partners or the project?
21  Q.    Let's start with the partners.
22  A.    With the partners, Don, Eric and
23  myself typically will take the initial
24  meetings. And if we think the partners are

48

I. Trump

1   credible partners, would be solid strategic
2   partners and would have the execution
3   wherewithal to build, to the second part of
4   the question, product that is in keeping with
5   our very high standard, then we will
6   introduce those people or introduce that
7   project to my father.
8   Q.    That holds true whether it is a
9   prospective joint venture or legal
10  partnership or license agreement?
11  A.    Every iteration.
12  Q.    With Trump Tower Tampa none of you
13  were there -- Don, Jr. may have been there in
14  2004, but I know he wasn't at the front end
15  of that deal.
16      Who would have been the personnel
17  within The Trump Organization that would have
18  evaluated Simdag Robel as a potential
19  development entity for a license deal in
20  Tampa?
21  A.    I don't know.
22  Q.    It is kind of interesting because you
23  can almost look at the company pre the three
24  siblings and post the three siblings.

49

I. Trump

1   The best I can tell from looking at
2   the documents is Russ Flicker would have
3   served the role that you and your brothers
4   serve now before you got there.
5   A.    And I don't know Russ in a
6   professional capacity, so I can't speak to
7   that. I don't know who the deal came through
8   initially and how involved that that person
9   was in this analysis, so I can't answer your
10  question.
11  Q.    You would certainly have some
12  knowledge of what Russ' role was in the
13  company before you got there; wouldn't you?
14  A.    Not really.  He wasn't there when I
15  was there.
16  Q.    I know that.
17  A.    I know he was in some way involved in
18  this project, but I have very little
19  understanding of what he did.  I know Don
20  worked with him to some degree.  I don't know
21  how.
22  Q.    Don, Jr.?
23  A.    My brother.
24  Q.    Who was the executive VP of

50

I. Trump

1  development and acquisition before that role
2  was shared by you and your two brothers?
3  A.  I am not sure if that role existed.
4  Q.  It is a fair answer.  I am not sure it
5  did, either.
6     I guess what I am getting at is:  As
7  best as you know, the corporate structure of
8  the company changed in some respects to
9  accommodate the fact that you and your two
10 brothers would be working there, right?
11 A.  I think that happened more organically
12 than anything else.
13 Q.  That was going to be my next question.
14    Did it happen organically, regardless?
15 There are three.
16 A.  There is more of us.  There are more
17 eyeballs and my father has installed in us
18 confidence.
19 Q.  That's what I was getting at.
20    Regardless of what the structure was
21 before, there is three of you now where there
22 may have been less people to serve those
23 roles before.
24 A.  I am not sure if there are less

51

I. Trump

1  people.  I am not sure if anyone filled these
2  exact roles.
3  Q.  You and your brothers all essentially
4  do the same thing, right?
5  A.  We do, relatively the same.
6  Q.  Except they have not branded women's
7  clothing yet?
8  A.  That's correct.
9  Q.  What was your involvement with Trump
10 Tower Tampa?
11 A.  Very little.  I came into the
12 organization and I believe that the deal had
13 been executed prior to that time.  I was more
14 involved from the standpoint of being
15 educated on projects that were underway that
16 we were associated and involved with.  So
17 beyond that, I know very little about the
18 specifics of the project.  I was never in
19 Tampa.
20 Q.  It is a nice place.
21 A.  I think I gave a speech once, but
22 never there for the purpose of this project.
23 Q.  Was it a seminar?
24 A.  Something along those lines, yes.

52

I. Trump

1  Q.  With your brother?
2  A.  No, I wouldn't have been with my
3  brother.
4  Q.  Because your brother Don, Jr. gave a
5  speech there, also.
6  A.  It may have been through the same
7  speech network.
8  Q.  It is an odd coincidence you came on
9  board after Labor Day 2005?
10 A.  Yes, I believe so.
11 Q.  I will go through some documents with
12 you that are existing exhibits, then some
13 additional documents that have not been
14 introduced yet in which you were copied, and
15 as we go through them we are going to talk in
16 greater detail about what you did or didn't
17 do.
18 A.  Okay.
19 Q.  The general participation you are
20 describing was that you were just brought
21 into the loop to be educated as part of your
22 general matriculation to Trump Organization?
23 A.  I would say that's correct.
24 Q.  When you start showing up as being

53

I. Trump

1  copied or being the recipient of e-mails it
2  wasn't because somebody told you Ivanka, you
3  are not going to work on Trump Tower Tampa
4  and here is what you are going to do?
5  A.  I don't recall ever being told that,
6  no.  I don't know specifically what e-mails
7  or if they thought that anything I could say
8  would be of help in the context of whatever
9  the e-mail was.
10    THE WITNESS:  Do you mind if we
11 take a two-minute break?  I am five
12 months pregnant.  I need to stand up a
13 lot.
14    MR. TURKEL:  That's fine.  I
15 had three children.  I understand what
16 pregnancy is about.
17    THE VIDEOGRAPHER:  The time is
18 2:09 p.m.  We are going off the
19 record.
20    (Discussion held off the
21 record.)
22    THE VIDEOGRAPHER:  The time is
23 2:17 p.m.  We are back on the record.
24    MR. TURKEL:  I will call this

54

I. Trump

46.

(Whereupon an e-mail string was marked Plaintiff's Exhibit 46 for identification as of this date.)

MR. GRIFFIN: For your information, the redacted stamp is simply where we removed information before producing the document, so we don't disclose privileged information.

THE WITNESS: I see. Okay, thank you.

Q.   Of course that's not going to keep me from asking a number of questions about it. Let me know when you have finished looking at number 46.

A.   Okay.

Q.   Have you had a chance to look at Exhibit 46?

A.   I have.

Q.   In reviewing the document it appears to me that Mark Randall was involved in some capacity with Atlanta Tower; is that correct?

A.   He was an employee of Wood Partners, who was the developer of the Atlanta project,

---

55

I. Trump

correct.

Q.   What is the status of the Atlanta project?

A.   The project isn't going forward.

Q.   It is not going forward?

A.   It is not going forward.

Q.   Is there any litigation surrounding the project?

A.   Not to my knowledge.

Q.   Why did that project not go forward?

A.   Market conditions, the world collapsed and they were not able to secure financing.

Q.   Did you know Mark Randall in any capacity other than the relationship that arose from the Atlanta Tower?

A.   No.

Q.   That was an awkward question. Was he a business contact from any other source other than Atlanta?

A.   No.

Q.   Why was he reaching out regarding the Tampa project?

A.   Truthfully, I can't really recall.  I recall having a conversation with him about

---

56

I. Trump

how their company was interested in the Florida marketplaces, so it sounds like they somehow wanted to get involved in the deal based on this e-mail.

Q.   What is his company; Wood Partners?

A.   Wood Partners is a development company.  I believe they are based in Atlanta.

Q.   Are they still a viable entity, as far as you know?

A.   If I recall correctly, they were acquired by a large company, CBRA, but I don't know if they are still Wood, as we know them, or a subset of that.

Q.   In the time frame referenced in Exhibit 46, which is late October 2006, what was your involvement with Trump Tower Tampa?

A.   I can only imagine very little.  My involvement was never great in Trump Tower Tampa, so in 2006 it would have been pretty much one year after I started at the company.

Q.   By the context of his e-mail, his October 27 e-mail, being that the Tampa project isn't referenced in the previous

---

57

I. Trump

thread, that just kind of pops up in a way that appears to relate to some conversation you had with him.

In other words, his e-mail assumes that it needs help of some kind which isn't disclosed in the previous e-mails in the thread.  I guess my question is:  Did you talk to him about it?

A.   I can't deduct that from this e-mail. All it says is that they are interested in helping out in the Tampa deal.  That could be from a construction standpoint, that could be from a sales standpoint.  I can't infer what he means.  As you noted, I didn't reference it in my e-mail.

Q.   Did you have any discussions with Mr. Randall about the CFF?

A.   I remember having had a discussion with him.  I don't know if it was prior to or post this e-mail.  He had asked me about the project and if we were involved, et cetera.

Q.   If you look at the front page of 46, which is Bates stamped page 0004703, there is a large block of text that's redacted at the

58

I. Trump

1
2  top of the page; do you see that?
3  A.    Sure.
4  Q.    What this has been represented to be
5  by your counsel is an e-mail from Bernie
6  Diamond to you, Jill Cremer and Andrew Weiss
7  regarding redacting an e-mail string
8  regarding Tampa materials.
9        Do you have any recollection -- if you
10 do don't disclose what it is, but do you have
11 any recollection of whether Mr. Diamond --
12 whether you forwarded any of these e-mails to
13 Mr. Diamond?
14 A.    I don't.
15 Q.    Do you have any recollection of what
16 the redacted text may have been at the top of
17 page 4703?
18 A.    I don't.
19 Q.    Were Jill Cremer and Andrew Weiss
20 brought into the loop on your discussions
21 with Mark Randall?
22 A.    I don't remember.
23 Q.    As you sit here today do you have any
24 idea what e-mail Bernie Diamond may have sent
25 you that would have been related to or

59

I. Trump

1
2  attached to this thread?
3  A.    You would be asking me to guess. You
4  were the one who told me I apparently sent it
5  to him.
6  Q.    No, I don't know if you sent it to
7  him. I don't know anything other than there
8  is a big block that says "redacted."
9  A.    I don't know. Like I said, I wasn't
10 very involved in the project, so I likely was
11 seeking information from people who were.
12       MR. TURKEL: Mark this as 47.
13       (Whereupon an e-mail string was
14       marked Plaintiff's Exhibit 47 for
15       identification as of this date.)
16 Q.    Before we get into this document, did
17 you convey your discussions to Mark
18 Randall -- strike that.
19       Did you convey your discussions with
20 Mark Randall to anyone else?
21 A.    I don't recall. I don't recall what
22 my discussions specifically were with Mark
23 Randall, other than this reminded me that he
24 had once asked about the project.
25 Q.    This is number 47. I think it is the

60

I. Trump

1
2  same e-mail thread we just went through.
3  However, this version of it, this iteration
4  of it comes with two completely redacted
5  pages of text.
6        This has been represented by your
7  counsel, on a privilege log that's marked as
8  Exhibit 25, to be an e-mail from Jill Cremer
9  to you which is supposed to be an e-mail
10 string regarding Tampa information.
11       In that respect I guess the
12 foundational question that I am going to ask
13 you is:  Do you remember on or about
14 October 27, 2006 receiving an e-mail from
15 Jill Cremer about the Tampa project?
16 A.    No.
17 Q.    Miss Trump, I want to give you a
18 context, to represent to you what has been
19 put on the privilege log that's attached is
20 Exhibit 25, is that this was just from Jill
21 Cremer to you and copied to Bernard Diamond
22 and Andrew Weiss.
23 A.    Okay.
24 Q.    Does that provide any further
25 clarification as to an e-mail you may have

61

I. Trump

1
2  received on or about October 27, 2006 from
3  her?
4  A.    It doesn't.
5  Q.    In general, what would you and Jill
6  Cremer have been communicating about with
7  respect to Tampa at that time?
8  A.    I can only speculate. I can tell you
9  Jill Cremer worked in a marketing capacity at
10 the organization and Andrew Weiss worked in
11 construction and Bernie was a lawyer.
12 Q.    I understand everybody's roles.
13       Did you have any specific
14 participation in the marketing of the Tampa
15 project?
16 A.    It would have been very limited. I
17 can't -- no, nothing specifically that comes
18 to mind.
19 Q.    In sum, without resorting to just
20 basic speculation, you would have no idea
21 what could have been in that e-mail from Jill
22 Cremer to you of October 30, would have been
23 the date, 2006?
24 A.    My birthday. It could have been happy
25 birthday. That's the closest I have got to

62

I. Trump

1 having an answer to that question.
2
3 Q.   If it is happy birthday, then tell
4 your counsel to not redact it. We can get
5 rid of two pages of mystery there.
6       You have no memory of that?
7 A.   I don't.
8 Q.   I will show you what will be marked as
9 Exhibit 48.
10      (Whereupon an e-mail string was
11      marked Plaintiff's Exhibit 48 for
12      identification as of this date.)
13 Q.   Exhibit 48, let me know when you get
14 done reading it. I think you will find it is
15 the same e-mail thread with a response added
16 by you.
17 A.   Okay.
18 Q.   Having read that, does that refresh
19 your memory as to your discussions with Mark
20 Randall regarding Wood Partners'
21 participation in the Tampa project?
22 A.   Not really. It appears as though they
23 were interested in exploring somehow becoming
24 part of the partnership.
25 Q.   Did you ever have a meeting with

63

I. Trump

1
2 Mr. Randall in New York City on November 14,
3 16 or 17?
4 A.   Those dates specifically, I don't
5 know. I had several meetings with him in New
6 York City related to the Atlanta project.
7 Q.   What kind of deal was Atlanta?
8 A.   You would have to ask my lawyers. I
9 believe it was a license deal.
10 Q.   Were you participating in the profits?
11 A.   I don't recall.
12 Q.   Going back to whether you met with
13 him, do you recall whether you met with him
14 concerning the Tampa project?
15 A.   As I said to you before, we had a
16 conversation about the Tampa project. I
17 don't recall if we met on the dates that are
18 noted here.
19 Q.   That's where I went back to read your
20 answer. I think you said you met with him on
21 a number of times on the Atlanta project.
22 A.   Previously I said I spoke to him about
23 the Tampa project.
24 Q.   Whatever came of your discussions with
25 Mr. Randall about the Tampa project?

