```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

**STEVE AARON**, <u>et al.</u>,

    **Plaintiffs**,

v.                                         **Case No. 8:09-cv-2493-T-23AEP**

**THE TRUMP ORGANIZATION, INC.**,
**a New York corporation, and**
**DONALD J. TRUMP, an individual**,

    **Defendants**.

_____/

## <u>SUPPLEMENTAL MEDIATION REPORT</u>

The parties scheduled another mediation session for Saturday, September 10, 2011. Plaintiffs' trial counsel and representative Plaintiffs Mr. Moody and Mr. Robbins, and Defendants' trial counsel and representatives Mr. Garten and Ms. Robinson attended and participated.

<u>The parties have settled the claims of (1) James S. Moody, III, (2) Ashley Moody, (3) Patricia Moody McNab, individually and on assignment from James S. Moody, Jr., and (4) Irma C. Moody as trustee of the Irma Moody Revocable Trust, and reached an impasse as to the remaining claims.</u>

Done September 20, 2011 in Tampa, Florida.

                                        Respectfully submitted,

                                        <u>S/Peter J. Grilli</u>
                                        Peter J. Grilli, Esquire
                                        Florida Bar No. 237851
                                        Mediator
                                        Peter J. Grilli, P.A.
                                        3001 West Azeele Street
                                        Tampa, Florida  33609
                                        813.874.1002   Fax: 813.874.1131

    I HEREBY CERTIFY that September 20, 2011 I electronically filed the foregoing document with the United States District Court, 801 North Florida Avenue, Tampa, Florida 33602 which will electronically send copies to counsel of record.

/s/ _____
Peter J. Grilli, Esq.