UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVE AARON, et al.,

    Plaintiffs,

v.                                      CASE NO.: 8:09-cv-2493-T-23AEP

THE TRUMP ORGANIZATION, INC.,
and DONALD TRUMP,

    Defendants.
_____/

## **ORDER**

The plaintiffs Joseph Schultz; Douglas J. Rhoten; NLR, T, LLC; Dennis Crum; and Alex Petro file (Doc. 155) under Federal Rule of Civil Procedure 68(a) an offer of judgment, notice of acceptance, and proof of service. Accordingly, **the Clerk is directed to enter judgment:**

- For the plaintiff **Joseph Schultz** and against the defendants, The Trump Organization, Inc. and Donald J. Trump, jointly and severally, in the amount of **$23,365.00**.

- For the plaintiff **Douglas J. Rhoten** and against the defendants, The Trump Organization, Inc. and Donald J. Trump, jointly and severally, in the amount of **$12,250.00**.

- For the plaintiff **NLR, T, LLC** and against the defendants, The Trump Organization, Inc. and Donald J. Trump, jointly and severally, in the amount of **$11,115.00**.

- For the plaintiff **Dennis Crum** and against the defendants, The Trump Organization, Inc. and Donald J. Trump, jointly and severally, in the amount of **$12,250.00**.

- For the plaintiff **Alex Petro** and against the defendants, The Trump Organization, Inc. and Donald J. Trump, jointly and severally, in the amount of **$28,500.00**.

ORDERED in Tampa, Florida, on October 11, 2011.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE