UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVE AARON, et al.,

    Plaintiffs,

vs.

THE TRUMP ORGANIZATION, INC., a
New York Corporation, and DONALD J.
TRUMP, an individual,

    Defendants.

Case No. 8:09-cv-2493-SDM-TGW

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties have settled any and all matters in regard to this action and pursuant to Fed. R. Civ. P. 41, Plaintiffs and Defendants hereby stipulate to the dismissal of this action with prejudice and stipulate to the entry of the attached Order dismissing this action with prejudice, with each party to bear their own attorneys' fees and costs.

Dated: January 13, 2012                                      Respectfully submitted,

| | |
|---|---|
| s/ J. Daniel Clark | s/ Herman J. Russomanno III |
| J. Daniel Clark (FBN 0106471) | Herman J. Russomanno (FBN 240346) |
| dclark@clarkmartino.com | Herman J. Russomanno III (FBN. 21249) |
| Matthew A. Crist (FBN 0035539) | Herman2@russomanno.com |
| mcrist@clarkmartino.com | **RUSSOMANNO & BORRELLO, P.A.** |
| **CLARK & MARTINO, P.A.** | Museum Tower - Penthouse 2800 |
| 3407 W. Kennedy Boulevard | 150 West Flagler Street |
| Tampa, FL 33609 | Miami, Florida 33130 |
| (813) 879-0700 | (305) 373-2101 |
| (813) 879-5498 (facsimile) | (305) 373-2103 (facsimile) |
| and | and |

| | |
|---|---|
| Kenneth G. Turkel (FBN 867233) <br> kturkel@bajocuva.com <br> V. Stephen Cohen (FBN 948756) <br> scohen@bajocuva.com <br> **BAJO CUVA COHEN & TURKEL, P.A.** <br> 100 North Tampa Street, Suite 1900 <br> Tampa, Florida  33602 <br> (813) 443-2199 <br> (813) 443-2193 (facsimile) | Alexis Robinson (NYBN 4687786) <br> *Admitted Pro Hac Vice* <br> arobinson@trumporg.com <br> **THE TRUMP ORGANIZATION** <br> 725 Fifth Avenue <br> New York, NY 10022 <br> (212) 715-7255 |
| and | and |
| Stuart C. Markman (FBN 322571) <br> smarkman@kmf-law.com <br> Kristin A. Norse (FBN 965634) <br> knorse@kmf-law.com <br> **KYNES, MARKMAN & FELMAN, P.A.** <br> Post Office Box 3396 <br> Tampa, FL 33601-3396 <br> (813) 229-1118 <br> (813) 221-6750 (facsimile) | Christopher L. Griffin (FBN 273147) <br> cgriffin@foley.com <br> Lauren L. Valiente (FBN 034775) <br> lvaliente@foley.com <br> **FOLEY & LARDNER LLP** <br> 100 North Tampa Street <br> Tampa, Florida 33602-5804 <br> (813) 229-2300 <br> (813) 221-4210 (facsimile) |
| **Attorneys For Plaintiffs** | **Attorneys For Defendants** |

## CERTIFICATE OF SERVICE

I certify that on January 13, 2012, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ J. Daniel Clark
Attorney