UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVE AARON, et al.,

    Plaintiffs,

v.                                    CASE NO.: 8:09-cv-2493-T-23AEP

THE TRUMP ORGANIZATION, INC.,
and DONALD TRUMP,

    Defendants.
_____/

**ORDER**

The stipulation of dismissal with prejudice (Doc. 176) is **APPROVED**. Under Rule 41(a), Federal Rules of Civil Procedure, this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees. The clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on January 23, 2012.

                                              *Steven D. Merryday*
                                           STEVEN D. MERRYDAY
                                       UNITED STATES DISTRICT JUDGE