64

I. Trump

1
2 A.   I think nothing.
3      MR. GRIFFIN: I will object to
4      the form of the question. Go ahead.
5 Q.   Did his company ever participate in
6 the company Trump Tower?
7 A.   Not that I am aware of.
8 Q.   Apparently at the top of the first
9 page of Exhibit 48 there has been text
10 redacted out that has been represented to
11 have been an e-mail from you to Bernard
12 Diamond, Eric Trump, Jill Cremer and Andrew
13 Weiss regarding Tampa info, Tampa
14 information.
15      Why would you have been e-mailing Eric
16 Trump regarding Tampa on October 30, 2006?
17 A.   I have no idea.
18 Q.   Do you have any recollection --
19 without disclosing if you do have a
20 recollection, do you have any recollection of
21 an e-mail being sent to those parties on
22 October 30, 2006?
23 A.   I don't.
24      MR. TURKEL: This will be
25      Exhibit 49.

65

I. Trump

1
2      (Whereupon an e-mail string was
3      marked Plaintiff's Exhibit 49 for
4      identification as of this date.)
5 Q.   Just let me know when you are done
6 reading that, please.
7 A.   Okay.
8 Q.   Who is John Bernabei?
9      Did I pronounce that right?
10 A.   John Bernabei, he worked with Andy
11 Weiss.
12 Q.   In the construction department?
13 A.   Yes.
14 Q.   Do you know whether Mark Randall had
15 specifically requested additional information
16 on the construction issues they were having
17 at Trump Tower Tampa?
18 A.   I don't see that here, so I can only
19 infer that he did.
20 Q.   Were you the first point of contact
21 for Mark Randall at The Trump Organization
22 regarding Trump Tower Tampa?
23 A.   Well, I was Mark's main point of
24 contact, so he would have contacted me first.
25 Wood was a great partner to us and Mark was

66

I. Trump

1 an important part of that, so I think that if
2 they would have found a way to come into the
3 Trump Tampa project that would have been
4 terrific. Simdag wanted to. They were a
5 very capable organization.
7 Q.    Given that Jill Cremer is sending this
8 e-mail to Mark Randall on November 28, 2006,
9 my question is whether you would have spoken
10 to Jill prior to November 28, 2006 to tell
11 her what information Mark Randall was
12 seeking.
13       And if you didn't speak to her,
14 whether you would have communicated with her
15 by e-mail or some other way to let her know
16 that.
17 A.    Mark could have communicated with her.
18 Simdag could have communicated with her. I
19 am not sure who communicated with her. I
20 could have communicated with her.
21 Q.    You don't have any memory one way or
22 the other?
23 A.    About this specifically, no.
24 Q.    Wood Partners did not get involved in
25 Trump Tower Tampa; is that right?

67

I. Trump

1
2 A.    They did not.
3 Q.    Do you know why?
4 A.    I don't.
5 Q.    Did you ever talk to Mark Randall
6 about it after the fact, after Wood made
7 their decision one way or the other?
8 A.    We did not speak, but looking at the
9 dates on his e-mails the market and economy
10 were becoming increasingly depressed.
11 Q.    Regardless of what the reasons were,
12 my simple question was whether you had talked
13 to him about the reasons.
14 A.    No, not that I remember talking to
15 him. I barely remember this whole
16 correspondence.
17       MR. TURKEL: We are on 50.
18       (Whereupon an e-mail string was
19       marked Plaintiff's Exhibit 50 for
20       identification as of this date.)
21 Q.    Having read 50, Exhibit 50 is an
22 e-mail thread that starts with you e-mailing
23 someone referred to as chairman. His name
24 appears to be George or Jorge.
25 A.    Jorge.

68

I. Trump

1
2 Q.    What is his last name?
3 A.    Perez.
4 Q.    Who is he?
5 A.    He is the, I believe, CEO of Related
6 in south Florida.
7 Q.    Had you worked with him in the past
8 previous to this e-mail?
9 A.    We have.
10 Q.    On what projects?
11 A.    In projects in south Florida, in
12 Miami.
13 Q.    Did Related actually prepare some
14 drawings or other materials for the Trump
15 Tower Tampa project?
16 A.    That I don't recall, but I do know
17 they were interested in the site at one point
18 in time.
19 Q.    To the extent you represented in your
20 e-mail on April 16, 2007 that, and I quote:
21 "I wanted to follow-up with you regarding our
22 conversation about Trump Tampa. I saw the
23 rendering materials that you gave my father
24 and the building looks great."
25       You don't have any independent

69

I. Trump

1
2 recollection of what renderings of materials
3 you are talking about?
4 A.    Actually, when I read that I thought
5 that was a reference to the buildings that we
6 did together with Jorge in south Florida. I
7 thought that was referencing our Miami
8 buildings, but it may be referencing
9 renderings he did for Trump Tampa. I am not
10 sure.
11 Q.    Were you the point person for Trump
12 Organization as it related to discussions
13 with the Related Group to come into the Tampa
14 project?
15 A.    I had spoken, or I guess, e-mailed
16 Jorge and he referred me to somebody in his
17 group who I believe I subsequently had a
18 brief conversation with, telephone
19 conversation.
20 Q.    Was that Eric Fordin, as referred to
21 in the other part of the e-mail?
22 A.    I believe so.
23 Q.    Do you remember talking to Mr. Fordin?
24 A.    I remember calling Mr. Fordin, but I
25 think all of this was in an effort to allow

70

I. Trump

1  the project to come to fruition, and Related
2  had expressed some interest, but it appears
3  not to have gone that way.
4  Q.    Do you know why Related didn't come
5  in?
6  A.    Like I said, the timing is now April
7  2007, so I would imagine the market was
8  continuing to collapse.
9  Q.    Past your impressions about this state
10 of the market at the time, do you have any
11 recollection as to specific reasons that were
12 provided to you by Related concerning their
13 decision not to come into the Tampa project?
14 A.    I do not.
15 Q.    Was it even close to a deal with
16 Related?
17 A.    I don't believe so.
18 Q.    Do you have any recollection of what
19 the proposed business terms were with
20 Related?
21 A.    That would have been between Related
22 and Simdag.
23 Q.    Why would you have been intervening at
24 all then?

71

I. Trump

1  A.    As I said, our interests was seeing
2  the project come to fruition with Related,
3  and Wood were strong partners, strong
4  partners with a preexisting relationship with
5  Trump, and if there was an interest, and if
6  Simdag had been able to reach an agreement
7  with them to allow the building to get built,
8  it would have been to the benefit of
9  everyone.
10 Q.    Did your father individually, or the
11 Trump Organization, have any money at risk,
12 hard money at risk in the Trump Tower Tampa
13 project?
14     MR. GRIFFIN:  Object to the
15 form of the question.  Go ahead.
16     MR. TURKEL:  What?  Pardon?
17     MR. GRIFFIN:  I think the terms
18 "hard money" and "risk," even though
19 you may have an understanding and Miss
20 Trump may have an understanding, I
21 think they are ambiguous and I think
22 it renders the question ambiguous.
23     MR. TURKEL:  I will break it
24 down.

72

I. Trump

1  Q.    First of all, do you know what the
2  term hard money means in the real estate
3  word?
4  A.    I think there are many definitions of
5  the term hard money.  It depends which lender
6  you ask.
7  Q.    What is your definition of the term
8  hard money?
9  A.    If you tell me yours, I will say if I
10 agree.
11 Q.    They had actually put funds, actual
12 funds into the project as of the date of this
13 April 19, 2007 e-mail.
14 A.    Well, we certainly put resources into
15 the projects.  Many of our team members were
16 actively working on it and trying to see it
17 culminated, so yes, there was time and
18 resource from our organization that was
19 committed to this project.
20 Q.    Had you written any checks?
21 A.    You would have to ask our accountants.
22 Q.    Did The Trump Organization or Donald
23 Trump individually invest any capital in the
24 projects, meaning funds?

73

I. Trump

1  A.    You would have to ask our accountants.
2  Q.    You don't know whether they did or
3  didn't?
4  A.    I think that there are different ways
5  to invest funds.  There are legal documents.
6  I am sure we expended funds.  I don't know if
7  it was specifically investing in what
8  capacity into the project.
9  Q.    Let's compare.
10     In Vegas your dad put up half the
11 money or The Trump Organization put up half
12 the money for the Trump International Tower
13 in Vegas, right?
14 A.    That's correct.  And we did not put up
15 half the money in this case.
16 Q.    Did you put up any of the money in
17 this case?
18 A.    Like I said, you can ask our
19 accountants.
20 Q.    You don't know as you sit here today
21 whether The Trump Organization had invested
22 not time and resources, but any real money in
23 the project?
24     MR. GRIFFIN:  Object to the

74

I. Trump

1     form of the question. Go ahead.
2     A.    Would you consider investing in
3  outside counsel to structure partnership
4  agreements investing in the project?
5     Q.   No, I don't mean ancillary service
6  fees that were unrelated to the actual
7  building of the project.
8        I mean buying the land, paying for the
9  construction, those things.
10     A.    I don't believe -- you would have to
11  speak to our accountant. I don't believe we
12  did in that specific capacity, but I would
13  say that I feel we were very invested in the
14  project.
15     Q.    Does someone in-house at The Trump
16  Organization keep a ledger when you have a
17  license deal reflecting money received as a
18  licensing fee and money expended on the
19  property?
20     A.    Well, of course we have accountants in
21  our organization who would be tasked with
22  just such a thing.
23     Q.    Who supervises the accountants?
24     A.    Our CFO.

(numbering: lines 1–25 with "1 I. Trump" at top)

75

I. Trump

1     Q.    Mr. Weissberg?
2     A.    Mr. Weissberg.
3     Q.    You would think I would be a little
4  more sensitive.
5        How many accountants were there at The
6  Trump Organization?
7     A.    I am not sure. We have our corporate
8  office. We have property level accountants,
9  hotel company accountants. Many.
10     Q.    It could be hundreds?
11     A.    Well, I probably wouldn't say
12  hundreds, but we have several. Then we have
13  a handful that are in our private corporate
14  office.
15        MR. TURKEL: Show her 45,
16     please.
17        MR. GRIFFIN: Did we look at 45
18     in Eric's deposition?
19        MR. TURKEL: I don't know the
20     answer to that question.
21        MR. GRIFFIN: We did. Here it
22     is.
23        THE WITNESS: Thanks. I am
24     ready whenever you are.

76

I. Trump

1     Q.    Do you recall Exhibit 45, receiving
2  that?
3     A.    No.
4     Q.    Do you know whether you responded to
5  it?
6     A.    I am assuming I needed to. I was
7  asked to, yes.
8     Q.    Did you keep -- how do you keep your
9  personal files; do you keep hard copy files
10  or is anything on your computer?
11     A.    I keep -- it is a combination
12  depending on the document.
13     Q.    There is a statement in Exhibit 45
14  that I believe each of you had something to
15  do with the project and likely must have some
16  documents that must be disclosed.
17        Do you know whether you personally had
18  in your possession any documents relating to
19  the Trump Tower Tampa?
20     A.    You just showed me a few.
21     Q.    I don't know who I got those from, I
22  have no idea. They were just produced to me
23  by counsel.
24     A.    I am assuming whatever I had there was

77

I. Trump

1  a search of some sort done of my computer and
2  whatever we had was produced.
3     Q.    In times after the collapse of the
4  Trump Tower Tampa project your father made
5  statements that he could have funded the
6  project out of his back pocket.
7        Are you familiar with that?
8     A.    I am not.
9        MR. GRIFFIN: I will object to
10     the form of the question.
11        MR. TURKEL: They are words. I
12     may not have used the exact words.
13     Q.    Was there any discussion within The
14  Trump Organization about funding the Tampa
15  project completely through The Trump
16  Organization?
17     A.    I don't recall specifically having
18  that conversation. I do know, though, as you
19  evidenced to me, that we were all motivated
20  to see the project happen and would explore
21  any scenario in which we could be helpful to
22  the developers to see that happen.
23     Q.    I understand that, and I am not
24  disagreeing with you individually, or the

78

I. Trump

1  organization didn't try to facilitate
2  arrangements with lenders.
3      My simple question is:  Why didn't The
4  Trump Organization just provide the financing
5  for the project?
6      MR. GRIFFIN:  Object to the
7      form of the question.  Go ahead.
8  A.    Why didn't we just provide the
9  financing?
10 Q.    Yes.
11 A.    There is a possibility that Simdag
12 didn't agree to the terms.  There is a
13 possibility that we were talking with other
14 prospective partners, not just lenders, but I
15 introduced or you introduced me or reminded
16 me of conversations that I had with
17 prospective partners about coming into the
18 project, and we were at this point already
19 very committed to the project.
20     There is a whole list of criteria for
21 us to make investments, and perhaps at the
22 time we thought that there was another
23 option, as well.
24 Q.    Do you know whether someone internally

79

I. Trump

1  at The Trump Organization went through that
2  list of criteria to determine whether it
3  would be the right decision for The Trump
4  Organization to make an investment in Trump
5  Tower Tampa?
6  A.    My father would have made that
7  decision.
8  Q.    Do you know whether he did, other than
9  generally assuming he is the guy that makes
10 the decision?
11 A.    An investment wasn't made at that
12 time, so we didn't find out since the
13 construction of the project.  Also keep in
14 mind the time frame.
15 Q.    In the sense of what, that the market
16 was bad?
17 A.    I don't know that anyone would have
18 made that decision at that time.
19 Q.    Maybe they wouldn't have, I don't
20 know.  I guess really this isn't an exercise
21 in determining anything other than whether
22 you know if The Trump Organization made that
23 decision.  And, if so, why did The Trump
24 Organization decide not to put the money in.

80

I. Trump

1  A.    I know that the decision was not made
2  by us to complete the project with our own
3  capital.  I don't know the reasons why, but I
4  can speculate they are related to the market.
5  Q.    They have -- well, maybe I am not
6  ascribing any reason to it other than the
7  fact that we can agree that The Trump
8  Organization decided not to finance this
9  project, right?
10 A.    That is correct.
11 Q.    It wasn't built, right?
12 A.    It was not built.
13 Q.    Do you know a man named Alan Bridges?
14 A.    Alan Bridges?  It sounds vaguely
15 familiar to me, but I don't recall
16 specifically an Alan Bridges.
17 Q.    Do you remember calling Alan Bridges
18 at some time --
19 A.    Can you tell me who Alan Bridges is?
20 Q.    He was a person who put down a
21 substantial amount of money as a deposit on
22 the penthouse at Trump Tower Tampa.
23 A.    Okay, that's helpful.  I remember
24 calling one buyer who had actually -- he had

81

I. Trump

1  called me, I believe, and we were returning
2  his phone call about the project.
3  Q.    Your recollection is he called you
4  first?
5  A.    That is my recollection.  I wouldn't
6  have known who Alan Bridges was.
7  Q.    Did you ever speak to him?
8  A.    Yes, we had a conversation.
9  Q.    Tell me what happened in that
10 conversation.
11 A.    It will take me a second.  I believe
12 that he was expressing frustration that the
13 project was not under construction and we
14 shared that same frustration with him.
15 Q.    Other than sharing frustration, was
16 there any discussion from you about his
17 investment in the building?
18 A.    About his investment?
19 Q.    Yes.
20 A.    I would imagine.  I am assuming if you
21 said he was a purchaser, he wanted to see the
22 building built, and we agreed we were trying
23 to help make that happen.
24 Q.    Did you call him up to confirm that he

82

I. Trump

```
 1            I. Trump
 2   would stay in the building if Trump
 3   Organization took over the project completely
 4   and turned the bottom part of the building
 5   into a hotel?
 6   A.    I don't remember that conversation.
 7   It is possible that when we were exploring
 8   coming into the project, but that doesn't
 9   ring a bell at all.
10   Q.    Was there ever any discussion about
11   turning the building partially in a hotel?
12   A.    Not specifically.  I have no
13   recollection of that.
14   Q.    You have no recollection of that?
15   A.    No.
16   Q.    What about your questioning
17   Mr. Bridges as to whether he would stay in
18   the building, in other words, keep his
19   purchase if Trump took over the operation?
20   A.    I don't remember that.  Like I said,
21   we were contemplating investing, so perhaps
22   that was part of the discussion.
23   Q.    Would you have talked to -- do you
24   have a recollection, albeit general, of
25   talking to Mr. Bridges?
```

83

I. Trump

```
 1            I. Trump
 2   A.    I do, yes.  I didn't remember his name
 3   was Mr. Bridges, but I remember talking to a
 4   purchaser.  I have to assume it was
 5   Mr. Bridges.
 6   Q.    Do you recall talking to him on any
 7   other occasions other than the one referenced
 8   phone call we are discussing now?
 9   A.    I don't believe I ever met him, no.
10        MR. TURKEL:  Let me go through
11   my notes.  We are good.
12        THE WITNESS:  Thank you.
13        THE VIDEOGRAPHER:  The time is
14   2:56 p.m. on February 9th, 2011.  This
15   completes the videotaped deposition of
16   Miss Ivanka Trump.
17        (Continued next page for jurat.)
```

84

I. Trump

```
 1            I. Trump
 2        MR. GRIFFIN:  We will take a
 3   copy, if it is transcribed, and we
 4   will read and sign.
 5        (Time noted:  2:56 p.m.)
 6
 7
 8            _____
 9            IVANKA TRUMP
10
11   Subscribed and sworn to before
12   me this     day of     , 2011.
13            _____
14            Notary Public
```

85

I. Trump

```
 1            I. Trump
 2            EXHIBITS
 3   PLAINTIFF'S
     FOR IDENTIFICATION    DESCRIPTION      PAGE
 4
 5   46      E-mail string      54
 6   47      E-mail string      59
 7   48      E-mail string      62
 8   49      E-mail string      65
 9   50      E-mail string      67
```

86

```
 1
 2       C E R T I F I C A T E
 3       I, LORI CERRANO, hereby certify that the
 4   VIDEOTAPED DEPOSITION of IVANKA TRUMP was held
 5   before me on the 9th day of February, 2011; that
 6   said witness was duly sworn before the commencement
 7   of the testimony; that the testimony was taken
 8   stenographically by myself and then transcribed by
 9   myself; that the party was represented by counsel as
10   appears herein;
11       That the within transcript is a true record
12   of the VIDEOTAPED DEPOSITION of said witness;
13       That I am not connected by blood or marriage
14   with any of the parties; that I am not interested
15   directly or indirectly in the outcome of this
16   matter; that I am not in the employ of any of the
17   counsel.
18       IN WITNESS WHEREOF, I have hereunto set my
19   hand this        day of        , 2011.
20
21       - - - - - - - - - - - -
             LORI CERRANO
22
23
24
25
```

87

```
 1
 2           ERRATA SHEET
     PAGE/LINE      CORRECTION
 3   _____  _____
 4   _____  _____
 5   _____  _____
 6   _____  _____
 7   _____  _____
 8   _____  _____
 9   _____  _____
10   _____  _____
11   _____  _____
12   _____  _____
13   _____  _____
14   _____  _____
15   _____  _____
16   _____  _____
17   _____  _____
18   _____  _____
19   _____  _____
20   _____  _____
21   _____  _____
22   _____  _____
23   _____  _____
24   _____  _____
25
```

**A**

Aaron 1:6 3:4
ıble 55:13 71:7
about 6:3 18:6 20:2,6 22:23 28:13 33:13
  43:5,18 44:2 46:7,9 51:18 52:17 53:17
  54:14 55:25 57:9,18,21 59:24 60:13,15
  61:2,6 63:16,22,25 66:23 67:6,13
  68:22 69:3 70:10 77:15 78:18 81:3,17
  81:19 82:10,16
absolutely 41:22
accommodate 50:10
accountant 74:12
accountants 43:25 72:22 73:2,20 74:21
  74:24 75:6,9,10
accurate 37:5
accusing 36:8
acquired 28:6 56:13
acquisition 14:4 27:22 50:2
acquisitions 13:19
across 24:12
actively 72:17
activities 24:22 46:8
actual 72:12 74:7
actually 17:10 25:24 35:8 42:5 45:7
  68:13 69:4 72:12 80:25
added 47:2 62:15
additional 52:14 65:15
address 7:8
adherence 41:9
ıdminister 4:7
administrative 19:13
affiliate 25:23
affirmed 4:10
after 13:12 52:10 56:22 67:6,6 77:4
Again 16:10
against 1:8
age 23:10,12
ago 22:16 23:8
agree 16:23 17:4 38:15 40:4,12 72:11
  78:13 80:8
agreed 81:23
agreement 28:17 31:7,14 32:2,5,10,13,21
  32:22 33:7,10,15,17 34:10,16 35:9
  37:11,18 38:6 39:12,23 40:2,10,14,16
  48:11 71:7
agreements 34:20 35:14,17,20 38:13,16
  41:10 74:5
ahead 6:23 37:21 41:16 64:4 71:16 74:2
  78:8
al 1:6 3:4
Alan 2:19 4:4,13 14:8 44:2,3 80:14,15,17
  80:18,20 81:7
albeit 82:24
allow 26:15 69:25 71:8
almost 48:24
along 51:25
ılready 78:19
although 15:4,23 16:19
always 9:13
ambiguous 71:22,23
ambitious 23:23

among 32:17
amount 80:22
analysis 43:9 46:20 49:10
analyst 12:3
ancillary 74:6
Andrew 58:6,19 60:22 61:10 64:12
Andy 15:8 65:10
another 10:2 35:21 78:23
answer 6:12,23,25 16:3 18:19 34:11
  37:23 38:3 49:10 50:5 62:2 63:20
  75:21
answered 35:11
answering 6:14
answers 5:13 27:11
anybody 4:14
anyone 17:15,18 24:3 44:9 51:2 59:20
  79:18
anything 5:17 42:18,25 44:20 50:13 53:8
  59:7 76:11 79:22
Anytime 34:6
apparel 20:3
apparently 12:5 59:4 64:8
appearance 4:14,18
appears 44:12 54:21 57:3 62:22 67:24
  70:3 86:10
appropriate 29:7
approximately 5:5 18:4,5
April 68:20 70:7 72:14
area 24:4
areas 24:12
arose 55:16
around 23:25
arrangements 78:3
art 9:3,8,12,14,17
ascribing 80:7
asked 7:12 38:21 57:21 59:24 76:8
asking 16:13 33:12,18 38:4 45:23 54:14
  59:3
aspect 21:11
assertions 5:16
assets 26:3,20,22
assign 22:21
assigned 13:3 17:15
assistants 19:13
associate 47:13
associated 51:17
Associates 42:7,8 44:6 46:3
assume 6:14 10:19 33:16 37:9,10,15
  44:13 83:4
assumes 57:5
assuming 8:3 37:3 76:7,25 79:10 81:21
Atlanta 54:23,25 55:3,16,20 56:9 63:6,7
  63:21
Atlantic 26:9
attached 22:15 41:17,19 59:2 60:19
attendants 11:17
Attorneys 2:4,8,13
audible 5:13
Avenue 1:17 2:17 3:14 7:6,13
aware 64:7
away 5:20

awkward 55:18

**B**

B 2:11
bachelor's 8:16,24 9:4
back 6:5 29:21 42:3 53:24 63:12,19 77:7
background 26:10
bad 79:17
Bajo 2:8 3:22
barely 67:15
Barrister 1:23 3:17
based 56:5,8
basic 33:5 61:20
Bates 57:24
Bear 12:3
became 17:11 26:7
become 26:24 27:4,12
becomes 23:11
becoming 22:23 62:23 67:10
before 1:18 4:10 5:2 10:23 17:23 26:2
  27:25 28:14 36:20 44:9 50:2,22,24
  54:9 59:16 63:15 84:11 86:5,6
beginning 28:9
behalf 3:17
behind 40:16
being 3:13 13:4 33:24 36:8 41:4 51:15
  52:25 53:2,6 56:24 64:21
belabor 13:23
believe 7:18 13:11 15:15 17:7 43:4 44:9
  44:15 47:2,11 51:13 52:11 56:8 63:9
  68:5 69:17,22 70:18 74:11,12 76:15
  81:2,12 83:9
bell 82:9
benefit 71:9
Bernabei 65:8,10
Bernard 60:21 64:11
Bernie 58:5,24 61:11
best 18:16 43:23 49:2 50:8
between 9:24 15:21 32:14 40:7 70:22
beyond 19:12 51:18
big 59:8
bigger 21:2
birthday 61:24,25 62:3
bit 14:3 33:11
block 57:25 59:8
blood 86:13
board 52:10
both 13:20,24 14:19
bothers 16:11
bottom 82:4
Boulevard 2:5
Box 2:14
brand 20:7,8,15,18 21:3 22:7 34:6 39:18
  41:21 43:9,10,18 47:6,8,12,12
branded 51:7
branding 20:23 46:8
brands 20:23
break 53:12 71:24
breakdown 36:10
Bridges 80:14,15,17,18,20 81:7 82:17,25
  83:3,5

brief 69:18
briefly 11:19
Broadway 1:23 3:18
Brooklyn 10:2
brother 17:22 49:24 52:2,4,5
brothers 11:16 12:4 13:21,24 14:3,20
    15:17,25 16:16,24 19:9,17 25:5 49:4
    50:3,11 51:4
brother's 24:4
brought 52:21 58:20
Browne 2:22 3:16
build 25:2 48:4
builder 32:15
building 11:25 13:5 24:19 39:3 68:24
    71:8 74:8 81:18,23 82:2,4,11,18
buildings 69:5,8
built 26:5,14 71:8 80:12,13 81:23
business 16:17 19:24 21:11 24:12 27:2,6
    41:2 42:21,24 55:19 70:20
businesses 26:19
buyer 80:25
buying 74:9

_____ C _____

C 2:2 86:2,2
call 5:7 20:22 29:2 53:25 81:3,25 83:8
called 15:3 32:21 43:15 81:2,4
calling 20:23 33:15 69:24 80:18,25
came 43:19 49:8 51:12 52:9 63:24
capable 66:6
capacity 29:16 45:7 49:7 54:23 55:15
    61:9 73:9 74:13
Capcana 22:12 30:9,13
capital 28:10 29:3 72:24 80:4
careful 6:3
case 1:7 3:4 4:14 32:10 73:16,18
casinos 26:9
CBRA 56:13
CD 44:19
center 10:17 12:25 13:6 30:11
centers 10:20
centralized 26:11
centralizing 26:20
CEO 68:5
CERRANO 86:3,21
certain 5:9 38:17 40:10
certainly 38:7 49:12 72:15
certify 86:3
cetera 20:10 38:19 57:22
CFF 57:18
CFO 14:9,10 44:2 74:25
chain 16:21
chairman 67:23
chance 35:23 54:18
changed 50:9
changes 47:6
chart 13:25 14:22
charts 46:15
checks 72:21
Chicago 22:18 24:16,17 25:4,7,20 26:22
    27:17,17,19 28:10,17,20 29:17

children 53:16
choice 6:4 13:4
Chris 16:10 23:16
Christopher 2:15 3:24
circle 11:23 43:7
circular 33:11
City 9:25 10:4,6,22,23 12:12 26:9 63:2,6
clarification 60:25
clarify 35:9
CLARK 2:4
cleaner 5:11
close 10:16
closed 43:6
closely 38:5
closest 61:25
clothing 20:3 51:8
coats 20:10
Cohen 2:8 3:22
coincidence 52:9
collapse 70:9 77:4
collapsed 55:12
collectively 19:9,14,15,20
college 7:20 8:6 12:6,18
Columbus 11:23
combination 9:11 76:12
come 14:25 21:4,5 26:23 45:19 47:14
    66:3 69:13 70:2,5,14 71:3
comes 34:4 37:7 38:12 60:4 61:17
comfortable 12:8
coming 78:18 82:8
commencement 86:6
comment 45:23,24
commit 36:21
commitment 39:19
committed 25:21 72:20 78:20
Commodore 26:5
common 9:10
communicate 5:9
communicated 66:14,17,18,19,20
communicating 61:6
communication 36:9
companies 25:16
company 10:2,14,14 17:22 20:14,16,17
    25:3 26:12 40:17 48:24 49:14 50:9
    56:2,6,8,13,22 64:5,6 75:10
comparables 46:14
compare 46:13 73:10
compartmentalized 24:13
competition 46:6
complement 46:7
complete 80:3
completely 60:4 77:16 82:3
completes 83:15
component 24:24
computer 76:11 77:2
concerning 63:14 70:13
conditions 55:12
confidence 50:19
confidentiality 7:2
confirm 81:25
confusing 6:8

connected 86:13
consider 74:3
consistent 14:19 41:7
construction 11:19 12:15,20,21 15:10,12
    22:19 24:7,20,21 38:25 57:13 61:11
    65:12,16 74:10 79:14 81:14
consulting 42:21,22,23
contact 55:19 65:20,24
contacted 65:24
contemplating 82:21
content 37:3
contents 33:6
context 16:13 53:9 56:23 60:18
continue 23:5
Continued 83:17
continuing 70:9
contract 33:2
contracted 11:10
contractually 33:14
control 22:22
conversation 43:19 55:25 57:3 63:16
    68:22 69:18,19 77:19 81:9,11 82:6
conversations 78:17
convey 59:17,19
copied 52:15 53:2 60:21
copy 32:9 45:10 76:10 84:3
corporate 50:8 75:8,14
corporation 1:9 3:6
correct 9:7 13:11,25 14:12,15 15:7,18,19
    15:23 16:8 24:10 25:13 38:20 41:12
    42:17 46:17,22 51:9 52:24 54:23 55:2
    73:15 80:11
CORRECTION 87:2
correctly 56:12
correspondence 67:16
counsel 4:5 14:10 15:3 42:5 58:5 60:7
    62:4 74:4 76:24 86:9,17
course 5:14 6:19 9:6 54:13 74:21
court 1:2 3:8 4:7 5:16
coy 33:20
created 41:21
creating 25:22 26:21
credible 48:2
credit 33:22
Cremer 58:6,19 60:8,15,21 61:6,9,22
    64:12 66:7
criteria 78:21 79:3
cuff 20:6 21:3
culminated 72:18
curiosity 43:15
curious 4:20 45:13
currently 7:5
cut 6:2
cutting 18:23
Cuva 2:8 3:22
C-I-T-Y 10:5

_____ D _____

dad 16:22 73:11
data 46:20
date 3:10 54:5 59:15 61:23 62:12 65:4

67:20 72:13
dates 63:4,17 67:9
day 13:3,13 17:8 22:21 32:13 52:10
  84:12 86:5,19
days 12:6
day-to-day 25:11 39:25
deal 27:10 28:10,16 29:15,20,22,24 30:6
  30:7,9,12,15,21 31:18,25 32:4 33:16
  47:7,7 48:16,20 49:8 51:13 56:4 57:12
  63:7,9 70:16 74:18
deals 21:22 22:3,4 29:25 30:2 31:5,6,12
  31:17 32:25 33:8,13 37:7
dealt 10:13,19
decide 79:25
decided 80:9
decision 67:7 70:14 79:4,8,11,19,24 80:2
deduct 57:10
Defendant 1:14
defendants 1:10 2:13 4:2
defined 32:17 41:10
definition 72:8
definitions 72:5
degree 8:16,24,24 9:17 49:21
delegated 21:19 30:20
deliberate 5:22
delineated 14:16
department 65:12
dependent 27:10
depending 37:24 76:13
depends 19:19 34:16 39:6 72:6
deposit 80:22
deposition 1:14 3:3,12 4:25 5:10 6:10
  75:19 83:15 86:4,12
depositions 7:11 30:24
depressed 67:10
describing 52:21
description 23:22 85:3
design 38:19 39:2
designation 9:6
despite 38:5 39:20,21 40:9
detail 52:17
determine 79:3
determining 79:22
developed 47:7
developer 32:15 54:25
developers 77:23
development 10:9,11 12:14 13:18 14:4
  27:19 28:15 47:15,19 48:20 50:2 56:7
dialogue 5:15
Diamond 58:6,11,13,24 60:21 64:12
differ 37:24
different 23:10 27:9,13 34:17 40:19,20
  73:5
digital 2:23 44:17,19 45:5,6,10
direct 19:11
direction 16:5
directions 5:8
directly 9:21,21 15:18 86:15
disagreeing 77:25
disclaimer 35:23,24 36:2,5,15,24 40:21
disclaimers 36:18

disclose 29:8 54:10 58:10
disclosed 29:10 57:7 76:17
disclosing 64:19
discovery 34:5
discrete 19:16 22:13 24:4
discussed 13:24
discussing 83:8
discussion 9:15 43:4 53:21 57:19 77:14
  81:17 82:10,22
discussions 46:7 57:17 58:20 59:17,19,22
  62:19 63:24 69:12
distinct 24:8
distinction 26:17 47:12
District 1:2,3 8:8
division 1:4 3:9 25:22
divisions 10:15
dock 11:17
document 5:24 31:3,8,15 33:6 37:9 54:9
  54:21 59:16 76:13
documents 38:18 49:3 52:12,14 73:6
  76:17,19
doing 12:14,15,16 20:25 22:18
Don 30:18 47:23 48:14 49:20,23 52:5
Donald 1:9 3:6 32:14 72:23
done 27:18 28:16,24 31:5 32:25 33:9
  40:22 44:14 46:10,24 47:3 62:14 65:5
  77:2
down 5:17 25:14 36:6 71:25 80:21
drawings 68:14
dresses 20:10
due 26:6
duly 4:10 86:6
during 11:20
duties 15:5,6 38:17 39:11
dying 42:14

E

E 2:2,2 86:2,2
each 76:15
economics 8:17,18
economy 67:9
educated 51:16 52:22
effort 69:25
efforts 15:13
either 25:22 50:6
element 39:6
elementary 40:5
elements 39:2
embrace 23:24
empirical 46:5,18
Empirically 47:10
employ 86:16
employee 54:24
employees 38:8 39:4
employment 11:10
end 48:15
engages 27:6
engineers 12:21
enjoys 32:16
ensure 39:2
entered 31:7,12

entirely 16:6
entities 35:15
entity 35:6,21 37:25 48:20 56:10
Equally 6:7
equipped 37:22
Eric 8:7 22:10 30:16,20 47:23 64:12,15
  69:20
Eric's 24:7 75:19
ERRATA 87:2
ESQ 2:11,15,19
essentially 51:4
estate 9:2,8 10:2,14 11:3,7 12:8 20:4
  24:5,9 32:16 34:7 42:15,21 43:10 72:3
et 1:6 3:4 20:10 38:19 57:22
evaluated 48:19
evaluation 42:22 47:19
even 18:16 25:14 37:4 40:12 70:16 71:19
ever 4:25 14:16 30:21 32:3 38:12 44:22
  53:6 62:25 64:5 67:5 81:8 82:10 83:9
every 6:10 39:13 48:12
everybody 15:16 18:8
everybody's 61:12
everyone 3:19 71:10
everything 11:16 19:18
evidence 46:5,18
evidenced 77:20
EVP 13:18 15:5,14,16
EVPs 15:21,24 16:7
exact 51:3 77:13
exactly 12:16 13:7
EXAMINATION 4:21
examined 4:12
excellence 39:17 41:9
except 20:12 51:7
exception 15:24
exciting 23:24
execute 39:11
executed 51:14
execution 48:3
executive 14:4,8 15:3 17:8,11,12 49:25
executives 17:2
exercise 79:21
Exhibit 31:2,22 32:9 33:3,4 35:25 37:12
  40:22 42:2,4,5 43:3 44:11,16,18 54:4
  54:19 56:17 59:14 60:8,20 62:9,11,13
  64:9,25 65:3 67:19,21 76:2,14
exhibits 52:13 85:2
existed 50:4
existing 52:13
exists 33:7
expect 47:14
expected 39:18
expended 73:7 74:19
experience 4:15 10:25 11:4 12:8
experienced 16:20
explore 77:21
exploring 62:23 82:7
expressed 70:3
expressing 81:13
extent 68:19
eyeballs 50:18

e-mail 53:10 54:3 56:5,23,24 57:5,10,16
    57:21 58:5,7,24 59:13 60:2,8,9,14,25
    61:21 62:10,15 64:11,21 65:2 66:8,15
    67:18,22 68:8,20 69:21 72:14 85:5,6,7
    85:8,9
e-mailed 69:15
e-mailing 64:15 67:22
e-mails 53:2,7 57:7 58:12 67:9

**F**

F 86:2
facilitate 78:2
fact 34:19,22 38:5 39:20,22 40:9 44:11
    50:10 67:6 80:8
fair 21:13,14 50:5
familiar 26:24 27:4,12 77:8 80:16
family 8:6 11:2 16:17 24:3
far 56:10
fast 19:22
father 11:8,13 15:11,18,22 16:2,17 17:19
    18:7,9 19:15 26:2 28:12 31:13 34:13
    35:3,4,16 37:12,16 38:6 39:22 41:21
    48:8 50:18 68:23 71:11 77:5 79:7
father's 21:12
February 1:18 3:10 83:14 86:5
fee 74:19
feel 36:9 74:14
fees 74:7
few 22:18 76:21
fields 32:17
Fifth 2:17 7:6,13
fight 8:6
filed 3:7
files 76:10,10
filled 51:2
finance 9:2,8 80:9
financing 44:23 46:9 55:13 78:5,10
find 62:14 79:13
fine 53:15
finished 36:12 54:15
firm 3:13,22,25
first 4:10 12:18 17:5,24 22:18 25:2,7,20
    25:25 26:22 64:8 65:20,24 72:2 81:5
five 18:5 23:18 53:12
Flag 26:13
Flicker 18:25 49:3
Florida 1:3 2:5,10,14 3:9 56:3 68:6,11
    69:6
focus 24:6,8,14
focused 24:4
Foley 1:16 2:12 3:13,25
folks 25:17
follows 4:12
follow-up 68:21
foot 46:16,21
Fordin 69:20,23,24
foremen 11:25
Forest 9:25 10:3,4,6,21,23 12:11
form 6:20,21 28:9 29:23 33:14 37:21
    41:16 42:23 46:19 64:4 71:16 74:2
    77:11 78:8

formal 4:17 11:11 14:21 31:8,14
formally 14:17
format 44:19 45:5,7
forms 27:2,6
formulate 5:24
forward 55:5,6,7,11
forwarded 58:12
found 9:13 66:3
foundation 37:15
foundational 60:12
four 18:3,4 22:13
frame 56:16 79:15
from 5:20 7:22,23 8:3 11:16 15:5 16:15
    16:22 17:8 21:4,19 24:2,18,18 26:15
    28:2 30:24 33:15 34:5,13 45:19 49:2
    51:15 54:14 55:16,19 57:10,13,14 58:5
    59:11 60:8,14,20 61:2,21 64:11 72:19
    76:22 81:17
front 48:15 57:23
fruition 70:2 71:3
frustration 81:13,15,16
full 4:23 22:22
functionality 40:16
functioning 40:2
funded 77:6
funding 77:15
funds 72:12,13,25 73:6,7
funny 9:19
further 60:24
F-O-R-E-S-T 10:4

**G**

G 2:19
gained 11:4
Garten 2:19 4:4,17 34:2 45:9,13
gave 51:22 52:5 68:23
general 4:4 8:17 13:25 14:10 15:2 28:3,3
    36:23 39:9,17 52:20,23 61:5 82:24
generally 14:15 79:10
generates 44:10
generating 22:3,4
generation 37:3
George 67:24
Georgetown 7:24 8:3,5,8
getting 14:24 22:2 23:3 50:7,20
girl 8:5 9:17
give 5:6 16:2,12 32:7 60:17
given 21:23 23:10 66:7
giving 33:22
go 5:10 6:5,23 8:13 9:20 10:23 16:22
    37:21 41:16 52:12,16 55:11 64:4 71:16
    74:2 78:8 83:10
goal 6:9
going 5:6 6:14 10:18 17:16 22:21 50:14
    52:16 53:4,5,19 54:13 55:5,6,7 60:12
    63:12
gone 70:4
good 30:17 83:11
graduated 7:21 8:10,12
graduation 9:22
grand 26:7 41:21

great 56:20 65:25 68:24
greater 52:17
Greenblatt 14:11
Griffin 2:15 3:24,25 4:16 9:10 23:9,13
    30:23 31:19,21,24 36:11 37:20 41:15
    41:25 45:17,21 54:6 64:3 71:15,18
    73:25 75:18,22 77:10 78:7 84:2
group 44:5,14 46:13 69:13,17
grow 23:6
guess 16:4 23:20 33:21 50:7 57:8 59:3
    60:11 69:15 79:21
guidelines 5:7
guy 15:10 79:10

**H**

half 73:11,12,16
hand 42:2 45:8 86:19
handbags 20:10
handed 35:25 42:5
handful 75:14
happen 50:15 77:21,23 81:24
happened 50:12 81:10
happening 23:25
happy 61:24 62:3
hard 19:22 71:13,19 72:3,6,9 76:10
having 4:10 12:7 18:14 55:25 57:19 62:2
    62:18 65:16 67:21 77:18
heading 36:4 39:21
heads 15:12
heart 8:4 10:21
held 1:16 3:13 53:21 86:4
help 5:10 23:5 31:19 32:8 53:9 57:6
    81:24
helpful 77:22 80:24
helping 57:12
helps 16:12
her 9:18 31:22 32:7 41:23 61:3 66:11,13
    66:14,15,17,18,19,20 75:16
hereunto 86:18
hierarchy 14:25 15:21
high 48:6
highest 32:16
him 18:6,10,14 19:2 30:18 43:5,8,8,12,20
    49:21 55:25 57:4,9,20 59:5,7 63:5,13
    63:13,20,22 67:13,15 68:7 81:8,15,25
    83:6,9
history 9:3,8,12,14,17
holds 48:9
Honestly 36:7
hotel 24:25 25:3,11,22,25 26:3,4,5,11,13
    26:19 29:18 75:10 82:5,11
hotels 26:18
human 5:15
hundreds 75:11,13
Hyatt 26:7,8
hypothetically 33:13

**I**

idea 58:24 61:20 64:17 76:23
identical 36:22
identification 54:5 59:15 62:12 65:4

67:20 85:3
imagine 32:6 56:19 70:8 81:21
immediately 22:11
implicates 6:25
important 39:13 41:8 66:2
impressions 70:10
Inc 1:9,15,23 3:5
include 33:10
included 23:3
includes 25:14
increasingly 67:10
independent 20:19 68:25
indirectly 86:15
individual 1:9 3:7 19:21 38:7 39:23
  41:13,17
individually 34:13 37:13 71:11 72:24
  77:25
individuals 19:12
infer 57:14 65:19
info 64:13
information 18:17 54:7,8,10 59:11 60:10
  64:14 65:15 66:11
infrastructure 26:11,14,21
initial 21:16 38:21 47:24
initially 27:20,23,25 28:5,7 30:19 49:9
initiated 43:4
initiatives 19:21 20:8,19,22 21:22 25:2
installed 50:18
instance 15:7 27:17 30:4 38:5
instruction 6:18
intended 39:8
interest 28:6 34:25 70:3 71:6
interested 56:2 57:11 62:23 68:17 86:14
interesting 9:14 45:14 48:23
interests 27:22 71:2
interfacing 25:15
intern 11:9
internally 47:3 78:25
International 25:24 26:13 73:13
internships 11:7,12,18 12:2
interplay 40:7
intervening 70:24
introduce 3:19 48:7,7
introduced 52:15 78:16,16
invest 22:7 28:10 29:3 72:24 73:6
invested 73:22 74:14
investing 73:8 74:3,5 82:21
investment 28:13 79:5,12 81:18,19
investments 78:22
involved 22:2,20 23:4 24:22,24 28:9
  30:14,19 34:8 37:2,4 38:25 39:4,14
  44:4 49:9,18 51:15,17 54:22 56:4
  57:22 59:10 66:24
involvement 21:10 24:15,17 51:10 56:18
  56:20
involves 20:8
in-house 4:15 25:18 74:16
issue 7:3
issues 19:15 20:15 65:16
Istanbul 30:9,11
item 20:7

iteration 48:12 60:3
Ivanka 1:15 3:3 4:24 53:3 83:16 84:9
  86:4

                    J

J 1:9 3:6 32:14
Jason 14:10
jewelry 20:6
Jill 58:6,19 60:8,15,20 61:5,9,21 64:12
  66:7,10
job 23:21 29:14
jobs 11:9
John 65:8,10
joined 17:22 19:5 30:16
joint 48:10
Jorge 67:24,25 69:6,16
Jr 48:14 49:23 52:5
July 42:7
junior 12:17
Junior's 24:6
jurat 83:17
just 4:19 5:8 6:21 12:5 20:22 21:21 22:23
  23:20 30:16 33:25 35:10 36:11 37:8
  40:6 43:14 44:13 45:13 46:4,7,13
  52:21 57:2 60:2,20 61:19 65:5 74:23
  76:21,23 78:5,9,15

                    K

K 4:9
keep 33:5 54:13 74:17 76:9,9,10,12
  79:14 82:18
keeping 48:5
Ken 3:21
Kennedy 2:5
KENNETH 2:11
kind 8:4 12:11 18:7 33:10 45:14 48:23
  57:2,6 63:7
know 14:16 17:6,10 18:21 19:3,5 21:24
  22:17 31:4,24 33:8,18 34:19,22,24
  35:4,5,12,13 36:11,19,23 38:2 40:21
  42:8 45:6,20 47:3,5 48:15,22 49:6,8,17
  49:18,20,21 50:8 51:18 53:7 54:15
  55:14 56:11,14,14 57:20 59:6,7,9
  62:13 63:5 65:5,14 66:15 67:3 68:16
  70:5 72:2 73:3,7,21 75:20 76:5,18,22
  77:19 78:25 79:9,18,21,23 80:2,4,14
knowledge 28:3 31:6,11 32:2,24 34:9
  49:13 55:10
known 81:7

                    L

Labor 13:13 52:10
land 74:9
landscaping 11:17
language 36:16
Lardner 1:17 2:12 3:14 4:2
large 30:10 56:13 57:25
largely 12:18
larger 19:15 20:7 21:19,21
Las 21:21 23:2,4
last 9:16 68:2

Lastly 6:17
late 56:17
later 17:12 28:6
lateral 14:7,13 16:6,20
law 3:13,22,25
lawyer 61:11
lawyers 28:18,21 36:25 63:8
lawyer's 6:17
learn 24:12,20
learning 10:25 24:18
lease 21:20
leasing 12:23,25
least 15:2
ledger 74:17
left 23:22
legal 15:5 20:20 24:7 48:10 73:6
lender 72:6
lenders 78:3,15
less 50:23,25
let 36:11 37:6 54:15 62:13 65:5 66:15
  83:10
let's 22:10 33:5 47:22 73:10
level 12:17 15:16 25:14 26:4,15 75:9
license 29:20,22,25 30:2,6,7,9,12 31:5,7
  31:8,12,14,16,18,18,25 32:4,9,21,25
  33:7,10,13,15,16 34:10,16,20 35:9,14
  36:16 37:11,17,25,25 38:13,15 39:12
  40:14 41:10 47:6,16 48:11,20 63:9
  74:18
licensed 34:7 35:3
licensing 19:24,25 20:9 33:9 37:7 74:19
licensor 32:18 34:14,21 35:8,13 37:13
  38:7,17 39:23
like 4:17 5:20 11:18 16:17 18:12 22:13
  23:15 33:2 36:9 44:20 56:3 59:9 70:7
  73:19 82:20
likely 59:10 76:16
limited 61:16
line 26:23
lines 51:25
links 20:6 21:3
Linneman 41:24 42:6,8,12 43:2,7 44:5,5
  46:2,12 47:4
list 78:21 79:3
literally 39:7
litigation 55:8
little 14:3 21:9 30:14 33:11 49:19 51:12
  51:18 56:19 75:4
LLCs 20:21
LLP 3:14
log 60:7,19
lone 8:5
long 7:17 13:8 15:12 23:8
longer 18:5,21 22:14 28:22
look 29:21 32:12 48:24 54:18 57:23
  75:18
looking 5:24 21:21 22:6,8 23:4 24:11
  31:2 36:6 40:6 49:2 54:15 67:8
looks 68:24
loop 52:22 58:20
LORI 86:3,21

lot 53:14
love 9:14,14 23:7
luxury 23:17

## M

M 4:9
machining 26:18
made 28:13 32:13 67:6 77:5 79:7,12,19
 79:23 80:2
main 7:13 65:23
mainly 21:25 22:3
maintain 41:8
major 8:15,16,17,18
majored 8:23,25 9:2
make 4:13,15 5:10,12,19 6:11 40:6 78:22
 79:5 81:24
makes 79:10
malls 10:20
man 80:14
manage 25:4,10
managed 24:25 26:3,6,7
management 25:22 26:12 29:18
managing 26:17
manner 11:11
many 5:4 16:16 19:20 22:16,16 72:5,16
 75:6,10
Marie 4:24
Mark 54:22 55:14 58:21 59:12,17,20,22
 62:19 65:14,21,25 66:8,11,17 67:5
marked 43:3 54:4 59:14 60:7 62:8,11
 65:3 67:19
market 46:6,14 55:12 67:9 70:8,11 79:16
 80:5
marketing 12:14 24:6,22 37:2 39:3,5
 41:2 61:9,14
marketplaces 56:3
marks 35:2 41:4
Mark's 65:23
marriage 86:13
MARTINO 2:4
materials 38:18 39:5 58:8 68:14,23 69:2
matriculation 52:23
matter 86:16
may 5:22,23,25 6:18 15:4 16:19,25 17:19
 18:16 24:6,7 31:21 35:8 38:3 39:22
 40:5,9,13 43:12 48:14 50:23 52:7
 58:16,24 60:25 69:8 71:20,21 77:13
maybe 38:21 79:20 80:6
mean 22:5 23:19 27:24 74:6,9
meaning 19:14 34:23 72:25
means 57:15 72:3
Media 2:23
meet 45:8
meeting 62:25
meetings 47:25 63:5
meets 39:14
members 72:16
memorialized 31:14
memory 62:6,19 66:21
mentor 17:20
merchandising 20:2

met 63:12,13,17,20 83:9
Miami 68:12 69:7
microphone 4:4
Middle 1:3 3:8
militates 16:5
mind 53:11 61:18 79:15
minored 9:2
minutia 21:20
mired 37:8
Miss 60:17 71:20 83:16
model 17:21
money 71:12,13,19 72:3,6,9 73:12,13,16
 73:17,23 74:18,19 79:25 80:22
months 22:18 53:13
more 16:20 21:19 22:2,19 23:3 24:17
 27:8 39:7 50:12,17,17 51:14 75:5
most 6:19 45:8,19 46:19
mostly 10:20
motivated 77:20
much 13:6 16:12 33:22 56:22
multiple 26:21
must 76:16,17
myriad 27:9,13
myself 47:24 86:8,9
mystery 43:7 62:5

## N

N 2:2,9 4:9
name 3:16 4:23 20:9 31:17 41:14 67:23
 68:2 83:2
named 80:14
names 41:4
Nations 11:24
natural 5:14
need 6:24 53:13
needed 76:7
needs 57:6
network 52:8
networking 25:15
never 7:11 51:19,23 56:20
new 1:9,17,17,19,24 2:18,18 3:5,14,15,18
 3:18 4:11 21:22 22:3,4,6,8 23:5 25:25
 26:14 30:18 63:2,5
next 16:18 16:18 50:14 83:17
nice 51:21
night 9:16
nobody 15:20 45:15
nod 5:15
nodding 5:14
nods 5:20
none 48:13
nonverbal 5:16,17
Notary 1:18 4:11 84:14
noted 57:15 63:18 84:5
notes 83:11
nothing 61:17 64:2
November 63:2 66:8,10
number 54:14,16 59:25 63:21
numbered 30:24
N.Y 1:24

## O

oath 4:8
object 6:18 16:11 37:20 41:15 64:3 71:15
 73:25 77:10 78:7
objection 6:21
objections 6:20,20
obligations 38:16 39:11
observation 21:25 24:18
observations 26:10
obviously 45:4
occasions 83:7
October 32:14 56:17,24 60:14 61:2,22
 64:16,22
odd 52:9
off 6:2 18:23 53:19,21
office 7:13 75:9,15
offices 1:16
often 16:22 17:23 43:17,17 45:8 46:4,6
okay 4:20 5:18 6:5,6 7:3,4 18:24 29:11
 32:11 36:13 37:14 52:19 54:11,17
 60:23 62:17 65:7 80:24
old 23:18
older 17:25 18:3 29:14
once 51:22 59:24
one 5:12 10:15 11:22,22,24 17:9 22:21
 24:14,25 26:22 35:25 38:13 40:22
 56:22 59:4 66:21 67:7 68:17 80:25
 83:7
ones 30:8
online 25:16
only 11:10 23:17 37:17 47:13 56:19 61:8
 65:18
operate 14:18
operation 82:19
operational 16:21 17:2 24:24 39:16,25
 40:8,15
operations 25:11
opportunities 22:6,8 23:5
opportunity 30:17
opposed 12:4 22:10 34:14 47:7
option 78:24
oral 44:6
organically 50:12,15
organization 1:9,15 2:17 3:5 4:5 7:7,9
 9:21 10:24 11:2,14 12:6,9 13:12 17:19
 18:20 19:4,17 20:12 21:6,9,15,23 22:9
 22:24 25:10,21 26:16,25 27:5 28:2,8
 30:16 33:2 34:15,21,23,25 35:7,13
 37:19 38:8 39:10,24 40:13 43:20 44:7
 44:19 47:18 48:18 51:13 52:23 61:10
 65:21 66:6 69:12 71:12 72:19,23 73:12
 73:22 74:17,22 75:7 77:15,17 78:2,5
 79:2,5,23,25 80:9 82:3
organizational 13:25 14:22 16:25
organization's 40:8
originate 29:15
other 5:5,15 7:2 11:3 12:23 13:2 14:8
 16:6 17:2,19 18:7,12,13 24:5 30:8
 35:15,15,18 36:16 55:15,20,20 57:5
 59:7,23 66:15,22 67:7 68:14 69:21
 78:14 79:9,22 80:7 81:16 82:18 83:7,7

others 32:17
ourselves 24:14 47:9
out 7:20 8:4 9:20 12:18 43:8,11,12,13,14
    55:22 57:12 64:10 77:7 79:13
outcome 86:15
outside 10:25 11:7 12:9 74:4
outsourced 25:19
over 11:8,23 14:25 19:11 22:2,22 29:17
    82:3,19
overseeing 22:22
own 9:18 20:8,9,18,23 47:15 80:3
owned 26:2 27:20,21,23 28:5,7
ownership 19:11 25:6 28:19 34:25 35:6

P

P 2:2,2 4:9
PA 2:4,8
page 57:23,24 58:2,17 64:9 83:17 85:3
pages 60:5 62:5
PAGE/LINE 87:2
Panama 30:5,6,7
Pardon 71:17
Parenthetically 9:15
Park 1:17 3:14
part 13:5 22:23 38:24 48:4 52:22 62:24
    66:2 69:21 82:4,22
partially 82:11
participate 64:5
participating 63:10
participation 29:24 40:8 52:20 61:14
    62:21
parties 64:21 86:14
partner 22:7 28:4 29:9 44:23 65:25
partners 27:22 28:22 47:20,21,22,23,25
    48:2,3 54:24 56:6,7 62:20 66:24 71:4,5
    78:15,18
partnership 27:20,24 28:16,17,25 29:2,8
    29:23 48:11 62:24 74:4
party 86:9
passed 24:23
past 68:7 70:10
pay 43:20
paying 74:9
Penn 7:22,23 8:9
penthouse 80:23
people 5:7 16:19 18:20 40:20 47:14 48:7
    50:23 51:2 59:11
per 46:16,20
perceived 18:14,15
Perez 68:3
performance 46:10
perhaps 15:2 78:22 82:21
period 33:7
person 4:3 43:23 45:8 49:9 69:11 80:21
personal 76:10
personally 45:2 76:18
personnel 48:17
perspective 23:10
perspectives 18:13
Phil 29:6,9
phone 81:3 83:8

phrase 6:9
physical 7:8 39:2,15
place 11:10 12:24 16:25 25:10 34:5
    45:20 51:21
placed 36:24
plaintiffs 1:7,16 2:4,8 3:23
Plaintiff's 54:4 59:14 62:11 65:3 67:19
    85:3
planning 12:22
plans 38:19
play 37:19 38:10
played 38:8
Plaza 26:4
please 3:19 4:7,23 5:19 6:9 65:6 75:17
pocket 77:7
point 30:15 65:20,23 68:17 69:11 78:19
pops 57:2
possession 76:19
possibility 78:12,14
possible 82:7
post 48:25 57:21
postgraduate 8:21
potential 44:23 48:19
PowerPoint 44:12,13 45:15,16
practice 24:5 41:2
pre 48:25
predicate 31:3
preexisting 71:5
pregnancy 53:17
pregnant 53:13
premise 33:5
preparation 43:5
prepare 68:13
prepared 42:6
preparing 43:2
present 2:6,21 45:16
presentation 39:5 44:6,14
presented 45:25 46:2
presenting 44:22
president 15:4 17:8,11,12,14
pretty 13:6 56:21
previous 56:25 57:7 68:8
Previously 63:22
price 46:16,20
pride 24:9
primarily 29:16
prior 30:24 51:14 57:20 66:10
private 75:14
privilege 7:2 60:7,19
privileged 54:10
probably 75:12
process 24:20
produced 44:11 76:23 77:3
producing 54:9
product 19:23,25 20:5,9 34:7 41:20 48:5
Productions 2:23
professional 49:7
professor 42:11,15 43:2 46:12 47:4
profit 29:23
profits 63:10
program 8:21,21 10:13 12:25

project 12:22 19:19 22:20 24:23 25:7,20
    30:18 37:11,19 38:9,11 39:14 44:23
    47:16,16,21 48:8 49:19 51:19,23 54:25
    55:4,5,9,11,23 56:25 57:22 59:10,24
    60:15 61:15 62:21 63:6,14,16,21,23,25
    66:4 68:15 69:14 70:2,14 71:3,14
    72:13,20 73:9,24 74:5,8,15 76:16 77:5
    77:7,16,21 78:6,19,20 79:14 80:3,10
    81:3,14 82:3,8
projects 19:16,20 21:16 22:14,14,25 27:3
    27:7 28:4 36:17 46:2,9,11 47:2,13
    51:16 68:10,11 72:16,25
promotional 38:18
pronounce 65:9
properties 26:18 46:14
property 26:2,4,15 74:20 75:9
proposed 70:20
proprietary 20:24
prospective 46:8 47:19 48:10 78:15,18
provide 40:17 60:24 78:5,9
provided 44:18,21 70:13
provides 39:24 40:15
Public 1:19 4:11 84:14
Puerto 22:12
purchase 82:19
purchaser 81:22 83:4
pure 43:14
purest 34:5
purpose 51:23
purposes 37:10
purview 21:4,5
put 12:24 60:19 72:12,15 73:11,12,15,17
    79:25 80:21
p.m 1:18 3:12 53:19,24 83:14 84:5
P.O 2:14

Q

quality 39:4 47:13
question 6:3,7,11,15,22,25 10:18 17:24
    18:11,17 19:3 27:11 31:10 33:19 34:4
    34:11 35:11 37:10,21,23 38:21 39:7
    41:16 42:14 43:24 44:10 45:18,22 48:5
    49:11 50:14 55:18 57:8 60:12 62:2
    64:4 66:9 67:12 71:16,23 74:2 75:21
    77:11 78:4,8
questioning 5:23 82:16
questions 16:13 45:19 54:14
quicker 5:10
quote 68:20

R

R 2:2 4:9 86:2
ramping 29:17
Randall 54:22 55:14 57:18 58:21 59:18
    59:20,23 62:20 63:2,25 65:14,21 66:8
    66:11 67:5
Ratner 9:25 10:4,6
raw 45:20
reach 43:8 71:7
reached 43:11,12,13
reaching 55:22

read 33:4 35:23 38:12 62:18 63:19 67:21 69:4 84:4
reading 36:12 62:14 65:6
ready 75:25
real 8:25 9:8 10:2,14 11:3,7 12:8 20:4 24:5,9 32:16 34:7 42:15,21 43:10 72:3 73:23
really 7:12 15:20 21:11 22:23 23:23 25:5 27:10 30:19 39:6,21 45:20 46:4 49:15 55:24 62:22 79:21
reason 17:7 80:7
reasons 67:11,13 70:12 80:4
recall 11:20 13:15 17:13 43:13,15,22 44:21 53:6 55:24,25 56:12 59:21,21 63:11,13,17 68:16 76:2 77:18 80:16 83:6
received 61:2 74:18
receiving 60:14 76:2
recipient 53:2
recollection 58:9,11,15 64:18,20,20 69:2 70:12,19 81:4,6 82:13,14,24
record 3:12,20 53:20,22,24 86:11
redact 62:4
redacted 54:7 57:25 58:16 59:8 60:4 64:10
redacting 58:7
reduced 46:19
refer 20:4
reference 20:13 57:15 69:5
referenced 56:16,25 83:7
referencing 69:7,8
referred 67:23 69:16,20
referring 31:16
reflecting 74:18
reflects 6:12
refresh 62:18
refurbishment 26:6
regarding 55:22 58:7,8 60:10 62:20 64:13,16 65:22 68:21
regardless 33:6 47:15 50:15,21 67:11
relate 57:3
related 58:25 63:6 68:5,13 69:12,13 70:2 70:5,13,17,21,22 71:3 80:5
relates 21:2
relating 46:20 76:19
relationship 18:22 55:15 71:5
relative 23:12 46:5
relatively 51:6
remember 57:19 58:22 60:13 67:14,15 69:23,24 80:18,24 82:6,20 83:2,3
reminded 59:23 78:16
removed 54:8
rendering 68:23
renderings 69:2,9
renders 71:23
renowned 32:15
repeat 31:9
report 15:17,25 16:2 41:24 42:6
reporter 4:7 5:16
reporting 1:23 3:17 16:21
represent 60:18

represented 58:4 60:6 64:10 68:19 86:9
reputation 32:16
requested 65:15
reread 6:5
reservations 25:16
resorting 61:19
resource 72:19
resources 72:15 73:23
respect 29:19 30:22 35:22 36:14 37:8 40:23,25 47:17 60:11 61:7
respects 16:16 50:9
responded 76:5
response 45:24 62:15
responsibility 30:20
responsible 47:18
restaurant 21:20
retail 9:9,11,13,16,19 12:13
returning 81:2
review 12:15 38:17,18,19,23 41:3
reviewing 54:21
Rico 22:12
rid 62:5
right 5:13 13:21 14:5,13 15:6,10,22 16:7 17:3 20:4 25:9,12,16 28:19,19 29:6,20 37:13 38:9 39:12 40:3 45:5,22 50:11 51:5 65:9 66:25 73:14 79:4 80:10,12
ring 82:9
risk 71:12,13,19
Robel 48:19
role 17:21 29:18 37:18,24 38:9,10 49:4 49:13 50:2,4
roles 50:24 51:3 61:12
Ruffin 29:6,9
rule 19:22
run 16:16 20:18 30:21
Russ 18:25 19:3,4 49:3,6,13
R-A-T-N-E-R 10:5

S

S 2:2
sales 46:15,21 57:14
salient 30:15
Sally 2:22 3:16
same 13:20 29:16 46:14 51:5,6 52:7 60:2 62:15 81:15
sat 18:14
saved 44:16
saw 68:22
saying 16:5 31:17 33:24
says 32:12 36:5 57:11 59:8
scale 26:15
scenario 77:22
scenarios 34:18
school 11:5 42:16
science 8:25 9:5
search 77:2
second 37:9 48:4 81:12
secure 55:13
see 32:19,22 43:15 54:11 58:2 65:18 72:17 77:21,23 81:22
seeing 71:2

seeking 59:11 66:12
seem 40:5
seems 33:11 45:14
seen 35:20 36:15,18,20
selective 13:4
seminar 51:24
sending 66:7
senior 17:20
sense 5:23 14:24 16:21 18:8 24:2 79:16
sensitive 75:5
sent 58:24 59:4,6 64:21
separate 15:5 20:14,16,17,20
series 11:6 12:2 21:18 35:4 38:16
seriously 39:19
serve 49:5 50:23
served 17:20 49:4
service 1:23 35:2 74:6
set 5:6 20:14,16 86:18
several 17:23 18:20 63:5 75:13
shadowing 11:25
shared 50:3 81:15
sharing 81:16
SHEET 87:2
shoes 20:9
shopping 10:17,20,20 12:25 13:6 30:10
show 9:18 31:22 41:23 62:8 75:16
showed 76:21
showing 42:4 52:25
siblings 48:25,25
side 12:20,24 19:24 42:20,23
sides 8:6
sign 84:4
signatories 35:15,18
signatory 37:17 40:10,14
signs 35:20,21 37:24,25
Simdag 48:19 66:5,18 70:23 71:7 78:12
similar 36:15 37:12 40:22
simple 46:19 67:12 78:4
simply 46:12 54:8
since 7:18 30:21 46:24 79:13
sit 16:25 58:23 73:21
site 28:5,8 68:17
situations 37:16
six 23:15,18
slowly 22:2 23:3
smaller 21:19
solid 48:2
some 5:7 7:2 10:25 14:24 16:6,19 17:2 19:21 29:23 33:10 38:8,10 40:7 42:23 44:14 45:7 46:9 49:12,18,21 50:9 52:12,13 54:22 57:3,6 66:15 68:13 70:3 76:16 77:2 80:19
somebody 35:20 53:3 69:16
somehow 16:20 56:4 62:23
someone 9:16 18:15 67:23 74:16 78:25
something 5:25 6:13 23:17 25:5 41:18 51:25 76:15
sometimes 12:19 15:23 18:12,16 39:15
somewhat 24:22 40:5
sorry 12:7 18:23 31:9 36:6
sort 14:24 17:20 43:14 77:2

sorts 17:14
sounds 56:3 80:15
source 18:17 30:15 44:24 55:20
sources 46:9
south 68:6,11 69:6
space 10:5,5
speak 28:12 49:7 66:13 67:8 74:12 81:8
speaking 28:2
specialized 10:15
specific 9:5 21:24 23:21 24:14 27:9 36:14
    61:13 70:12 74:13
specifically 8:23 10:16 11:6 15:17 17:13
    18:19 22:17 28:13,22 34:23 35:12,16
    35:19 36:19 38:24 53:7 59:22 61:17
    63:4 65:15 66:23 73:8 77:18 80:17
    82:12
specifics 51:19
speculate 61:8 80:5
speculating 35:10
speculation 61:20
speech 51:22 52:6,8
speed 21:25
spirit 14:18
spoke 43:17 63:22
spoken 66:9 69:15
square 46:16,20
staff 21:13
stamp 54:7
stamped 57:24
stand 53:13
standalone 41:17
standard 39:3,15,16,16,17 41:2 48:6
standards 41:9,11
standpoint 24:19 51:15 57:13,14
start 6:2 8:7 23:23 47:22 52:25
started 7:24 8:8 13:12,14 17:5,16 22:11
    22:19 56:22
starts 67:22
state 1:19 4:11,23 70:10
stated 46:12
statement 76:14
statements 77:6
States 1:2 3:8
status 55:3
stay 5:20 82:2,17
steal 6:17
Stearns 12:3
stenographically 86:8
Steve 1:6 3:4
still 39:24 40:14 56:10,14
stop 17:24
strategic 48:2
Street 2:9
strike 25:8 27:3 42:18 44:17 59:18
string 54:3 58:7 59:13 60:10 62:10 65:2
    67:18 85:5,6,7,8,9
strong 71:4,4
structure 27:16 50:8,21 74:4
structured 16:9
structures 20:20 27:2,6,10,13,14
study 9:6 42:11 43:2,16,21 44:7,16 46:3

stuff 23:16
Subscribed 84:11
subsequently 27:21 29:16 69:17
subset 21:8 56:15
substantial 80:22
Suite 2:9
sum 40:12 61:19
summer 11:9,20 12:3 13:10,11
Sun 28:5,23
supervise 19:6,7,14
supervises 74:24
supervision 19:12
support 19:10 21:12 39:25 40:15,18
supposed 60:9
sure 5:12,19 6:11 13:15 29:7,22 30:2
    31:11 37:4,22,23 40:6 43:11,19 44:3
    45:11 46:25 50:4,5,25 51:2 58:3 66:19
    69:10 73:7 75:8
surrounding 55:8
sworn 84:11 86:6

---

**T**

T 4:9 86:2,2
take 5:17,25 19:11 25:6 39:18 42:20
    47:24 53:12 81:12 84:2
taken 1:15 3:3 5:2 86:7
takes 13:10
taking 8:6 29:17
talk 52:16 57:9 67:5
talked 43:17 67:12 82:23
talking 11:15 20:2,5 24:2 67:14 69:3,23
    78:14 82:25 83:3,6
Tampa 1:4 2:5,9,10,14 3:9 32:10 38:6
    40:23 48:13,21 51:11,20 53:4 55:23
    56:18,21,24 57:12 58:8 60:10,15 61:7
    61:14 62:21 63:14,16,23,25 64:13,13
    64:16 65:17,24 66:4,25 68:15,22 69:9
    69:13 70:14 71:13 76:20 77:5,15 79:6
    80:23
task 13:2 21:24
tasked 74:22
tasks 21:18
team 10:10,11,19 12:14,21 13:5 19:10
    22:23 24:21 37:2 41:3 46:25 72:16
teams 19:14 38:25 39:9 40:17
Technically 16:24
telephone 69:18
tell 6:9,13,24 14:14 49:2 61:8 62:3 66:10
    72:10 80:20 81:10
telling 33:12
tells 22:11
tend 6:20 8:5
term 22:14 72:3,6,8
terms 21:22 70:20 71:18 78:13
terrific 66:5
testified 4:12
testimony 41:7 86:7,7
text 36:3,4,19,22 57:25 58:16 60:5 64:9
thank 30:25 54:12 83:12
Thanks 36:13 75:24
their 10:15 12:6 28:6 44:6 56:2 67:7

70:13
themselves 3:20
thing 6:5 51:5 74:23
things 5:9,20 21:3 23:24 40:20 74:10
think 4:16 14:15,21 19:9,10,13 24:10,11
    27:8 35:11 38:4 39:20 41:21 47:25
    50:12 51:22 59:25 62:14 63:20 64:2
    66:2 69:25 71:18,22,22 72:5 73:5 75:4
though 18:16 21:2 29:14 40:13 62:22
    71:19 77:19
thought 30:17 53:8 69:4,7 78:23
thread 57:2,8 59:2 60:2 62:15 67:22
three 16:18 17:25 22:13 48:24,25 50:16
    50:22 53:16
through 20:18 21:25,25 22:3 24:21 26:24
    27:21 47:4 49:8 52:7,12,16 60:2 77:16
    79:2 83:10
throughout 6:19
ties 21:3
time 3:11 15:12 19:18 22:2 23:11 24:23
    27:25 28:14 30:16 51:14 53:18,23
    56:16 61:7 68:16 70:11 72:18 73:23
    78:23 79:13,15,19 80:19 83:13 84:5
times 5:4,5,22 12:23 13:2 28:5,23 63:21
    77:4
timing 70:7
title 13:14,20 17:6,13
today 6:10 58:23 73:21
Today's 3:10
together 69:6
told 12:19 53:3,6 59:4
top 16:18,25 32:22 47:13 58:2,16 64:8
Toronto 29:12,13,14,19,21 30:22 35:22
    36:24 40:25 41:3
Tower 7:6 11:21 26:13 32:10 40:23
    48:13 51:11 53:4 54:23 55:16 56:18,20
    64:6 65:17,22 66:25 68:15 71:13 73:13
    76:20 77:5 79:6 80:23
towers 30:10,11
trademarks 35:2,5
train 17:16 18:6
trained 18:8
transcribed 84:3 86:8
transcript 5:11 86:11
transferred 8:2,9
tricky 33:19,24 36:7,8
trouble 12:7
true 48:9 86:11
Trump 1:9,9,15,15 2:17 3:1,3,5,6 4:1,5
    4:24 5:1 6:1 7:1,6,7,9 8:1 9:1,21 10:1
    10:24 11:1,13,21 12:1,5,9 13:1,12 14:1
    15:1 16:1 17:1,18 18:1 19:1 20:1,12
    21:1,3,6,15 22:1,8,24 23:1 24:1 25:1,3
    25:4,10,21,24 26:1,12,25 27:1,5 28:1,8
    29:1,3 30:1 31:1 32:1,10,14,25 33:1
    34:1,6,14,20,23,24 35:1,7,12 36:1,16
    37:1,11,18 38:1,7,13 39:1,10,24 40:1
    40:13,23 41:1,4,10,14 42:1 43:1,10
    44:1,7,18 45:1 46:1,13 47:1,7,17 48:1
    48:13,18 49:1 50:1 51:1,10 52:1,23
    53:1,4 54:1 55:1 56:1,18,20 57:1 58:1

59:1 60:1,17 61:1 62:1 63:1 64:1,6,12
64:16 65:1,17,21,22 66:1,4,25 67:1
68:1,14,22 69:1,9,11 70:1 71:1,6,12,13
71:21 72:1,23,24 73:1,12,13,22 74:1,16
75:1,7 76:1,20 77:1,5,15,16 78:1,5
79:1,2,4,5,23,24 80:1,8,23 81:1 82:1,2
82:19 83:1,16 84:1,9 85:1 86:4
truncate 14:2
Truthfully 55:24
try 6:2 14:2 78:2
trying 5:8,24 6:3 12:24 33:19 72:17
81:23
Tulane 9:18
Turkel 2:8,11 3:21,21,22 4:13,19,22
16:10 23:7,11,15 31:20,22 32:7 34:4
41:19,23 43:6 53:15,25 59:12 64:24
67:17 71:17,24 75:16,20 77:12 83:10
Turkey 30:12
turned 82:4
turning 82:11
TV 9:18
two 5:5 14:3 15:25 16:24 30:10 42:3 50:3
50:10 60:4 62:5
two-minute 53:12
typically 47:24

**U**

U 4:9
uh-huh 5:20
ultimately 25:4 26:6
unclear 6:14
under 17:15 18:6,8,14 21:4,5 22:19
24:19 36:4 39:23 40:2 42:11 81:14
undergrad 8:20
underneath 30:11
understand 6:11,16 8:22 15:2 16:4,15
20:5 21:5 23:18 33:25 40:11,19 53:16
61:12 77:24
understanding 22:20,24,25 28:3 29:5
33:21 49:20 71:20,21
underway 51:16
uniquely 21:12
United 1:2 3:7 11:24
unrelated 12:2 74:7
updated 46:25
updates 46:23
use 6:8 27:9 45:4
used 36:16 41:5 44:22 46:6 47:6 77:13
using 26:12

**V**

V 4:9
vaguely 80:15
value 41:13,22 43:10,18 47:5,8
variety 14:7 34:17 36:18
various 22:25 26:3 27:2,5,7 39:9,11
40:17
Vegas 21:21 22:12 23:2,4 28:24,25 73:11
73:14
velocity 46:15,21
venture 48:10

verses 25:18
version 60:3
versus 3:4 26:18,20 34:2
very 9:13 12:17 15:11 21:9,24 23:21
24:24 30:14 38:3 39:13,19 45:20 48:6
49:19 51:12,18 56:19 59:10 61:16 66:6
74:14 78:20
viable 56:10
vice 15:3 17:8,11,12,14
Videographer 2:22 3:2 4:6 53:18,23
83:13
videotaped 1:14 3:11 83:15 86:4,12
VP 49:25
VPs 14:4,8

**W**

W 2:5
want 36:21 37:7 45:9,20 60:17
wanted 56:4 66:5 68:21 81:22
wants 31:24
wasn't 17:10 21:23 48:15 49:15 53:3
59:9 79:12 80:12
water 20:6
way 5:8 6:8,24 16:9,14,15 20:12 21:23
33:22 38:22 49:18 57:2 66:3,15,21
67:7 70:4
ways 73:5
website 36:24 41:3,4
Weiss 15:9 58:6,19 60:22 61:10 64:13
65:11
Weissberg 14:8 44:2 75:2,3
well 22:16 38:3 65:23 72:15 74:21 75:12
78:24 80:6
went 8:4 9:18 22:11 60:2 63:19 79:2
were 11:18 12:13,14,15,16,21,24 13:8
17:15,16 18:20 21:16,18,20 22:14,15
23:25 30:2,19,23 33:8 37:2,4,8 48:14
51:16,17 52:15,21 55:13 56:12 57:22
58:19 59:4,11,22 62:23 63:10 65:16,20
66:5 67:10,11 68:17 69:11 70:12,20
71:4 72:16 74:7,14 76:5 76:23 77:20
78:14,19 81:2,23 82:7,21
weren't 17:8 22:21 33:14
Wharton 8:13,19,20 42:16
WHEREOF 86:18
wherewithal 48:4
while 5:25 11:4
whole 6:5 67:15 78:21
wholly 27:21
wing 18:14
witness 2:13 4:3 23:20 30:25 32:4 36:13
45:11 53:11 54:11 75:24 83:12 86:6,12
86:18
women's 51:7
Wood 54:24 56:6,7,14 62:20 65:25 66:24
67:6 71:4
word 6:4,8 72:4
words 18:13 24:5 57:5 77:12,13 82:18
work 7:5,6 9:20 12:11,17 18:25 19:16,18
19:20,23 20:11,11 21:6 22:12,25 23:23
29:12,13 30:18 53:4

worked 7:17,18 9:25 10:9 11:8,19 12:2,5
21:17 29:15,25 49:21 61:9,10 65:10
68:7
working 10:16 11:4,16 23:2 26:25 27:4
50:11 72:17
works 14:25 21:23
world 11:21 55:12
worldwide 32:15
wouldn't 49:14 52:3 75:12 79:20 81:6
written 31:15 32:2,5 34:3,9 72:21
wrong 14:2,14 38:22

**X**

x 1:5,11
xxxxx 2:24

**Y**

year 12:18 13:9 56:22
years 11:8 17:23,25 18:3,4,5 22:16 23:16
23:18
yesterday 23:13
Yonkers 10:17
York 1:9,17,17,19,24 2:18,18 3:6,15,15
3:18,18 4:11 25:25 26:14 63:2,6
young 24:11

**0**

0004703 57:24
04 8:10,12
05 8:11

**1**

1:19 1:18 3:12
100 2:9
10022 2:18
10271 1:24
11 42:2,4,5 43:3 44:12,16,18
12 31:2 35:25 40:22
120 1:23 3:17
14 31:23 32:7,9 33:3,4 37:12 63:2
16 63:3 68:20
17 63:3
19 72:14
1900 2:9

**2**

2:09 53:19
2:17 53:24
2:56 83:14 84:5
2004 7:21 32:14 48:15
2005 7:19 13:10 21:16 52:10
2006 56:17,21 60:14 61:2,23 64:16,22
66:8,10
2007 42:7 46:24 68:20 70:8 72:14
2011 1:18 3:11 83:14 84:12 86:5,19
212-732-8066 1:24
25 60:8,20
27 56:24 60:14 61:2
27th 32:13
28 66:8,10

### 3

30 61:22 64:16,22
33601 2:14
33602 2:10
33609 2:5
3391 2:14
3407 2:5

### 4

45 75:16,18 76:2,14
46 54:2,4,16,19 56:17 57:23 85:5
47 59:12,14,25 85:6
4703 58:17
48 62:9,11,13 64:9 85:7
49 64:25 65:3 85:8

### 5

50 67:17,19,21,21 85:9
50/50 29:5
54 85:5
575 7:15
59 85:6

### 6

62 85:7
65 85:8
67 85:9

### 7

725 2:17 7:16

### 8

8:09-CV-2493 1:7

### 9

9th 1:18 3:10 83:14 86:5
90 1:17 3:14

**From:** Bernie Diamond <bdiamond@trump org.com>
**Sent:** Friday, March 23, 2007 7:17 PM (GMT)
**To:** rmoreyra@atlanticamericanpartners.com
**Cc:** Donald Trump Jr. <djtjr@trumporg.com>; Ivanka Trump <itrump@trumporg.com>; Eric Trump <etrump@trumporg.com>; Jill Cremer <jcremer@trumporg.com>
**Subject:** Trump Tower Tampa

---

Robert:
What is the status of my comments to the proposed Second Amendment to License Agreement that I sent to you on March 16?
Bernie


BERNARD R. DIAMOND

Executive Vice President and

General Counsel

THE TRUMP ORGANIZATION LLC

725 FIFTH AVENUE

NEW YORK, NEW YORK 10022

Phone (212) 715-7288

Fax     (212) 317-0037

bdiamond@trumporg.com





**Redacted**

**From:** Randall, Mark [mailto:mwr@woodpartners.com]
**Sent:** Friday, October 27, 2006 9:07 AM
**To:** Ivanka Trump
**Cc:** Darcy McNutt
**Subject:** RE: Thanks

Ivanka,

These are the latest renderings including some more detailed looks at the water feature. Let me know if you want any other views.

TRUMP-0004703

Also I am very interested in helping out on the Tampa deal. We have a team we could put right on it and have a lot of experience in that market. How do you think we should proceed? I would love to put a strategy together but I need to know as much as you can share with me about the project before we go meet with your current partners. If you could share any details you have on the mix, SF, # of units, which are sold and at what price, are the contracts hard, what is there current GC price, etc.

We are very excited about the opportunity. Let's talk ASAP.

Mark

---

**From:** Ivanka Trump [mailto:itrump@trumporg.com]
**Sent:** Wednesday, October 25, 2006 5:36 PM
**To:** Randall, Mark
**Cc:** dmcnutt@trumporg.com
**Subject:** RE: Thanks

Hello Mark,

It was wonderful seeing you as well. The renderings look terrific and I have no doubt that we will all be very proud of Trump Tower, Atlanta.

I also think that it would be useful for you and your team to see our Chicago project and tour our sales center. I have cced my assistant Darcy on this email. She will call you and coordinate a meeting with you and Tere Proctor, our Director of Sales, in Chicago.

Just to give you a heads up I will be in Atlanta on the 26th of January. Darcy can help set up some interviews with local media outlets (or anything that will be beneficial in promoting the project) and internal meetings with your team and architects.

Additionally, please send me updated renderings of the project so that we can add the buildings to our website and promotional 1 pager.

See you soon. Hopefully before January!

Ivanka

---

**From:** Randall, Mark [mailto:mwr@woodpartners.com]
**Sent:** Wednesday, October 25, 2006 3:36 PM
**To:** Ivanka Trump
**Subject:** Thanks

TRUMP-0004704

Ivanka,

Thanks for coordinating our meeting today and for providing such fanastic accomodations for us last night. I felt the feedback and critique you guys gave us was very constructive. Clearly you are as thrilled and excited as we are about the direction the project design is headed. I hope you can see we are truely committed to creating a world class luxury building that will rank as one of the best in the Trump portfolio. We will continue to give you regular updates as we move forward. Any additional thoughts you have on restaurants would be helpful as well.

Also I think it would be productive for us to see your design for the Chicago tower as it would give us some insite into how your organization approaches unit design and common spaces. We would certainly be willing to travel there if that would be the best way to see it.

Again thanks for your time today and I look forward to seeing you again soon.

Ciao,
Mark

Mark W Randall
678 742-5104 (Office)
404 431-2002 (Cell)

This e-mail message, and any attachments to it, are for the sole use of the intended recipients, and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this email message or its attachments is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, while the company. uses virus protection, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

TRUMP-0004705

# Redacted



TRUMP-0004706

# Redacted

TRUMP-0004707

**From:** Randall, Mark [mailto:mwr@woodpartners.com]
**Sent:** Friday, October 27, 2006 9:07 AM
**To:** Ivanka Trump
**Cc:** Darcy McNutt
**Subject:** RE: Thanks

Ivanka,

These are the latest renderings including some more detailed looks at the water feature. Let me know if you want any other views.

Also I am very interested in helping out on the Tampa deal. We have a team we could put right on it and have a lot of experience in that market. How do you think we should proceed? I would love to put a strategy together but I need to know as much as you can share with me about the project before we go meet with your current partners. If you could share any details you have on the mix, SF, # of units, which are sold and at what price, are the contracts hard, what is there current GC price, etc.

We are very excited about the opportunity. Let's talk ASAP.

Mark

---

**From:** Ivanka Trump [mailto:itrump@trumporg.com]
**Sent:** Wednesday, October 25, 2006 5:36 PM
**To:** Randall, Mark
**Cc:** dmcnutt@trumporg.com
**Subject:** RE: Thanks

Hello Mark,

It was wonderful seeing you as well.  The renderings look terrific and I have no doubt that we will all be very proud of Trump Tower, Atlanta.

I also think that it would be useful for you and your team to see our Chicago project and tour our sales center.  I have cced my assistant Darcy on this email.  She will call you and coordinate a meeting with you and Tere Proctor, our Director of Sales, in Chicago.

TRUMP-0004708

Just to give you a heads up I will be in Atlanta on the 26th of January.  Darcy can help set up some interviews with local media outlets (or anything that will be beneficial in promoting the project) and internal meetings with your team and architects.

Additionally, please send me updated renderings of the project so that we can add the buildings to our website and promotional 1 pager.

See you soon. Hopefully before January!

Ivanka

---

**From:** Randall, Mark [mailto:mwr@woodpartners.com]
**Sent:** Wednesday, October 25, 2006 3:36 PM
**To:** Ivanka Trump
**Subject:** Thanks

Ivanka,
Thanks for coordinating our meeting today and for providing such fanastic accomodations for us last night. I felt the feedback and critique you guys gave us was very constructive. Clearly you are as thrilled and excited as we are about the direction the project design is headed. I hope you can see we are truely committed to creating a world class luxury building that will rank as one of the best in the Trump portfolio. We will continue to give you regular updates as we move forward. Any additional thoughts you have on restaurants would be helpful as well.
Also I think it would be productive for us to see your design for the Chicago tower as it would give us some insite into how your organization approaches unit design and common spaces. We would certainly be willing to travel there if that would be the best way to see it.
Again thanks for your time today and I look forward to seeing you again soon.

Ciao,
Mark

Mark W Randall
678 742-5104 (Office)
404 431-2002 (Cell)

This e-mail message, and any attachments to it, are for the sole use of the intended recipients, and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this email message or its attachments is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, while the company uses virus protection, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

TRUMP-0004709

# Redacted

**From:** Ivanka Trump
**Sent:** Monday, October 30, 2006 3:58 PM
**To:** 'Mark W. Randall (mwr@woodpartners.com)'
**Cc:** Donald Trump Jr.
**Subject:** FW: Tampa Info


Hello Mark,


The Trump Tower Tampa project info as requested is as follows:



111 South Ashley Drive

52 stories (tallest on Gulf of Mexico)

190 residential condo units

1.5 acre site along Hillsborough River with public riverwalk

17,000 sf terrace with pool deck

Indoor parking garage


Units range from 1991 to 6150 sf ($700k to over $5.5. million) - $538/sf AVG

Approximately 70% in hard contract = approx. $132 million in hard contracts

$272 million sell out

Signed GMP Contract with 'PLC Construction' for $157.9 million, does not include caissons only superstructure.

Total project cost approx. $245 million.

I have more specific information – i.e. proforma, sales matrix, construction details etc.

I would like to arrange a meeting in NY with your team and our Tampa partners to discuss various options.  Obviously, I am happy to discuss further details with you off line prior to this meeting. I am in NYC and available to meet on November 14th,16th or 17th.  Do any of these dates work for you?

I look forward to working something out and continuing our partnership in Tampa.

All the best,

Ivanka

---

**From:** Randall, Mark [mailto:mwr@woodpartners.com]
**Sent:** Friday, October 27, 2006 9:07 AM
**To:** Ivanka Trump
**Cc:** Darcy McNutt
**Subject:** RE: Thanks

Ivanka,

These are the latest renderings including some more detailed looks at the water feature. Let me know if you want any other views.

Also I am very interested in helping out on the Tampa deal. We have a team we could put right on it and have a lot of experience in that market. How do you think we should proceed? I would love to put a strategy together but I need to know as much as you can share with me about the project before we go meet with your current partners. If you could share any details you have on the mix, SF, # of units, which are sold and at what price, are the contracts hard, what is there current GC price, etc.

TRUMP-0004711

We are very excited about the opportunity. Let's talk ASAP.


Mark

---

**From:** Ivanka Trump [mailto:itrump@trumporg.com]
**Sent:** Wednesday, October 25, 2006 5:36 PM
**To:** Randall, Mark
**Cc:** dmcnutt@trumporg.com
**Subject:** RE: Thanks


Hello Mark,

It was wonderful seeing you as well.  The renderings look terrific and I have no doubt that we will all be very proud of Trump Tower, Atlanta.

I also think that it would be useful for you and your team to see our Chicago project and tour our sales center.  I have cced my assistant Darcy on this email.  She will call you and coordinate a meeting with you and Tere Proctor, our Director of Sales, in Chicago.

Just to give you a heads up I will be in Atlanta on the 26th of January.  Darcy can help set up some interviews with local media outlets (or anything that will be beneficial in promoting the project) and internal meetings with your team and architects.

Additionally, please send me updated renderings of the project so that we can add the buildings to our website and promotional 1 pager.

See you soon. Hopefully before January!

Ivanka

---

**From:** Randall, Mark [mailto:mwr@woodpartners.com]
**Sent:** Wednesday, October 25, 2006 3:36 PM
**To:** Ivanka Trump
**Subject:** Thanks


Ivanka,
Thanks for coordinating our meeting today and for providing such fanastic accomodations for us last night. I felt the

TRUMP-0004712

feedback and critique you guys gave us was very constructive. Clearly you are as thrilled and excited as we are about the direction the project design is headed. I hope you can see we are truely committed to creating a world class luxury building that will rank as one of the best in the Trump portfolio. We will continue to give you regular updates as we move forward. Any additional thoughts you have on restaurants would be helpful as well.

Also I think it would be productive for us to see your design for the Chicago tower as it would give us some insite into how your organization approaches unit design and common spaces. We would certainly be willing to travel there if that would be the best way to see it.

Again thanks for your time today and I look forward to seeing you again soon.

Ciao,
Mark

Mark W Randall
678 742-5104 (Office)
404 431-2002 (Cell)

This e-mail message, and any attachments to it, are for the sole use of the intended recipients, and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this email message or its attachments is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, while the company uses virus protection, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

TRUMP-0004713

**From:** Jill Cremer <jcremer@trumporg.com>
**Sent:** Tuesday, November 28, 2006 10:16 PM (GMT)
**To:** mwr@woodpartners.com
**Cc:** Bernie Diamond <bdiamond@trumporg.com>; Donald Trump Jr. <djtjr@trumporg.com>; Ivanka Trump <itrump@trumporg.com>; Eric Trump <etrump@trumporg.com>
**Subjec t:** FW: Trump Tower Tampa

---

Mark:

Below is an email from one our construction managers who spoke to the SimDag project manager in September. Since this email, I am aware that SimDag has found a resolution to their foundation and subsurface problems, although we do not have this specific information and how it will affect construction costs.


Please let us know if you have any questions, and how you would like to proceed.

Jill


Jill Cremer

Vice President

The Trump Organization

725 Fifth Avenue

New York, NY 10022

P: 212-715-7287

F: 212-688-8135

E: jcremer@trumporg.com



---

**From:** John Bernabei
**Sent:** Thursday, September 14, 2006 4:40 PM
**To:** Andrew Weiss

TRUMP-0000658

**Cc:** Jill Cremer
**Subject:** Trump Tower Tampa


Andy-

I spoke w/ John Reich (JR) of SimDag- he reported the following.

The GMP with PCL Construction Services is signed and dated 6/28/06 for a locked in number of $157,900,000.00 -- I asked for a copy and I will ask again in writing.

This GMP scope does not include any caisson work but does include the pile caps and up for a complete superstructure and finished building.


Currently the site is fenced in, silt fence is in place, and office trailers are on the premises. The have a full building permit that was issued March 2006. Caisson installations have commenced but have since been HALTED in order perform further subsurface investigation and subsequently the foundation work is being redesigned. The base contract included 165 caissons with sizes 3 ft . to 6 ft of which 44 caissons are completed.


The foundation redesign will include added and larger caissons and a matt foundation design. They have unfortunately found out that the subsurface soil boiling and test pit investigation between locations was not representative of what was encountered at the soil boring locations. It is apparent that they did not take enough soil borings at the site. They have redirected Driggers Engineering Services to perform additional soil borings and they will provide this additional information to the structural engineer for the redesign. The have added two line items in the current construction budget to account for this added redesign, including $1.3M for added caissons and $2.5M for the added matt foundation, they have also increased the original budget for caisson to account for changes. I asked him about any delay claim letters from the contractor and he said no....(not yet I presume)


SimDag was not able to sign PCL for a contract that included the caissons therefore they contracted this directly with Case Atlantic.


<u>SimDag has the following fully executed contracts:</u>

- PCL Construction Services – June'06
- Caissons- w/ **Case Atlantic** $5,000,000 (not exact) signed directly with SimDag (Mar.'06) and not included in the GPM with PCL.
- Site spoils removal- w/ **Kimmins Corp** +/- $1,000,000.00 (not exact) signed directly with SimDag (Mar.'06) and not included in the GPM with PCL.
- Mechanical HVAC including all equipment- w/ **Pool & Kent** (Mcore) +/- $6,500,000.00 signed directly with SimDag (May'06) and included in the GPM ....with plans to assign the contract to PCL

Construction.
- Glass & Windows w/ **BCI** +/- $4,500,000.00 signed directly with SimDag (May'06) and included in the GPM ....with plans to assign the contract to PCL Construction.

Other miscellaneous information is as follows:

Post tension cast in place concrete superstructure typical 8" floor plate, and transition to 6" thick at balconies.

48" thick slab at the 40th floor as part of the design, wind, etc.

The gross square footage 1,030,000 SF

52 Total Floors

9 Levels of Parking

506,000 of air-conditioned space.

Pool at the 10th Floor

Mechanical Equipment at the top two floors w/ chillers at the roof.

I briefly reviewed the structural drawings and the configuration and shape of the concrete floor plate does not look like a very cost effective design- it is rectangular with many radiuses, clipped corners at balconies, and other odd ball details like 2'- 8" slab sections (transfer slabs), and turned down perimeter drop beams at the upper floors- it looks expensive.......I would be interested in how the bids are coming in for super structure.

Let's discuss tomorrow.

Thanks

John

John J. Bernabei

The Trump Organization

TRUMP-0000660

ibernabei@trumporg.com

212-715-7253

efax 914-206-4302

TRUMP-0000661

# Redacted

-----Original Message-----
From: Chairman <chairman@relatedgroup.com>
To: Ivanka Trump
CC: Eric Fordin <EFordin@RELATEDGROUP.COM>
Sent: Thu Apr 19 09:19:39 2007
Subject: FW: Trump Tampa



EXHIBIT
50
LC291

The developer in charge is Erik Fordin. His number is 305 4609900. I am
sending him a copy of this email so you can talk

----- Original Message -----

From: Ivanka Trump [mailto:itrump@trumporg.com]
Sent: Monday, April 16, 2007 10:26 AM
To: Chairman
Subject: Trump Tampa


Hello Jorge,
I am sorry that I missed you at the Trump Tower Palm Beach event but I
was hosting a baby shower for my sister-in-law across town at the same
time. I heard that the event was well executed and hopefully generated
some solid leads and reservations.
I wanted to follow up with you regarding our conversation about Trump
Tampa. I saw the renderings/materials that you gave my father and the
building looks great.
Is there someone on your team that I should contact directly to try to
wrap up a deal?

I look forward to seeing you soon.
All the best,
Ivanka
----------------------------
Sent from my BlackBerry Wireless Handheld

This e-mail message, and any attachments to it, are for the sole use of
the intended recipients, and may contain confidential and privileged
information.  Any unauthorized review, use, disclosure or distribution
of this email message or its attachments is prohibited.  If you are not
the intended recipient, please contact the sender by reply email and
destroy all copies of the original message. Please note that any views
or opinions presented in this email are solely those of the author and
do not necessarily represent those of the company. Finally, while the
company uses virus protection, the recipient should check this email
and any attachments for the presence of viruses. The company accepts no
liability for any damage caused by any virus transmitted by this email.

TRUMP-0004764